Date: 9-18-2023
From: Terrance Prude #335878
Green Bay Corr. Inst.
P.O. Box 19033
Green Bay, WI 54307

To: Clerk of Court for Eastern District of Wisconsin

Re: New Filing: Case Number To Be Determined
Prude v. Dixon et al., Case # ?

Dear Clerk:
Enclosed please find my Civil Complaint (10 pages), attached to Exhibit #1 (DAI Policy 300.00.71); Exhibit #2 (Notice Of Injury And Claim), Exhibit #3 & #4 (Certified Mail Receipt & Tracking of Mailing Sheet), Exhibit #5 (Complaint Number GBCI-2023-4121) and Exhibit #6 (Criminal Complaint).

This is a new filing. Please send me the informa pauperis forms to waive the filing fees. Thank you.

Signed: Terrance Prude