IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

     Plaintiff,

   v.                                     Case No. 23C1233

CANDACE DIXON,

     Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendant, Candace Dixon, appears in this action by her attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Jonathon Davies and Samir Jaber. Defendant requests service of all discovery and correspondence be made upon Assistant Attorneys General Davies and Jaber as counsels of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the court's CM/ECF system.

Dated: December 13, 2023

                            Respectfully submitted,

                            JOSHUA L. KAUL
                            Attorney General of Wisconsin

                            Electronically signed by:

                            <u>s/ Jonathon Davies</u>

JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

SAMIR S. JABER
Assistant Attorney General
State Bar #1076522

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8125 (Davies)
(608) 267-2229 (Jaber)
(608) 294-2907 (Fax)
daviesjm@doj.state.wi.us
jaberss@doj.state.wi.us