Eastern District of Wisconsin

Plaintiff: Terrance Prude,
-vs-
Defendant: Candice Dixon.

Case No. 23-CV-1233

## Motion For A Status Telephonic Conference Hearing

On 9-19-2023 I filed a civil complaint. See Dkt.#1. On 11-8-2023 this Court allowed me to proceed against, only, Candice Dixon. See Dkt.#7. On 1-4-2024 the defendant through counsel filed their answer to the civil complaint. See Dkt.#14. To my knowledge, no scheduling order has been set which would allow me to prosecute my case to a conclusion.

Thus, I motion the court to conduct a telephonic status conference hearing in order to set deadlines for discovery and summary judgment. Thank you.

Terrance Prude
*Terrance Prude*
Date: 2-23-24