Plaintiff: Terrance Prude,

-vs-                                    Case # 23-CV-1233

Defendant: Candice Dixon.

## Motion To Seal Record From Public Disclosure For Safety Concerns

I, Terrance Prude, seek to have this case in its entirety sealed from public disclosure for safety concerns that protect both me and the defendant Dixon.

I fear that if this case made public where any of this Courts decisions is made public on the LexisNexis or WestLaw (or any other website that could reveal the details of this case) it will put in danger the defendant Dixon's life for the following reasons: (1) I used to be a high level gang member up until year 2020 where I retired from gang life; (2) Dixon helped facilitate an assault against me and if gang members of the gang I was a member/leader of learn of Dixon's conduct against me it will result in life threatening retaliation from non-incarcerated gang members who monitor case databases on current and "honorably discharged leaders who retired".

I do not want Ms. Dixon's safety be put at risk behind her misconduct against me. I do not have any control over gang members actions who would see the details of this case and seek to search for ways to find where Dixon resides. It is of the highest interest of safety and justice that this case is sealed in its entirety (including all evidence being sealed as well).

Also, I have and will be submitting testimony in this case that is viewed by gang members as "snitch" information because, although this is not a criminal case, I have & will be submitting testimony that show that Dixon was smuggling porn and drugs on behalf of inmates. Informing against inmates and crooked prison guards who involve themselves in crimes with inmates can be a death sentence from prisoners. See Dale v. Poston, 548 F. 3d 563, 571 (7th Cir. 2008) ("The inmate code condemns snitching. Indeed, as an act of betrayal, it merits assault, sodomy, and even murder.") (citing scholar James E. Robertson's Law Review "A Clean Heart and An Empty Head: The Supreme Court and Sexual Terrorism in Prison, 81 N.C. L. Rev. 433, at 461 (2003)). For all these reasons, I request that the facts of this case be sealed in its entirety for safety reasons. Thank you. Terrance Prude

Date: 5/19/24    *Terrance Prude*