Eastern District Court

Plaintiff: Terrance Prude,

-vs-

Case No. 23-CV-1233

Defendant: Candice Dixon.

## Plaintiff Terrance Prude's Motion For Summary Judgment

I, Terrance Prude, motion this court for summary judgment in my favor pursuant to Federal Rule of Civil Procedure Rule 56(a). In support of this motion for summary judgment, attached herewith please find my memorandum of law pursuant to Civil Local Rule 7(a)(1), along with other papers (e.g., exhibit evidence). Thank you.

Terrance Prude
Signed: *Terrance Prude*
Date: 6/06/2024