Prude v. Dixon, Case #23-CV-1233

Exhibit #1

Pages 1 of 19

PRUDE, TERRANCE D
4/29/1982

000335878
200102160101335878

* Auth (Verified) *

DEPARTMENT OF CORRECTION
Division of Adult Institutions
Division of Juvenile Corrections
DOC-3035B (Rev. 2/2019)

[Exhibit#1] [1 of 19 Pages]

WISCONSIN

# PSYCHOLOGICAL SERVICE REQUEST

- USE THIS FORM TO COMMUNICATE WITH THE PSYCHOLOGICAL SERVICES UNIT (PSU).
- USE THE BLUE     DOC-3035 HEALTH SERVICE REQUEST IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR PSYCHIATRIC SERVICES
- PLACE ALL PAGES OF COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.
- PRINT CLEARLY

| LAST NAME Prude | FIRST NAME Terrance | DOC NUMBER 335478 |
|---|---|---|
| FACILITY GBCI | HOUSING UNIT RHU | CELL NUMBER 423 | TODAY'S DATE 3-15-23 |

REQUEST FOR:

☒ PSYCHOLOGICAL SERVICES              ☐ REQUEST FOR COPIES FROM PSU RECORD* (List records below)
☐ REQUEST FOR PSU RECORD REVIEW*      ☐ INFORMATION
☐ OTHER:

*Youth aged 18 and over may request a file review and copies without parental consent. Youth under 18 years of age must obtain parental consent, by completing a DOC-1163A which can be obtained from the DOC, before requesting for a file review or copies.

FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL

DO NOT USE THIS FORM IF YOUR MENTAL HEALTH NEED IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.
IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.

I would like to speak to you again about my situation(being stabbed). I have been having dreams  of the incident where I  died from the stabbing. Also, I'm in pain from sleeping. I noticed that I cannot hold my head certain ways without it hurting. My entire neck is in pain.

☒ I WOULD LIKE TO SEE PSYCHOLOGY STAFF          ☐ I DO NOT NEED TO SEE PSYCHOLOGY STAFF

## DO NOT WRITE BELOW THIS LINE -- TO BE FILLED IN BY STAFF ONLY

| TRIAGED BY | DATE RECEIVED | ACTION | STAFF INITIALS |
|---|---|---|---|
| ☒ PSU | 3-16-23 | ☐ Direct Response    ☒ Delegate to Ms. WOOLF | NB |
| ☐ HSU | | ☐ Refer to PSU (routine)   ☐ Other (specify in notes below) | |

NOTES (IF NEEDED)

RESPONSE

☐ A psychology appointment is scheduled for the following time frame: _____
☐ Your request has been referred to the Psychiatrist within the Health Service Unit
☐ Your request has been referred to the Health Services Unit for medical issues
☐ Refer for a record review appointment or for copies only. (Must be processed within 30 days of request)
☒ Other: Absolutely. You're on my list to be seen. The stiffness + soreness is likely normal. If you feel swelling, a lot of heat or feverish or if infection comes out, see HSU ASAP

| STAFF SIGNATURE Q Woolf PSU | DATE SIGNED 3-17-23 | PRINT STAFF NAME |
|---|---|---|

DISTRIBUTION: Original -- Internal Paper Record PR Psychological Services Request

\* Auth (Verified) \*

[Exhibit #1] [2 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

⚠ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⚠

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335678 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| GBCI | RHU | 3-15-23 Wed |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

COPY

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

RECEIVED

**AUTHORIZED STAFF SIGNATURE**                    **DATE OF SERVICE**

MAR 16 2023

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☒ OTHER: Neck pain is traveling

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I have extreme neck pain in my neck and it has
traveled from the left side of my neck to now being the
front, back and right side. I need to get some type of medical pillow
and something to reduce/end the pain. Sleep being the worst pain.

DATE RECEIVED
TO BE STAMPED BY HSU

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY**
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.
☒ Nursing Sick Call: ☒ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                          ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):        ☐ Other:

**COMMENT / INFORMATION**

**PRINT STAFF NAME**
D. Henning RN

**DATE OF HSU RESPONSE**
3/16/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

[Exhibit #1]  [3 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | RHU-423 | 3-15-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

**PATIENT SIGNATURE**

▶

COPY

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL        RECEIVED
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE       MAR 16 2023

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

**DATE RECEIVED:**
**TO BE STAMPED BY HSU**

I'm in severe pain due to being stabbed in the neck. Is there a reason why I have not been prescribed pain med? I'm told I was taken off pain med. Why? I'm told staff 3-15-23 (med staff) I was in pain I need pain med.

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.
☑ Nursing Sick Call: ☑ Today  ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):                    ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| D. Henning RN | 3/16/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

GBCI

[Exhibit #1] [4 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 310

☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | RHU | 3-16-23 Thursday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

COPY
RECEIVED

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | MAR 17 2023 |

GBCI-HSU

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☒ OTHER:  Special Needs Request

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

DATE RECEIVED:
TO BE STAMPED BY HSU

Again, I need some type of pillow to sleep on. My neck injury pains when I'm sleeping. The Doctor told me I'm experiencing nerve pain due to being stabbed in the neck. My neck needs some type of neck support structure while I'm sleeping.

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call  ☐ Today  ☐ Date (if not today):
☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:
☒ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☒ Other: SNC  extra pillow
☐ Refer for copies only:  ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):  ☒ Other:

COMMENT / INFORMATION

*Ordered for 2 weeks.*

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| D. Henning RN | 3/17/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

*1 of 2*  [Exhibit #1] [5 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Administrative Code
Chapter DOC 316

➡ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ⬅

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| GBCI | RHU-423 | 3-19-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

**COPY**

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☑ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☐ OTHER: Extreme Neck Pain

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

Why is my pain meds being continuously halted.
I'm in severe neck pain to where my neck pains as if it's
broken. Even small movements causes punishing pain. I was stabbed
in the neck, why discontinue my pain meds causing these ill?

DATE RECEIVED:
TO BE STAMPED BY HSU

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE** → **TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

**RECEIVED**

☑ Nursing Sick Call: ☑ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:
☐ Educational material attached (Specify):

**MAR 20 2023**

**GBCI-HSU**

☐ Refer for Health Care Record review appointment
☐ Other:

COMMENT / INFORMATION

PRINT STAFF NAME        R. Matushak RN

DATE OF HSU RESPONSE
3/20/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

2 of 2 [Exhibit #1] [6 of 19 Pages]

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Administrative Code
Chapter DOC 316

⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | B335878 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | RHU-423 | 3-19-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
AGREEMENT BY PATIENT:
I understand the following:
* The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
* I will not be denied care if I am unable to pay the copayment.
* By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
* Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE ▶

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☒ OTHER: Extreme Neck Pain

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED:<br>TO BE STAMPED BY HSU |
|---|---|

This pain is waking me up out of my sleep at night due to movements during sleep. The pain is most painful on the ___ back ___ & right sides of my neck. I must have some nerve damage as a result of being stabbed in my neck.

