Name: PRUDE, TERRANCE D.

IPTS022A

# Bed Assignments

DOC #: 335878   PID #: 0335878

Wednesday May 01, 2024 09:16:06 AM

**Bed Assignments** (1 - 20 of 122)

| Date | Time | Facility Name | Housing Unit | Bed ID | Status |
|---|---|---|---|---|---|
| 12/20/2023 | 10:26 AM | Wisconsin Secure Program Facility | _A/R1 | _111/_L | Assigned |
| 09/13/2023 | 04:47 PM | Green Bay Correctional Institution | SG/5W | _516/LO | Unassigned |
| 09/12/2023 | 12:57 PM | Green Bay Correctional Institution | SG/3W | _328/LO | Unassigned |
| 08/30/2023 | 05:44 PM | Green Bay Correctional Institution | SU/TC | _316/UP | Unassigned |
| 07/27/2023 | 10:39 AM | Green Bay Correctional Institution | SG/3W | _322/LO | Unassigned |
| 07/18/2023 | 03:42 PM | Green Bay Correctional Institution | SG/5W | _525/LO | Unassigned |
| 07/18/2023 | 03:38 PM | Green Bay Correctional Institution | SG/2W | _231/LO | Unassigned |
| 05/27/2023 | 02:34 PM | Green Bay Correctional Institution | SO/_G | _G57/LO | Unassigned |
| 04/04/2023 | 02:22 PM | Green Bay Correctional Institution | SO/_E | _E63/UP | Unassigned |
| 03/28/2023 | 05:53 PM | Green Bay Correctional Institution | SU/TC | _321/LO | Unassigned |
| 03/12/2023 | 09:09 PM | Green Bay Correctional Institution | SG/4W | _423/LO | Unassigned |
| 03/12/2023 | 01:15 PM | Green Bay Correctional Institution | SG/4W | _405/LO | Unassigned |
| 02/06/2023 | 06:19 PM | Green Bay Correctional Institution | SO/_G | _G57/LO | Unassigned |
| 12/01/2022 | 08:18 PM | Green Bay Correctional Institution | NO/_C | _C73/LO | Unassigned |
| 10/27/2022 | 06:26 PM | Green Bay Correctional Institution | SG/4W | _430/LO | Unassigned |
| 10/11/2021 | 09:30 AM | Green Bay Correctional Institution | NO/_B | _B72/LO | Unassigned |
| 08/02/2021 | 08:23 AM | Green Bay Correctional Institution | NO/_A | _A10/LO | Unassigned |
| 03/23/2021 | 04:39 PM | Green Bay Correctional Institution | SU/TC | _310/LO | Unassigned |
| 02/08/2019 | 10:02 AM | Green Bay Correctional Institution | SG/5W | _514/LO | Unassigned |
| 02/08/2019 | 09:14 AM | Green Bay Correctional Institution | SG/5W | _535/LO | Unassigned |

**Next Page**

Case 2:23-cv-01233-WED    Filed 08/09/24    Page 1 of 1    Document 38-1   Exhibit 1000