Name: PRUDE, TERRANCE D.     DOC #: 335878   PID #: 0335878

# Offender Separation Alerts

IMTS040A     Wednesday May 01, 2024 09:12:55 AM

**Offender Separation Alerts** (1 - 12 of 12)

| PID# | DOC# | Offender Name | Current Facility | Status | Reason |
|---|---|---|---|---|---|
| | | | Waupun Correctional Institution | Inactive | High Degree of STG Involvement |
| | | | Oshkosh Correctional Institution | Active | Other |
| | | | Waupun Correctional Institution | Inactive | Committed Crime against inmates/their families |
| | | | Columbia Correctional Institution | Pending | Other |
| | | | Unit 326 | Inactive | Threats to injure others |
| | | HENDERSON, TITUS | Green Bay Correctional Institution | Active | Serious Assault involving Staff/Inmates |
| | | | Green Bay Correctional Institution | Inactive | Serious Assault involving Staff/Inmates |
| | | | Waupun Correctional Institution | Active | Other |
| | | | Milwaukee Secure Detention Facility | Active | Serious Assault involving Staff/Inmates |
| | | | Wisconsin Secure Program Facility | Inactive | Other |
| | | | Green Bay Correctional Institution | Inactive | High Degree of STG Involvement |
| | | | Not currently incarcerated/supervised | Inactive | Unknown |