# GREEN BAY CORRECTIONAL INSTITUTION



**Persons In Our Care (PIOC) HANDBOOK**

**Information & Rules for PIOC**

**Revised**
**December 2022**

# TABLE OF CONTENTS

ADMINISTRATIVE CODE AND DOC RULES……………………………………………………03

SEXUAL ABUSE/ASSAULT PREVENTION AND INTERVENTION………………………03

EMERGENCIES……………………………………………………………………………………04

LIMITED ENGLISH PROFICENCY POLICY NOTICE………………………………………04

ELECTRONIC MONITORING NOTICE……………………………………………………………04

AMERICAN WITH DISABILITIES ACT…………………………………………………………04

PIOC CLASSIFICATION SENTENCE AND RELEASE PROVISIONS………………………04
Classification…………………………………………………………………………………………04
Reclassification………………………………………………………………………………………05
Program Assignment………………………………………………………………………………05

RECORD OFFICE…………………………………………………………………………………05

WORK, SCHOOL AND EDUCATION ASSIGNMENTS…………………………………06-07
Criteria for assignment……………………………………………………………………………06
Work assignments available to PIOC……………………………………………………………06
Bureau of Correctional Enterprises………………………………………………………………06
Education Programs/School Placement……………………………………………………......07

INSTITUTION SERVICES AND INFORMATION…………………………………………...08-23
Chapel…………………………………………………………………………………………………08
Health Services……………………………………………………………………………………08
Dental Services……………………………………………………………………………….......10
Psychiatry Services…………………………………………………………………………………10
Psychological Services…………………………………………………………………………………11
Interviews with Staff………………………………………………………………………………13
Social Services……………………………………………………………………………………...13
Visiting Guidelines…………………………………………………………………………………16
Correspondence, Mail, Publications………………………………………………………………18
Institution Complaint Examiner……………………………………………………………………19
PIOC Telephone Calls………………………………………………………………………………20
Recreation - Leisure Time Activities………………………………………………………………21
Library Materials and Services……………………………………………………………………21
Institution Picture Project……………………………………………………………………….23

PIOC ACCOUNTS……………………………………………………………………………24-28
Receipt of PIOC Funds………………………………………………………………………………24

Types of Accounts……………………………………………………………………24
Legal Loans……………………………………………………………………...26
Canteen………………………………………………………………………26
PIOC Compensation…………………………………………………………27
PIOC Disbursement Request…………………………………………………28
Mail Orders……………………………………………………………………28
Donations………………………………………………………………...28

GBCI LIVING RULES……………………………………………………28-46
Cell Halls………………………………………………………………………28
Cell Hall Living Rules…………………………………………………………29
Cell Mates……………………………………………………………………32
Cell Inspections………………………………………………………………32
Cell Repairs……………………………………………………………………32
Property………………………………………………………………………32
Grooming and Hygiene…………………………………………………………33
Meals…………………………………………………………………………34
Movement Procedures…………………………………………………………34
Kiosks…………………………………………………………………………35
Dormitory………………………………………………………………………35
Dormitory Living Rules………………………………………………………35
Talking………………………………………………………………………...40
PIOC Dress Code………………………………………………………………40
Linen Exchange and Clothing…………………………………………………41
Conduct Reports………………………………………………………………43
Appeal of Conduct Reports……………………………………………………45
Interviews with Staff…………………………………………………………45
Staff Information………………………………………………………………46

ADDITIONAL DOC PROCEDURES AND RESOURCES……………………46

PROBLEM SOLVING CHART…………………………………………………47

## Administrative Code and Department of Corrections Rules

The basic rules and processes of Green Bay Correctional Institution are found in this handbook, referenced in this handbook, located or posted in specific housing units, and posted in specific areas. The rules are based on the Administrative Rules for the Department of Corrections and are available in the institution library. The following chapters are most pertinent chapters of the code. Every PIOC is responsible for learning and following these rules. A copy of the DOC 303 was provided to every PIOC during Assessment and Evaluation.

| SUBJECT | CHAPTER |
|---|---|
| PIOC Classification, Sentence and Release Provisions | DOC 302 |
| Discipline | DOC 303 |
| Administrative Code | DOC 308 |
| Resources for PIOC | DOC 309 |
| Complaint Procedures | DOC 310 |
| Observation Status | DOC 311 |
| Medical, Dental & Nursing Co-payment Charge | DOC 316 |

## Following Orders from Staff – DOC 303.28

Orders may be verbal or written. Regardless of location, any orders given by an officer or staff member must be obeyed, even though it may differ from orders previously given. Follow the last order given at all times. If you feel the order is not appropriate, you may write a letter to the Warden, Deputy Warden, Security Director, Management Services Director or Program Unit Supervisors with your concerns.

## Sexual Abuse/Assault Prevention and Intervention

The Prison Rape Elimination Act (PREA) of 2003 was enacted by Congress to address the problem of sexual abuse by persons in the custody of U.S. correctional agencies. PREA addresses all types of sexual assault in prisons, but its main focus is to eliminate PIOC-on-PIOC sexual assaults. All correctional agencies in the nation, including Wisconsin, must follow the provisions of PREA.

The Wisconsin Department of Corrections does not tolerate **any** type of sexual misconduct involving PIOC or staff. Wisconsin DOC Administrative Code prohibits sexual intercourse, contact or conduct between PIOC. Violations will result in disciplinary sanctions as outlined in DOC 303. PIOC-on- PIOC assault will also be prosecuted according to applicable provisions of Wisconsin State Statutes. Sexual assault between staff and PIOC violates DOC policy as well as Wisconsin State Statutes. Violators are subject to Departmental discipline as well as prosecution punishable by prison sentence and fines.

It is important to report an incident of sexual misconduct in a timely manner. You should inform a staff member if you have been sexually assaulted, threatened or are being solicited for sexual activity, or you may file an PIOC complaint. Additionally, a PREA hotline has been set up for PIOC for reporting instances of sexual assault. PIOC can access the hotline by dialing #777 to report to the DOC Investigations Team or #888 to reach an agency outside of the DOC. The number is posted near all telephone locations. DOC staff members are instructed to keep the reported information confidential and only discuss it with the appropriate officials. All allegations of sexual assault will be treated seriously. Any statement by a PIOC, staff member or others alleging sexual contact/assault shall be reported to the Warden. An internal investigation of the assault will proceed whether or not a law enforcement investigation takes place. Violations of Administrative Code may result in disciplinary action.

**All PIOC have been issued a booklet entitled "Sexual Abuse/Assault – Prevention and Intervention." All PIOC are required to retain this booklet.**

## Emergencies

There may be times when a situation may require the evacuation of an institution area or modification of normal institution operations. Emergencies may consist of weather or environmental conditions, fire, security emergencies, etc. GBCI will take appropriate action to ensure the safety and security of the institution, staff, PIOC and visitors. At such times, staff will issue instructions and may direct PIOC evacuations from areas. Proceed without delay in obeying staff directives in such situations. At times, drills may be conducted in preparing for potential emergency conditions. During drill-type situations, PIOC are expected to conduct themselves in the same manner as in a real emergency.

## Limited English Proficiency Policy Notice

The Wisconsin Department of Corrections (DOC) shall within available resource constraints take reasonable steps to continue providing Limited English Proficiency (LEP) offenders in its custody, or under its supervision, meaningful access to vital documents, important information and health services and to ensure they are not precluded from accessing or participating in important programs or proceedings, including those which may affect the duration and condition of their confinement or favorable classification. This shall be done at no cost to the PIOC. The DOC shall not retaliate against any LEP offender for requesting such access. The DOC does not prohibit communication in languages other than English, either by policy or practice, except where security practices require.

## Electronic Monitoring Notice

Surveillance and/or monitoring of activities throughout the facility may be accomplished by electronic devices including audio and visual recordings. This includes oral communications.

La vigilancia y/o el control de las actividades en toda la instalación pueden realizarse mediante dispositivos electrónicos, incluidas grabaciones de audio y visuales. Esto incluye las comunicaciones orales.

## Americans with Disabilities Act

PIOC that cannot participate in a program because of a disability, can send the form DOC 2530 Reasonable Modification/Accommodation Request to the ADA Coordinator. Provide specific information as to why and what type of help is needed.

# PIOC CLASSIFICATION, SENTENCE AND RELEASE PROVISIONS

## Classification – DOC 302

Classification provides the DOC with a process for determining custody classification, program or treatment assignment, and transfer decisions concerning offenders. The DOC uses classification to regulate the supervision and movement of PIOC among institutions and between institutions and community programs.

The initial classification session provides the DOC with a process for reviewing individual offenders as follows:

1. Assessing the risk, criminal and social background of an PIOC.

2. Reviewing sentence structure.
3. Listing academic and vocational requirements.
4. Conducting certain kinds of evaluations.
5. Determining custody classification.
6. Assessing motivation of an offender.
7. Coordinating a plan for custody classification.
8. Recommending programs for an offender on arrival to the DOC.

## Reclassification – DOC 302, DAI Policy Chapter 302

Reclassification provides the DOC with an ongoing process for review of the academic, vocational, medical, psychological, social, offense-related, and other treatment needs of an PIOC. The GBCI Reclassification Committee (RC) consists of the Offender Classification Specialist, and one or more of the following: a Security representative, an Education representative, and a Social Services representative. This committee is charged with the responsibility to review the security classification and assignment of PIOC to an institution. These regularly scheduled interviews (reviews) are conducted at a time designated by the Reclassification Committee, not to exceed 12 months from the prior RC. An earlier RC may occur prior to this date if there is a significant change affecting custody, program or treatment assignments, or institution placement as determined by the classification specialist. It may also be initiated per a request by the Security Director or Warden or via an PIOC request for an early RC made to their assigned Social Worker, who shall deliver the request to the RC.

## Program Assignment

The Reclassification Committee will review program assignments as part of the normal review process. Questions and concerns should be discussed with the PIOC's assigned social worker.

A Reclassification orientation will be provided to all new PIOC by the Offender Classification Specialist or designee.

## Record Office

Upon admission, Record Office staff will review commitment papers and check the mandatory release or extended supervision release date, parole eligibility, and discharge dates. The Record Office provides the following services:

1. Accepts and attempts to answer questions concerning commitment, jail credits, warrants, detainers, mandatory release, extended supervision, parole eligibility, and discharge dates.
2. Processes requests for speedy disposition of warrants and detainers.
3. Responds to requests for copies of documents from the legal and social service files. All requests for copies must be accompanied by a completed Disbursement Request form (DOC-184), for payment of copy fees.
4. Assists in review of PIOC social service and legal files. PIOC may request a review of their social service file once every six months. For all other file reviews please contact the specific department pertaining to that file.
5. Process PIOC visit applications, completes changes and updates visiting lists.
6. Processes Verification of Time Served forms for TIS sentence adjustments in accordance with procedure.
7. Processes requests to have conduct reports reviewed for modification by the Warden.
8. Re-computes sentence structures upon receipt for modification from the Warden.
9. Re-computes release dates due to also sentences and jail credits.
10. Ensures proper release when all prison time has been served.
11. Process all Digital Formatted Legal Materials in accordance with DAI Policy 300.00.67.
12. Schedules attorney calls and visits for PIOC in general population living units.

# ASSIGNMENTS: WORK, SCHOOL & EDUCATION PROGRAMS

## Criteria for Assignment

Unless otherwise specified by the rules of the department or by state or federal law, PIOC may be considered for school assignments, vocational programs, or treatment assignments within the Wisconsin Correctional System, if all of the following conditions are met:

1. The PIOC has a program or treatment need that the program being considered will meet.
2. There is space available in the program.
3. The PIOC attains the custody classification needed for transfer to the site where the program is available.
4. The PIOC meets program or treatment prerequisites.

The program assignment supervisor or teacher will make periodic reports on performance, attitude, and general work habits. These reports are important in determining readiness for parole, transfer, and ability to assume responsibility for a job or school upon release.

## Work Assignments Available to PIOC

After admission to GBCI all PIOC will be scheduled to attend an institution orientation. Following the completion of the orientation, PIOC will be scheduled to attend and actively participate in required assessment and evaluation sessions during which data will be gathered through testing and interviews. The results will be used to determine work, education, and treatment assignments while at Green Bay Correctional Institution. Housing unit placement will also take place. PIOC that are eligible but not placed in educational, work, or treatment assignments will be placed in Involuntary Unassigned status and be utilized based on institution needs. PIOC that refuse to attend and actively participate in orientation or assessment and evaluation sessions will be placed in Voluntary Unassigned status for a minimum of ninety days.

The following list consists of areas within the institution where PIOC can apply for a work assignment. This list is not all inclusive and may change based on institution needs.

| | |
|---|---|
| Food Service | Health Service Unit |
| Library Clerk | Maintenance Department |
| Cell Hall Worker | Restricted Housing Janitor |
| Recreation Aide | Bathhouse |
| Institution Yard | Garden Crew |
| Store/Canteen | Classroom Tutor |

## Bureau of Correctional Enterprises

This institution also has opportunities for PIOC to work in Bureau of Correctional Enterprises which is separate from institution work assignments. In order to work at BCE the PIOC must complete an application, receive a job offer, and then receive approval from institution Security.

To be considered for a work assignment in BCE the PIOC must have a High School Diploma/HSED or a waiver of this requirement if the PIOC has a verified learning disability. To verify your qualifications before applying contact the Education Office.

To obtain an application for a work assignment in BCE contact the BCE Textile Shop.

For complete information pertaining to procedures for PIOC work and school assignments, see DAI Policy/GBCI Facility Procedure 309.00.01, PIOC Work Placement and DAI Policy 309.55.01 PIOC Compensation Plan.

## Education Programs/School Placement

A major focus of Green Bay Correctional Institution is education. Having an HSED, GED and/or continuing education can lead to an increase in pay, as well as career advancement. PIOC who have an identified education need are required to attend school. It is GBCI's expectation that all PIOC will participate in educational programs until the needs are met, as determined by education staff evaluation/review. For any additional information please refer to DAI Policy and GBCI facility procedure 309.00.01 and DAI Policy 309.55.03.

Eligibility requirements must be met before an PIOC may enroll in most educational programs. Information on requirements is available from the Education Officer Scheduler. Send an interview/information request to the Education Office to be called in for an interview.