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☒ Nursing Sick Call  ☒ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:
☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:
☐ Refer for copies only.  ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):  ☐ Other:

RECEIVED
MAR 20 2023
GBCI-HSU

COMMENT / INFORMATION:

COPY

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| R. Matushak RN | 3/20/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

[Exhibit #1] [7 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇒**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335478 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | BHU - 423 | 3-22-23 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE
▶

COPY

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL      RECEIVED
Charge Copayment: ☐ Yes  ☐ No
AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE    MAR 24 2023

                                                              GBCI HSU

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

DATE RECEIVED:
TO BE STAMPED BY HSU

This pain in my neck has been going on for 2
weeks. Instead of treating the pain alone why don't
you investigate what's causing the pain? I've been in non-stop pain since
being stabbed. The pain meds allows me to function but I want the pain to stop.

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment:

☐ Educational material attached (Specify):          ☐ Other:

COMMENT / INFORMATION
A referral to the MD is placed, not yet scheduled. Please
indicate if you need to see nursing sooner.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| [signature] Rivera | 3/24/2023 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC 3035 (Rev. 8/2022)

[Exhibit #1] [8 of 19 Pages]

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**☎ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☎**

PRINT LAST NAME: Prude
PRINT FIRST NAME: Terrance
DOC NUMBER: 335878

FACILITY NAME: GBCI
HOUSING UNIT: RHU-423
TODAY'S DATE: 3-26-23

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE ▶

COPY

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

RECEIVED
MAR 27 2023
GBCI HSU

AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

DATE RECEIVED:
TO BE STAMPED BY HSU

When will HSU staff start investigating the
reason why my neck is in severe pain? Also, why do HSU
initiate it to stop my pain meds? Why does this keep
happening? Also, why haven't I gotten the extra pillow ordered?

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):
☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:
☐ Refer HSR to: ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:
☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):                  ☒ Other:

COMMENT / INFORMATION
① Current order for Tylenol.
② Sgt banks notified of same today 3/27.
③ Provide referral in place, ready
   schedule

PRINT STAFF NAME: D. Henning RN
DATE OF HSU RESPONSE: 3/27/23

DISTRIBUTION: Original – Internal Paper Record; PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

PRUDE, TERRANCE D
4/29/1982

000335878
200102160101335878

* Auth (Verified) *

DEPARTMENT OF CORRECTION
Division of Adult Institutions
Division of Juvenile Corrections
DOC-3035B (Rev. 2/2019)

[Exhibit#1] [9 of 19 Pages]

WISCONSIN

# PSYCHOLOGICAL SERVICE REQUEST

- USE THIS FORM TO COMMUNICATE WITH THE PSYCHOLOGICAL SERVICES UNIT (PSU).
- USE THE BLUE   DOC-3035 HEALTH SERVICE REQUEST IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR PSYCHIATRIC SERVICES
- PLACE ALL PAGES OF COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.
- PRINT CLEARLY

| LAST NAME Prude | FIRST NAME Terrance | DOC NUMBER 335878 |
|---|---|---|

| FACILITY GBCI | HOUSING UNIT RHU | CELL NUMBER 423 | TODAY'S DATE 3-27-23 |
|---|---|---|---|

REQUEST FOR:

[X] PSYCHOLOGICAL SERVICES
[ ] REQUEST FOR  PSU RECORD REVIEW*
[ ] OTHER:

[ ] REQUEST FOR COPIES FROM PSU RECORD* (List records below)
[ ] INFORMATION

*Youth aged 18 and over may request a file review and copies without parental consent. Youth under 18 years of age must obtain parental consent, by completing a DOC-1163A which can be obtained from the DOC, before requesting for a file review or copies.

FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL

DO NOT USE THIS FORM IF YOUR MENTAL HEALTH IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.
IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.

Today I woke up with my entire body sweating and when I opened my eyes I was swinging my fist I was dreaming about being stabbed again. That was a very trauma motivated incident for me mentally & emotionally. How can I deal with this moving forward in this atmosphere? I really feel like someone is out to kill me due to all the circumstances I've talked to you about.

[X] I WOULD LIKE TO SEE PSYCHOLOGY STAFF      [ ] I DO NOT NEED TO SEE PSYCHOLOGY STAFF

## DO NOT WRITE BELOW THIS LINE – TO BE FILLED IN BY STAFF ONLY

| TRIAGED BY | DATE RECEIVED | ACTION | STAFF INITIALS |
|---|---|---|---|
| [X] PSU | 3-28-23 | [ ] Direct Response   [X] Delegate to Ms. Woolf | HB |
| [ ] HSU | | [ ] Refer to PSU (routine)   [ ] Other (specify in notes below) | |

NOTES (IF NEEDED)

RESPONSE

[ ] A psychology appointment is scheduled for the following time frame: _____
[ ] Your request has been referred to the Psychiatrist within the Health Service Unit
[ ] Your request has been referred to the Health Services Unit for medical issues
[ ] Refer for a record review appointment or for copies only. (Must be processed within 30 days of request)
[X] Other: I discussed your concerns w/ PSU Supervisor Dr. Hamilton and Sec. Dir Kind. Dr. Hamilton said he will discuss this plan w/ Kind to see about a red tag. I can't make guarantees as this is a security issue

| STAFF SIGNATURE Q. Woolf PSU | DATE SIGNED 3/28/23 | PRINT STAFF NAME |
|---|---|---|

DISTRIBUTION:  Original – Internal Paper Record PR Psychological Services Request

GBCI

Case 2:23-cv-01233-WED    Filed 06/07/24    Page 10 of 39    Document 28-1

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)

**WISCONSIN**

[Exhibit #1]
[10 of 19 Pages]

## INTERVIEW/INFORMATION REQUEST
### SOLICITUD PARA INFORMACION / ENTREVISTA

<u>Instruction to Inmate:</u> Do not use this form to contact health staff.  Use a Health, Dental or Psychological Service Request.
<u>*Instrucciones para Reclusos:*</u> *No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME *NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER *NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT *UNIDAD DE VIVIENDA* |
|---|---|---|
| George Prude | 359574 | RHU-425 |

| DATE *FECHA* | WORK ASSIGNMENT *ASIGNACION DE TRABAJO* |
|---|---|
| 3-27-23 | |

☐ Interview *Entrevista*    ☒ Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

I've written so many HSRs since March 12, 2023 after I been stabbed in my neck on 3-11-2023. The HSR's asking HSU staff to investigate why my neck is in so much pain has been ignored (meaning not investigated). Matuchali told me to go 2-3 weeks to see if the pain remains. Why should I live through that long just to have HSU staff ~~investigate~~ investigate why I'm in so much pain? I'm not even feeling the relief from the pain meds as I've told Matuchali last week. I'm being treated with pain meds that is not working. What's next as far as treatment? How long must I suffer?

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

RECEIVED
MAR 29 2023
GBCI-HSU

☐ You Will Be Interviewed
  *Usted sera entrevistado*
☐ Information to Follow
  *Informacion Sera Proveida*
☐ Request Referred To:
  *Solicitud Referida A:*

Date: *Fecha:* MAR 29 2023    Time: *Hora:*

Information/Comment:
*Informacion/Comentario:*

Scheduled to see provider for this 4/11/23. You currently have Tylenol available for pain. Let HSU know of any changes.