**Basic Skills Development**
1. Adult Basic Education is for all students working toward achieving a High School Equivalency Diploma (HSED) and enrolled in pre-vocational and pre-college curricula.
2. Title 1 Programs are available for those students under age 21 who are below grade level.
3. English as a Second Language programming is available for PIOC who qualify.
4. For those students who possess a High School Diploma or HSED and still have lower Math or Reading scores, review or refresher classes can be scheduled, as space permits, to allow an PIOC to raise his/her scores to enroll in a post-secondary program. One refresher class per PIOC is permitted.

**Vocational Development**
1. PIOC may enroll in one of four available vocational programs. Enrollment is based on attainment of required academic skills and a Classification determination of a need for vocational school. PIOC will be required to remain in Academic classes until the HSED is attained and/or the required academic skills are attained.
2. The Education Director can refuse placement of an PIOC in a vocational program if the PIOC has been previously enrolled in a vocational program. Due to the high demand for vocational programs, PIOC may take only one of the following vocational programs:
   a. Barbering and Cosmetology
   b. Business Operations
   c. Cabinet Making
   d. Masonry

**Correspondence Courses**
Enrollment in self-paced correspondence study is permitted with prior authorization. PIOC must have a verified High School diploma or GED/HSED certificate. The process for enrolling in Correspondence Courses is outlined in DAI Policy and GBCI Facility Procedure 300.00.26 which is available in the institution library.

Permitted courses are divided into two groups:
1. Courses for which college credit is awarded by Accredited Colleges and Universities that are approved by the State of Wisconsin Educational Approval Board. Approval from this board must be in place before any enrollment will be considered.

2. Courses such as Religious Study and Self-Improvement courses for which no college credit is awarded.

# INSTITUTION SERVICES AND INFORMATION

## <u>Chapel – DOC 309.61, DAI Policies 309.61.01, 309.61.02, 309.61.03</u>

There are two chaplains who provide services to PIOC of many different faiths. Crisis and longer-term counseling are available upon request. Pastoral visits are conducted in the Chapel.

Religious group services and study groups are conducted in the chapel regularly. Please contact the chaplains for schedules. PIOC attending religious services or study groups are expected to participate in the activity they have chosen. PIOC who choose to engage in side activities will be asked to participate in the religious service or study group and/or they will be sent back to their housing unit.

Marriage request forms must be sent to your social worker for processing. The forms are available from your social worker. Please refer to DAI Policy 309.00.06.

Bibles and Qurans are available from the chapel or library cart in the Restricted Status Housing Unit. Information regarding religious property allowed at GBCI may be obtained from the chaplains or by reviewing DOC 309 and the applicable DAI policies that are available in the library.

Angel Tree Program – provides toys for children of PIOC for Christmas gifts.

Greeting cards are offered via Chapel by request. Submit a DOC-643 to Chaplain for review.

## <u>Health Services</u>

The Health Services Unit (HSU) is located in the Treatment Center Building. DOC encourages PIOC to exercise good health practices at all times including such things as proper hygiene, proper nutrition and getting sufficient rest and exercise. <u>The department promotes good health and expects all PIOC to take responsibility for their health</u>.

HSU provides medical, dental, psychiatry, physical therapy, radiology, and optometry services. Daily nursing services are also provided. Upon admission to the institution, HSU staff review your medical and dental records to determine your current health care needs. Plans are followed in providing care for PIOC with chronic medical conditions.

Routine medical and dental services are provided on site Monday – Friday. X-rays and ultrasounds are provided one day per week. Other services provided within the Health Services Unit on-site include; optometry, physical therapy, orthotic fitting, audiology, and lab draws. Patient beds are available in and near HSU for those in need of ongoing medical/nursing assessments and interventions. Emergency and routine health care is available and provided to all PIOC, including consultations with specialists that are available through local providers and clinics in addition to UW Madison Hospitals and Clinics as well as other providers as needed.

All medical, dental and nursing appointments or services may be subject to a co-pay fee, in accordance with Wisconsin Administrative Code DOC Chapter 316, and DAI Policy 316.00.01.

**Routine Health Care Procedures**

PIOC who are ill or have questions regarding their health must complete a DOC form and place it in the HSU mailbox labeled "HSU  PSU  Dental" which is located in the Rotunda. There are additional PSU boxes in the north and south cell hall housing units.

There are different colored forms for different types of requests:
1. Blue form (DOC-3035) for all medical/nursing/optometry/psychiatrist concerns and questions
2. Yellow form (DOC-3292) for all dental related concerns
3. White Form (DOC-3035C) for all keep on person medication refill requests

If HSU determines the need is urgent, a pass will be issued the same day.

If not deemed urgent, an appointment and will scheduled and a copy of the request will be sent back with an approximate date of your appointment.

If you have submitted a request to HSU and have not received a response back within three days, please submit another request.

**Emergency Health Care Procedures**

Medical Emergencies such as illness or a severe injury should be reported to the PIOC work, school, or housing unit staff or supervisor who will contact HSU. Medical/nursing staff determines whether the condition requires immediate treatment. If needed, local hospitals and ambulances are utilized for medical emergencies.

**Medication Distribution and Other Health Care Topics**

Patients are prescribed controlled and non-controlled medications. Controlled medications are distributed four times each day at approximately the following times: 6:00 a.m., 12:00 p.m., 3:45 p.m. and 7:30 p.m. It is the PIOC's responsibility to take non-controlled medications as prescribed and to request refills as needed via the DOC-3035C.

Medication refills for non-controlled medications are to be requested **7 days before** the medication runs out.  Complete a white Medication/Medical Supply Refill Request (DOC-3035C). Write the name of the medication refill needed on the slip.

It is the patient's responsibility to use all medications correctly, including prescription medication.

**Lay-In/Sick Cell – DAI Policy 309.55.02**

**Lay-In**: A non-paid status indicating the PIOC has been excused from his or her work or program assignment until the next work or program day at the discretion of the assignment supervisor. PIOC on lay-in will be on room confinement until the start of the next work or program assignment. Lay-in status applies only to PIOC in a work or school assignment. PIOC on lay-in status may leave their cells only to attend meals or receive staff controlled medications. PIOC on lay-in status may not use the phone.

**Lay-in Procedures**

PIOC requesting lay-in shall report each day to their assignments to request lay-in from assignment supervisor.  Housing unit staff will notify the assignment supervisor when an PIOC is obviously ill or injured and update the Sick Cell report so designated staff can make appropriate changes to the PIOC's status relating to payroll. Lay-in status will include room confinement until the next work or program assignment.

Assignment supervisor will determine if lay-in status is granted, monitor and track PIOC requests for lay-in, and notify housing unit of PIOC lay-in status.

On the third consecutive day of lay-in, the assignment supervisor shall notify HSU that the PIOC is to be seen. HSU shall have a face-to-face assessment with the PIOC that day. HSU will determine sick cell status and notify assignment supervisor.

HSU will determine if the PIOC's sick cell status should be extended.

**Sick Cell**: A paid status at involuntary unassigned rate. Sick cell status must be established by HSU staff. HSU will determine directions regarding activities for sick cell and it will be communicated to the PIOC and unit staff. Unless medical restrictions indicate otherwise, when the PIOC is placed on sick cell status, they are to continue on feed cell, not attend recreation, or receive passes. They may leave their cells for showers and visits, and may attend religious services only with specific permission from the Warden/designee.

## <u>Dental Services</u>

The Dental Office is located in HSU in the Treatment Center Building. Dental Services provide both routine dental care such as cleaning and fillings and emergency care. Oral surgery needs are provided by and scheduled with the DCI Dental Unit oral surgeon or with a local provider. Routine dental care is scheduled as time permits.

If you need dental care or have questions regarding your dental care and needs, fill out a Dental Service Request (DSR) form DOC-3392 (yellow slip) and place it in the HSU PSU Dental mailbox located in the Rotunda.

If staff determine the need is urgent, a pass will be issued to be seen within 24 hours. If the request is not urgent, dental staff will schedule a routine appointment. Staff will return a copy of the DSR providing an approximate appointment time.

If you submit a DSR and do not receive a response back within three days, please submit another DSR.

## <u>Psychiatry Services</u>

Psychiatric care is provided to PIOC with mental health concerns, and who are prescribed psychotropic medications. Psychiatric services are provided on-site or via video conferencing, referred to as Tele-psychiatry.

If you believe that you are having mental health issues which may warrant psychiatric services, complete a Form DOC-3035B (green slip), Psychological Services Request and place it in the PSU mailbox located in the Rotunda.

New patients or a patient who has discontinued previously prescribed psychotropic medication must first see a psychologist in PSU. The psychologist will determine if a referral to a psychiatrist is appropriate.

PIOC currently taking psychotropic medication are scheduled for regular follow-up appointments as determined by the psychiatrist.

If you believe you need to see the psychiatrist, prior to your scheduled follow-up appointment, submit a DOC-3035 to HSU with <u>specific</u> information about your concerns. This will provide HSU staff and the

psychiatrist with the information required to review your needs and determine an appropriate time for a follow-up appointment.

## Declaration to Physicians (Living Will) & Power of Attorney for Health Care - DAI Policy 500.00.01

The Wisconsin DOC supports the rights of individuals to make decisions governing their health care to the extent possible in a secure correctional facility. PIOC housed in all DAI facilities shall be given access to the forms necessary to complete a Wisconsin Declaration to Physicians and a Wisconsin Power of Attorney for Health Care, also known as Advance Directives.

Advance Directives speak for the patient when they are unable to speak for themselves. These documents will communicate who the patient authorizes to make health care decisions if they become incapacitated as well as the patient's desires for life-sustaining measures to be used when they are near death or in a persistent vegetative state.

Additional information on the procedures that must be taken to obtain and complete these forms is available by referencing DAI Policy 500.00.01 located in the institution library. After reviewing the policy, any questions or request for forms or witnesses may be submitted to HSU.

## Special Needs/Restriction Requests

Per BHS Policy & Procedure 300:07, PIOC requests for special needs and/or restrictions are referred to the GBCI Special Needs Committee for review and approval. Approval and denials are made in accordance with the policy and the appendixes which provide guidelines. Review by an Advanced Care Provider is included in the committee's determinations. Examples of special needs/restrictions are extra pillow, low bunk, etc.

## Co-Pay

A copayment fee will be applied for services provided to PIOC in accordance with Administrative Code 316, and DAI Policy 316.00.01 including the copay table attachment. These references are available in the library; specific guidelines can be found in the appendixes of the policy. Basically, health care services provided at the request of an PIOC that result in a face-to-face assessment are subject to a co-pay fee as determined by the State of Wisconsin lawmakers. Frequently Asked Questions: Recurring or pre-existing problems are subject to co-pay. PIOC housed in the Restricted Status Housing Unit that do not earn wages during that placement are subject to co-pay. Chronic condition appointments set forth by HSU are not subject to co-pay.

## Restitution

Any medical expense that is accrued due to self-inflicted injury or injury to another may call for restitution. This may be imposed through the disciplinary process under Administrative Code.

## Psychological Services

### General Information

The Psychological Services Unit (PSU) offers psychological treatment using a variety of individual and group techniques, crisis intervention and self-help materials. PIOC are not charged co-pays for services provided by PSU staff. Psychological testing may be administered in certain circumstances, most often for diagnostic reasoning and treatment recommendations. Testing may also be requested by other departments. Under the direction of the PSU Supervisor, the unit monitors the mental health of PIOC who have been identified as having mental health needs. PSU staff members work in conjunction with psychiatrists in the treatment of offenders in need of medication and provide referrals to psychiatrists when appropriate. The unit conducts evaluations requested by the Parole Board, PRC, etc. The unit also screens

and refers PIOC to PRC for review and consideration of treatment programs available at other state institutions, such as the Wisconsin Resource Center. PSU staff also conducts screening evaluations for PIOC who are referred to the Wisconsin Secure Program Facility (WSPF), including the General Population unit at WSPF.

## How to Contact PSU

PIOC who are experiencing emotional or psychological problems are encouraged to seek services from PSU. When writing to PSU, please use a Psychological Service Request (PSR) form, also known as a "green slip." This form (DOC-3035B) is available from staff in your housing unit. The form contains a section for Persons In Our Care (PIOC) to describe the type of problem they are having. Please be as specific as you can, as this helps PSU staff assign a priority to your request. After completing the form, place it in the box marked PSU located in the Rotunda. This ensures confidentiality. PIOC housed in the Restrictive Status Housing Unit, Step Unit, MU or TU Units should follow unit procedures for sending the PSR to PSU. You should also use this form when asking to review your PSU records. Please **do not** use the Interview/Information Request form (DOC-643, aka "kite"), when writing to PSU, unless no green slips are available.

## Mental Health Classification Codes

As part of the Assessment and Evaluation (A&E) process at Dodge Correctional Institution, PIOC participate in a mental health screening interview designed to identify past and present mental health or emotional problems. PIOC are assigned a Mental Health classification code (also known as an "MH code") at this time. This code identifies whether the offender has a need for mental health services while incarcerated. MH codes are periodically reviewed and may be changed as determined by PSU staff. If you have questions about your Mental Health classification you should discuss this with a PSU clinician by sending in a Psychological Services Request (DOC-3035B). PIOC who are identified as having a need for mental health services will be scheduled for clinical monitoring visits as required by DOC policies. These are opportunities for a PSU staff member to check on your well-being and consider what other PSU services might be appropriate. Additional mental health services beyond these clinical monitoring sessions can also be provided. In most cases those services will be provided in response to a written request using the "green slip" as described above. POICs who are not identified as having a current mental health need (that is, their MH code is MH-0) may also request services from PSU by completing a green slip as described above.