D. Henning RN
3/28/23

| Signed *Firmado* | Department *Departamento* |
|---|---|

[Exhibit #1] [11 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Administrative Code
Chapter DOC 316

⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇒

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |

| FACILITY NAME | HOUSING UNIT | TODAYS DATE |
|---|---|---|
| GBCI | RHU - 423 | (3-27-23) (Monday) |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)          ☐ DENTAL          ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

COPY

AUTHORIZED STAFF SIGNATURE                               DATE OF SERVICE          MAR 2 8 2023

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES          ☐ HEALTH CARE RECORD REVIEW          ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST          ☐ INFORMATION
☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

The pain meds are ineffective. I've been on them
for 2 weeks and it was effective at first. But even with the pain meds
I was still in modified pain. Now the meds does nothing. Why don't HSU
medically investigate what's the cause of the pain. How long does scheduling take

DATE RECEIVED:
TO BE STAMPED BY HSU

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY
HSU RESPONSE Check appropriate box below. Add written comments / information as needed:
☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                                              ☐ Refer for Health Care Record review appointment
☐ Educational material attached (Specify):          ☒ Other:

COMMENT / INFORMATION
You are scheduled to see the provider
4/11/23  If you need a RX refill
call first, let HSU know

PRINT STAFF NAME                    D. Henning RN                    DATE OF HSU RESPONSE
3/28/23

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record -- Business Office File; Copies (2) – Inmate Patient

GBCI

\* Auth (Verified) \*

[Exhibit #1]  [1 of 4]  [12 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

## HEALTH SERVICE REQUEST
## AND COPAYMENT DISBURSEMENT AUTHORIZATION

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ⚠ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⚠

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335678 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | Treatment Center/321 | 3-30-23 Thursday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
AGREEMENT BY PATIENT:
I understand the following:
* The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
* I will not be denied care if I am unable to pay the copayment.
* By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
* Failure to sign below will NOT prevent the copayment from being withdrawn from my account for any visit when a copayment is required.

PATIENT SIGNATURE

▶

 COPY

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☒ OTHER:  Need immediate not delayed medical treatment.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

DATE RECEIVED:
TO BE STAMPED BY HSU

My neck is in so much pain & so sore to where I cannot sleep. I also noticed
that after being stabbed & having surgery (3-11-2023) I'm experiencing tremors in my face on the left
side from my cheek bone area. It's a constant tremor. I believe being stabbed has caused me
nerve damage. Also my neck pain _____ feels _____. Like it is

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today)

☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify):   ☐ Other:

MAR 31 2023

COMMENT / INFORMATION
I moved your provider appointment to 4/7/23
which is the soonest I could do due to the providers
schedule being full.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J. Kilmer RN | 3/31/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

[2 of 4] [Exhibit# I] [13 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

◎ **NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY** ◎

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335478 |

| FACILITY | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | Treatment Center/3 21 | 3-30-23 Thursday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

COPY

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☒ OTHER: Need immediate, not delayed, medical treatment.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

broken. It's hard to look up, down & sideways without extreme pain. The pain is most severe on the back of my neck & the sides. The pain meds are not effective anymore. I've never felt pain like this before. It's close to impossible to do sit ups of any type of exercises I know I want to be able to play basketball anymore. Why do I have to wait until 4-11-2023 to see a provider?

DATE RECEIVED:
TO BE STAMPED BY HSU

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):

RECEIVED

☑ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:    MAR 31 2023

☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:

☐ Refer for copies only:    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):    ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J. Kilmer RN | 3/31/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) - Inmate Patient

3 of 4  [Exhibit#1]  [14 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ☜ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335478 |
| **FACILITY NAME** | **HOUSING UNIT** | **TODAY'S DATE** |
| GBCI | Treatment Center/Cell 321 | 3-30-23 Thursday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶                                                          COPY

| **TO BE COMPLETED BY HSU ONLY** | | |
|---|---|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA) | ☐ DENTAL | ☐ OPTICAL |
| Charge Copayment: ☐ Yes ☐ No | | |
| AUTHORIZED STAFF SIGNATURE | | DATE OF SERVICE |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☒ OTHER: Need immediate, not delayed, medical treatment

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|

I was stabbed & had surgery 3-11-23, why do I have to ~~see~~ wait til 4-11-23 to see
a provider? This is a serious medical matter & I'm in extreme pain & the way my life has changed with
being stabbed & the physical pain is depriving me of sleep & a physically healthy life. I'm not sure if you actually
understand the pain I experience seeing no physical evaluations have been attempted at all. All I'm getting is

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  --  TO BE COMPLETED BY HSU ONLY**
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

RECEIVED

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):                                    MAR 31 2023

☒ Scheduled to be seen in HSU ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:    GBCI HSU

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                                      ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                      ☐ Other:

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J. Kilmer RN | 3/31/23 |

**DISTRIBUTION:** Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

PRUDE, TERRANCE D
4/29/1982

000335878
200102160101335878

* Auth (Verified) *

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 6/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

### ☛ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☚

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | Treatment Center/Cell 321 | 3-30-23 Thursday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

COPY

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☒ OTHER:  Need immediate, not delayed, medical treatment.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

responses (written) on these HSR's that keep saying you've issued pain meds (which I've already told you are no longer effective) My situation is urgent & making me wait over 2 weeks to be seen by a provider is indifferent to what I keep bringing to your attention. What am I supposed to do in the mean time with the untreated pain? Can you ~~schedule~~ schedule a meeting with provider earlier than 4-11-23?

| DATE RECEIVED: |
|---|
| TO BE STAMPED BY HSU |
| MAR 31 2023 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE: Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today): _____

GBCI/HSU

☒ Scheduled to be seen in HSU  ☒ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other: _____
☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other: _____
☐ Refer for copies only:                                        ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify): _____     ☐ Other: _____

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J. Kilmer RN | 3/31/23 |

**DISTRIBUTION:** Original – Internal Paper Record; PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

PRUDE, TERRANCE D
4/29/1982

000335878
200102160101335878

* Auth (Verified) *

[1 of 3] [Exhibit #1] [16 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Administrative Code
Chapter DOC 316

⊜ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⊜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Tellance | 335678 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | SCH/E-63 | 4-11-2023 Tuesday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

| TO BE COMPLETED BY HSU ONLY | | |
|---|---|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA) | ☐ DENTAL | ☐ OPTICAL |

COPY

Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE | RECEIVED |
|---|---|---|
| | | APR 13 2023 |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☒ OTHER: __Need immediate, not delayed, medical treatment.__

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|

I'm in severe pain. The doctor ordered me two pain medication on 4-7-23 (Friday) and I still haven't gotten it yet. I'm deprived of sleep due to pain. I've been reporting this pain weekly. I'm being seen by HSU staff but ~~Pain~~ the treatment ordered is not being provided & being delayed. I was stabbed in

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**
HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☐ Refer HSR to:   ☐ ACP   ☐ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:                                ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):            ☒ Other:

COMMENT / INFORMATION

Naproxen dispensed 4/11/23 for pain and you have been taking the muscle relaxing methocarbamol for pain since 4/11/23.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| D. Henning RN | 4/13/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

* Auth (Verified) *

[2 of 3] [Exhibit #1] [17 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC 3035 (Rev. 2/2019)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

⇐ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| GBCI | SCH/E-063 | 4/11/2023 Tuesday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

| TO BE COMPLETED BY HSU ONLY | | | COPY RECEIVED |
|---|---|---|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA) | ☐ DENTAL | ☐ OPTICAL | |
| Charge Copayment: ☐ Yes ☐ No | | | |
| AUTHORIZED STAFF SIGNATURE | | DATE OF SERVICE | APR 13 2023 |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☒ OTHER: Need immediate, not delayed, medical treatment.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

DATE RECEIVED:
TO BE STAMPED BY HSU

my neck on 3-11-2023 and I've constantly reported being
in severe pain. These long delays in being treated is causing me to be subject
to unnecessary pain. The doctor told me the Naproxen & the methocarbamol
would ~~also~~ start on 4-11-2023 (Tuesday). I still haven't received the pain meds.