## Confidentiality

PSU staff members are professional mental health practitioners and respect the confidentiality of mental health and other information shared with them by PIOC. At the same time, PIOC must be aware that there are limits to the confidentiality of such information. These limits are described in form DOC-1923 "Limits of Confidentiality Regarding Information Rendered to Treatment Staff," which is reviewed with PIOC during A&E at DCI. PIOC are asked to sign the form, acknowledging their understanding of these confidentiality limits. In general, DOC-1923 describes that certain information that involves a threat to you, the institution and/or public safety will be reported to appropriate authorities, such as GBCI Security staff. Examples include, but are not limited to, threats to harm yourself or someone else and plans to create a disturbance or escape. Some PIOC refuse to sign this form; however, the limits of confidentiality described in DOC-1923 apply to ALL PIOC, even those who have refused to sign it. If you have questions about the limits of confidentiality of information you share with PSU or other staff, please contact PSU using the green slip as described above.

## Crisis Situations and Your Safety

Being incarcerated is a stressful experience. PSU staff members understand that there are times when you may feel overwhelmed by stress or troubling thoughts and feelings. No one is strong enough to withstand every situation alone – we all need help at one time or another. If you are experiencing such a crisis – especially if you begin to have thoughts about harming or even killing yourself or someone else – please

reach out to a staff member for help. All staff members receive suicide prevention training and will contact PSU staff during normal working hours if you let them know you are in a crisis situation. PSU staff will meet with you as soon as possible, almost always on the same day that we become aware of the crisis during normal working hours. During evenings, weekends and holidays (when PSU staff are not on-site) you should still let a staff member know if you are in a crisis. Staff will consult with a Security Supervisor during those times to determine how best to respond to the immediate crisis.

There may be times when another PIOC confides in you about thoughts of harming themselves or ending their own life. We encourage you take such things seriously and pass along your concerns to a staff member. This may be difficult: maybe the other PIOC has asked you not to tell anyone. But in a true crisis **safety comes first,** so please tell a staff member about your concerns. After the crisis has passed there's a very good chance that the other PIOC will be grateful that you cared enough to share your concerns.

## Interviews with Staff

PIOC who would like to see a staff member should complete an Interview/Information Request form (DOC-643) and put it in the appropriate mailbox located in the Rotunda that is labeled with the staff member's department. The request should include the name of the staff member, the reason for request and the PIOC's free hours. The staff member will review the request and if a meeting is required, he/she may send a pass during the PIOC's free hours.

Exceptions to this general rule apply when PIOC are requesting services from HSU, PSU or Dental Services staff. When writing to HSU, PSU, or Dental, please use the appropriate forms: DOC-3035 for HSU (blue slip), DOC-3035B for PSU (green slip), and DOC-3392 for Dental (yellow slip).

## Social Services

### Case Management

Under the leadership of four Corrections Program Supervisors, a staff of six general population social workers and one restricted status housing social worker provide overall case management and treatment programming to the PIOC. Case management includes, but is not limited to, providing basic direction regarding institutional adjustment during the PIOC's incarceration, completing COMPAS (Correctional Offender Management Profiling for Alternative Sanctions) assessments at specific times during incarceration; developing/reviewing/updating Unified Case Plans; preparing parole documentation; identifying special placement needs; reviewing visiting applications; preparing classification reports; screening for marriage requests; and coordinating release/reentry planning with the PIOC and DCC field staff.

Social workers also provide basic personal and emotional skills discussions about the PIOC's incarceration related to daily living problems, family problems, marital problems, or specific program/treatment needs, which may require referrals to Psychological Services or recommendations to transfer to other facilities for those specific program/treatment needs. Social workers are the lead facilitators for primary treatment programming provided on a continual year-round basis. Programming includes Thinking for a Change, Anger Control Training, Domestic Violence Counseling, and Employment. These programs target specific criminogenic needs assessed as highly probable or probable on the COMPAS assessment along with a risk of high or moderate. Social workers provide case plan interventions for those PIOC having a low risk on their COMPAS assessment. In addition to these primary treatment programs, social workers and other staff can also provide ancillary programs: Epictetus, Parenting, and DBT-Informed.

### Release/Reentry Planning

Social workers function as the liaison for release/reentry planning that includes, but is not limited to, assisting PIOC acquire vital documents (social security card, birth certificate, and State of Wisconsin

Identification cards), providing information to various community resources, discussing housing proposals that may include temporary DOC housing or interstate/county transfers, determining appropriate community referrals, planning for transportation on day of release, facilitating phone conferences including telephonic application for health insurance, and working with the DCC field staff to complete other required documentation needed or requested for the PIOC's release such as rules of supervision. GBCI also provides a reentry simulation opportunity for PIOC who are in general population and within one year of release are invited to attend. This reentry opportunity includes workshops with the community-based CCEP program as noted above, and a local community resource organization that is available in over 40 counties throughout the State of Wisconsin. Following the workshops, PIOC participate in an activity designed to simulate a month in the life of someone just released from prison. This simulation utilizes 15 minute increments to represent one week where they have specific tasks to complete for each week. GBCI has received very positive feedback regarding this re-entry simulation from PIOC. Several community-based programs such as Opening Avenues to Reentry Success (OARS), Reentry Legal Services (formerly known as the DOES Project), and the Community Corrections Employment Program (CCEP) have been enacted to work with soon to be released PIOC in an effort to transition them successfully into the community. PIOC must meet eligibility requirements for social workers to submit referrals to these community-based programs.

**Support Groups/Ancillary Programs**
Alcoholics Anonymous (AA) is a voluntary support group where participants share their experiences, strength, and hope with each other to assist in their recovery from alcoholism. AA is not allied with any sect, denomination, politics, organization, or institution. The primary purpose is to stay sober and to help other alcoholics achieve sobriety. Area community AA members volunteer their services to the institution's group. The group consists of 15-20 PIOC under the supervision of a social worker. The group meets bi-weekly and has been on-going for over five decades.

Mindfulness is a voluntary group teaching and practicing meditation having practical applications: lessen anxiety, boost immunity and increase focus. It also has shown a wide range of effects: emotion regulation, choosing how to respond instead of reacting from habit and deeper self-awareness. In each session, the teacher leads a guided meditation, then group members have a chance to share. It is a space to both practice and learn.

Narcotics Anonymous (NA) group is modeled after the AA 12-step program. This voluntary support group meets twice a month with area community NA members volunteering their services to the institution's group. The group consists of 15-20 PIOC under the supervision of a social worker. The goal of the group is for the participants to maintain sobriety through a system of support and education.

Self-Management and Recovery Training (SMART) is a voluntary group assisting PIOC in gaining recovery skills for all types of addictive behaviors, including: alcoholism, substance abuse, gambling addiction, and addiction to other substances and activities. SMART offers tools and techniques for each group point: building and maintaining motivation, coping with urges, managing thoughts, feelings and behaviors, and living a balanced life. The group consists of 15-20 PIOC under the supervision of a social worker. SMART is a non-secular option for PIOC to address addiction/recovery.

Sesame Street Project is coordinated by a social worker and provides information to parents and caregivers of children whose father is incarcerated. This program is designed to lessen the trauma on the children in their coping with having a father in the Wisconsin Prison System. Informational packets (kits) are provided to any and all interested adults in the Visiting Room at GBCI.

**Re-Entry Services/Groups**

Community Corrections Employment Program (CCEP) provides real-world experience in a job setting to prepare participants to move into permanent employment. The program offers participants an opportunity to obtain hands-on job experience, create a work history, generate positive work references, and receive an immediate, basic income. PIOC must be referred by their DCC agent; however, social workers can facilitate phone conferences with CCEP coordinators and PIOC.

Opening Avenues to Reentry Success (OARS) is available to PIOC based on significant mental health needs. Community case managers work collaboratively with the PIOC, facility staff, and the DCC agent to develop an individualized case plan and prepare for reentry into the community. After release, OARS can assist with obtaining and maintaining safe and affordable housing. Case managers work closely with community providers to access quality mental health care. The OARS team also works toward healthy and meaningful structured activities such as educational programs, employment, treatment, and/or recreation.

Re-Entry Legal Services (formerly known as the DOES Project) is sponsored through the Department of Corrections' Becky Young Reentry Initiative. An Attorney Benefits Specialist from Legal Action of Wisconsin (LAW), Inc., assists PIOC with serious medical and mental health problems as they plan for their community release. This legal representative meets face-to-face with eligible and accepted PIOC prior to their release to apply for SSI/SSDI benefits.

**Primary Treatment Programs**
Anger Control Training (ACT) is a cognitive behavioral intervention program, which helps participants improve social skill competence and moral reasoning, better manage anger, and reduce aggressive behavior. Facilitators teach participants how to control their angry-related impulsive and aggressive behaviors through learned social skills and working through the anger control chain. Social skills instruction prepares group members to engage in pro-social interactions based on self-understanding and consideration of the impact of their actions on others. The anger control chain provides group members with a step-by-step process for addressing real-life situations causing angry-related feelings. This program takes about 10 weeks to complete.

Thinking for a Change (T4C) is a cognitive behavioral intervention program, which consists of three components: cognitive self-change, social skills, and problem solving skills. Cognitive self-change teaches individuals a concrete process for self-reflection aimed at uncovering antisocial thoughts, feelings, attitudes, and beliefs. Social skills instruction prepares group members to engage in pro-social interactions based on self-understanding and consideration of the impact of their actions on others. Problem solving skills integrate the other two components to provide group members with a step-by-step process for resolving challenging and stressful real-life situations. This program takes about 13 weeks to complete.

Domestic Violence Counseling (DVC) is a cognitive behavioral intervention program designed to help participants build skills to maintain healthy intimate relationships. At GBCI, DVC uses the T4C curriculum as the foundation with the primary focus on intimate partner situations/ discussions. Additionally, DVC incorporates advanced practice in those same three component areas of cognitive self-change, social skills, and problem solving skills. Participants receive guided push back in their real life intimate partner situations utilizing multiple learned skills to resolve those challenging and stressful situations. This program takes about 6 months to complete.

Employment Program is a cognitive behavioral approach to teach participants strategies for identifying and managing high risk situations related to obtaining and maintaining employment. This program emphasizes skill building activities to assist with cognitive, social, emotional, and coping skill development for the work environment. This program takes about 16 weeks to complete.

Please note there are other primary treatment program needs assigned to PIOC; however, those are not available in maximum custody at GBCI. Therefore, PIOC are encouraged to earn a custody reduction(s) in order to complete additional assigned program needs.

Windows to Work involves both pre- and post-release services to PIOC to assist in the transition to the community. During the pre-release phase of the program, the PIOC receives classroom training in the five core program components and individual release/case planning in conjunction with the institution social worker and/or DCC Agent. During the post-release phase of the program, PIOC receive assistance with job search and job retention activities.

**Ancillary Programming**
DBT (Dialectical Behavior Therapy)-Informed is a voluntary group that does not include all the components of comprehensive DBT, but may still help an individual build a better life. This is the coping skills component only. In DBT-Informed, different training and skills can be utilized to meet the individual needs of a group participant including: mindfulness, interpersonal effectiveness, emotion regulation, and distress tolerance.

Epictetus is a self-mastery program to assist PIOC in breaking free of criminal thinking. This program is typically used in conjunction with other primary treatment programming. This program draws on the latest research concerning criminal thinking and personality utilizing "practical philosophy". This program takes about 4 months to complete.

Parenting Inside Out (PIO) is a cognitive-behavioral parent management skills training program created for incarcerated parents. PIO is designed to help parents promote healthy child adjustment and prevent child problem behavior. PIO is intended to provide the opportunity for an incarcerated parent to build on their existing strengths, to begin to develop new strengths, and to experience active encouragement and community support as they address these and other challenges related to their lives as a member of a family.

## <u>Visiting Guidelines – DOC 309 and DAI Policies 309.06.01</u>
**Visiting List Requirements**
PIOC visiting lists are developed and maintained in accordance with Wisconsin Administrative Code DOC Chapter 309 and DAI Policy 309.06.01, which are available for review in the institution library.

To add an individual to the visiting list, fill out the letter side of the Visitor Questionnaire form (DOC-21AA) for each prospective visitor requested, regardless of age or relationship, and mail **directly** to the requested visitor. The forms are available in each housing unit. Prospective visitors must complete the DOC-21AA per instructions in the letter and mail it directly to the institution for processing by the Visiting Coordinator. Once approved, it is the PIOC's responsibility to notify the approved visitor. <u>Any changes relevant to a visitor's information, such as address change, visitor death, or other changes should be reported immediately to the PIOC's social worker utilizing a DOC-0884 Visitor Change form.</u>

Until official notification that a visitor has been approved for visitation has been received, that visitor is not allowed to visit. Once a visitor has been approved, the PIOC may not remove the visitor from their visiting list for at least six months after approval. To remove a visitor from the visiting list, that information must be provided to the PIOC's social worker.

It the PIOC's responsibility to monitor the total number of approved visitors on their visiting list. Each PIOC is allowed a maximum of 12 adults on their visiting list. Minor children, who have not attained their 18th birthday, do not count against the allowed 12 adult visitors. Individuals who have been denied

placement on the visiting list or were removed from the visiting list may re-apply after six months from denial or removal.

Every PIOC shall designate, utilizing form DOC-0851 Offender Emergency Contact Information, on the approved visiting list, an emergency contact (next-of-kin), with an accurate and current telephone number and address that can be notified in the event of an emergency such as a serious injury or death to the PIOC. The PIOC should notify his social worker of any changes in whom he wishes to be notified, including their name, current telephone number and address. For next-of-kin selection as your emergency contact, the following conditions apply:

1. Ideally, this person should be a close family member, for example: Father, Mother, Stepfather, Stepmother, Brother, Sister, Son, or Daughter.
2. Next-of-kin does not have to be an approved visitor unless they plan to visit.
3. If an PIOC refuses to designate a next-of-kin, "NONE" will be entered on the form.

PIOC are encouraged to send approved visitors the visiting regulations and the list of approved articles for PIOC. This information can be found on the Wisconsin Department of Corrections website: https://doc.wi.gov/Pages/OffenderInformation/AdultInstitutions/VisitingInformation.aspx.

**Visitor Identification**
All visitors 16 years of age and older must provide valid identification (ID) in the form of a valid Driver's License, a valid Department of Transportation ID card, a valid passport/visa, valid Military ID Card, or valid Tribal ID (if it provides a photo). These are the only forms of identification acceptable to enter the institution.

**Visiting Status Change**
Your visiting status can be changed to the following restrictive categories: No-Contact Visit, Suspension, Revocation, or Termination of visiting privileges.