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE - TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

| | | | |
|---|---|---|---|
| ☐ Nursing Sick Call: ☐ Today ☐ Date (if not today): | | | |
| ☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other: | | | |
| ☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other: | | | |
| ☐ Refer for copies only: | | ☐ Refer for Health Care Record review appointment. | |
| ☐ Educational material attached (Specify): | | ☒ Other: see #1 of 3 | |

COMMENT / INFORMATION

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| D. Henning RN | 4/13/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 2/2019)

[3 of 3] [Exhibit #1] [18 of 19 Pages]

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

**✆ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ✆**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCJ | SCH/E-63 | 4-11-2023 Tuesday |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

AGREEMENT BY PATIENT:

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

**TO BE COMPLETED BY HSU ONLY**

☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL

Charge Copayment: ☐ Yes  ☐ No

RECEIVED

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE | APR 13 2023 |
|---|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST   ☐ INFORMATION

☒ OTHER:  Need immediate, not delayed, medical treatment

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

For the past 2-3 weeks I've been in pain daily & I
keep reporting it. It took 2½ weeks just to get me to see a doctor and even after
being ordered meds (by doctor) it has now been 5 days without any pain meds. I'm in
severe pain and the delay is causing my pain to be unnecessary & unbearable.

DATE RECEIVED:
TO BE STAMPED BY HSU

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE — TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                                    ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):                  ☒ Other:  see p 1 of 3.

COMMENT / INFORMATION

COPY

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| D. Henning RN | 4/13/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder; Official Record – Business Office File; Copies (2) – Inmate Patient

\* Auth (Verified) \*

[Exhibit #1] [19 of 19 Pages]

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 8/2022)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Administrative Code
Chapter DOC 316

**☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜**

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Prude | Terrance | 335878 |

| FACILITY | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| GBCI | SCH/E-63 | 4/19/2023 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
AGREEMENT BY PATIENT:
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

COPY

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL          RECEIVED

Charge Copayment: ☐ Yes  ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE | APR 20 2023 |
|---|---|---|

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☒ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)

☐ PSYCHIATRIST  ☐ INFORMATION

☐ OTHER:

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

DATE RECEIVED:
TO BE STAMPED BY HSU

My neck re-injures when I go to sleep & wake up. My neck
needs support when I'm sleeping. I'm not sure of why the Special Needs
Committee denied me a neck support and a pillow. My neck is in constant
pain every morning due to it not having support while I sleep.

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE  --  TO BE COMPLETED BY HSU ONLY**

HSU RESPONSE Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today  ☐ Date (if not today):

☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other:

☐ Refer HSR to: ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other:

☐ Refer for copies only:                                          ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify):                    ☒ Other:

COMMENT / INFORMATION

You were just seen by the provider and
have a follow up with the provider ordered.

Please continue to follow your plan of care

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| J. Kilmer RN | 4/20/23 |

DISTRIBUTION: Original – Internal Paper Record, PR Patient Request Folder;
Official Record – Business Office File; Copies (2) – Inmate Patient

Prude v. Dixon, Case # 23-CV-1233

Exhibit #2

Pages 1 of 13

**Hospital Sisters Health System**

Prude, Terrance
MRN: 59332830, DOB: 4/29/1982, Sex: M

---

### 03/11/2023 - ED to Hosp-Admission (Discharged) in SVG 8 Surgical

Discharge Summary

Discharge Summary by Derrick J Perry, APNP at 3/12/2023 1054

**Discharge Summary**
**Trauma and Acute Care Surgery**

Name: Terrance Prude
DOB: 4/29/1982
MRN: 59332830

**Admit Date:** 3/11/2023

**Discharge Date:** 3/12/2023

**Admitting Provider:** Maymoona A Attiyat, MD

**Discharging Provider:** Maymoona Attiyat, MD

**Primary Care Provider:** No primary care provider on file.

**Reason for Admission:**
Stab wound of neck

COPY

**Discharge Diagnosis / Plan:**
Stab wound of neck

**Surgeries/Procedures:**
Procedures: esophogram, intraop bronchoscopy - both negative for injury
Surgery: neck wound exploration with removal of foreign body, control of bleeding

**Consultations:**
None

**History of Present Illness:**
    Terrance Prude is a(n) 40-year-old male currently incarcerated reportedly was assaulted with a plastic object which penetrated the left side of his neck. Bleeding is controlled on arrival. The patient denied any nausea or vomiting, no dizziness apnea, no dysphagia or odynophagia.

**Hospital Course:**
    Patient proceeded to the operating room for local wound exploration and removal of plastic foreign body. During the procedure he also underwent bronchoscopy which showed no evidence of bronchial injury. Following surgery he also underwent esophagram which also showed no evidence of penetrating injury. Patient is admitted to the hospital for supportive cares and monitoring. The following day patient denied any difficulty swallowing was able to tolerate a general diet. Pain was controlled with oral analgesics. No new injuries on tertiary exam. This time he stable for discharge.

**Follow-up Appointment(s):**
Trauma Clinic as needed

[Exhibit #2] [1 of 13 Pages]


**Hospital Sisters Health System**

Prude, Terrance
MRN: 59332830, DOB: 4/29/1982, Sex: M

## 03/11/2023 - ED to Hosp-Admission (Discharged) in SVG 8 Surgical (continued)

**Discharge Summary (continued)**

**Discharge Instructions:**
    **Anticoagulation:** N/A
    **Antibiotics: Perioperative**
    **Pain Control:** Trauma pain meds: Acetaminophen, NSAID and Ice / Heat
    **Activity:** Activity as tolerated
    **Diet:** No restrictions
    **Wound/drain care:** Keep dressing in place for 24 more hours then remove reapply as needed,  monitor for
s/sx of infection

    **Home medication changes:** N/A

**Disposition:**
At this time, patient is deemed appropriate for discharge to **Home (General Discharge)**.  A detailed discussion was
had about the discharge process with the patient regarding follow-up appointments, pain management, activity
restrictions, wound care, and/or signs and symptoms for which the patient should call or go directly to the closest
emergency department for.  All questions are answered.