Violation of the visiting regulations can result in revocation, suspension or termination of visiting privileges and is regulated under DOC 309.12. In lieu of suspension or termination of visiting privileges for violation of visiting or other rules, no-contact visiting status may be imposed in accordance with DOC 309.11. If visiting rules are violated during a visit, a Security Supervisor may end the visit, and the Security Director or Warden may take further action per DOC 309.

**Types of Visits**
**Special, Extended and Joint Visits**
All Special, Extended and/or Joint visits will be reviewed for approval/denial and conducted in accordance with DAI Policy and GBCI Facility Procedure 309.06.01

**Pastoral Visits**
Pastoral visits are conducted in the Chapel Monday – Friday during normal business hours. The individual must be on the PIOC's visiting list and listed as clergy.

**Special Needs Visits**
Anyone needing special accommodations such a wheel chair, cane, etc. will be required to use a device provided by the institution.

**No-Contact Visit**
The PIOC is prohibited from having physical contact with a visitor.

**Tele-visit Visit**
The visit will be conducted through a television monitor via the use of electronic equipment. The PIOC and visitor will be able to see and hear one another through this system. This is utilized by PIOC in a Restrictive Status.

**Virtual Visit**
Virtual visits will be conducted via video visit equipment.

**Visiting Rules, Restrictions and Hours**
Information regarding visiting rules, restrictions and visiting hours can be found in Appendix A of this Handbook.

# Correspondence/Mail/Publications — DOC 309.04 & 309.05 & DAI Policy 309.04.01

Mail shall be addressed to PIOC may be opened, examined, censored and delivered only if the PIOC consents, in writing, to receive mail through institution mail services. Thus, in order to receive mail during the current commitment, an acknowledgment of consent to receive mail must be recorded in WICS.

If an PIOC does not consent to receive mail as required in the foregoing paragraph, the institution shall return mail addressed to the PIOC to the Post Office unopened and marked "refused."

An PIOC shall be permitted to correspond with anyone including PIOC of other institutions. There shall be no limit on the length or number of letters or cards received or sent however, **there is a possession limit of 25** total for cards and letters combined. **There is a possession limit of 50 photos**.

The department may allow PIOC to communicate with their families, friends, government officials, courts, and other people concerned with the welfare of PIOC. Such correspondence will be consistent with the need to protect the public and in accordance with DOC Administrative Code 309.04.

Mail readily identifiable as sent by a clerk or judge from any state or federal court, or other various parties as identified under DOC 309.04(3), may be opened and inspected in the presence of an PIOC.

Incoming and outgoing mail may be opened and inspected for contraband. It shall not be delivered if it contains contraband.

Outgoing mail may be sealed and shall not be read with the exception of PIOC to PIOC mail, or if the Security Director has reasonable grounds to believe it violates any of the rules under DOC Administrative Code 309.04(4).

Incoming and outgoing mail may not be delivered, if it violates any of the rules under DOC Administrative Code.

The decision of the Security Director to refuse delivery of mail is appealable to the Warden.

Mail privileges may be suspended for violation of Administrative Rules such as DOC 303.31 (False Names & Titles) and DOC 303.48 (Unauthorized Use of the Mail), DAI Policies, and institution procedures relating to mail. Such action may be taken by the Security Director or Hearing Officer and is appealable in accordance with DOC 309.04.

Embossed envelopes and other writing materials are available from the institution canteen and/or vendor catalog.

Newspapers, magazines and other published material sent directly from the publisher as stated in DOC 309.05(2) (a) are allowed. The possession limit of published materials is 25. Published materials include any book, booklet, pamphlet, magazine, periodical, newsletter, newspaper, or similar material published by any individual, organization, company or corporation that is distributed or made available through any means for a commercial purpose.

If you have a question as to whether or not a particular item may be received at this institution through the mail, you are directed to send an Interview/Information Request to the Mail Room or Property Room to secure information before ordering or requesting that an item be mailed to you at GBCI. Articles received at the institution for PIOC must still be reviewed for approval upon receipt. The institution is not responsible for the return of articles that do not meet current requirements.

Mailing addresses for regular mail and packages can be found in Appendix B of this handbook.

## Institution Complaint Examiner – DOC 310

The purpose of the Inmate Complaint Review System (ICRS) is to allow PIOC to raise, in an orderly fashion, significant issues regarding rules, living conditions and staff actions affecting the institution environment. PIOC must attempt to resolve some issues prior to the filing and acceptance of a complaint. Follow the chain of command provided in the "Problem-Solving Resources Chart" located in this handbook.

All necessary forms for ICRS are available in all housing units. The following forms for the ICRS are:
- Offender Complaint (DOC-400)
- Inmate Complaint Spanish (DOC-400S)
- Inmate Complaint/Appeal Continued (DOC-400B)
- Inmate Complaint/Appeal Continued Spanish (DOC-400BS)
- Request for Corrections Complaint Examiner Review (DOC-405)
- Inmate Complaint Appeal Spanish (DOC-405S)
- Request for Review of Rejected Complaint (DOC-2182)
- Request for Review of Rejected Complaint Spanish (DOC-2182S)
- ICE Envelopes – to be used only by PIOC that **DO NOT** have access to a locked complaint mailbox.

PIOC complaints must be made in writing on Offender Complaint forms (DOC-400) which are available in all housing units. Signed complaints are to be deposited into the complaint box marked "ICE" located in the Rotunda. The complaint box is locked to ensure confidentiality. Only the ICE Office staff have access to the box. Complaint forms may be folded and secured or placed in an envelope addressed to the ICE to maintain confidentiality. ICE envelopes are available to PIOC in housing units where PIOC do not have access to the locked mailbox.

PIOC housed in the Restricted Housing Unit may place their complaints into a sealed envelope for the purpose of submitting complaints to the ICE and put their PIOC complaints out with their mail. The ICE forms and envelopes are available on the supplies cart for PIOC in the Restricted Housing Unit.

The Administrative Rule which governs the ICRS is Wisconsin Administrative Code DOC Chapter 310 and is available in the institution library. This will provide further information on the procedures for filing complaints. The following guidelines <u>must</u> be followed, when filing an PIOC complaint.
- Be submitted on a complaint form provided by the department.

- Be legibly handwritten or typed.
- Be filed only under the name by which the PIOC was committed to the department or the legal name granted by a court.
- Include the PIOC's original signature.
- Not exceed 500 words total and not exceed two pages.
- Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

## PIOC Telephone Calls – DOC 309.39, DAI Policy 309.39.01

Phones are a privilege and will be offered to eligible PIOC based on unit operations. Phones will not be offered during unit meals, counts, canteen distribution, and kiosk. Eligibility restrictions include but are not limited to lay-in during work or program assignment, loss of dayroom and loss of phone.

**Non-Emergency Phone Calls**

The Department of Corrections has authority by Administrative Code (with the exception of properly placed attorney calls) to monitor and record personal telephone calls. This monitoring is being done to preserve the security and orderly management of the institutions and to protect the public. Approved and authorized telephone calls to an attorney will not knowingly be monitored or recorded. A copy of DAI Policy 309.39.01 is available in the library for review.

PIOC are not permitted access to telephone directories. PIOC may be permitted to phone individuals as provided under DOC 309.39 and DAI Policy 309.39.01, subject to the following guidelines:

1. No 3-way calls are permitted. Three-way calling is considered any electronic forwarding of calls, or use of a second phone to talk to a third party other than the party initially called.
2. Calls shall not exceed 15 minutes in duration. Only one telephone call is permitted per 15-minute session
3. Incoming calls to PIOC will not be accepted. Emergency messages will be forwarded to the PIOC.
4. PIOC are prohibited from using another PIOC's pin number to make a phone call.

**Attorney Telephone Calls & Emergency Calls – DOC 309.405 & 309.41**

The Social Service Department or Chaplains normally process emergency telephone calls, although a Security Supervisor can also authorize this type of call.

Emergencies include, but are not limited to, a verified critical illness or death of a close family member.

Attorney calls may be made via the PIOC telephone system or may be processed by the PIOC's social worker in accordance with DOC 309.405. Calls may be permitted for the following reasons:

1. At an attorney's request
2. A statutory time limit would be missed, if the call is not placed
3. Staff determine that a call to an attorney is in the best interest of the PIOC
4. An PIOC is unable to write
5. In an emergence (as determined by staff)

PIOC may be charged a flat rate of $5.00 for a telephone call lasting up to 15 minutes using the state telephone system for an emergency call. See DAI 309.39.01

Additional rules pertaining to phone usage may be posted in specific telephone areas throughout the institution.

## Recreation – Leisure Time Activities DOC 309.36

PIOC have several opportunities to participate in recreation each week. Weekday recreation period is dependent upon housing assignment and work or school assignment. Recreation activities are listed below:

| Outdoor Recreation Activities | |
| --- | --- |
| Basketball | Horseshoe |
| Soccer | Running/Jogging |
| Fitness Stations | Frisbee Golf |
| Volleyball | Softball |
| Handball | Guitars* |

| Indoor Recreation Activities | |
| --- | --- |
| Basketball | Table Tennis |
| Foosball | Pool |
| Fitness Toning | Musical Instruments |

* Guitars are moved outdoors upon request. Once they are moved outside, they must remain outside for the duration of the summer and do not come back in until recreation is moved back indoors.

There will be times when outdoor recreation periods may need to be adjusted depending on weather conditions. Local weather is monitored for heat index, cold temperatures, cold weather advisories, and wind chill factors. For additional information on institution operations during extreme weather conditions, see DAI Policy 300.00.03.

For PIOC in general population attending inside recreation, use the South side of the stairs when going to recreation and the North side of the stairs when returning from recreation.

## Institution Library Materials and Services-General & Legal – DOC 309 & DAI Policy 309.15

The institution library is located in the School Hallway.

Access to the library is by **pass only** and passes are issued by Pass Control. To avoid delays for use of the library, you must follow the procedures listed below:

Complete an Interview/Information Request form and drop it in the Library Pass Request mailbox in the Rotunda. Requests not received in this manner will not be approved. One request per PIOC per day – all others will be voided.

Provide your name, number and housing unit on your request. You may indicate a day or time you desire to receive a pass, and if feasible, your request may be honored. Passes will not be issued during work hours or school class time. Passes may be requested during the PIOC's scheduled recreation period.

**General Library Materials**

The library contains both fiction and non-fiction books, as well as current newspapers and magazines. Books only may be checked out. Books must be returned to the library within the specified time limits and/or prior to transfer from the institution.

PIOC assume complete responsibility for all materials checked out to them. A conduct report may be issued for missing, damaged or altered library materials. Charges will be assessed as determined by the Hearing Officer. It is a violation of GBCI rules to loan library materials to another PIOC.

During periods of limited movement throughout the institution the library now has all DOC policies & GBCI procedures allowable for PIOC posted available for checkout. The policies/procedures can be checked out a maximum of three at a time for three days and then have to be returned. Copies PIOC have checked out can be returned by placing them in the book drops on your housing unit. Be aware that if the policies/procedures are not returned, PIOC will be responsible for the price of the copies (.15 per sheet) and the sheet protector they came in. PIOC can write a request to the library and put the specific policy(s)/procedure(s) you would like. They will be delivered with the library mail.

**Law Library Materials**

The Law Library contains all materials and resources required by the Wisconsin DOC Administrative Code and DAI Policy. These legal materials and resources are provided through the Electronic Inmate Law Library System (EILLS). In addition some print materials may be checked out at the law counter for use within the law library only. These materials may not be removed from the library and may not be checked out of the library.

Library reference materials are available that provide names and addresses of State & Federal Officials, Attorneys, and Courts.

Computers on the EILLS are provided and are located along the far wall of the library. An PIOC who wishes to use the Electronic Law Library must sign in with the Library Officer in order to be assigned a workstation at which to do legal research.

EILLS, the Wisconsin DOC Administrative Code and DAI Policy are also available in the Dorm. If an PIOC needs any further law library services they are to contact a Librarian by DOC-643. Restricted Housing Unit and the Treatment Center. PIOC in the Restricted Housing Unit, the Transition Unit and Step Unit should refer to their respective PIOC Handbooks for additional information concerning the use of the Electronic Law Library, access to additional print materials and resources, and rules governing the possession of legal materials.

Assistance with legal materials is limited to an explanation of the use of available institution materials or institution resources. Legal advice or assistance in any manner other than general directions will not be provided by institution staff or PIOC library workers.

**Other Library Services**

A photocopy machine is available in the library. Legal materials for court actions may be copied at a cost of 15 cents per copy. A limited amount of photocopying is permitted with prior review and approval of the Librarian or designated staff.

**General and Law Library Procedures**

PIOC with a library pass are permitted to carry personal legal documents and materials to the library. These items may not be taken to school, recreation, or to the PIOC's work assignment.

PIOC may provide legal services to other PIOC, except the institution may regulate the time and place of such legal services. PIOC may assist one another by sending legal correspondence and personal legal materials that he needs assistance with to the other PIOC via U.S. Mail.

The institution is not responsible for an PIOC's legal materials that are given to other PIOC. If an PIOC is in possession of another's legal materials, these legal materials become part of their property and property limits of the PIOC in possession of the materials. See DOC 309.155 & 309.20.

PIOC personal documents or materials of any kind may not be loaned or exchanged in the library with other PIOC. The loaning or exchange of materials may result in confiscation of the materials, and the issuance of a conduct report.

All PIOC legal materials are subject to inspection by GBCI staff at any time.

## Institution Picture Project- GBCI Procedure 900.309.03.02

All requests to have your pictures taken are to be submitted to the Security Supervisor Office.

PIOC are not allowed to have their pictures taken if they are on TLU, Cell Confinement, Sick Cell, or Disciplinary Separation status.

Photographs may be taken during visits in the main Visiting Room. All PIOC photographs will be taken in the Visiting Room. Pictures will be taken during the visit period as directed by staff. PIOC who wish to have their photo taken must inform the officer at the beginning of the visit.

A total of five pictures per visit session is allowed.

Visitors are allowed to purchase photos; tokens are available in the visitor processing area prior to entering the visits room. The cost is $2.00 per photo. There is a limit of five photos per visit.