**Physical Examination at Time of Discharge:**
    Please refer to the progress note from date of discharge.

**Medications at Time of Discharge:**

**Current Discharge Medication List**

**START taking these medications**

|  | Details |
| --- | --- |
| acetaminophen (TYLENOL) 325 MG tablet | Take 2 tablets (650 mg total) by mouth every 6 (six) hours as needed for Pain.<br>*Qty:* 30 tablet, *Refills:* 0 |

Please note greater than 35 minutes was spent in all aspects of the discharge process time with majority occuring at
bedside and in Epic chart review.

Thank you,
Derrick J Ferry, APNP
Trauma and Acute Care Surgery
3/12/2023



Prevea Health
835 S Van Buren St
Green Bay, WI 54301
**Office (920) 436-1358 (8:00 am-5:00 pm)**
**Contact after hours nurse triage (920) 496-4700 before 8:00 am or after 5:00 pm**
Fax (920) 431-3169

Electronically signed by Derrick J Ferry, APNP at 03/12/23 11:08
Electronically signed by Maymouna A Atiyat, MD at 03/12/23 17:54

[Exhibit #2] [2 of 13 Pages]

Case 2:23-cv-01233-WED    Filed 06/07/24    Page 23 of 39    Document 28-1

**Hospital Sisters Health System**

Prude, Terrance
MRN: 59332830, DOB: 4/29/1982, Sex: M

03/11/2023 - ED to Hosp-Admission (Discharged) in SVG 8 Surgical (continued)

Discharge Summary (continued)

 COPY

[Exhibit #2] [3 of 13 Pages]

## Progress Notes

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 3/12/2023 10:13 CDT |
| Result Status: | Modified |
| Document Subject: | Hospital Update |
| Sign Information: | Baker,RN,Ellyn M (3/12/2023 12:43 CDT); Baker,RN,Ellyn M (3/12/2023 10:19 CDT) |

**Addendum by Baker, RN, Ellyn M on March 12, 2023 12:43 CDT**
1205pm. Bethany RN called report for patient who is being discharged today. Tylenol order will be sent in hardcopy. Pt last Tylenol dose 8 am today.
Pt has gauze and transparent dressing covering wound. No wound care orders given.
Security called to inform. Talked to Mejia about this discharge.

*Electronically Signed on 03/12/23 12:43 PM*

*Baker, Ellyn  RN*



Bethany RN report: Foreign object successfully removed. Pt still having a lot of pain.
Swallow study preformed today - all is good. Currently waiting on provider orders to discharge today or tomorrow.

*Electronically Signed on 03/12/23 10:19 AM*

*Baker, Ellyn  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 3/11/2023 13:45 CST |
| Result Status: | Auth (Verified) |
| Document Subject: | Sick call Cold symptoms - seen for foriegn object to neck |
| Sign Information: | Baker,RN,Ellyn M (3/11/2023 13:50 CST) |

Pt ambulated to HSU with 2 escorts with an even steady pace. Pt was stabbed in the neck with a foreign object. Object protruding out of right side of the neck bleeding slowly. RN determined Ambulance to be called for an evaluation at the ED. Pt never lost consciousness. He was A&O x4. Security treated his OC sprayed eyes while the RN assessed the wound. Pt whisked away to prepare for transport. RN continued to monitor patient.
Pt asked why he was called to HSU. RN stated cold symptoms. Pt stated he never wrote the HSR.
Ambulance took pt to St. Vincent Hospital. RN called report.

*Electronically Signed on 03/11/23 01:50 PM*

*Baker, Ellyn  RN*

| | |
|---|---|
| Document Type: | Progress Note Generic |
| Service Date/Time: | 4/7/2023 11:00 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Phone Call from sister |
| Sign Information: | Merbach,MPAA,Lisa A (4/7/2023 11:05 CDT) |

[Exhibit #a] [4 of 13 Pages]

Report Request ID:  6891936          Print Date/Time:  4/21/2023 15:04 CDT

---

## Progress Notes

Writer received a phone call from Swera Faraj wanting to discuss Prude, T medical file.
I informed her we di not have a 1163A on file for me to speak with her.
Sent DOC 1163A to Mr Prude for him to fill out if he would ike us to speak with her.

*Electronically Signed on 04/07/23 11:05 AM*

Merbach, Lisa MPAA

---

Document Type:                    Progress Note Generic
Service Date/Time:                3/14/2023 09:49 CDT
Result Status:                    Auth (Verified)
Document Subject:                 Neck injury, asthma
Sign Information:                 Daughtry,MD,Barry T (3/14/2023 09:57 CDT)

### Subjective
He is being seen for a stab wound in the neck. He was stabbed with a pen and the foreign body was extracted in the emergency room.
He has self absorbing sutures in the left neck. Complains of neck pain when he sleeps. He has tylenol for pain.
He has asthma which is well controlled.

### Objective
  Vitals & Measurements
  Temperature Temporal Artery: 37.1 Deg C (03/14/23 09:46:00)
  Peripheral Pulse Rate: 73 bpm (03/14/23 09:46:00)
  Respiratory Rate: 14 br/min (03/14/23 09:46:00)
  Systolic Blood Pressure: 125 mmHg (03/14/23 09:46:00)
  Diastolic Blood Pressure: 67 mmHg (03/14/23 09:46:00)
  Mean Arterial Pressure, Cuff: 86 mmHg (03/14/23 09:46:00)

  Physical Exam
Neck: healed laceration left neck about 6-7 cm long with some swelling, no lymphadenopathy or erythema
Oropharynx: benign
General: Alert, no acute distress
Lungs: Clear to auscultation
Heart: Regular rate, rhythm, no murmurs, rubs or gallops
Extremities: No edema

### Assessment/Plan
1. Puncture wound of neck with foreign body
   Healing, reassurance

2. Asthma
   continue inhalers
   follow up in 2 months

Antisocial personality disorder

Bilateral plantar fasciitis

Encounter for laboratory testing for COVID-19 virus

Encounter for medical care
Ordered:

COPY

[Exhibit #2] [5 of 13 Pages]

---

Report Request ID:  6891936                    Print Date/Time:  4/21/2023 15:04 CDT

## Progress Notes

acetaminophen, 650 mg = 2 tab, Oral, Tab, QID - SC for 3 days, PRN pain, First Dose: 03/12/23 14:03:00 CDT, Stop Date: 03/15/23 14:02:00 CDT, Next Dispense Date: 03/13/23

Focal hyperhidrosis

Insomnia

Pain in right shoulder

Seasonal asthma

Shoulder pain

*Electronically Signed on 03/14/23 09:57 AM*

*Daughtry, Barry  MD*



[Exhibit #2] [6 of 13 Pages]

## Progress Notes

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 3/16/2023 11:00 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Neck pain from stabbing |
| Sign Information: | Reindl,RN,Steven (3/16/2023 11:06 CDT) |

S-"I had Tylenol ordered and that was helping with the pain but then it stopped yesterday, I have used IBU in the past and it worked better"
O-pt ambulated to HSU with an even steady gait in no acute distress. Pt has full ROM of head with slight discomfort. Wound L-side neck intact healing with no S/S of infection.
A-Pain AEB pt statement
P-IBU ordered per RN protocol. Pt wil update HSU with any changes or worsening symptoms.