Individuals being photographed must stand side by side (kneeling, squatting, sitting, hugging or kissing is not permitted). Individuals in the photo may have an arm around only the shoulders of another individual during the taking of the photo. PIOC and visitors are allowed to appropriately hold small children in a photo.

Photos that are believed to depict gang-related posture have hand gestures or other inappropriate posture will be confiscated. PIOC will pay for these photos, and a conduct report may be issued.

Only one PIOC per photo is allowed with the exception of PIOC who are related to each other.

All pictures will be reviewed by the Security Staff prior to being issued to the PIOC. Once approved, a DOC-237 will be completed and the photo(s) will then be issued to the PIOC.

Photographs will not be taken with props of any kind: this includes sunglasses, handkerchiefs, do-rags, etc. Attire will be worn in the appropriate manner and in compliance with the institution dress code.

Photos will be taken in the designated areas and against designated backgrounds only. Individuals being photographed must be standing with their arms at their sides, or hands crossed in front of their torso. Kneeling, squatting, sitting, hand signs, etc., of any kind are PROHIBITED.

Individuals will be charged for photographs denied due to any of the above rule violations. These photographs will be considered contraband and additional discipline may follow.

Photo re-takes will be granted for the photos that have film flaws on the body of the photographed individual. All retakes will be reviewed and approved by designated Security Staff. If the photograph is approved for a re-take, the re-take will be completed free of charge for the PIOC.

PIOC will be required to fill out a signed and dated Disbursement Request, Form DOC-184 with the PIOC's name, number and the total number of the photos to be purchased. You MUST have sufficient funds in your Trust Account prior to the pictures being printed. Refer to Photo Project Price list for current prices, available layouts, borders and backgrounds which will be available at the time the photos are taken.

# PIOC ACCOUNTS-MONEY TRANSACTIONS, CANTEEN AND EARNINGS

**Instructions for Receipt of Funds & Types of PIOC Accounts –DOC 309.45, 309.47, 309.48, 309.49 & DAI Policy 309.45.02**

Pursuant to DOC 303.42, PIOC are not allowed to have money in their possession. All PIOC may have one or more accounts set up in the Business Office for safekeeping and handling of their funds. PIOC will receive a statement of their account showing transactions as well as account balances.

**Receipt of PIOC Funds**

Funds must be sent to PIOC via Access Corrections Secure Deposits. The funds must be mailed to:

> Secure Deposits - Wisconsin DOC
> PO Box 12486
> St. Louis, MO 63132

Funds may also be sent via the AccessCorrections.com website using a credit card.

PIOC shall not send or receive money in any form to or from another incarcerated PIOC.

If the Business Office receives a check or money order in the mail for an PIOC the check or money order is processed and a reminder is sent to the PIOC that deposits need to go to Secure Deposits.

**Regular Accounts**

These are accounts defined as those established to handle funds received by PIOC for compensation, gifts from families, etc.

Deductions will be set up to automatically deduct from receipts and compensation from the PIOC's account in accordance with DAI Policy 309.45.02 to include, but not limited to, child support, restitution, release account, victim witness surcharge, DNA surcharge, etc. These deductions will show up on the PIOC's biweekly statement.

PIOC may request a payment of up to $25.00 to <u>one</u> close family member once every 30 days by sending a completed Disbursement Request and addressed/stamped envelope to their social worker for approval. Additional disbursements or anything over $25.00 must have the approval of the Warden's designee (Unit Supervisor). Close family members are defined as natural, adoptive, step or foster parents, spouse, children, grandparents, grandchildren and siblings. Relationships must be verifiable. See DOC 309.49(4).

An PIOC may voluntarily choose to acknowledge his debt(s). The debt(s) must have been incurred prior to incarceration (as charge accounts and installments are not allowed), the debt is verifiable, and payment

is approved by the Unit Supervisor. Institution debts and restitution will be collected by the Business Office prior to any voluntary payments.

PIOC are prohibited from transferring funds to other PIOC and this includes the transfer of funds via third party.

**Release Fund Account – DOC 309.466**
A release fund account shall be established for all PIOC by deducting ten percent (10%) of all deposits.

Release funds will be deducted in addition to all other deductions.

> PIOC may transfer money over and above the regular deduction into the release fund at any time by sending a Disbursement Request form to the Business Office stating the amount they want transferred.

Withdrawals from the release fund may only be made per DAI 309.45.02 Attachment A.

**Savings Bond Accounts**
Purchase of U.S. Savings Bonds is no longer permitted. Bonds currently held by PIOC may be cashed any time after 12 months from the purchase date by submitting a written request to the Business Office. Bonds retained by the institution, at the time of release, will be disbursed under the direction of the supervising field agent. Value of the bonds is listed at purchase cost on the account statement – not necessarily the current value.

**Savings Accounts-DAI Policy 309.46.01, Interest Bearing Accounts**
PIOC may deposit regular account funds and release account funds into an interest-bearing account. These accounts are separate from any other account. Interest is paid quarterly by the bank and is deposited in PIOC savings accounts. Deposit/withdrawal slips are provided by the Business Office.

**Deposits in Accounts**
Regular savings account deposits are made on the third Wednesday of the month and are recorded to your account. Release savings account deposits can be made on the third Wednesday of the month. A minimum amount of $20.00 is required for a transaction to be processed. PIOC opening new savings accounts must have their Social Security (SS) card in their personal property file so the Business Office can verify the number for the bank. Applications to apply for replacement SS cards are available through the Social Services Department.

To open a release savings account, you must have at least $50.00 in your release account. To open a regular savings account, you must have at least $50.00 in your regular account.

**Withdrawal from Accounts**
Regular savings account withdrawals are done the third Wednesday of each month and may be made by sending a withdrawal slip to the Business Office. A minimum amount of $20.00 is required for a transaction to be processed.

Release savings account withdrawals may be used per DAI Policy 309.45.02 Attachment A. Court-ordered PLRA obligations may be taken from release funds. All such withdrawals must be approved by the Corrections Management Services Director/designee.

**Disbursement upon Transfer or Release**
Upon release to supervision, PIOC funds are dispersed as specified by the supervising agent.

**Legal Loan**

Pursuant to DOC Administrative Code 309.51 and DAI Policy 309.51.01, an PIOC without funds may write to the Business Office to request a loan in order to purchase writing materials, photocopies, and postage for legal correspondence. PIOC must sign a Loan Application and Repayment Agreement form (DOC-1290) and provide documentation or explanation of legal need before a legal loan may be approved. To process an approved loan for legal purchases, the following procedures apply:

1. Postage: Send legal mail to the Business Office with a completed Disbursement Request form marked LEGAL MAIL. Mail can only be sent to the places and people as defined in DOC 309.51 of the Administrative Code.
2. Copying: Legal materials shall be limited to copies of PIOC personal legal documents and most copying will be done in the library. Photocopying of law book research and reference materials is prohibited. For copies from the Legal file or Social Service file contact the Records Office.
3. Supplies: Send a disbursement request to the Business Office marked LEGAL SUPPLIES. Only supplies ordered according to institution property rules that are necessary to complete legal documents will be approved on a legal loan. This includes paper, envelopes, and pens. All disbursement requests for legal loan supplies must be received in the Business Office by noon on Monday.
4. Exceeding a Legal Loan Limit: If an PIOC exceeds the $100 limit of his legal loan in any calendar year, he must submit a written request to the Warden for an extension according to DOC 309.51. He must also provide justification in his request that he has an extraordinary need for these funds. As part of the request, specific information and supporting documentation that must be provided to the Warden include: (1) list each item that is needed, (2) court case number, (3) type of legal action, (4) court-ordered deadline, and (4) reason for doing legal work. The Warden may request additional information, if needed. Without providing complete, requested information, an PIOC's request for additional postage, copying, and writing supplies will be DENIED.

Use of Materials: Materials and supplies obtained through legal loan funds must be used for legal work only and only for the legal work of the PIOC approved for the legal loan funds. Using such materials for purposes other than the approved PIOC's legal work may result in the issuance of a conduct report and confiscation of materials.

**Canteen – DAI 309.52.01**

Canteen Price Lists are issued to and must be kept by each PIOC. Order forms are available in the housing units and are issued to all PIOC weekly. Using a black pen, fill in the spaces and darken the corresponding circles. PIOC name, DOC number and housing unit must be legibly written on the order or it cannot be processed. Order forms must not be folded, torn, etc., as they cannot be processed.

PIOC account statements are issued every two weeks. Canteen orders are collected on the weekend for delivery the following weekend. Only funds available at the time your order is processed by Canteen can be used.

Only one canteen order per week is allowed. Limits on money spent for canteen are $50.00 per week or $100.00 bi-weekly.

At the time of delivery, examine the contents of the order through the clear, plastic bag, in front of a staff member. Do not break the seal on the bag until the contents are verified. If there is an issue, staff will verify the issue and document issue(s) on the receipt.

If there is an error with a canteen order the Officer must break the seal, verify the order is incorrect, note the error on the canteen receipt, sign the receipt and turn the original of the receipt into Canteen. An adjustment will then be made to the trust account.

PIOC who are out of the institution or have transferred will have their order returned to the Store and the PIOC's account will be credited.

**PIOC Compensation – DOC 309.55, DAI 309.55.01**
Compensation amounts are posted to PIOC accounts every two weeks. Compensation will begin the first full day an PIOC is at the institution. Some of the non-pay statuses include, but are not limited to, Disciplinary Separation, Voluntary Unassigned, other disciplinary penalties, or holidays (unless the PIOC works the holiday), while out to court, out to hospital, or lay-in status. No pay will be received while in Protective Confinement status, unless placement was approved by the Security Director for the purpose of ensuring personal safety, and the PIOC was receiving pay immediately prior to placement.

**Compensation Plan**
Compensation shall be computed on an hourly basis as shown in the table below in compliance with DAI Policy 309.55.01 PIOC Compensation Plan. PIOC participating in a work or program assignment will not be compensated for more than 40 hours per week. PIOC participating in full-time Education will not be compensated for more than 35 hours per week. Overtime will not be paid. Involuntary unassigned rate will be used to supplement PIOC working less than 40 hours per week (35 hours for school) to equal weekly compensation for a combined total of 40 hours (35 hours for school) per week.

| | |
|---|---|
| Range 5 | $.42  per hour |
| Range 4 | $.35  per hour |
| Range 3 | $.26  per hour |
| Range 3A (Education/Program) | $.15  per hour |
| Range 2 | $.19  per hour |
| Range 1 | $.12  per hour |
| Involuntary Unassigned | $.05  per hour |
| Weekend or holiday work | $.02  per hour additional pay |

**Badger Correctional Enterprises**
Hourly pay is determined by the Bureau of Correctional Enterprises. For more specific information pertaining to Bureau of Correctional Enterprises, see Administrative Code DOC Chapter 313, Prison Industries or the Prison Industries PIOC Workers Handbook.

**PIOC Disbursement Request Form**
To have money taken out of the PIOC institution general account, a Disbursement Request form (DOC-184) must be completed in duplicate (2 copies). The Disbursement Request form must be initialed by staff verifying the identity of the PIOC. It will be handled in the following manner:

1. <u>Special Canteen Purchases</u> are handled by the Business Office. For these items such as adapters and clothing submit an order form to purchase to the Business Office. These items will be sold while supplies last.
1. <u>Hobby/Handicraft Supplies</u>. PIOC must be approved for a hobby before ordering hobby items. See DAI Policy and GBCI Facility Procedure 309.20.03. Order forms must be received and date stamped by the 2nd Tuesday of the month and are processed the 2nd Wednesday of the month. PIOC's orders may not exceed $100.00. The order will be reviewed and approved by the Business Office as to financial status and acceptable vendor only. Even after the orders have been processed by the Business Office, the item will still be subject to approval once it arrives at GBCI.

**Mail Orders**: PIOC are to order from one of the approved vendors. Submit a disbursement request and order form to the Business Office. Order forms must be received and date stamped by Tuesday and are processed on Wednesday.

PIOC must provide the business office with the following:
1. An order form from the company they are ordering from
2. A disbursement request filled out with the information as well as the amount of the order. If the PIOC does not have an order form for the vendor they wish to order from, write the library to obtain a copy of it. If the library does not have it, the PIOC should include all information about the items on a piece of paper and include your name, number and complete address. The PIOC should also include a copy of the item he is ordering so the Business office can verify the item and amount.

All other PIOC orders for supplies such as magazine subscriptions, etc., that are not available through the approved catalogs may be purchased by submitting a disbursement request, catalog order form and embossed, addressed envelope to the Business Office. The order will be reviewed and approved by the Business Office as to financial status and acceptable vendor only. Even after the orders have been processed by the Business Office, the item will still be subject to approval once it arrives at GBCI.

**Donations** for charitable organizations may be made by submitting a disbursement request and an embossed pre-addressed envelope to the Unit Supervisor for review and approval.

After the Business Office has issued the check, one copy of the Disbursement Request form with the check number and date noted on the order request will be forwarded to the PIOC to keep with their records.

Do not order any items C.O.D. as GBCI will not accept these. Orders must be accompanied by a Disbursement Request form requesting a check to be sent to the company to cover the full cost of the order with that company. Orders cannot be placed through another PIOC. Unauthorized items will be returned to the company from which they were ordered, at the PIOC's expense and may not be forwarded to a third party. All incoming items must be accompanied by a sales receipt.

# GBCI LIVING RULES
### The Cell Hall
PIOC are expected that to keep their cell neat and clean at all times, i.e., floor swept, furniture and bars dusted, walls clean, etc. The floor is to be swept each morning. The sweepings must be deposited in a trash container. PIOC are to use their canteen bags as trash containers in their cells. If you did not receive a canteen order, you can ask the Cell Hall Officer for a garbage bag. Any specific care of the cell that must be completed will be explained by the Cell Hall Officer. Materials, which may be left out in the open, shall be neatly arranged on the top of the desk. The toilet bowl and sink shall be kept clean at all times. Cleaning

materials are available in the cell hall. Most rules are posted in the cell hall. State issued forms are available per unit operations.