*Electronically Signed on 03/16/23 11:06 AM*

*Reindl, Steven  RN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 3/12/2023 15:02 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Hospital to RHU move |
| Sign Information: | Potapenko,LPN,Amy L (3/12/2023 15:03 CDT) |

Patient back from the hospital and moved to RHU.

The following medications were placed in the RHU bucket to be brought up to RHU:

Acetaminophen 325mg-12 tabs (nursing protocol order)
Albuterol Inhaler-1 inhaler
Cetirizine 10mg-30 tabs
Alvesco 80mcg-1 inhaler

*Electronically Signed on 03/12/23 03:03 PM*

COPY

*Potapenko, Amy  LPN*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 3/12/2023 13:52 CDT |
| Result Status: | Modified |
| Document Subject: | Hospital Return assessment |
| Sign Information: | Baker,RN,Ellyn M (3/12/2023 14:17 CDT); Baker,RN,Ellyn M (3/12/2023 14:03 CDT) |

[Exhibit #2]  [7 of 13 Pages]

| *Progress Notes* |
| --- |

P) Discussed organ donation policy #500.30.13. Informed I would submit referral to discuss both items with MD. Mr. Prude versed understanding and appreciative.

*Electronically Signed on 04/13/23 04:27 PM*

Garland, Shane  RN

| | |
| --- | --- |
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 4/11/2023 11:12 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Phone call |
| Sign Information: | Kilmer,RN,Jennifer L (4/11/2023 11:13 CDT) |

Received a phone call from CO Rhome in the SCH that the patient is having neck pain. This is not new for the patient and the patient just saw the ACP for this. I advised the patient write an HSR.

*Electronically Signed on 04/11/23 11:13 AM*

Kilmer, Jennifer  RN

| | |
| --- | --- |
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 3/20/2023 11:07 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Sick call Neck pain |
| Sign Information: | Matushak,RN,Rachel M (3/20/2023 11:16 CDT) |

Patient ambulates to HSU with steady even gait in no acute distress. Patient states that he does not need to be seen that he just needs a long term order for Tylenol. ACP Daughtry contacted. Tylenol ordered for 90 days per ACP. Patient thankful and voiced no other concerns for HSU. Follow up PRN.

*Electronically Signed on 03/20/23 11:16 AM*

Matushak, Rachel  RN

 COPY

[Exhibit #2] [8 of 13 Pages]

---

| | Progress Notes | |

---

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 4/13/2023 11:53 CDT |
| Result Status: | Modified |
| Document Subject: | Cell Search |
| Sign Information: | Potapenko,LPN,Amy L (4/19/2023 16:40 CDT); Potapenko, LPN,Amy L (4/14/2023 14:43 CDT); Potapenko,LPN,Amy L (4/13/2023 11:55 CDT) |

**Addendum by Potapenko, LPN, Amy L on April 19, 2023 16:40 CDT**
Charge RN went to patients cell to issue a stock card of naproxen on 4/14/23. Patient showed the RN that he has a card of Naproxen already in cell.

*Electronically Signed on 04/19/23 04:40 PM*

*Potapenko, Amy LPN*

**Addendum by Potapenko, LPN, Amy L on April 14, 2023 14:43 CDT**
PC to the SCH to see if the cell search for this patient was conducted. The SCH cage officer cannot confirm if a cell search ws done or not done on this patient. Writer asked for a cell search to be conducted to ensure if patient does or does not have his medication. If cell search is conducted and no Naproxen is found a stock card will have to be issued.

*Electronically Signed on 04/14/23 02:43 PM*

*Potapenko, Amy LPN*

*Reviewed by: Garland, RN, Shane C*

Per patient he does not have his Naproxen 500mg that was checked out of the medication room on 4/11/23. Per MAR medication was not scanned to patient. Writer called the SCH to have a cell search to make sure there was no card of Naproxen in cell before more Naproxen will be issued.

*Electronically Signed on 04/13/23 11:55 AM*

*Potapenko, Amy LPN*

*Reviewed by: Kilmer, RN, Jennifer L*

| | |
|---|---|
| Document Type: | Nursing Narrative Note |
| Service Date/Time: | 4/13/2023 09:45 CDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Organ donation inquiry |
| Sign Information: | Garland,RN,Shane C (4/13/2023 16:27 CDT) |

S) States he wanted to figure out if he could be a match to donate a kidney to a family member. Also concerned with continued neck pain s/p assault. States current medication is not working.
O) Ambulates to HSU with steady gait and in no acute distress.
A) Informational

[Exhibit #2] [9 of 13 Pages]

---

| Current Medications list |
| --- |

| Inpatient |
| --- |

**Order: mirtazapine**
Ordering Physician: Rojas,MD,Alexis A
Order Details: 15 mg = 1 tab, Oral, Tab, HS - SC for 350 days, First Dose: 4/18/23 8:00:00 PM CDT, Stop Date: 4/2/24 7:59:00 PM CDT, Next Dispense Date: 08-MAY-2023 09:00:00.00
Order Comment:

**Order: bacitracin topical (bacitracin 500 units/g topical ointment)**
Ordering Physician: Daughtry,MD,Barry T
Order Details: 1 app, Topical, Form: Ointment, Daily - KOP for 30 days, First Dose: 4/7/23 11:51:00 AM CDT, Stop Date: 5/7/23 11:50:00 AM CDT, Next Dispense Date: 04/07/26
Order Comment:

**Order: naproxen**
Ordering Physician: Daughtry,MD,Barry T
Order Details: 500 mg = 1 tab, Oral, Tab, BID (AM/PM) - KOP for 90 days, PRN pain, First Dose: 4/11/23 7:30:00 AM CDT, Stop Date: 7/10/23 7:29:00 AM CDT, Next Dispense Date: 01-MAY-2023 09:00:00.00
Order Comment:

**Order: methocarbamol**
Ordering Physician: Daughtry,MD,Barry T
Order Details: 750 mg = 1 tab, Oral, Tab, HS - SC for 3 weeks, PRN muscle spasm, First Dose: 4/11/23 8:00:00 PM CDT, Stop Date: 5/2/23 7:59:00 PM CDT, Next Dispense Date: 07-APR-2026 09:00:00.00
Order Comment:

**Order: acetaminophen (acetaminophen 325 mg oral tablet range dose)**
Ordering Physician: Daughtry,MD,Barry T
Order Details: 1 to 2 Tablets, Oral, QID - KOP for 90 days, PRN pain, First Dose: 3/20/23 9:01:00 AM CDT, Stop Date: 6/18/23 7:29:00 AM CDT, Form: Tab, Next Dispense Date: 29-MAR-2023 09:00:00.00
Order Comment:



[Exhibit #2] [10 of 13 Pages]

## Orders

### Pharmacy

---

**Order: mirtazapine**

Order Date/Time: 4/13/2023 14:11 CDT

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 4/2/2024 19:59 CDT | End-state Reason: |
| Ordering Physician: Rojas,MD,Alexis A | Consulting Physician: |