Energy costs continue to rise each year. PIOC are expected to conserve energy in efforts to keep rising costs at a minimum, while still benefiting from the comforts. PIOC are required to do the following:
1. Turn off lights when not in use for such things as reading, working on hobby crafts, while eating an institution meal, etc. Lights must be on for institution counts.
2. Turn off electronics such as a radio, television, fan, typewriter, etc. when not in use.
3. Turn off water – do not allow water to run.
4. Use all energy conserving efforts when at work, program or school assignments.

## GBCI Cell Hall Living Rules

1. **Bulletin Area** PIOC are not permitted to attach any item to the walls, ceiling, light, cell front or cell door. Pictures are permitted **only** in the grey painted bulletin area. Pictures may not be attached to the shelves, the sides of the desk, hanging past the sides of the bulletin boards, etc. No items are allowed to protrude from the cell. This includes television antennas. Damage to cell paint may result in discipline and/or restitution.

2. **Cell Doors** The cell door is to be immediately closed after exiting or entering the cell. Additionally, the cell door is to be immediately closed if the PIOC chooses to remain in their cell after the door was opened for an activity such as meals, recreation, etc.

   When housed in a double cell, the last PIOC exiting or entering is required to close the door. However, both PIOC are responsible for ensuring the door is closed. PIOC are not permitted outside of their cell in any manner while waiting for a cellmate to return from an activity. Being outside of the cell is defined as having any part of the body outside the doorway.

   PIOC are prohibited from placing an item by the cell door or track in any way that would prevent the cell door from opening or closing completely.

   PIOC are prohibited from hanging items from or mounting items on the cell door.

   PIOC are prohibited from closing anyone else's cell door.

3. **Cell Lights** The lights in your cell will be turned off whenever the cell is empty, or the lights are not in use.

   PIOC may not have anything covering their light. Paper may not be placed in any manner that would block the light. You may not color the lampshade or light in any way. You may not place prayer oil on the light.

4. **Cell Sanitation** PIOC are expected to maintain a proper sanitary condition within their cell at all times. Garbage and recyclables are to be placed in the appropriate receptacles located in the front of the cell hall. PIOC may not throw garbage out of their cell or over the tiers. Please follow cell halls current practice for garbage disposal.

5. **Clothing** All clothing (state and personal) is to be worn in the manner for which it is designed, including proper size. Layering socks, pants or shorts is not permitted. Wearing anything over a pocket shirt is not permitted. Shoes are to be worn with the feet entirely in the shoe and the laces tied up. The top of the pants is to be waist high and pant legs are not to be cuffed or rolled up. Shirts are to be tucked in

and buttoned appropriately. Thermal underwear is worn under clothing. PIOC must be properly dressed **before** leaving your cell. This includes the ID card properly displayed outside of shirt with the picture facing out. PIOC are expected to be dressed and have their undergarments covered anytime they approach their cell front or engage with others outside their cell front.

6. **Containers/Canteen Boxes** Containers and empty boxes from canteen items must be disposed of when the original item(s) that came in that container or box is no longer present. Cardboard boxes are not allowed in cells. PIOC are allowed to retain two clear canteen bags to use as garbage receptacles.

7. **Courtesy Curtains** All cells contain a courtesy curtain, a laundry line, a pillow and mattress. These items **must remain in the cell** if an PIOC is required to transfer cells. It is the PIOC's responsibility to notify the cell hall Sergeant if any of these items are missing. Courtesy curtains are to be in the "open" position when not in use and must be used for the intended purpose only. Sheets, blankets, etc. are not to be used as courtesy curtains. Nothing may be strung across the front of the cell, attached to the cell front, hung from either ends of the bed or blocking the view from the cell front in any way. Stacking anything on either end of the bunk which may obstruct staff's view into the cell is prohibited. Homemade lines are not allowed.

8. **Dispositions** All conduct report dispositions start immediately when given, either through a hearing or a summary disposition, unless otherwise specified.

9. **Electronics** All electronics, (TV, radio, fan, etc.) are to be turned off when an PIOC leaves their cell. Hanging or attaching electronics to or from the bunk, walls, hooks, shelves or desks is not permitted.

10. **Entry of Another PIOC's Quarters** Entering the cell of any other PIOC or allowing another PIOC to enter your cell is not permitted. Entering the cell is defined as having any part of the body inside the doorway

11. **Headphones** Head phones or earbud must be worn any time electronics are in use. The volume of the electronics must be low enough so that it cannot be heard outside of the headphones.

12. **Horse play** Horse play is not permitted. This includes hugging, grabbing, pushing, etc. PIOC are not allowed to climb on, hang on, or hang over any tier railings. Throwing items over or onto the tiers is not permitted.

13. **Loitering** No loitering at any time. PIOC shall walk at a normal pace, using a direct route, to their destination. Walking backwards, dancing, running, etc. is not allowed. Loitering includes stopping at a cell other than the PIOC's assigned cell to carry on a conversation or engage in the transfer of property with another PIOC.

14. **Medication** To refuse medication, go directly to the front of the line and inform the nurse. PIOC receiving a medication refill, go directly to the front of the line and inform the nurse. Skipping ahead of other PIOC in the medication line is prohibited. There is no loitering in the medication line – example: allow other PIOC to go ahead of you so you can remain in the line.

15. **Plumbing** You may not run water when not in your cell. Do not flush garbage, paper, food, etc. down your toilet. Flushing of toilets will be limited. Excess flushing will cause the system to automatically lock the toilet for one hour.

16. **Property Limits** PIOC are responsible for maintaining property within the allowed limits.

17. **Punctuality** Be punctual for all classes, work assignments, passes, meals, medication pass, major ring outs etc. PIOC must be prepared for activities before leaving the cell. Staff will not reopen the cell door for forgotten items. When the cell door is opened, PIOC are required to come out of the cell in a timely manner. PIOC are required to check out with staff when leaving on a pass and to check in with staff when returning from a pass.

18. **Red Lines** When exiting or returning to cells on A or E tier, PIOC are required to walk inside of the posted red lines on the floor. PIOC may cross the line once you are directly in front of your cell. PIOC are not permitted on or beneath a catwalk or under heating duct areas.

19. **School** When assigned to school, it is the PIOC's responsibility to check the absence board prior to leaving the cell hall. Do not leave the cell hall if your teacher is posted absent.

20. **Showers** When cell door is opened for showers, PIOC are required to shower in that group. PIOC will not be permitted to shower in a later group or return to the cell for forgotten items. Once an PIOC leaves the bathhouse, they're not permitted to return to the bathhouse for any reason.

21. **Stairs** PIOC are required to use the stairs on the same side of the cell hall to which they're assigned, i.e. front of the cell hall uses the front half of the stairs and the back of the cell hall uses the back half of the stairs. PIOC are not permitted to use the stairs in the back of the cell hall at any time.

22. **Standing Count** PIOC must stand for all official standing counts, unless on a medically authorized sick cell. For any standing or emergency count, PIOC are expected to be standing at the cell front facing the cell door. The cell light is to be on. Talking is not permitted during a standing count. Standing counts are at 7:45 AM, 12:15 PM, 4:10 PM and 9:30 PM.

    Note: The cell front is the part of the cell closest to the cell door. At any count, PIOC must be positioned so that staff is able to "see skin".

23. **Talking** At all times, talk in a conversational tone only. Conversational tone is defined as only loud enough for the PIOC in the cell next to you to hear. If the officer can hear an PIOC from more than one cell away, that PIOC is talking too loudly. Loud singing is not permitted. (Refer to the definition for talking). Whistling is not permitted. Talking from tier to tier is not permitted. There is to be no talking after 10:00 p.m. until 6:00 a.m.

24. **Unassigned Area** PIOC are not permitted to be on a tier other than the side of the tier they are assigned to. When let out of the cell or when returning to the cell, the PIOC is not permitted to walk past the cell in the opposite direction from the destination.

    PIOC are not permitted in the area of the back stairs without specific staff approval, i.e. past cell 37 on the front side or past cell 38 on the backside.

25. **Name tags** Name tags will be affixed above the cell front. Name tags that are damaged or removed may result in restitution of $2.00.

26. **In Cell Phones** Phone base, headset, and cord are assigned to the cell. They shall remain in the cell. Issues with the phone, PIN or voice ID shall be written to the Deputy Warden OPA. Issue with the phone first go to unit staff and then the CPS, only if not handled by unit staff. Tier phone lines are to be passed by phone runners only. All others may be subject to discipline for passing of the phone line.

27. **Cell Lockers and Locks** Locker locks will be affixed to the lockers by staff, combinations will be provided by unit staff, and remain confidential.

28. **Traps** Shall only be opened by staff, "popping of a trap" may result in discipline.

Violations of the cell hall living rules may result in the issuing of a warning or a conduct report.

**Cell Mates**
Cell and housing assignments are handled by the Unit Supervisor. If you have cell assignment concerns, you must contact your Unit Supervisor directly with your concerns. Staff will determine such assignments in the best interest of the institution, availability and population as a whole. It is your responsibility to display positive behavior and to get along with your roommate and all fellow PIOC. Part of being an adult is learning to get along with others, even if that person displays different values.

**Cell Inspections**
You are not to have anything on your person, in your cell, or otherwise under your control that is not approved. Cell inspections will be made regularly. Items found in your possession or under your control that are not your property, in excess of the institution limits, or are not authorized will be considered contraband and will be confiscated, and you may be subject to disciplinary action. You are not allowed to pass any property or canteen. Tier workers are not permitted to pass or obtain anything for you. If an item is in your cell, you are responsible for it. This includes PIOC in double cells. If you move to a new cell, you are responsible to inspect it and report any unauthorized items and/or damage to housing unit staff.

**Cell Repairs**
It is your responsibility to report necessary maintenance work (electrical, plumbing, bed repairs, etc.) to the Cell Hall Sergeant to ensure sanitary and safe conditions in your cell.

## Property- DAI Policy 309.20.03
DAI Policy 309.20.03 governs the rules on property and property limits, which is available in the institution library.

Property must be ordered from an approved vendor and in most cases will arrive within 7-10 days.

If an item is available through an approved vendor it cannot be ordered from an alternate vendor.

If an item is not available through an approved vendor the PIOC must receive approval from the property room before placing an order with an alternate vendor.

It is the PIOC's responsibility to keep the vendor receipts as well as a copy of DOC-237 to ensure proof of ownership during cell searches or when property is packed up for transfer to another cell, living unit or facility.

All incoming property must be new, shipped directly from the vendor with a receipt which lists each item and its value or a packing slip from the vendor which lists each item.

**Rejected Property**
If a property item is rejected the PIOC must choose to either send the item out, destroy the item or donate the item. Should the PIOC have insufficient funds for shipping, the property will be held no longer than 30 days. It will then be destroyed or donated.

**Exchanging for new property**
It is the PIOC's responsibility to remain with allowable property limits, therefore if the PIOC is at the allowable property limit when a new item arrives, he/she must exchange the old item(s) to receive the new item(s). In instances where a property item has been lost, stolen or confiscated the PIOC is required to provide written proof such a copy of a conduct report, incident report, or DOC-237B.

**Damaged property**
Do not discard damaged property. Contact a staff member on the living unit and request that they complete a property disposition (DOC-237B) to avoid a 90 day wait to order a replacement.

**Lost or stolen property**
The PIOC must contact staff by submitting a request form, who will verify the item is missing and complete an Incident Report. If the item is not recovered in 90 days, it may be removed from the PIOC's property inventory. The PIOC must then contact the Property Officer to have the property removed from the main inventory.

**Shoes**
PIOC may order two pair of shoes per calendar year.

**Electronics**
Upon receipt, all electronics will be tested to ensure they are in good working order. They will then be engraved with the PIOC name, number and date of issue and a Security seal will be affixed. To prevent tampering.

# Grooming and Personal Hygiene - DAI & GBCI 309.24.01

Personal cleanliness is each PIOC's responsibility. PIOC are required to maintain a neat, personal appearance and good personal hygiene. The institution offers adequate facilities and opportunities for this purpose. For PIOC who are indigent and in need of hygiene items, the institution will provide specific items. For additional information on this process see GBCI Procedure 309.24.01.

**Showers**
PIOC are required to shower and change clothing and bedding as scheduled by the assigned housing unit. PIOC are expected to shower two times a week. Bring your own clean underwear, socks and one towel with you at the time you shower. The opportunity for additional showers is available at recreation.

**Hair**
PIOC are prohibited from partially shaving their head and from cutting designs, symbols, etc., in their hair. Hair with multiple cut parts, initials cut into the hair, and tufts of hair only remaining on the head are NOT permitted. Braided hair may not have any sculpting designs, numbers, letters, symbols, initials, etc., or any style that depicts such. If braided, the entire head must be braided. Braids may only be in straight lines starting from the front of the head, ending in the back of the head. PIOC may have a single part cut into their hair. PIOC are not permitted to wear items in their hair such as beads, curlers, etc. out of their housing unit. PIOC being transported outside of the institution, for any reason, are required to remove any braids and/or dreadlocks prior to departure. Failure to do so will result in the issuance of a conduct report.

**Nails**
Fingernails shall be clipped to a maximum length not to exceed the fingertip and must be kept clean.

**Razors**

Disposable razors are available for purchase through the canteen for those PIOC wanting to shave. Any PIOC found to be in possession of an altered or damaged disposable razor will be subject to discipline via issuance of a conduct report, which will be processed as a major violation. If razors have been accidentally broken, or are falling apart, they should be turned in to the Housing Unit Officer immediately for review and handling.

## Meals/Dining Room

DOC encourages PIOC to practice healthy eating habits. The department uses dietary guidelines established by the U.S. Department of Health & Human Services and the U.S. Department of Agriculture in providing nutritional and healthy meals for PIOC. DOC continually reviews the need for change in diet in order to maintain nutritional meals in such ways as increasing fiber content and limiting total calories, cholesterol, sodium and fat. We encourage all PIOC to be positive in the ongoing efforts of the department to provide meals that meet nutritional guidelines while promoting good health. While partaking in meal time in the dining room, the following is expected:

Display good behavior on the way to the dining room. PIOC going to and from the dining room are to walk on the right-hand side of the railing with no more than two abreast. Talking in an ordinary conversational tone is permitted at this time and also after taking a seat. There will be no cutting in front of others or changing places with someone else in line. If you wish to give another PIOC a portion of your meal, or receive from another PIOC a portion of his meal, this can be done only after both of you are seated at the same table. The staff may split PIOC populations between the two dining rooms. Once in the dining room, sit at the assigned table. Changing table and getting up once seated is not allowed. Return to the housing unit, as directed by staff.