Entered By: Rojas,MD,Alexis A on 4/13/2023 14:11 CDT

Order Details: 15 mg = 1 tab, Oral, Tab, HS - SC for 350 days, First Dose: 4/18/23 8:00:00 PM CDT, Stop Date: 4/2/24 7:59:00 PM CDT, Next Dispense Date: 08-MAY-2023 09:00:00.00

| | |
|---|---|
| Action Type: Modify | Action Date/Time: 4/14/2023 14:55 CDT Electronically Signed By: Schoofs,RPh, Roberta S |

Communication Type: Written

| | |
|---|---|
| Action Type: Order | Action Date/Time: 4/13/2023 14:11 CDT Electronically Signed By: Rojas,MD, Alexis A |

Communication Type: Written

---

**Order: bacitracin topical (bacitracin 500 units/g topical ointment)**

Order Date/Time: 4/7/2023 11:51 CDT

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 5/7/2023 11:50 CDT | End-state Reason: |
| Ordering Physician: Daughtry,MD,Barry T | Consulting Physician: |

Entered By: Daughtry,MD,Barry T on 4/7/2023 11:51 CDT

Order Details: 1 app, Topical, Form: Ointment, Daily - KOP for 30 days, First Dose: 4/7/23 11:51:00 AM CDT, Stop Date: 5/7/23 11:50:00 AM CDT, Next Dispense Date: 04/07/26

| | |
|---|---|
| Action Type: Modify | Action Date/Time: 4/7/2023 11:56 CDT Electronically Signed By: Heberlein, RPh,Gregory W |

Communication Type: Written

| | |
|---|---|
| Action Type: Order | Action Date/Time: 4/7/2023 11:51 CDT Electronically Signed By: Daughtry,MD, Barry T |

Communication Type: Written

---

**Order: naproxen**

Order Date/Time: 4/7/2023 11:48 CDT

| | |
|---|---|
| Order Status: Ordered | Department Status: Ordered |
| End-state Date/Time: 7/10/2023 07:29 CDT | End-state Reason: |
| Ordering Physician: Daughtry,MD,Barry T | Consulting Physician: |

Entered By: Daughtry,MD,Barry T on 4/7/2023 11:48 CDT

Order Details: 500 mg = 1 tab, Oral, Tab, BID (AM/PM) - KOP for 90 days, PRN pain, First Dose: 4/11/23 7:30:00 AM CDT, Stop Date: 7/10/23 7:29:00 AM CDT, Next Dispense Date: 01-MAY-2023 09:00:00.00

| | |
|---|---|
| Action Type: Order | Action Date/Time: 4/7/2023 11:48 CDT Electronically Signed By: Daughtry,MD, Barry T |

Communication Type: Written



COPY

[Exhibit # 2] [11 of 13 Pages]

---

*Psychiatric*

| DOCUMENT NAME: | Psychiatric Progress Note |
| --- | --- |
| SERVICE DATE/TIME: | 4/13/2023 14:05 CDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Rojas,MD,Alexis A (4/13/2023 14:05 CDT) |
| SIGN INFORMATION: | Rojas,MD,Alexis A (4/13/2023 14:13 CDT) |

**Telepsychiatry Follow-Up**

**Subjective/Interval History:**
Patient currently in general population. I have reviewed prior PSU and psychiatrist notes. Patient has consented to use of secure video conferencing. Patient is aware of the limits of confidentiality. last visit was January 2023; he wasn't on psych meds and follow up was as needed. says he was stabbed in the neck 3/11/23 by another inmate. says he has nerve damage and required surgery. since then has had nightmares and insomnia. has been hypervigilant around others since the trauma. is interested in restarting mirtazapine which was helpful in the past.

Per most recent PSU clinician note:
Diagnoses:
"Antisocial personality disorder
Insomnia

Med Trials per patient: mirtazapine 15 mg po qhs (effective)
Med Trials per chart:
SA: none per patient.
Medical Dx Hx: shoulder injury per patient, asthma.



**Current Medications:**
**Medications (7) Active**
Scheduled: (3)
**Bacitracin Topical Oint (TUBE)** 1 app, Topical, Daily - KOP
**Cetirizine 10 mg Tab 30 (BTL)** 10 mg 1 tab, Oral, Daily - KOP
**Ciclesonide 80 mcg/inh 6.1 g (INHALER)** 80 mcg 1 puff(s), Inhalation, BID (AM/HS) - KOP
Continuous: (0)
PRN: (4)
**Acetaminophen 325 mg Tab** 1 to 2 Tablets, Oral, QID - KOP
**Albuterol HFA 90 mcg/inh 18gm (INHALER) (66993-0019-68)** 180 mcg 2 puff(s), Inhalation, QID - KOP
**Methocarbamol 750 mg Tab** 750 mg 1 tab, Oral, HS - SC
**Naproxen 500 mg Tab** 500 mg 1 tab, Oral, BID (AM/PM) - KOP

**Active Allergies (1)**
**No Known Medication Allergies**
   **Reaction: None Documented**

**Mental Status Exam:**
Fair grooming. Wearing prison issued clothing. Speech is normal volume, rate and tone. Mood is "ok". Affect is euthymic. Thought process linear and logical. Denies ah and vh. Denies si and hi. Insight is fair. Judgment is fair. Cognition grossly intact.

**Impression:**
Patient expressed an understanding of the risks, benefits, and alternatives to the treatment plan and consents to the plan. Patient has capacity to consent at this time. Patient vouching for his safety and states he will inform staff if suicidal. Patient appears to be attending to his ADLs with no evidence of grave disability secondary to a psychiatric condition.

**Risk Assessment:** Risk Elevation From Baseline: Minimal. Baseline: Low.
-Risk Factors: existing psych diagnosis.
-Protective Factors: No organized plan, No current substance misuse, Not intoxicated, Future oriented and hopeful, Intact thought process, no past attempt, No life threatening illness.

[Exhibit #2] [12 of 13 Pages]

---

*Psychiatric*

---

**DSM 5 Diagnoses:**
# Antisocial personality disorder
# Acute stress disorder. (trauma was on 3/11/23)

**Plan:**
- Start mirtazapine 15 mg po qhs for anxiety and insomnia.
- Continue routine follow up with PSU.

**RTC:** 6 weeks.

*Electronically Signed on 04/13/23 02:13 PM*

---

*Rojas, Alexis  MD*



[Exhibit #2]  [13 of 13 Pages]

---

Exhibit #3

Pages 1 of 4

Patient: **PRUDE, TERRANCE D**          MRN/DOC#: 000335878          DOB: 4/29/1982
Location: Wisconsin Secure Program Facility          Admission Date: 2/16/2001          Discharge:
Medical Records From:    12/20/2023 00:00 CST          to  1/31/2024 23:59 CST          Gender: Male

---

| *Consultations* |
|---|

Document Type:                    Inpatient PT Evaluation
Service Date/Time:              12/22/2023 12:46 CST
Result Status:                      Auth (Verified)
Document Subject:              Inpatient PT Evaluation
Sign Information:                 Bothfeld,PT,Nathaniel S (12/22/2023 15:58 CST)

**Inpatient PT Evaluation Entered On: 12/22/2023 12:51 CST**
**Performed On: 12/22/2023 12:46 CST by Bothfeld, PT, Nathaniel S**