PIOC may not leave the dining room until directed to do so by staff. Once directed to do so, take your dishes to the tray return and go directly to your cell. With the exception of one piece of fruit, food may not be taken to or from the dining room. Fruit taken back to the cell. It must be consumed before the next meal. Do not pass items from one table to another. Canteen items and other personal property (magazines, etc.) are not permitted in the dining room.

## Movement Procedures

PIOC movement within the institution is permitted only under staff escort/supervision, via the Pass System or when an PIOC worker is performing an assigned task and is wearing the designated arm band. PIOC assigned to the school program shall follow the class schedule provided by the Education Department.

PIOC shall promptly honor all authorized passes. A maximum of five minutes is allowed for traveling from one point to another. PIOC are not permitted to go anywhere but the destination indicated on the pass. No stopping or loitering along the way. Failure to honor a pass may result in disciplinary action. PIOC are not allowed to run, except while at recreation.

All PIOC must pass through the metal detector when leaving and when returning to their housing unit.

Once an PIOC leaves the housing unit to attend scheduled activities he/she is expected to remain in the assigned area for the duration of the activity. PIOC will not be allowed to leave the activity early. This applies to all off unit activities such as the library, chapel, groups/programs, etc.

General population PIOC attending inside recreation are to use the South side of the stairs when going to recreation and the North side of the stairs when returning from recreation.

Personal (pat-down) searches may be made of any PIOC, at any time, in any location.

PIOC may be inspected via the use of various scanning devices including, but not limited to, such devices as hand scanners and metal detectors at any time, in any location.

## Kiosks
Kiosks will be available in the NCH, SCH, Dorm, Treatment Center, and Mainstream Unit.

Kiosk rules are posted near the kiosk stations. Any violation of these rules can result in suspension of your privileges.

No talking or loitering is allowed while using the kiosks.

## Dorm A
You may request housing in the dormitory by submitting an Interview Request slip to the Dorm CPS. All request will be screened using criteria such as sentence structure, conduct history, program participation, etc., before approval for placement in the dorm. While living in the dorm, PIOC are expected to keep their area clean. Personal property must be kept in the footlocker provided. The footlocker must be kept locked any time the PIOC is not in the area.

Electronic personal property is limited in the dorm. The Dorm has televisions for PIOC use in the dayrooms.

**Dorm A Living Rules**

**PIOC Movement**
When exiting the dorm or returning to the dorm, there will be no stopping or loitering   in the corridor or rooms between the dorm and the rotunda. PIOC must be properly   dressed before leaving the unit.

PIOC are expected to confine their movements in the sleeping area to their assigned bed only. Being in an unassigned area may result in a conduct report. An unassigned area would include standing next to someone else's bed.

After 10:30 PM, no movement will be permitted between the sleeping area and the day rooms. The only exception will be for use of the restroom. PIOC must receive permission from staff prior to entering the dayroom.

PIOC will not be allowed back into the day room for recreational purposes once they've gone to the sleeping area after 10:30 PM.

When out of the dorm (other than mass movements such as recreation), the PIOC must report / check in with the officer at the door immediately upon returning to the dorm.

**Punctuality and Attendance**
While living in the dorm it is the PIOC's responsibility to follow his/her schedule and be at the designated assignment on time. This includes the pass lists and absentee Teachers lists.

Early wakeup call is at 5:30 AM.

Canteen will be distributed on Saturday morning after breakfast.

**Counts**

Counts times are: 12:00AM, 3:00AM, 5:30AM. Formal standing count times are: 7:45 AM, 12:15 PM, 4:10 PM, 9:30 PM.

During formal counts the PIOC must stand near their assigned foot locker, there is to be no talking at this time. All PIOC will be required to report to their bunks and sit on their foot lockers for all formal counts.

During all counts, PIOC are required to stay where they are without moving and remain silent until signaled that the count is over. PIOC must remain seated on their bunk until institution count clears.

**Day Room Schedule**

The day rooms will be open as indicated below. Unit washers, dryers, TVs and telephones may only be used during these hours. The use of these unit facilities shall not interfere with count, meals or custodial duties. Washers and driers may not be used one hour prior to the dayroom closing.

- Monday 5:30 AM- 11:45 PM (BSI 5:15AM)
- Tuesday 5:30 AM- 11:45 PM (BSI 5:15AM)
- Wednesday 5:30 AM- 11:45 PM (BSI 5:15AM)
- Thursday 5:30 AM- 11:45 PM (BSI 5:15AM)
- Friday 5:30 AM- 12:45 AM (BSI 5:15AM)
- Saturday 5:30 AM- 12:45 AM (BSI 5:15AM)
- Sunday 5:30 AM- 11:45 PM (BSI 5:15AM)
- DAYS PRECEDING HOLIDAYS 5:30AM-1:00 AM

**Grooming and Attire**

Hair grooming is to be done in the bathroom only.

No hair grooming after 9:30 PM (this includes braiding, curling and rolling).

Cutting of hair is not allowed in the dorm. This includes the bathroom area.

PIOC must be appropriately dressed when in the day room. This means shirt (tank tops, sleeveless etc.) pants, gym shorts, shoes and socks. Thermals may not be worn as outerwear. Shirts do not need to be tucked in while in the sleeping area. They are to be tucked in while in the dayroom.

All clothing is to be worn as intended; i.e. pants, gym shorts, sweatpants are to be worn above the waist. This means above the hips.

Boxers are not considered gym shorts. Pajamas may be worn in the day room but not through the kitchen serving line.

ID badges are to be properly worn at all times, outside the shirt and facing forward. The only exceptions are when using the showers, movement to and from the showers and while on your bunk.

**Meals**

Meals are served at 6:15 AM, 11:00 AM and 4:25 PM.

There will be no cutting in line. Form a line in the first aisle.

All meals are to be eaten in the day room, no exceptions.

PIOC must be properly dressed when going through the serving line. This means a shirt with sleeves, pants, gym shorts, shoes and socks. No pajamas or sleeveless shirts. ID must be worn.

No showering or telephone use during meals.

Return trays and utensils to the proper containers when finished.

### Showers and Hygiene
PIOC are strongly encouraged to shower every day. This is a close environment and personal hygiene is a must. At a minimum, PIOC must shower three (3) times a week.

Showering is permitted as allowed by the dorm schedule. PIOC may speak in a conversational tone only while in the showers.

The hot water dispenser is to be used for food and drinks only, do not use it to wet washcloths to use for personal hygiene or to wash food containers.

The bathroom is closed during meals, counts and cleaning times. Staff approval is needed for use of the bathroom during these times.

There is no visiting or loitering allowed in the bathroom.

No reading materials are allowed in the bathrooms.

All personal hygiene must be completed by 11:50 PM Sunday through Thursday and 12:50 AM Friday, Saturday and days preceding holidays.

Towels may hang on the end of the bunk to dry.

### Sleeping Area
The first shift unit Sergeant authorizes bunk assignments.

There is to be no eating or drinking allowed in this area.

Talking is not permitted from 9:30 PM to 6:00 AM, daily.

Beds must be properly made when not in use. Extra blankets must be folded and placed at the foot of the bed anytime the PIOC is not in bed.

PIOC will be issued two blankets.

Cleaning of the floor around the bunks will be done on weekends.

When leaving the sleeping area, the bed is to be clear of all articles. Any items under the bed must be stacked neatly and cannot be out in the aisle. At no time will there be any items left in the aisles.

Footlockers will remain at the foot of the bed at all times and in line with the red lines on the floor. Each person in the dorm is allowed one footlocker. Plugged locks are not allowed and will be cut and confiscated.

Plastic storage containers are not to be used as chairs, cooking bins, foot stools, ice chests, for water, etc. They are to be used for personal storage only. The PIOC is responsible for this container and will be charged for the replacement of them if broken. Do not stack metal footlockers on top of the plastic container.

Under no circumstances are PIOC permitted to enter anyone's footlocker or plastic storage container or have any of possessions in any footlocker or plastic storage container other than their own.

Do not slam the footlocker.

All PIOC must have a combination padlock for their footlocker.

Officers may conduct searches of all footlocker, plastic storage container and bunk. This is one of their duties, and is considered institution routine.

The only items allowed under the bunk are the plastic storage container, electronics (radio, typewriter and TV if the PIOC is allowed to have his/hers out), footwear and one mesh bag for dirty laundry. All of personal property must fit into the footlocker and plastic storage container. All other items that do not fit into these containers must be sent out. No exceptions.

PIOC with drawing boards must place it at the end of the bed between the bed and the frame.

The back-room storage area will only be utilized for storing electronics.

Staff are not responsible for lost, stolen or misplaced items.

The only activities permitted in the sleeping area are letter writing, reading, drawing and individual prayer.

After 10:30 PM PIOC will not be allowed to retrieve any property from this area. If you wish to obtain anything from your footlocker or plastic storage container, you must do so before this time. This is being done to minimize noise and movement in the sleeping area.

PIOC are not allowed to be on any other bed but your own.

PIOC are not allowed to be standing, kneeling, etc. next to another PIOC's bed.

No electronics (TV, Fan, and Radio) will be used in the sleeping area with the exception of a tablet.


**Day Room**
In this area PIOC are permitted to write letters, play approved card games and table games, watch TV and listen to your electronics. Roll playing games (D&D, etc), are not permitted.

Games may be checked out at any time during dayroom hours. On third shift, games are terminated at 11:00 PM during the week and 12:45 AM on weekends. At these times all games will be returned. The person checking out the game is responsible for ensuring that all pieces are returned with the game.

Headphones / earplugs must be worn at all times.
There are no extension cords allowed across walkways.

Only one electronic item per person at a time in the day room. If not in use, the item must be put away. No saving spaces or assigned spaces. While at work the PIOC electronics will not be placed in the day room until he/she returns and are there to use them. No exceptions.

Approved hobby items may be worked on in the day room.

When playing dominoes/cards a blanket must cover the tabletop. These blankets are to be used as table coverings only, not as seat cushions.

Yelling, loud talking, hand slapping, slamming of dominoes or cards, etc. is not permitted and may result in termination of game playing and may result in a Conduct Report.

When playing any games/cards the PIOC must be seated at the table. There will be no games played that involve any more than six people, this includes spectators.

Your property is your responsibility. Do not leave your property unattended.

Typewriters may be used in designated areas of the day room only.

No sitting on the tables or putting feet up on tables, benches or walls. Lying down on the benches is not permitted.

Calisthenics, dancing, arm wrestling, horseplay or any activity of a similar nature is not allowed in the dorm.

PIOC on loss of day room and sick cell status (except work related injuries) are not permitted in the day room except during meal times.

PIOC must eat and drink out of their own personal containers that have been purchased at canteen

**Telephones**
Only one PIOC will be on each phone per time slot. Sharing phone calls or joint calls are not permitted. PIOC must receive permission from the officer/sergeant they want to use the phone. They must then notify the officer whether they did or did not complete the phone call.

No sitting in the telephone booths.

No loitering around the phone area.

PIOC are required to use their own pin number when making phone calls.

Three-way calls are not permitted.

Telephone calls will not be made during meals or count time.

**Washers and Dryers**
PIOC must use laundry detergent only.

PIOC are not allowed to wash any clothes in the bathroom or shower area.

Shoes/boots are not allowed to be washed in the washing machine or placed in the dryers.

No wash loads may be started after one hour prior to scheduled end time.

Sheets must be washed or sent to the laundry to be cleaned weekly.

**Talking**
Talking is permitted at mealtime, during working hours, in a group going to or from a shop activity, during recreation periods, and until 10:00 p.m. in the dorm sleeping areas. Talking, wherever permitted, must be kept at a conversational tone, not loud or boisterous. In the cell halls, conversational tone is defined as only loud enough for the PIOC in the cell next to you to hear. If the officer can hear you from more than one cell away, you are too loud. Loud talking from tier to tier is not permitted. Inappropriate and offensive behaviors are not permitted and include, but are not limited to, clapping, rapping, loud singing, yelling and whistling. See your housing unit living rules for more information.

**PIOC Dress Code**
All clothing (state and personal) is to be worn in the manner for which it was designed, including proper size. Shoes are to be worn with the feet entirely in the shoe and laces tied up. The top of your pants are to be waist high and worn at the waist with shirttails tucked in. No pant legs or shirt sleeves are to be cuffed or rolled up. Collars must be turned over and pockets inside. With the exception of shirts PIOC are not permitted to wear multiple layers of the same type of clothing. See housing living rules for more specific information pertaining to your assigned housing unit.

PIOC must be properly dressed before leaving their cell. This includes wearing the ID Card and displaying it outside of the shirt with the picture facing outward. See DAI Policy 306.00.06, PIOC Digital Photo Identification System available in the institution library.

All PIOC will be provided one ID. PIOC are responsible for any damage beyond normal wear and tear. A replacement cost of $3.00 will be assessed for lost or damaged IDs per GBCI Facility Procedure 306.00.06.

PIOC will be dressed in appropriately fitting trousers, shirt or T-shirt, shoes and socks whenever outside their housing unit, except while at recreation. This exception does not apply to PIOC going to and from recreation.

When wearing a state-issued green shirt, only the top two buttons may be undone.

PIOC are not allowed to wear a T-shirt or sweatshirt over a state-issued green shirt.

PIOC must wear a shirt over any sleeveless shirt.

PIOC are not permitted to alter or destroy state or personal clothing in any manner.

If wearing a belt, the buckle must be buckled at all times.

Sweat suits, jogging suits, tank top and gym shorts may only be worn in the housing unit, at recreation and to and from recreation and showers.

Shoes will be worn with the foot entirely in the shoe and the laces tied. Laces will be the same color and not laced up the sides.

Plastic caps, curlers, do-rags, head covering and hair nets are not permitted out of the housing unit, except kitchen workers may wear a plastic cap in lieu of a hair net at work only.

Baseball and stocking caps are permitted to be worn outside only.