**General Info**
*Pain Present :*  Yes actual or suspected pain
*PT General Information Subjective History :*  SUBJECTIVE:
Per pt report/EMR/WICS Conduct Report; pt was stabbed with a pen by another PIOC on 3/11/23 while in GBCI HSU; the
  pen went into the neck, left/lateral to the trachea/esophagus and broke off; neck pain sx have improved vastly since then
but still a 2/10 PR on average and a 4/10 PR at worst; he is currently on AC; he works out in the cell performing frog hops,
  burpees, push ups, tyson push ups and sit ups and crunches; he takes Naproxen for pain management

OBJECTIVE:
Gait is normal. Transfers are normal. Pt rear cuffed and escorted by CO on RHU. Cervical AROM is WFL in all planes.
Scar present left of the throat present. Forward head posture observed. Verbally instructed pt on HEP: form, parameters
and rationale and deep cervical flexor mm strength and endurance normative values.
                                                      Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST

*Orientation :*  Oriented x 4
*Affect/Behavior :*  Appropriate, Calm, Cooperative
*Safety/Judgment :*  Able to find way around unit
*Basic Command Following :*  Intact
                                                      Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

**Pain Assessment**
*Pain Location :*  Neck
*Laterality :*  Bilateral
*Quality :*  Aching
*Time Pattern :*  Intermittent
*Onset :*  Gradual
*Self Report Pain :*  Numeric rating scale
*Numeric Pain Scale :*  4
*Acceptable Numeric Pain Scale :*  0 = No pain
*Numeric Pain Score :*  4
*Numeric Pain Acceptable Intensity Score :*  0
                                                      Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST

**Mobility**
Mobility Grid
*Roll Left :*  Complete independence
*Roll Right :*  Complete independence
*Supine to Sit :*  Complete independence

Exhibit #3 [1 of 4 Pages]

---

| Consultations |
|---|

*Sit to Supine :*  Complete independence
*Scooting :*  Complete independence
*Transfer Sit to Stand :*  Complete independence
*Transfer Stand to Sit :*  Complete independence
*Transfer Bed to and From Chair :*  Complete independence
*Transfer Toilet :*  Complete independence

Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

*Ambulation Level :*  Complete independence
*Stairs :*  Does not occur

Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

**Assessment**
*PT Impairments or Limitations :*  Muscle weakness, Myofascial pain
*Treatment Recommendations :*  41 yo male reporting chronic anterior and posterior neck pain 9 months s/p being stabbed in the left anterior neck by a pen during an assault that occurred while in GBCI HSU. AROM of the cervical spine is full in all planes and pt is I with all ADLs and is able to perform  his normal calisthenics/exercise regimen but pt still reporting mild neck pain and stiffness that rates from 2-4/10 PR in severity. Pt was instructed on PT HEP: form, parameters and rationale and we discussed POC and pt agrees to adhere to the PT HEP. HEP dispensed to pt's unit and PT f/u scheduled for in 2 weeks.

Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST

**Education**
*Teaching Method :*  Demonstration, Explanation, Printed materials, Teach-back

Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

Physical Therapy Education Grid
*Exercise Program :*  Verbalizes understanding, Demonstrates
*Physical Therapy Plan of Care :*  Verbalizes understanding

Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

**Long Term Goals**
*PT Patient,Caregiver Goal :*  "Not have neck pain anymore."

Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

PT Long Term Goals Grid

|  | Long Term Goal 1 |
|---|---|
| *Goal :* | SEE STGs |
|  | Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST |

**PT Short Term Goals**
Other PT Goals Grid

|  | Goal #1 | Goal #2 | Goal #3 |
|---|---|---|---|
| *Goal :* | Perform HEP, I | Adhere to PT HEP, 3-5x/week for 12 weeks | Demonstrate full and normal deep cervical flexor mm strength and endurance, assessed via Chin Tuck, Head Lift Test, 1-3' |
| *Status :* | Progressing, continue | Progressing, continue | Progressing, continue |

[Exhibit #3] [2 of 4 Pages]

| | *Consultations* | |
|---|---|---|

| | Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST | Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST | Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST |
|---|---|---|---|

**Plan**
*Frequency :*  2 times per month
*Duration :*  12 Weeks
*Treatments Planned :*  Electric modalities, Pain management, Patient education, Therapeutic exercises
*Treatment Plan/Goals Established With Patient/Caregiver :*  Yes
*Other PT Treatment Provided :*  Composed and instructed pt on initial HEP; form, parameters and rationale.
*Evaluation Complete :*  Yes

Bothfeld, PT, Nathaniel S - 12/22/2023 12:46 CST

**Time Spent With Patient PT**
*PT Evaluation units moderate :*  3 units

Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST

**Additional Information**
*Additional Information PT :*  Dx: Chronic Neck Pain, DOI/MOI: 3/11/2023 via Stab Wound Left of Throat with a Pen in GBCI  HSU

HEP:
-Cervical Retraction, 10 x 10 x 2-5 second hold/daily
-Prone Y, T, I, 3-5 x 10-20 reps, hold for 5-10 second hold, 2-3 days/week
-Supine Cervical Self Applied Traction, PRN, 1-3 x 1-3'
-Supine Chin Tuck, Head Lift, 3-5 x 1', 2-3 days/week
-AROM of Cervical Spine: 10 x 10 reps/daily, in all planes
-Cued pt to maintain cervical retraction during his calisthenic regimen

Bothfeld, PT, Nathaniel S - 12/22/2023 15:58 CST

[Exhibit #3] [3 of 4 Pages]

## Patient Information

# MRN: 000335878

| | | | |
|---|---|---|---|
| Name: | **PRUDE, TERRANCE D** | FIN: | **200102160101335878** |
| Location: | **WSPF _AR1** | Admit Date: | **02/16/01** |
| Room: | **_111 _L** | Attending MD: | **Degiovanni, MD, Gina** |
| Date of Birth: | **04/29/82** | E-Signed By: | **Degiovanni, MD, Gina** |
| Age: | **41 Years** | LOS: | **8386 Days** |
| Sex: | **Male** | | |
| Height: | | | |
| Weight: | | | |

Admitting Diagnosis:
Allergies: **No Known Medication Allergies**

## Ordering Information                    Order Action: **Order**

### Order: **TENS UNIT**

| | |
|---|---|
| Requested Start Date/Time: | 01/05/23 15:03:00 CST |
| Duration: | 90 |
| Duration Unit: | days |
| Stop Date/Time: | 04/05/23 16:02:00 CDT |
| Patient's Location – Facility: | WSPF |
| Special instructions: | TENS Unit. Chronic Posterior Neck Pain. 90 days. 1 unit, 2 leads, 4 electrodes, 1 9V battery, all present and working. Dispensed on 1/5/2024. |

Order ID: 1439968641

**Comments:**

| | | |
|---|---|---|
| Ordered By: Bothfeld, PT, Nathaniel S | Order Date/Time: | 02/01/24 CST |
| | Communication Type: | Written |

*[handwritten: Exhibit #3]*
*[handwritten: [4 of 4 Pages]]*