Handkerchiefs may not be worn as an outer garment or headband (except as approved by staff in the institution shops for an PIOC worker).

Slippers may be worn to showers, clothing exchange or in the housing unit ONLY.

Thermal underwear is to be worn <u>under</u> clothing.

## Linen Exchange and Institution Clothing
**Clothing Articles, Allowable Limits, and Size Guide**
All GBCI PIOC will be issued the following clothing articles that are labeled with the PIOC name and DOC number. The Bath House Sergeant will be responsible for and make the final decision in the sizing, issuing, and replacing of all state-issued PIOC clothing. Laundry bags are to be used for laundry only.  They may not be taken to recreation, used as a book bags, etc.

> *Each PIOC will receive:
> 2 laundry bags                2 pillow cases
> 3 green pants                 3 sheets
> 2 green shirts                2  towels
> 4 T-shirts                    4 underwear
> 4 pairs of socks
> 1 winter jacket**
> 1 pair shoes (need for issuance and/or replacement to be determined by the Bath House Sgt.)
> *   Subject to maximum allowed for personal and state issue per DAI 309.20.03.
> ** PIOC are to maintain possession of the jacket for the duration of their stay at GBCI and should be worn only during the appropriate season(s) when outside weather conditions and temperatures are colder.

The Bath House will affix the above items with labels indicating the PIOC's name and DOC number.  Any PIOC found to have tampered with laundry labels may be subject to disciplinary action.

Each PIOC will be responsible for the articles issued to him/her. PIOC are responsible to ensure that quantities of the articles in their possession do not exceed the amounts listed above for each type of article.

The following size chart will be used as a guide:

| Green Pants/Briefs | | Green Shirts/T-Shirts | |
|---|---|---|---|
| MED | waist 32-34 | LG | chest 32-34 |
| LG | waist 36-38 | XL | chest 36-38 |
| XL | waist 40-42 | 2XL | chest 40-42 |
| 2XL | waist 44-46 | 3XL | chest 44-46 |
| 3XL | waist 48-50 | 4XL | chest 48-50 |
| 4XL | waist 52+ | 5XL | chest 52+ |

Each PIOC is responsible to inspect clothing items issued to him/her to ensure they are the correct size, in good condition and not damaged or altered in any manner. The PIOC will be required to sign an Offender Clothing Receipt form, DOC-2276.

Once the PIOC has received their clothing, they are responsible for any negligent damage or alterations to or loss of clothing and may be subject to disciplinary action for such damages which may include restitution for replacement of such clothing articles.

When an PIOC is received at GBCI and in Orientation status, the Bath House Sergeant will measure the PIOC for correct clothing size. One sample of each size green pants, green shirt and T-shirt will be available for the PIOC to try on should there be a question of the correct size.

**Clothing for PIOC housed in Restricted Housing & Treatment Center-Transition Unit (TCTU), and Step Unit**
When an PIOC receives disciplinary separation, the state-issued clothing, laundry bag, and shoes will be placed with the PIOC's personal property. The RH Property Officer will inventory and store all property until the PIOC is released from RH. After release from RH and as soon as possible upon returning back into general population, all property, including state-issued, will be returned to the PIOC.

When an PIOC transfers out of the institution in disciplinary separation status, the RH Property Officer will remove the laundry bag and state-issued clothing from your property and return it to the Bath House.

**Housing Unit Laundry Procedures**
Once per week, each PIOC will have the opportunity to have his clothing laundered.

PIOC are not permitted to place personal clothing or blankets in their laundry bag.

PIOC are to place all white clothing in one laundry bag and colored clothing in the other bag and secure them. No colored clothing should be placed in the bag with the white clothing as the bleach that is used will discolor colored items. PIOC will be responsible for damaged clothing should they place colored items in the white clothing laundry bag.

When the PIOC's laundry bag is picked up, the bath-house staff will check off each laundry bag turned in from each cell and bunk. The bath-house staff will use that same check off sheet when returning the laundry bag the next day.

The schedule for laundry is:
Sunday night outgoing – NCH & Misc.
Monday incoming – Misc.
Monday night outgoing – NCH, BSI and back of SCH
Tuesday incoming – NCH
Tuesday night outgoing – NCH
Wed. incoming – BSI & SCH Back
Wed. night outgoing – BSI & SCH Front
Thursday night outgoing – Misc.
Friday incoming – BSI & SCH Front
T.C., Dorm, MU have laundry completed on unit.

When moved between housing units, the PIOC is responsible for the clothing and laundry bag issued to them, and must take it with them. If a PIOC moves on the day their laundry bag is at the laundry, they must inform the Unit Sergeant so the laundry bag can be sent to the new housing unit.

If the PIOC is placed in TLU or receives disciplinary separation time, the officer packing up property is responsible for packing all state-issued clothing and state-issued shoes into the PIOC's laundry bag and sending it to the bathhouse.

**Clothing Replacement, Repairs or Unusable Items**
When the PIOC feels his/her clothing items no longer are useable, they will be required to complete an Interview/Information Request form detailing the item(s), what action they want taken and why. Submit this request to the Bath House Sergeant. The Bath House Sergeant will determine if the request is appropriate. He/She will issue a pass for you to report to the Bath House with the items you claim are unusable. The Bath House Sergeant will determine if the materials are unusable and will issue replacements as deemed appropriate. When an item needs repair such as torn material or a hole, the PIOC must follow the same procedure. The Bath House Sergeant will maintain a log of repairs, replacements and clothing abuses.

**Clothing Size Change Request**
To request a size change for state-issued clothing items, complete an interview request form with the size(s) change and submit it to the Bath House Sergeant for review and approval. The Bath House Sgt. will then issue a pass, if approved.

**Missing Laundry**
PIOC are required to report missing laundry to the housing unit staff immediately. The housing unit staff will complete an incident report. Issued items will be from existing stock when possible. PIOC found to be in excess of the standard issue limits may be subject to disciplinary action.

**Work Shop Clothing**
You are required to wear the state-issued general population clothing to and from work. PIOC that are issued specific clothing for their work assignment, i.e. BSI, Food Service, may wear their work clothes to, from and at work and shop only.

GBCI shops, where PIOC's shoes are subjected to heavy soiling or abuse, may allow shoes or rubber boots in their areas for the use of PIOC who would like to protect their state-issued shoes. These can be obtained by submitting an Interview Request (approved by the shop supervisor) to the Bath House Sgt.


**Transfer out of Institution**
If you are being transferred out of GBCI, you must bring all state-issued clothing to the Bath House – no exceptions. The Bath House Sergeant will look over all items to ensure they are in good condition and that all items are accounted for.

*Special issue of shoes will not be allowed for medical trips, court dates, weddings, etc.

# Conduct Reports - DOC 303
Institution staff members are responsible for management of discipline and will report violations of the rules. The circumstances of such infractions are described in written reports called conduct reports. When

a conduct report has been completed, it is turned over to the Security Department for review and approval. Upon approval by the Security Department, the report will be scheduled for a hearing before a Hearing Officer.

Conduct report dispositions are effective immediately, unless otherwise specified.

**Additional Consequences & Restrictions**

In addition to penalties imposed through the disciplinary process, there are other possible consequences or restrictions that may result from adjustment problems. An PIOC confined to RH for example may encounter additional setbacks as a result of receiving a conduct report or penalty. Some consequences that may result include, but are not limited to, are:

- Loss of institution work, program or school assignment
- Loss of compensation
- Loss of range status in an assignment
- Loss of good time
- Other losses according to DOC Administrative Code

| | CELL CONFINEMENT | BUILDING CONFINEMENT | LOSS OF RECREATION | LOSS OF DAYROOM | FEED CELL | SICK CELL | LAY IN |
|---|---|---|---|---|---|---|---|
| **MEALS** | IN CELL | IN CELL | DINING ROOM | DORM A DAYROOM | IN CELL | IN CELL | DINING ROOM |
| **DAYROOM** | NO | YES | YES | NO | YES | NO | NO |
| **RECREATION** | NO | NO | NO | YES | YES | NO | NO |
| **VISITS** | YES | YES | YES | YES | YES | YES | YES |
| **WORK/SCHOOL** | YES | YES | YES | YES | YES | NO | NO |
| **CHAPEL** | MAIN SERVICE ONLY | MAIN SERVICE ONLY | YES | YES | YES | NO | NO |
| **LIBRARY** | NO | NO | YES | YES | YES | NO | NO |
| **LAW LIBRARY** | NO | NO | YES | YES | YES | NO | NO |
| **LAW LIBRARY DEADLINE** | YES | YES | YES | YES | YES | YES | YES |
| **KIOSK** | NO | YES | YES | NO | YES | NO | NO |
| **PHONE** | YES | YES | YES | NO | YES | NO | NO |

Cell Confinement may be imposed on PIOC assigned to the cell halls. PIOC will be required to eat meals in cell. PIOC will not attend recreation activities, or receive passes. If the PIOC has a work assignment or attend school he/she will be expected to attend. If the PIOC does not have a work or school assignment

he/she will not be paid. The PIOC may be escorted to necessary medical, clinical or social services appointments, including med pass. He/she will be allowed to leave his/her cell for showers and visits (if not on visit restriction). The PIOC may attend religious services only with specific permission from the Warden.

Building Confinement may be imposed on PIOC assigned to dormitories. The PIOC will not attend recreation activities, work or school assignments or receive passes and will not be paid. The PIOC may be escorted to necessary medical, clinical or social services appointments, including med pass and will be allowed to leave the dormitory for visits (if not on visit restriction). PIOC may attend religious services only with specific permission from the Warden.

Loss of a Specific Privilege which the hearing officer may impose includes, but is not limited to: use of your own TV or radio, loss of library, phone calls, having meals in the dining room, canteen privileges, etc.

Dorms – Loss of Dayroom includes the use of the phones, access to TV and the unit washer and dryer. After first receiving permission from staff, PIOC are allowed to use the bathroom and unit showers. After three days of the sanction have passed, arrangements may be made through the unit Sgt. to use the unit washer and dryer once every 3-day period. Dormitory PIOC are allowed to eat their meals in the dayroom while on this disciplinary penalty.

If an PIOC receives a conduct report for excess allowable property (including personal photos and letters) and are found guilty, the hearing officer may destroy it as part of the disposition. PIOC are responsible for maintaining all property limits.

## Appeal of Contested Conduct Reports

After the hearing is held, and the PIOC has received the Hearing Officer's disposition for a Conduct Report, he/she may appeal the decision, the disposition or both to the Warden.

PIOC must follow these guidelines when filing an appeal of a Conduct Report to the Warden:
1. Obtain form DOC-91 entitled "Appeal of A Contested Hearing" which is available in each housing unit.
2. Fill out the DOC-91 completely and send it to the Warden's Office. Do not forget to include the conduct report number and date of disposition, Appeals must be submitted and received in the Warden's Office within 10 days after receipt of the disposition.
3. State clearly and concisely on the appeal form exactly what you are appealing and the reasons for the appeal. Include as much detail as possible, including names, institution numbers and other identifying information of persons having information on the report.
4. Submit only one DOC-91 for the appeal of each Conduct Report
5. **Do not send a second appeal** on a Conduct Report that you have already appealed to the Warden. The Warden has **60 days to respond to your appeal** of a Conduct Report.
6. Do not submit an appeal of a Conduct Report that has not been acted upon by the Hearing Officer. Submit your appeal after the Hearing Officer has heard the Conduct Report and rendered a decision. The Warden's decisions are final on all appeals.

## Interviews with Staff

If you want to see a staff member, complete an Interview/Information Request form (DOC-643) and put it in the appropriate mailbox located in the Rotunda or on your housing unit that is labeled with the staff member's department. Be sure to state what staff member you want to talk to and why you want to see that staff person. The staff member will review your request. If a meeting is required, they may send a pass for you during your free hours.

## Staff Information

PIOC are not permitted to have, in their possession, information relating to the personal lives of staff. This policy includes, but is not limited to, staff telephone numbers, addresses or other records that could possibly be used to harass staff.

## ADDITIONAL DOC PROCEDURES & RESOURCES

This handbook provides information on various subjects considered most important to new PIOC. The following list of references is provided to guide the PIOC seeking information on topics that may be of greater interest as time progresses.

| SUBJECT | REFERENCE |
|---|---|
| A. Adult Field Supervision | DOC 328 |
| B. Assault by Prisoner | DOC 303 |
| C. Escape | DOC 303 |
| D. Statutory Good Time | DOC 302 |
| E. Due Process – Conduct Reports | DOC 303 |
| F. Mandatory Release | DOC 302 |
| G. Parole | DOC 302 |
| H. Probation-Parole Revocation Procedures | DOC 331 |
| I. Sentence Computation/Credit | DOC 302 |
| J. Truth in Sentencing | WI Act 283, ss. 973.01 |

The information provided in this handbook is not intended to be all-inclusive of rules, policies and procedures that are in effect. Additional information, which may provide more detail on these and other subjects considered in this handbook, and on the rules of the DOC, DAI Policies (formerly known as Internal Management Procedures), Wisconsin DOC Administrative Code and GBCI Procedures, is available to all PIOC in the GBCI Institution Library.

PIOC should take time to become familiar with additional institution procedures that are available in the institution library.

**Problem Solving Resources Chart**
Information regarding who to contact prior to filing an PIOC complaint, pursuant to § DOC 310.07(1), Wis. Admin. Code can be found in Appendix C of this Handbook.


# GBCI HANDBOOK: UPDATES/PIOC RESPONSIBILITY

Changes and revisions to Administrative Rule, DAI Policies, and institution procedures is an ongoing process. Notices of change in policy and procedure will be provided by the institution to PIOC via Channel 8, posted notices in housing units, disbursed directly to PIOC in the Restricted Housing Unit on the supply cart and posted in the institution library. It is the PIOC's responsibility to be aware of changes in policies and procedures as notices are provided and to comply with these changes.

**Damage to Handbooks**
PIOC who damage or alter the condition of their handbook will be held responsible for reimbursement to the institution for any damage incurred. PIOC are also responsible for the condition of the DOC 303 Handbook, the DAI Sexual Abuse/Assault Handbook and any other state-issued handbooks you have received, and will be held responsible for reimbursement for any damage incurred.