

## Madison Freelance Reporters, LLC

**In the Matter Of:**

TERRANCE PRUDE vs CANDACE DIXON

23-C-1233

**TERRANCE PRUDE**

*May 13, 2024*



6400 Gisholt Drive, Suite 200 • Madison, WI 53713

Phone: (608) 255-8100 • mfr@madisonfreelance.com
www.madisonfreelance.com

1

2

3

4          IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WISCONSIN
5
      * * * * * * * * * * * * * * * * * * * * * * * * *
6
TERRANCE PRUDE,
7
            Plaintiff,
8
      -vs-                              Case No. 23-C-1233
9
CANDACE DIXON,
10
            Defendant.
11
      * * * * * * * * * * * * * * * * * * * * * * * * *
12

13

14
            VIDEOCONFERENCE DEPOSITION OF TERRANCE PRUDE
15
                  Monday, May 13, 2024
16
                      1:10 p.m.
17
18            Reported by:  SANDRA L. McDONALD

19

20

21

22

23

24

25

*Madison Freelance Reporters, LLC*
*mfr@madisonfreelance.com*
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 2 of 51   Document 36

Page 2

```
1          VIDEOCONFERENCE DEPOSITION of TERRANCE PRUDE,
2    a witness of lawful age, taken on behalf of the
3    defendant n the above-entitled cause, under the
4    Federal Rules of Civil Procedure, pursuant to notice,
5    before SANDRA L. McDONALD, a Notary Public in and for
6    the State of Wisconsin, from the from the Wisconsin
7    Secure Program Facility, 1101 Morrison Drive, in the
8    City of Boscobel, County of Grant and State of
9    Wisconsin, on the 13th day of May, 2024, commencing
10   at 1:10 p.m.
11              * A P P E A R A N C E S *
12       TERRANCE PRUDE,
             DOC Inmate No. 335878
13       WISCONSIN SECURE PROGRAM FACILITY
             P.O. Box 1000
14           Boscobel, Wisconsin  53805
             appearing by videoconference on his
15           own behalf;
16       JONATHON M. DAVIES,
             Assistant Attorney General
17       WISCONSIN DEPARTMENT OF JUSTICE
             17 West Main Street
18           Madison, Wisconsin  53703
             daviesjm@doj.state.wi.us
19           appearing by videoconference on
             behalf of the defendant.
20
                  * I N D E X *
21
     Examination By:                              Page:
22
     Attorney Davies                                 3
23
24       (There were no exhibits marked for identification)
25          (Original transcript filed with the DOJ)
```

Page 3

```
1                    TERRANCE PRUDE,
2           having been first duly sworn on oath,
3           was examined and testified as follows:
4
5                    EXAMINATION
6    BY MR. DAVIES:
7    Q    Good afternoon, Mr. Prude.  We are here for the
8         deposition in Eastern District Case 2023-08179.
9         Mr. Prude, before we get going, have you ever been
10        deposed before?
11   A    Yeah, but what case did you say this is for?
12   Q    23-CV-08179.
13             THE REPORTER:  I have -- I'm sorry.
14        Jonathon, the notice I have says 23-C-1233.
15   Q    Okay.  Yes, that's correct.  Sorry, I was reading the
16        wrong one.  Yes, it's 23-C-1233.  So, Mr. Prude, have
17        you ever been deposed before?
18   A    Yes.
19   Q    How many times have you been deposed?
20   A    I'm not sure.
21   Q    More than three?
22   A    Yes.
23   Q    More than five?
24   A    More than who?
25   Q    More than five?
```

Page 4

```
1    A    Maybe.
2    Q    More than 10?
3    A    No, I don't believe so.
4    Q    So somewhere between five and 10 times?
5    A    No, I just said I don't think it's been more than
6         10.  I'm saying I don't want to give a definite
7         answer on something I'm unsure of.
8    Q    But you think it's somewhere between five and 10, so
9         more than five, less than 10?
10   A    No, I don't -- that's not what I said.  I'm answering
11        your question.  I don't know a ballpark.  I don't
12        know, to be specific.  I'm not sure.
13   Q    Okay.  But you think it's not more than 10?
14   A    It could be.  I don't know.  I'm saying I don't think
15        so, but I guess it's a qualified no, a qualified no.
16        I don't think it's more than 10, so a qualified no.
17   Q    Okay.  So in any case, it sounds like this isn't your
18        first rodeo, so I won't give you the super detailed
19        instructions that I'd give to somebody that was maybe
20        doing this for the first time.  But in general, do
21        you understand that you have a legal obligation to
22        tell the truth today?
23   A    Yes.
24   Q    And do you understand that you could be charged with
25        perjury if you don't tell the truth today?
```

Page 5

```
1    A    Yes.
2    Q    Okay.  So I'm going to be asking you questions.
3         You're going to be answering.  I would like you to
4         tell me if you don't understand a question.  Will you
5         do that?
6    A    Yeah.
7    Q    And if you don't tell me that you didn't understand,
8         I'm going to assume that you understood the question.
9         Is that okay?
10   A    Yep.
11   Q    All right.  The court reporter is going to be taking
12        down everything we say.  She can't take note of
13        shakes of the head or nods of the head or shrugs or
14        anything like that, so please do your best to give
15        verbal answers, and instead of saying things like
16        uh-huh, try and say yes or no, okay?
17   A    Yeah.
18   Q    All right.  If you need to take a break at any time,
19        just let me know.  All I ask is that you finish the
20        question that we're on before we take a break, and
21        we'll work around that.  So all this said, is there
22        anything that would prevent you from testifying
23        truthfully and accurately today?
24   A    No.
25   Q    Are you on any medications today?
```

Page 6

```
 1   A   No.
 2   Q   Do you have any health issues today that would
 3       interfere with your ability to tell the truth?
 4   A   No.
 5   Q   Do you have any issues today that interfere with your
 6       memory?
 7   A   No.
 8   Q   All right.  So we've already spoken --
 9   A   Other than --
10   Q   -- about your previous depositions.  Have you ever
11       been a witness in a courtroom testimony?
12   A   In a courtroom testimony?
13   Q   Yeah.
14   A   Probably.  Are you talking about me being physically
15       in court or at a deposition or like what type of
16       witness?
17   Q   Like in front of a judge.
18   A   Physically in front of a judge inside of a court?
19   Q   How many times do you think you've given testimony to
20       a judge, so either, you know, remotely or in a
21       courtroom?
22   A   Probably four times, three to four times, something
23       like that maybe.
24   Q   Okay.  Have you ever lied or provided misleading
25       information in a court proceeding?
```

Page 7

```
 1   A   No.
 2   Q   Have you ever submitted fabricated documents to a
 3       court?
 4   A   No.
 5   Q   Have you ever had any problems with your memory in
 6       general?
 7   A   I guess with the passage of time, I guess everybody's
 8       memory kind of fades on certain things, but, no, I
 9       don't have any specific memory problems itself other
10       than just the passage of time, when I did something
11       or remember something, but no, I don't have no memory
12       issues.
13   Q   Okay, thank you.  Did you review any documents before
14       this deposition today?
15   A   Did I review any?  Yes.
16   Q   What did you review?
17   A   My legal documents in this case.
18   Q   When you say the legal documents in this case, do you
19       mean the court filings?
20   A   Yeah, including those, correct.
21   Q   What besides the court filings did you review?
22   A   Evidence, strategy notes, things like that.
23   Q   What evidence did you review?
24   A   Evidence in this case, documents in this case that I
25       have submitted, other things that I have, my
```

Page 8

```
 1       declarations, things like that.
 2   Q   Okay.  So you reviewed the declarations that you've
 3       submitted in this case.  What other evidence did you
 4       review?
 5   A   Documents.
 6   Q   What documents specifically?
 7   A   I guess some of your discovery requests, documents
 8       related to my motion to compel in discovery, things
 9       like that.
10   Q   You also said that you reviewed notes.  What notes
11       did you review?
12   A   My own notes, strategy notes.  I said strategy notes.
13   Q   Strategy notes, okay.
14   A   Correct.
15   Q   All right.  Did you talk to anybody about your
16       deposition today?
17   A   I probably did.
18   Q   Who did you -- go ahead.
19   A   Well, not today particularly, but probably -- no, I
20       didn't talk to nobody about it, but people do know
21       that I've got a hearing today, yeah.
22   Q   Who knows that you have a -- you said hearing, but I
23       think you mean deposition.  Who knows that you have a
24       deposition today?
25   A   Inmates.
```

Page 9

```
 1   Q   What inmates?
 2   A   Just inmates in general.
 3   Q   Did you tell them about it?
 4   A   Yeah, that I've got a deposition today, yeah.
 5   Q   So who did you tell?
 6   A   Inmates.
 7   Q   Which inmates?
 8               MR. PRUDE:  Objection, it's
 9           irrelevant, what inmates.  I don't think it's
10           proportional to the needs of this case who I
11           discussed what my strategies are and things of
12           that nature.
13   A   So I don't know the inmates' names.  Sometimes we
14       talk legal conversations with each other about what
15       each other's got going on.  There's no particular
16       names, just inmates.
17   Q   All right.  Your objection is noted for the record.
18       I do think that you are still required to answer
19       questions on relevancy, that you object to on
20       relevancy grounds, though.  Are you refusing to
21       answer that question right now?
22   A   No.  I answered the question.  You want me to give
23       you a name for somebody that I don't remember, unless
24       you want me to make up something, and I'm not gonna
25       do that.  But I just told you inmates in general.
```

Page 10

1    I've just had general conversations.
2        There's no face-to-face communication with
3    inmates in this institution.  I'm not sure if you've
4    been here or visited or rode through here or not, but
5    there is no face-to-face communication with inmates.
6    Sometimes we talk through doors.  Sometimes we talk
7    through vents.  You might not know who you're talking
8    to.  So that's why I said inmates.  If I knew
9    specific inmates' names, I would have gave them to
10   you.
11 Q  So did you say that you were having a deposition
12   today but you don't know who you said it to?
13 A  Yeah, I said it to a couple inmates.  Sometimes
14   inmates get in a vent and ask questions about legal
15   questions and we talk through the vents.  We don't
16   see each other's faces.  Like if you understood the
17   dynamics of this institution, you would get it.
18 Q  Did any of these inmates respond to you after you
19   said that you had a deposition?
20 A  Yeah, yeah, they asked me what is a deposition.
21 Q  What did they say?
22 A  They asked me questions like what is a deposition,
23   like how does a deposition go, just asking me in
24   general because they've never experienced a
25   deposition, so they asked questions about like what

Page 11

1    happens at a deposition, things like that.  And I
2    explained to them that it's just a discovery tool,
3    just like when you ask interrogatory questions, and
4    outside of that, it's just in-person and they're
5    asking you the questions on the spot.
6  Q  All right.  Did any of the inmates give you advice
7    about your deposition today?
8  A  No.
9  Q  Besides inmates, did you discuss your deposition with
10   any prison staff?
11 A  Probably, probably just generally talking about I've
12   got a deposition hearing.  I'm sure I did.
13 Q  Do you remember which staff members you spoke to
14   about the deposition?
15 A  One of the -- I think her name is Bird.  She's a PSU
16   worker.  I saw her like I think Thursday or Friday.
17   She asked me what all I've got going on, talking
18   about this week, and I told her I had a couple
19   family visits, I told her I got a deposition, things
20   like that.
21 Q  All right, so that was one staff member.  I think you
22   said the name was Bird.  Any other staff members that
23   you remember?
24 A  No.
25 Q  All right.  Did you speak with anybody or correspond

Page 12

1    with anybody outside of the institution about this
2    deposition?
3  A  Probably, probably my mother, somebody like that.
4  Q  All right, your mother.  And what did you say to your
5    mother?
6  A  Those are private communications -- like it's not
7    relevant -- just notifying her that I had a
8    deposition, no substance, just deposition.
9  Q  Did your mother --
10 A  And that was probably like a week and a half ago.  I
11   didn't know that I would be required to remember
12   every single person I notified, but I don't remember
13   everybody.
14 Q  Did your mother give you any advice about the
15   deposition?
16 A  No.
17 Q  Did you communicate with any attorneys about this
18   deposition?
19 A  No.
20 Q  Okay.  Have you exchanged any written correspondence
21   with anybody regarding this lawsuit?
22 A  No.  I filed this case in 2022, so -- or 2023, I
23   mean, so it's possible.
24 Q  All right.  Besides opposing counsel in this case,
25   who have you exchanged written correspondence with

Page 13

1    about it?
2  A  Inmate complaints, trying to do certain requests,
3    just general stuff, communication.
4  Q  All right, so inmate requests.  And would it be fair
5    to say that you're saying you've submitted
6    administrative forms to the institution about this
7    case?  Is that a fair summary of what you just said?
8  A  Yeah, inmate complaints.  Yeah, you could say that.
9  Q  Okay.  So besides administrative forms, have you sent
10   any letters or correspondence to anybody about the
11   case?
12 A  Probably.  Like I say, the case has been in court
13   since 2023, so it's possible, yeah.  I don't remember
14   exactly who.  I'm always notifying people that I'm
15   litigating something in court.  Whether it's my
16   criminal case or a writ of certiorari or something,
17   yeah, I'm always notifying people.
18 Q  Do you keep copies of the letters that you write to
19   people outside of the institution?
20 A  No.
21 Q  All right.  Have you told me everything you can
22   remember about correspondence you've sent regarding
23   this lawsuit?
24 A  Have I told you everything?
25 Q  Yes.

Page 14

1  A   Probably not.  There's probably some things I don't
2      remember, had I went back and actually thought about
3      it for a while.  Like I said, this case has been in
4      court for almost a year now, so it's possible that --
5      it's a lot of things that I probably don't remember
6      that I haven't told you about who I communicated with
7      or whatever, so, yeah, it probably is.
8  Q   Okay.  But those things are things that you don't
9      remember, and you also wouldn't have any copies of
10     the written correspondence; is that right?
11 A   Would I have any written communications between the
12     people I communicated with or they communicated with
13     me?
14 Q   Well, you testified a moment ago that you don't keep
15     copies of the letters that you send, right?
16 A   Right, I don't keep copies of letters I send,
17     correct.
18 Q   Okay.  So if you don't keep copies and you don't
19     remember any other written communications, it's not
20     likely that you would be able to later remember more
21     communications, correct?
22 A   No, I wouldn't say that's correct.  What I said --
23 Q   It's not?  Hmm, okay.
24 A   What I said -- go ahead.
25 Q   I'm sorry, I cut you off.  Please finish your answer.

Page 15

1  A   I'm finished.  Go ahead.
2  Q   All right, let's move on.  So, Mr. Prude, I'm going
3      to ask you a few basic background questions before we
4      start talking about this case specifically.  How old
5      are you?
6  A   42.
7  Q   And before you went to prison what did you do for a
8      living?
9  A   I had a job at Aldrich Chemical Company.
10 Q   I'm sorry.  Can you say the name of that company
11     again?
12 A   Aldrich Chemical Company.
13 Q   Can you spell that for the court reporter?
14 A   A-l-d-r-i-c-h.
15 Q   Thank you.  And what is your highest level of
16     education?
17 A   When I was free or now?
18 Q   Education, what's your level of education?  Did you
19     finish high school, undergrad, get your GED?
20 A   No.
21 Q   So what was the highest level that you did achieve?
22 A   Probably 11th.
23 Q   11th grade, okay.  And when did you begin your
24     current period of incarceration?
25 A   1999.

Page 16

1  Q   And what is your incarceration for?
2  A   Armed robbery.
3  Q   And did you have a trial on that or is that the
4      result of a plea agreement?
5  A   Plea agreement.
6  Q   So you pled guilty to one count of armed robbery.
7      Anything else?
8  A   No, that was just it.  I pled guilty to armed
9      robbery.  There was some read-ins, but I only pled
10     guilty to the armed robbery.
11 Q   And what sentence were you given?
12 A   80-year prison sentence, 20 years probation, stayed
13     sentence.
14 Q   When do you expect to be released from incarceration?
15 A   Ain't no telling.  It's a battle.  It's always a war
16     for freedom around here.
17 Q   You said it was an 80-year sentence and then
18     20 years -- what did you say, 20 years of extended
19     supervision at the end?  So was it a 60-year term of
20     incarceration?  That sounds like a lot, so it was
21     less than that, right?
22 A   What is the question?
23 Q   Do you think that you were sentenced to 60 years of
24     incarceration before the potential for extended
25     supervision?

Page 17

1  A   You say do I think?
2  Q   Yeah.
3  A   I don't know if you understood my answer.  Did you
4      hear my response?
5  Q   No.  Can you say that again?
6  A   You asked me how much time did they gave me.  I told
7      you they gave me an 80-year sentence with a 20-year
8      stayed sentence.  Then you asked me do I got
9      60 years.  That ain't what I was saying.
10 Q   Yep, okay.  I misheard you.  Thank you for clarifying
11     that.  So prior to this present term of incarceration
12     were you incarcerated for anything else?
13 A   Yes.
14 Q   What?
15             MR. PRUDE:  Well, I would object to
16         my criminal history.  It goes beyond -- the
17         statute only allows you to ask me questions
18         about convictions that happened within the
19         last 10 years, not within my whole life span.
20         The statute specifically requires you to or
21         allows you to ask me questions within the last
22         10 years, if I've been convicted of a crime
23         within the last 10 years.
24             MR. DAVIES:  All right.  Mr. Prude,
25         we're at a deposition, not in a formal court

*Madison Freelance Reporters, LLC*
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 6 of 51   Document 36

Page 18

1    hearing right now, so I'm entitled to discovery
2    on things that may not ultimately be admissible.
3    That remains to be determined.  So I think that
4    you are still required to answer the question,
5    but are you refusing to answer?
6              MR. PRUDE:  That's not what I said.  I
7    just objected.  I understand the rules here,
8    man.  I understand that when I object I've still
9    got to answer, so you ain't gotta keep asking me
10   am I refusing to answer.  When I object to
11   something, it's the same as when a lawyer would
12   object, and you just keep going.  You ain't
13   gotta ask me am I refusing anything.  I
14   understand the process.
15 Q Okay.  Well, in that case, thank you for clarifying,
16   but can you answer the question then?  What were you
17   incarcerated for before?
18 A Auto theft as a juvenile.
19 Q And when were you convicted of auto theft?
20 A I'm not sure, '97 sometime.
21 Q All right.
22 A 1997.
23 Q Besides the auto theft, were you convicted of
24   anything else?
25 A I think some -- yes, I was.  To answer the question,

Page 19

1    yes.
2  Q What were you convicted of?
3  A I can't remember.  I think it was disorderly conduct,
4    theft, I think second degree reckless injury, yeah.
5  Q Okay.  Do you have any pending criminal cases right
6    now?
7  A Anything pending?
8  Q Yeah.
9  A No, I don't have any.  Like when you say pending, you
10   mean like open charges against me or like stuff like
11   that?
12 Q Yep, that's exactly what I mean.  Are there any open
13   criminal cases against you right now?
14 A Oh, no, I don't have any open charges that's against
15   me, not to my knowledge, no.
16 Q All right.  Have you ever been a defendant in any
17   other civil lawsuits?
18 A Have I ever been a defendant?
19 Q Yes.
20 A You mean a plaintiff?
21 Q No, I'll ask you about being a defendant first, and
22   then I'll ask you about being a plaintiff in a
23   minute.  So have you ever been a defendant in a civil
24   lawsuit?
25 A Have I ever been sued is what you're asking?

Page 20

1  Q Yes, yes.
2  A No, not to my knowledge, not to my knowledge, no.
3  Q Okay.
4  A Well, does child support count?  I guess you can --
5    yeah, that's a civil process, so, yeah, I've had a
6    civil.  My child's mother initiated a child support
7    proceeding, but I wasn't a defendant, I was a -- I
8    forgot the name of the term -- respondent.
9  Q Okay.  Have you ever been a plaintiff in another
10   civil lawsuit?
11 A Yes.
12 Q How many civil lawsuits have you been the plaintiff
13   in?
14 A I'm not sure.
15 Q More than five?
16 A Yes.
17 Q More than 10?
18 A Yes.
19 Q More than 15?
20 A Probably.
21 Q More than 20?
22 A I don't think so, but like I said, y'all got the
23   records.  I'm pretty sure you can figure it out
24   quicker than I can.  You're a Department of Justice
25   representative, so I'm pretty sure you can figure

Page 21

1    that out.
2  Q All right.  Let's move into some of your claims in
3    this case.  So right off the bat, Mr. Prude, your
4    Complaint refers to another inmate with the
5    initials T.H.  And does T.H. refer to the inmate
6    Titus Henderson?
7  A Correct.
8  Q All right.  Let's talk about your relationship with
9    Titus Henderson.  How long have you known him?
10 A I've been around him.  I don't really know him.  I've
11   been around him for years in different institutions
12   and stuff like that, but I don't know him.
13 Q When did you first meet him, do you think?
14 A I'm not sure.
15 Q Prior to -- do you think it was prior to 2018?
16 A Was it prior to 2018 when I met him, when I first
17   been around him?
18 Q Yeah, when you --
19 A Yes, yes, yes.
20 Q Okay.  And I just want to make it clear that I'm
21   asking you about when you think you first met him, so
22   you think it was prior to 2018.  Do you think it was
23   prior to 2015?
24 A Yes.
25 Q Do you think it was prior to 2012?

Page 22

```
1   A   Yes.
2   Q   Do you think it was prior to 2009?
3   A   No.
4   Q   So you think it was somewhere between 2009 and 2012?
5   A   No, that's not what I said.
6   Q   I'm asking you.
7   A   I'm saying the first time I think I probably been
8       around him was probably in 2009.  I'm saying that's
9       the first time, to my memory, I believe I was around
10      him.
11  Q   Okay, thank you.  That's what I was trying to get at.
12      So where did you two meet sometime around 2009?
13  A   Up here in Boscobel prison.
14  Q   Boscobel, all right.  And describe your relationship
15      with him when you both were in Boscobel.
16  A   There was none.
17  Q   Do you -- you said you met him sometime around 2009
18      in Boscobel.  Do you remember any interactions you
19      had with him at that time?
20  A   Just legal conversations, legal communications.
21      A lot of times it wasn't even direct communications.
22      Sometimes it would be a conversation where I'm
23      talking to somebody that I do know and he can be
24      talking to the same person, and a lot of times you
25      don't need to be talking to each other, it could be
```

Page 23

```
1       us just engaging in the same conversation with the
2       one individual.
3           So it's a lot of those conversations where group
4       conversations happen and there was a lot of people
5       involved in the conversation.  We really don't know
6       each other, but everybody shares an idea about
7       something legal that's going on or how complaints are
8       filed or whatever.
9   Q   Was there a formal like legal group that you were
10      both a part of, or were these casual conversations?
11  A   Just casual conversations over a tier.
12  Q   I'm sorry.  Can you repeat that, over a what?
13  A   Over a range, a tier.
14  Q   Okay.  So do you remember any one-on-one interactions
15      that you had with Titus Henderson at Boscobel?
16  A   Do I remember any other interaction that I had with
17      him at Boscobel?
18  Q   Yeah.
19  A   No, I don't remember other than just what I've
20      stated, no.
21  Q   Okay.  And when you say regarding legal questions or
22      legal matters, were you helping Titus Henderson with
23      a specific lawsuit?
24  A   No.
25  Q   Was he helping you with a specific lawsuit?
```

Page 24

```
1   A   No.  I indicated previously that we were having a
2       conversation with a third person.  I was having a
3       conversation with a third person, and he was having
4       a conversation with a third person.  There was no
5       assistance between he and I.  We were talking to the
6       same individual.
7   Q   What was --
8   A   And it was -- go ahead.
9   Q   What were you talking to this individual about?
10  A   Legal matters.
11  Q   What was the legal matter?
12  A   I don't remember.  I don't remember the subject
13      matter or what was it about.  I just know it was a
14      legal -- a legal communication.
15  Q   So during your entire time or your entire time at
16      Boscobel with Titus Henderson, is it fair to say that
17      you never had any one-on-one communications with him?
18  A   Correct.
19  Q   When did you leave Boscobel?
20  A   You say when did we two leave Boscobel or when did I
21      leave Boscobel?
22  Q   When did you leave Boscobel?
23  A   Oh, in 2011, I believe.
24  Q   And at that time did Titus Henderson also leave
25      Boscobel or was he still there?
```

Page 25

```
1   A   I don't know where he went or whether he stayed, or
2       I'm not sure.
3   Q   When you left Boscobel where did you transfer to?
4   A   Waupun.
5   Q   And did you meet Titus Henderson again at Waupun?
6   A   I didn't meet him there, but I seen him there.
7   Q   When did you first see Mr. Henderson at Waupun?
8   A   I can't remember the exact year.
9   Q   All right.  What's your best guess?  Otherwise, I can
10      do the thing where I go back a few years at a time if
11      you prefer we do that.
12  A   You said you want me to guess?
13  Q   What's your best guess of when you first met
14      Titus Henderson again at Waupun?
15  A   I'm not going to guess.
16  Q   Okay.  Besides Boscobel and Waupun, have you ever
17      interacted with Mr. Henderson at any other
18      institution?
19  A   Green Bay.
20  Q   When did you transfer to Green Bay?
21  A   2018, I believe.
22  Q   All right.  Before we go on to Green Bay, let's go
23      back to Waupun.  Do you remember any specific
24      interactions you had with Mr. Henderson at Waupun
25      prior to 2018?
```

Page 26

1  A   No, I don't remember no interactions prior to '18.
2  Q   All right.  Let's skip forward to Green Bay then.
3      So you said you transferred to Green Bay in 2018.
4      When did you first meet Titus Henderson again at
5      Green Bay?
6  A   We were both in Administrative Confinement.
7  Q   And approximately when was this?
8  A   Between 2018 and -- or 2019 and 2021, I guess you
9      could say.
10 Q   Were you on Administrative Confinement that entire
11     time?
12 A   Yes.
13 Q   Why were you --
14 A   Well, no.  I was on DS, and then I went back to AC,
15     and then I probably went back to DS and then went
16     back to AC, so no, I wasn't in Administrative
17     Confinement that entire time, but I was in
18     Segregation the entire time.
19 Q   And you said that Mr. Henderson was also on
20     Administrative Confinement?
21 A   I don't know that.  I knew he was in Segregation.  I
22     can't tell you what his status was.
23 Q   So did all of your interactions between 2018 and 2021
24     happen when you were in Segregation?
25 A   Correct, when we was around each other, correct.  We

Page 27

1      was around each other not for the entire period
2      between '19 and 2021, but there was a period of time
3      where we were on the same range.
4  Q   Okay.  So during the time that you were on the same
5      range -- and again we're talking generally about the
6      period 2019 to 2021 -- how often do you think you saw
7      Mr. Henderson?
8  A   Not often.  He walked past my cell a couple times, I
9      guess.  Any time they had to take inmates over there
10     they had to walk past my cell, so I probably seen him
11     in passing, something like that.
12 Q   Do you recall any specific conversations that you had
13     with him during that time?
14 A   No.
15 Q   Did you ever exchange any written communications with
16     him during that time?
17 A   No.
18 Q   So your interactions with him were just limited to
19     seeing him as he walked by your cell?
20 A   We -- I can say this.  Me and him never had any
21     direct communication.  We've never directly like did
22     anything.  Any time me and him had a communication
23     about anything it's always a third or fourth person
24     involved in the conversation.
25         There's a lot of that that goes on where you can

Page 28

1      be talking to a person over the tier that you don't
2      even know, but it's not that y'all are talking
3      directly to each other.  Everybody is involved.  You
4      probably have seven, eight different prisoners on the
5      range having a group conversation, and maybe only
6      three of those eight know each other, where the other
7      five may just be engaging in the conversation because
8      they might know something about it or they might've
9      got transferred from another institution where
10     they're aware of how a certain policy happened over
11     there that's not happening where we're currently at
12     and they might give their input about how something
13     took place under the policy.
14         Like it's a lot of those conversations, where
15     like I can't say -- is it possible that me and him
16     had a direct communication?  It's possible.  In a
17     group conversation like that, it's possible where he
18     might have said something where I had a different
19     experience with a certain policy.  It's possible that
20     something like that happened, but I don't
21     specifically remember just me and him having a
22     conversation.
23 Q   Okay.  So it's fair to say that you don't remember
24     the details of any of those group conversations you
25     both might have been in; is that right?

Page 29

1  A   Do I remember the details?  Yeah, probably talking
2      about Administrative Confinement, how certain
3      institution's policies are as it relates to how they
4      do their hearings for Administrative Confinement,
5      what property limits you can have on Administrative
6      Confinement in different institutions, how many phone
7      calls you can have, like things like that.  Like
8      disparities in treatment amongst statuses in
9      institutions, that was the topic.
10 Q   How would you describe your relationship with him
11     during that period, 2019 to 2021?  Would you say you
12     were on good terms, neutral terms or bad terms?
13 A   I wouldn't say good or bad.  Like I say, we wasn't
14     enemies.  We wasn't -- we never had a falling out or
15     nothing like that, no bad blood or nothing like that,
16     or at least not to my knowledge.
17 Q   So would you say it was a pretty neutral
18     relationship?
19 A   A mutual relationship?
20 Q   Neutral.
21 A   Oh, yeah, I guess you could say that.  There was no
22     bad blood or good blood.  Like there was nothing from
23     my perspective.  I'm speaking from my perspective.
24     I can't --
25 Q   I understand, all right.  So let's skip forward in

Page 30

1      time to 2022. Did anything change in your
2      relationship in 2022?
3 A   Can you say that again? You kind of skipped on that.
4 Q   Yeah, excuse me. Let's skip forward to 2022. Did
5      anything change in your relationship in 2022?
6 A   In 2022 I would say so, yeah. I believe so.
7 Q   What changed?
8 A   Prison politics, I guess you could say. There was a
9      situation where I guess you could say he was -- he
10     believed that somebody gave me some porn, some
11     pornography.
12        And they called me Spook, they used to call me
13     Spook. And it was another inmate -- it was a couple
14     inmates besides me, there were a couple inmates whose
15     names rhymed with Spook, like Snoop or Scoop. Like
16     there was a different -- a bunch of those type of
17     names in that vicinity, and he thought that somebody
18     gave me pornography. And that, I guess that belonged
19     to him.
20        But didn't nobody give me porn. I don't think
21     he believed it. I think he just thought I wanted to
22     keep it, but I kept telling him that I didn't get
23     anything, I didn't have nothing. So that was the
24     first --
25 Q   When -- go ahead.

Page 31

1 A   Go ahead.
2 Q   I was just going to say when, when did that incident
3      happen where he thought that you had pornography?
4 A   Oh, in 2022 sometime. I can't remember. It was like
5      2022, I would say.
6 Q   Did you think it was early '22, winter, summer, fall?
7      Do you have any idea?
8 A   Probably mid. I don't want to lock myself into an
9      answer and I could be wrong. Like I said, I believe
10     it was kind of warm outside, so probably closer to
11     the summer, or if not in the summer, sometime like
12     that.
13 Q   Okay, all right. You have this interaction then, and
14      did he make any threats towards you at that time?
15 A   No, not at that time, no.
16 Q   Okay. So how was that situation resolved?
17 A   I don't know if it was ever resolved. Like it was
18     always a belief that I kept some pornography. That
19     was the belief as far as what triggered everything.
20 Q   Did you ever speak to Mr. Henderson directly about
21      that issue?
22 A   No. It was always through third parties or other
23     people who knew him. Well, it was one individual
24     that I guess he used to talk through or send me
25     messages about the situation. So, no, it wasn't --

Page 32

1      it was never a direct face-to-face type of situation.
2 Q   Who was that individual that he used to send messages
3      through?
4 A   I don't know his nickname, but I believe his real
5      name is Jaleel. I think it's J-a-l-e-e-l. I don't
6      remember. I don't know his last name, but it's
7      Jaleel. They call him J or Jaleel or something,
8      yeah, Jaleel, almost like a Muslim name. I don't
9      even know if that's his real name or not. It could
10     be a Muslim name, because I know a lot of Muslims
11     named Jaleel, so but I knew him as Jaleel.
12 Q   All right. And did you tell this Jaleel that you
13      didn't have pornography?
14 A   No, he -- and this is where like a lot of issues
15     started happening where the porn was supposed to be
16     of Dixon. It was supposed to be photographs of her
17     naked.
18        From what I'm learning, it was supposed to be
19     some of her where she had a mask on and then others
20     with like a Mardi Gras mask, and then it was some
21     where it was supposed to be TextBehind pictures where
22     it didn't show her face, it just showed body parts,
23     her body parts and stuff like that, and then it was
24     supposed to be other pictures where it did show her
25     face. So there was like three different types of

Page 33

1      pictures.
2        They was saying that it was one where that did
3      show her face in some of the naked pictures, and then
4      it was supposed to be others that just had like the
5      eyes kind of covered where it was like a little --
6      like a Mardi Gras face mask that just covered the
7      eyes. Then the third set of pictures was supposed to
8      be where it was her body, different parts of her
9      body, but you couldn't see the face.
10        So this is information I learned from Jaleel,
11     and then who had -- what was the pictures they
12     thought I took or had and the substance of the
13     pictures, that's where I learned that it was
14     supposed to be of Dixon, some pictures of
15     her, I guess.
16 Q   So I just want to make sure that I'm understanding
17      what everybody's position was. So was Mr. Henderson
18      saying that those pictures actually belonged to him
19      and that you had them when you shouldn't?
20 A   I don't know what he -- I don't know if that was his
21     position or not. All I know is he thought that I had
22     naked pictures of Dixon and Jaleel was involved in
23     like investigating whether or not I had naked
24     pictures of Dixon. And I telling him I don't got
25     them, I don't even -- like I never saw them.

Page 34

1              I was aware that Dixon, through rumors, that she
2      was selling pictures of herself to inmates, but I
3      never saw any.  So that was the issue, and they
4      thought -- Titus and Jaleel thought that I was
5      somehow, I guess, cuffing or handcuffing the pictures
6      or something.  Like that was the issue.  That was the
7      thing that started in 2022.
8    Q  Did they want you to give them the pictures?
9    A  Yeah, they wanted me to give back the pictures that I
10     didn't have.  I never had them.  I never saw them.
11   Q  Okay.
12   A  But I was aware of --
13   Q  So you said give back the pictures.  Well, go ahead.
14   A  Yeah, the reason I said give back was because they
15     thought I had them.  That's why they wanted me to
16     give them back, and I was saying I never had them to
17     give them back.  Like I never had them, but they
18     thought I had them and they wanted me to give them
19     back, but I kept saying, "I don't have no pictures."
20   Q  Okay.  But I guess what I'm trying to understand is
21     were they saying that they had the pictures
22     originally and that you got them somehow --
23   A  Right.
24   Q  -- or did they never have the pictures but they just
25     wanted them?

Page 35

1    A  No, they had the pictures.  I don't know how they
2      believed I got them.  I was under the impression that
3      they was trying to give them to somebody or somebody
4      indicated that the pictures went to somebody who
5      rhymed with my name.  That's why I told you at the
6      beginning that they used to call me Spook.
7              So I'm thinking that, according to Jaleel, that
8      they believed that whoever gave -- whoever Titus or
9      Jaleel gave the pictures to to give to a third
10     person -- because that's how a lot of times people
11     get stuff.  Like they'll give -- like say if I gave
12     you something and tell you to give it to whoever.
13     Like you will just be the middle person, but if you
14     made a mistake and gave it to the wrong person, they
15     would go back to that person and try to get it back
16     because they gave it to the wrong person.
17             So I guess when they told -- whoever was
18     supposed to be the person who was supposed to have
19     been transporting the pictures must've told them,
20     "I gave the pictures to Spook," and that's why they
21     came to me like, "Hey, we heard from dude he gave you
22     some pictures."  And I told them, "Dude didn't give
23     me nothing."
24   Q  Okay.  Do you know who the person was that
25     misdelivered the pictures?

Page 36

1    A  No.  He didn't give me no pictures.  That's what I'm
2      saying.
3    Q  Right.
4    A  That's the whole issue is that didn't nobody give me
5      pictures, so when I'm talking to Jaleel about it,
6      he's explaining to me that they gave it to somebody
7      to give to this person who they was trying to give it
8      to.  They thought I was that person, and I'm telling
9      them, "Ask the person who y'all gave it to to look me
10     in my face and tell me that he gave me anything."
11     Because the person, whoever, he had to have my name
12     mixed up with somebody else.  It wasn't me.
13   Q  So who was that middleman?
14   A  I don't remember his name.  I remember him saying his
15     name at the time, but I don't remember the middle
16     person's name that they're supposed to have gave the
17     pictures to.  That's the thing.  I never met this
18     middle person, but in the conversation that I was
19     having with Jaleel, he was mentioning the name of the
20     individual who was supposed to -- who they supposed
21     to have gave the pictures to, and I was saying I
22     didn't have the pictures.
23   Q  okay.  Do you know if this Jaleel had any security
24     threat group or gang affiliations?
25   A  Not to my knowledge.  I don't know.  I thought he

Page 37

1      was just a Muslim.  That's all I know.  I thought he
2      was just a Muslim, that's it.  As far as being
3      associated with something, that's all I believe that
4      he was associated with, so I'm not sure.
5    Q  So how long do you think this back and forth with the
6      pictures went on for?  You said it probably started
7      sometime around the middle or summer of 2022.  How
8      long do you think that you went back and forth about
9      the pictures?
10   A  Probably a couple times.  One time even Dixon came to
11     my cell about the pictures.
12   Q  Right.  We'll come back to that in a minute.  We'll
13     definitely talk about your conversations with Dixon,
14     but just to make things easier, let's just stick to
15     Mr. Henderson for now.
16             So you went back and forth a couple times with
17     Henderson and Jaleel about the pictures, but you
18     never spoke to Henderson directly about them; is that
19     correct?
20   A  Correct.
21   Q  All right.  So after the incident with the pictures,
22     what was your next interaction with Mr. Henderson?
23   A  It was just messages.  Like I say, it was always just
24     messages, third-party messages.  Like it was always a
25     new message here from Jaleel or from him about the

Page 38

1   pictures.  It was always him intertwined with Jaleel
2   somewhere about the pictures.  It was always that.
3 Q  Did Jaleel specifically tell you that he was acting
4   on behalf of Henderson?
5 A  He said that was his guy, so yeah.  I know that that
6   was his guy, yeah.
7 Q  Okay.  So let's try and remember as many
8   conversations with Jaleel as we can.  So you said
9   that you went back and forth twice or so during the
10   initial incident.  Did you have any more back and
11   forth with Jaleel after that?
12 A  I'm sure I did, yeah, yeah, yes.
13 Q  How many times do you think you spoke with Jaleel
14   overall?
15 A  Maybe 10, maybe more.
16 Q  Is it somewhere around 10 times?
17 A  Yeah, somewhere around 10 times, yes --
18 Q  All right.  And what --
19 A  -- or more.
20 Q  Go ahead.  I'm sorry.
21 A  Or more, 10 or more, but yeah, I'll just say 10.
22 Q  All right, so 10 or more.  Would you say it was less
23   than 15, so somewhere between 10 and 15?
24 A  Probably, yeah.
25 Q  And when was the last one of these conversations with

Page 39

1   Jaleel?
2 A  The last, what was one of the last communications?
3 Q  Yeah, when was the last time you talked to Jaleel?
4 A  2022.
5 Q  Right.  And again, do you think -- obviously, it was
6   after the initial conversations in the summer, so
7   when did you think it was, like a month later, two
8   months later?
9 A  I'm not sure, probably October, November, September,
10   probably somewhere around there.
11 Q  All right.  So sometime in the fall of 2022, October
12   or November, was your last conversation with Jaleel?
13 A  It could have been, correct.
14 Q  Okay.  And during that last conversation what did
15   Jaleel say to you?
16 A  That if I didn't give up the pictures that something
17   was gonna happen to me.
18 Q  Is that the word he used, something?
19 A  No, he didn't use the word something.  I'm
20   paraphrasing.
21 Q  All right.  Can you tell me as best as you can
22   remember what he said?
23 A  Verbatim what he said?
24 Q  Yeah, as best as you can remember.
25 A  Yeah, like I said, as best as I can remember, it was

Page 40

1   a threat issued against me.  That's the best I can
2   remember.  As far as the exact word play, it was --
3   it was a threat issued against me about if I don't
4   turn the pictures over.
5 Q  All right.  And what was the nature of the threat?
6   Did he say -- did he say that he was going to beat
7   you up?  Did he say he was going to stab you?  Do you
8   remember any details?
9 A  No, it wasn't -- I don't think people in prison let
10   you know how they're gonna attack you.  It was just a
11   threat, a threat against my safety.  It was a threat
12   of physical violence, so yeah.
13 Q  But do you remember exactly what he said?
14 A  He told me that him and his brothers was gonna do
15   something to me, but as far as the specifics, there
16   was no, "Yeah, we're gonna stab you," or, "We're
17   gonna hit you upside the head with a lock in a sock,"
18   or nothing specific.  It was just a threat.
19 Q  Right, I understand.  So I just want to try and be as
20   clear as possible about what was said and by who.  So
21   you understood that he was threatening you, but you
22   don't remember the exact words used; is that fair to
23   say?
24 A  You said I remember that he was threatening me, but I
25   don't remember the specific words he used?

Page 41

1 Q  Yeah, is that fair, is that accurate?
2 A  Yeah, I guess you could say that, man.  I don't --
3   like I said, when somebody hits you with a threat, I
4   didn't factor in all the details.  Like I said, if
5   somebody tells you they're gonna do something to you
6   if you don't do this or do that, that's a threat.
7   Like that's how threats are issued in the
8   institution.
9      People don't specifically tell you how they're
10   gonna go about doing something.  It was just, "Hey,
11   if you don't turn this over, man, me and my brothers,
12   we're gonna have to respond to that."  It was a
13   threat there.
14 Q  What do you think he meant by my brothers?  What does
15   that mean?
16 A  I don't know, him and his comrades, whoever he's
17   rotating with, him and his friends, him and his
18   whoever.
19 Q  Do you know or did you know at the time if he had any
20   friends in the institution that might be dangerous to
21   you?
22 A  No, not to my knowledge.  I don't -- no, I can't say
23   I knew whether or not he had somebody specifically
24   that would cause harm to me.  No, I didn't know
25   specifics.

*Madison Freelance Reporters, LLC*
*mfr@madisonfreelance.com*
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 12 of 51   Document 36

Page 42

1  Q   All right, okay.  And it was -- was it implied that
2      if you gave back the pictures which you didn't have,
3      then they wouldn't -- they wouldn't hurt you?
4  A   Yeah, they wanted me to pay for them.  They wanted
5      me to either give them back or pay for them, and I
6      said -- it was a situation where -- I could be wrong,
7      but I think -- and the only reason I say this is
8      because in my experience I've seen this happen, where
9      inmates will come to somebody and say, "Hey, we gave
10     you some soap, so you owe us this," and the person
11     will be like, "You didn't give me no soap," but
12     that's their justification.
13          It's like an extortion attempt where they'll say
14     they gave you something but they never did, but it's
15     just an extortion attempt where they'll try to act
16     like you're in debt for something that somebody gave
17     you, which they know they never gave you.  It's just
18     a ruse.  It's just a trick to get people to pay out
19     money.
20          So when somebody came to me and say, "Hey, we
21     gave you some porn, you owe us this if you don't give
22     it back," they know you can't give it back because
23     they know you don't got it.  So it's the alternative
24     is, "Well, if you don't give us back the porn, then
25     you've got to pay us, because that was our shit."

Page 43

1           Like that's how they -- that's their approach.
2      So that's how I took it, that they know they didn't
3      give me nothing.  It was an extortion attempt.
4  Q   Okay.  So going back to this conversation, after he
5      had made this threat, after Jaleel had made this
6      threat, did you say anything else?
7  A   Like I said, we went back and forth about the fact
8      that Dixon was the person on the pictures.  We
9      discussed that.  I told him, "Man, I've had porn
10     before, but I ain't never had no porn of a
11     correctional officer in my cell or none of that."
12     But we -- I said, "I would've remembered seeing some
13     porn of a correctional guard, but I never had none."
14          We went back and forth about it.  He was
15     describing the pictures, asking me what type of porn
16     did I have, maybe I didn't know that that was her,
17     where I described some of the porn I had.  And like
18     he -- I guess in the description of the porn that I
19     had at the time, he was like trying to figure out if
20     it matched the description of her and some of the
21     poses, I guess, that she was in in the pictures.
22          And so, yeah, there was many conversations about
23     that where he would come back and double back and be
24     like, "Hey, how did you say that picture looked?  How
25     did that picture look?"  Like there were times where

Page 44

1      he would come back and try and double-check my facts
2      of what I told him to see if it matched up with what
3      I told him previously, so it was a lot of that going
4      on.
5  Q   And I think I might have misunderstood something
6      there.  Did you say that you did have porn in your
7      possession, just not of Dixon?
8  A   Correct.
9  Q   So when he was asking you for descriptions, you were
10     describing this other porn, but not -- but not the
11     porn from Dixon that he was asking for; is that
12     right?
13 A   Correct, correct.
14 Q   Okay.
15 A   Porn is a normal thing in prison.  Mostly everybody
16     has porn.  But, yeah, he -- I had some, but not the
17     specific one that he thought I had.  So it's kind of
18     easy to go to someone and say, hey, you got some porn
19     that somebody gave you that you ain't supposed to
20     have.
21          It's kind of like everybody has porn damn near.
22     So it's like who is going to say no, I don't have
23     porn?  Like everybody has it, so that's why I say I
24     think it was a trick to try to get something out of
25     me.  They knew I didn't have it.  You know, that was

Page 45

1      my view, that they was just trying to get some money
2      out of me.
3  Q   Was the porn that you had of any prison official or
4      anybody at the institution?
5  A   No.  My porn was like real-life porn stars like
6      Pamela Anderson, or I don't know if you want to use
7      this deposition to talk about porn star names, but I
8      had --
9  Q   That's okay.  I just -- go ahead.
10 A   Right.
11 Q   No, I just wanted to ask you if it was of anybody
12     specific at the institution, but it sounds like it
13     wasn't, okay.  So you went back and forth with him
14     about the details of that, and you told him that you
15     didn't have the porn of Dixon, right?
16 A   Correct.
17 Q   And how did that last conversation with Jaleel end
18     other than he -- so what we have so far is he said
19     something that made you understand that he was
20     threatening you, you went back and forth about the
21     details of what the porn was.  And then after that
22     was anything else said, or did he walk away?  How did
23     it end?
24 A   Yeah, after the threat there was no more
25     conversation, but there was conversations prior to

Page 46

1    that before the threat was issued.  The threat was
2    the last communication.  There was no need for
3    further communication after the threat was issued,
4    but like I said, that was the last communication, the
5    threat, but there were multiple conversations leading
6    up to that that were not threats.
7 Q  Okay, all right.  So those were your conversations
8    with Jaleel.  And again, just to be extra clear about
9    it, you never had any direct conversations at all
10   with Titus Henderson; is that right?
11 A  No, not directly.
12 Q  And is that true -- skipping ahead, is that true for
13   all times leading up to the assault in March of 2023,
14   that you never spoke with Mr. Henderson directly?
15 A  No, that's not true.
16 Q  Okay.  So when did you speak with Mr. Henderson
17   directly?
18 A  In the shower in like I think it was January or
19   February.  Yeah, February maybe.  Yeah, in February,
20   February of 2023, where he confronted me again about
21   the pornography of Dixon, the porn of Dixon.
22 Q  So just to make the timeline clear, so you had your
23   last conversation with Jaleel sometime roughly in
24   October/November of 2022, and then the next
25   conversation that you had about it was with Henderson

Page 47

1    in February of 2023; is that what you're saying?
2 A  Correct.
3 Q  Okay.  So let's talk about that conversation in
4    February of 2023.  You say you were in the shower.
5    What happened?
6 A  He told me to come over.  I walked over there with a
7    towel on.  He asked me do I got -- am I gonna turn
8    over the porn, and I told him, "I don't know what
9    y'all talking about.  I already talked to Jaleel.  I
10   told Jaleel I don't have no porn, especially no --"
11   I said, "I got porn, but not of Dixon, not of
12   Correctional Officer Dixon.  I ain't got no porn of
13   her.  I don't even know where y'all got that from.  I
14   don't know why y'all believe I have it.  If I had it,
15   I would have gave it to y'all.  I don't have it."  So
16   that was the gist of the conversation in the shower.
17 Q  Okay.  So you explained that you didn't have it, and
18   then do you remember anything else that was said by
19   either of you during that conversation?
20 A  Yeah, that if I didn't turn it over, the threat with
21   Jaleel still stands, the threat still stands if I
22   don't turn it over or pay.
23 Q  Okay.  So again I want to be specific about what was
24   said, as specific as possible.  So you understood
25   that he was reiterating the threat from Jaleel, but

Page 48

1    do you remember the specific words that he used?
2 A  No, I don't remember the specific words, but the gist
3    of it was, "Did Jaleel talk to you about how we plan
4    to respond if we don't get our porn back?"  And I
5    told him yeah, and he said, "That still stands."  So
6    he was basically corroborating whatever Jaleel said.
7 Q  Would anybody else have overheard this conversation?
8 A  I'm not sure.  I can't tell you whether or not
9    somebody --
10 Q  Were there -- go ahead.
11 A  Go ahead.
12 Q  All right.  Were there other people in the shower
13   with you?
14 A  Yes.
15 Q  How many people were there?
16 A  Probably like 30 or 40.  It's a big shower room.
17 Q  Do you remember the names of anybody who was standing
18   closest to you?
19 A  No.
20 Q  Do you remember anybody at all who was in the shower
21   at the time?
22 A  Do I remember anybody at all that was in the shower?
23 Q  Yeah, the names of anybody who was there.
24 A  No, not off the top of my head.  No, I don't know,
25   no.

Page 49

1 Q  All right.  So you have that conversation in February
2    of 2023.  After that conversation did you have any
3    more interactions with Mr. Henderson?
4 A  No.
5 Q  Not until the actual assault in March?
6 A  Right.
7 Q  Okay.  So again I just want to be clear about the
8    timeline here.  So you're saying that prior to this
9    February 2023 conversation with Mr. Henderson you
10   hadn't communicated with him directly, but you
11   communicated through Jaleel.  And then after that
12   February conversation, you didn't have any other
13   conversations with Mr. Henderson until the assault in
14   March of 2023; is that correct?
15 A  Yeah.  I think you skipped a lot of incidents.  You
16   skipped over communication with Dixon.  You skipped
17   over a bunch.
18 Q  Oh, I understand.  I'm just focusing on interactions
19   with Mr. Henderson right.  Now we'll come back to
20   Ms. Dixon, but after the shower conversation in
21   February of 2023, did you have any other
22   conversations with Jaleel?
23 A  No, not to my knowledge.
24 Q  Did you have any --
25 A  The last -- go ahead.

1  Q  Did you have any conversations with anybody at all
2     who was acting on Mr. Henderson's behalf?
3  A  No.
4  Q  Okay.  So in terms of your communications with
5     Mr. Henderson either directly or indirectly, it was
6     the approximately 10 conversations that you had with
7     Jaleel and then the one conversation that you had
8     with Mr. Henderson in the shower in February 2023,
9     correct?
10 A  Yeah, we had a couple conversations in the shower, me
11    and Henderson, on different occasions.
12 Q  On different occasions, okay, okay.  So the first one
13    that you were just telling me about, when in February
14    was it, early February?
15 A  Probably mid February.
16 Q  Mid February, okay, so that was one conversation.
17    What was the next conversation that you had with
18    Mr. Henderson?
19 A  Probably early March.
20 Q  And this was again in the shower?
21 A  Yes.
22 Q  And were there like 30 people there again?
23 A  Correct.
24 Q  And just describe this conversation for me.  Who
25    started it, you or him?

Page 51

1  A  He did.
2  Q  What did he say?
3  A  He waved me over.  He was on the opposite end of the
4     shower room and I was on the other opposite end.  He
5     waved me down, asking me am I gonna pay that, and I
6     shook my head no, and that was it.
7  Q  All right.  So he said, "Are you gonna pay that," you
8     shook your head, and then what happened, you walked
9     away?
10 A  Yeah.  I wasn't close up on him.  He was still from a
11    distance.  I was walking towards him, but I was still
12    like a distance, and he asked me was I gonna pay
13    that, and I told him no.
14 Q  Is that what he said, "Are you gonna pay that?"
15 A  Yeah.
16 Q  Or did he say something more specific?
17 A  "Are you gonna pay that," from our prior
18    communication and from the prior communication with
19    Jaleel, so he didn't have to say are you gonna pay
20    that money or are you gonna pay that whatever.  I
21    knew exactly what he was talking about.
22 Q  So if you were across the room still, he must have
23    called that out pretty loudly, right?
24 A  Right.
25 Q  So probably some of the other 30 or so inmates would

Page 52

1     have heard it; is that fair to say?
2  A  Correct.
3  Q  Okay.  So you shook your head, and then was that the
4     end of that interaction?
5  A  Yeah.  I turned back around and walked back to my
6     shower stall to finish drying off, because I still
7     had my sandals on and was drying off.
8  Q  All right.  What was the next conversation that you
9     you had with Mr. Henderson?
10 A  There was no next conversations.  It was only two
11    shower incidents.  That's the two I gave you.
12 Q  Okay, two incidents in the shower but no other
13    communications with Mr. Henderson, gotcha.  And then
14    just to be clear, Jaleel --
15 A  Prior to --
16 Q  Go ahead.
17 A  Prior to the assault, those are the only two
18    conversations, correct.
19 Q  Okay.  And then going back to Jaleel, did you have
20    any other conversations with him after the first
21    shower conversation?
22 A  You said did I have any communication with Jaleel
23    after the first shower conversation?
24 Q  Yeah.
25 A  I didn't have any shower conversation with Jaleel.  I

Page 53

1     had the shower conversation with Titus.
2  Q  Yeah, let me rephrase.  After the first shower
3     conversation with Titus Henderson did you have any
4     conversations with Jaleel?
5  A  No, I don't think so.  To the best of my memory, no.
6  Q  And after the first shower conversation with
7     Titus Henderson did you have any other conversations
8     with somebody on his behalf?
9  A  Yes, I sent a letter to somebody, and they talked to
10    me about the letter after the stabbing incident
11    happened.  This was after.  Are you talking about
12    before the stabbing or after?
13 Q  So let's limit it to before the stabbing for now.
14    So between the conversation that you had with
15    Mr. Henderson in late February of 2023 up through the
16    stabbing in March of 2023, did you have any
17    conversations with somebody on Mr. Henderson's
18    behalf?
19 A  No.
20 Q  Okay.  So to sum up, the conversations that you'd
21    had prior to the stabbing were approximately
22    10 conversations with Jaleel and then two
23    conversations with Mr. Henderson in the shower; is
24    that a correct summary?
25 A  Correct.

Page 54

1  Q  And there were no other conversations that you had
2     with Mr. Henderson or anybody on his behalf prior to
3     the stabbing?
4  A  Correct.
5  Q  Okay.  Did you ever make any statement that you were
6     going to, quote, "Fuck up," Mr. Henderson?
7  A  Say that again.
8  Q  Did you ever make a statement that you were going to,
9     quote, "Fuck up," Mr. Henderson?
10 A  When you say quote, who you quoting?
11 Q  I'm quoting off of the criminal complaint that you
12    submitted with your Complaint.
13 A  Oh, no.  I thought you was saying -- I thought you
14    was quoting me.  No, I didn't.  I never said that.
15 Q  Okay.  Did you ever imply that you would fight
16    Mr. Henderson?
17 A  Did I ever imply?  No, no.
18 Q  All right.  Are you aware of whether Mr. Henderson
19    belongs to a gang or security threat group?
20 A  No.
21 Q  No, you're not aware or no, he doesn't?
22 A  No, I'm not aware.
23 Q  Regarding Mr. Henderson's threats towards you, did
24    you ever discuss those threats with any other
25    inmates?

Page 55

1  A  The only person I discussed the threat with was
2     Dixon.
3  Q  All right.  So --
4  A  Because Dixon came, came to me and notified me or
5     questioned me about the pictures, and I told her I
6     didn't have the pictures.  There was a back and forth
7     about it, if I didn't turn the pictures over there
8     was gonna be an issue with Titus Henderson.  So
9     outside of Jaleel and Titus Henderson the only other
10    person who I had a conversation with about a threat
11    against me is Dixon.
12 Q  Did you ever discuss it with anybody outside of the
13    institution?
14 A  No.
15 Q  So in terms of the threats that Mr. Titus or that
16    Mr. Henderson was making against you, the only three
17    people who knew about them were Mr. Henderson, Jaleel
18    and Ms. Dixon; is that your testimony?
19 A  You say -- ask that question again.  You said is it
20    my testimony --
21 Q  Yeah?
22 A  -- that only them knew about it.
23 Q  Right.
24 A  I don't know.  I can't tell you who they spoke to.
25    You asked me if I talked to somebody about it.  The

Page 56

1     only people I talked to was them three.  Whether them
2     three had any discussions with other parties, I can't
3     tell you that.
4  Q  But as far as you know, it was only those three?
5  A  I don't know.  That's what I'm saying.  Yeah, as far
6     as I know, that's the only people I had a
7     conversation with.  I can't tell you anything
8     regarding who Jaleel talked to, who Titus talked to,
9     who Dixon talked to.  I can't testify to what
10    somebody else told somebody else.  I wasn't there.
11    I wouldn't know.
12 Q  I understand, but nobody other than those three ever
13    gave you reason to believe that they knew about the
14    threats; is that right?
15 A  I don't know.  I don't know what other people knew.
16    I don't know.
17 Q  Okay.  Are you familiar with the organization
18    Gangster Disciples?
19 A  Yes.
20 Q  What is it?
21 A  It's what you just said.  You asked me was I familiar
22    with the organization Gangster Disciples.  It's an
23    organization.
24 Q  What does the organization do?
25 A  What you mean, what do they do?

Page 57

1  Q  Well, organizations generally have a purpose.  What's
2     the purpose of the Gangster Disciples?
3  A  I don't know, it depends.  Growth and development, I
4     guess you could say.  That's the purpose.
5  Q  Would you characterize it as a gang?
6  A  I think gang is a broad term.  Who gets to determine
7     who can have that title versus groups, social groups,
8     organizations?  Like it has a negative stereotype to
9     it to designate a group of people as a gang versus a
10    social group or something like that, so it all
11    depends on who is using the term, I guess.
12 Q  What are some of the activities that the organization
13    generally carried out?
14        MR. PRUDE:  Objection, relevance.
15    That's not relevant to -- I didn't get assaulted
16    by GDs.  I got assaulted by Titus, Dixon and
17    Jaleel.  That's who I got assaulted by.
18        MR. DAVIES:  Your objection is noted,
19    but can you answer the question or are you
20    refusing to answer?
21        MR. PRUDE:  Why do you keep asking me
22    that?  I just told you when I object, I know
23    what it means.  So you ain't gotta keep asking
24    me, because when you ask that question, it gives
25    the impression like I'm being -- like I'm

Page 58

```
 1        refusing something, after I've already had this
 2        conversation with you.
 3              So for the record, I just object.
 4        When I object, that means you can ask the
 5        question again.
 6   Q    Okay, I'll ask the question again.  What are some of
 7        the activities that the organization Gangster
 8        Disciples generally carry out?
 9   A    Some people say they engage in criminal activities.
10        I never engaged in criminal activity as a Gangster
11        Disciple when I was, so I can't speak upon what other
12        people may do, but me, I never engaged in any
13        criminal activity with my affiliation.
14              But, yeah, does criminal activity happen?  Yes,
15        it does happen.  I don't think that's exclusive to
16        Gangster Disciples.  Muslims commit crimes.
17        Christians commit crimes.  Catholics commit crimes.
18        So I don't think it's tailored to just whether or not
19        Gangster Disciples commit crimes.  People commit
20        crimes.
21   Q    What are some of the crimes that you are aware
22        Gangster Disciples have carried out?
23   A    The same crimes that everybody carries out.  It's not
24        exclusive to Gangster Disciples, though.  I'm aware
25        that people in general carry out all types of crimes.
```

Page 59

```
 1        People sell drugs.  People do all type of stuff.
 2   Q    Were you ever a member of Gangster Disciples?
 3   A    Yes.
 4   Q    When?
 5   A    It ended in 2020.
 6   Q    When did it begin?
 7              MR. PRUDE:  Is this -- is this about
 8        my gang affiliations or about what happened in
 9        the case?
10              MR. DAVIES:  If you want to state an
11        objection, you can do that.
12              MR. PRUDE:  Yeah, because you can't
13        just use this deposition to launch a bunch of
14        questions about something that's not relevant.
15        Like I get what you're trying to do.  It's the
16        same thing you did with the other lawsuit, so I
17        get what you're trying to do.  Like it's not
18        lost on me what game you're playing or what game
19        you're planning here, but go ahead.
20   Q    All right.  So from when to when were you affiliated
21        with Gangster Disciples?
22   A    From the nineties to 2020.
23   Q    Was Titus Henderson ever a member of Gangster
24        Disciples?
25   A    I can't tell you.
```

Page 60

```
 1   Q    You can't tell me because you don't know?
 2   A    I can't tell you because I don't know.
 3   Q    So you don't know if Titus Henderson was ever a
 4        member of Gangster Disciples?
 5   A    I don't know.
 6   Q    What was your role in the organization?
 7   A    I was a member.
 8   Q    Did you have any title or leadership position?
 9   A    I probably did.  I think you could find those
10        documents out in the record.  Prison officials have
11        accused me of having positions, in disciplinary
12        hearings, yes.
13   Q    What was your title or your leadership position?
14   A    The prison officials determined that my title was
15        institution coordinator in conduct reports that I
16        went to disciplinary hearings on.
17   Q    Has Gangster Disciples ever organized to attack
18        another inmate?
19   A    Has Gangster Disciples ever what?
20   Q    Organized to attack another inmate?
21   A    I don't know.  I can't tell you.  I haven't.  I can't
22        tell you what somebody else did.
23   Q    Does Gangster Disciples have any feuds with other
24        gangs?
25   A    Probably.
```

Page 61

```
 1   Q    Which gangs?
 2   A    It all depends.  It ain't one specific.  It all
 3        depends.
 4   Q    Did you ever discuss gang membership with Titus
 5        Henderson?
 6   A    No.
 7              MR. DAVIES:  All right.  Let's take a
 8        break for 10 minutes and then come back.
 9              (A recess is taken)
10              (2:39 p.m. to 2:49 p.m.)
11              EXAMINATION (RESUMED)
12   BY MR. DAVIES:
13   Q    Okay.  We're back, Mr. Prude.  Let's talk about your
14        conversations and your history with the defendant in
15        this case, Ms. Dixon.  When did you first meet
16        Ms. Dixon?
17   A    I first -- I think I first saw her in 2021, I
18        believe, or 2020.  I think it was 2020 I believe I
19        first saw her, I believe.
20   Q    And in what context did you first meet her?
21   A    I just saw her.  She's a correctional officer, so I
22        just seen her in passing, transporting inmates,
23        walking past, doing showers, doing supplies, just in
24        passing.
25   Q    Okay.
```

Page 62

1  A    She was a black -- she was black, so being a black
2       correctional officer, it's rare to see them in any of
3       these institutions.  They're predominantly white, so
4       she stood out.
5  Q    What is the first conversation you ever remember
6       having with Ms. Dixon?
7  A    In 2022, about the pictures.
8  Q    Okay.  So prior to 2022 you had never spoken to her
9       before?
10 A    No.  Well, yeah, I mean, she would say, "Hey, how you
11      doing," in passing and just nod, head nods and things
12      like that, but no, we never had a conversation.
13 Q    Okay, all right.  So 2022 was your first real
14      conversation with her.  And I guess backing up again,
15      did you ever exchange any written correspondence with
16      her prior to 2022?
17 A    With who, Dixon?
18 Q    Yeah.
19 A    No.  What you mean, like what you mean,
20      correspondences?
21 Q    Well, if you had ever written to her, had somebody on
22      the outside exchange messages, any sort of
23      communication with her, direct or indirect?
24 A    No, not me, no.
25 Q    I'm sorry.  You broke up there for a second.  Can you

Page 63

1       repeat that answer?
2  A    I said no, not me.  No, I've never, not me, no.
3  Q    Okay, all right.  So let's talk about 2022 then.
4       What was the first interaction with her that you
5       remember in 2022?
6  A    When she came to me and told me that she was aware
7       somebody was supposed to be stabbing me or doing
8       something to me, and I told her or asked her, "Who
9       you talking about?"  And she said Titus Henderson.
10 Q    When was this conversation?
11 A    Let's say December, December of 2022.
12 Q    So this was a month or two after your last
13      conversation with Jaleel; is that right?
14 A    Correct.
15 Q    Okay.  So December of 2022, where were you when this
16      conversation happened?  Was it in your cell?
17 A    Yes.
18 Q    Where were you housed at that time?
19 A    In 2022, I don't remember.  I don't know if I was
20      in the North or the South.  I can't remember.  I
21      was in one of the cell halls in Green Bay.  I can't
22      remember which one, but I was in both of those cell
23      halls, because not soon after I was -- I got moved
24      to the South, so I'm not sure.  It was probably
25      the North.  I don't want to be definitive about

Page 64

1       that, but I believe I was in the North Cell Hall
2       then.
3  Q    Okay.  So if she came to you, so what time of day was
4       it?
5  A    I don't know, man.  It was daytime.  It was daytime,
6       light was outside.
7  Q    And do you remember specifically when in December it
8       was, early December, late December, around Christmas,
9       any idea?
10 A    It was in December.
11 Q    But you don't remember when in December?
12 A    Exact date, no.  I know it was in December, before --
13      it was before the New Year's, before January 1st, so
14      sometime in December.
15 Q    Do you remember if it was before Christmas?
16 A    It could have been.  I'm not sure.  I know it was in
17      December.  I didn't -- it was in December.
18 Q    All right.  So going back to the time of day, you
19      don't remember exactly.  Do you remember if it was
20      before or after lunch?
21 A    You're breaking up.  Say that again.
22 Q    Going back to the time of day, I know you said you
23      don't remember exactly.  Do you remember if it was
24      before or after lunch?
25 A    I'm not sure.  It was during the daytime.  I

Page 65

1       don't -- I don't remember if it was -- I know it
2       was after breakfast.  I can tell you that.  It was
3       after breakfast, before dinner, so sometime between
4       breakfast and dinner.
5  Q    Was anybody else present that would have heard the
6       conversation?
7  A    No, not with her, no, not when she came to my cell,
8       ain't nobody else present then.
9  Q    Was she wearing a body camera?
10 A    Say that again.
11 Q    Was she wearing a body camera?
12 A    I'm not sure.
13 Q    All right.  So she came to your cell.  Who started
14      the conversation, you or she?
15 A    She did.
16 Q    What did she say?
17 A    "Be honest about the pictures."  She told me to be
18      honest about the pictures, do I have them, and I told
19      her, "I don't have them."
20 Q    All right.  And what did she say next?
21 A    "Everybody is saying you got them.  If I search
22      your cell, would I find the pictures?"  I told her,
23      "If you search my cell, you ain't gonna find no
24      pictures."
25 Q    Did she say who specifically had said you had the

*Madison Freelance Reporters, LLC*
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 18 of 51    Document 36

Page 66

1  pictures?
2  A  She said they said I had the pictures, they.  I took
3     they to mean Titus and Jaleel.
4  Q  Did you ask her who they meant?
5  A  No.  I think it was pretty clear from everything that
6     was going on.  There was no reason -- I think this is
7     important.  There was no reason for her to believe I
8     had the pictures unless they told me, because prior
9     to this the only people I had conversations about
10    whether or not they thought I had some pictures was
11    Titus and Jaleel.
12        So for her to come to my cell with these
13    allegations, I knew that they had to have had a
14    conversation with her.  Otherwise, it would be no
15    reason for her to just pop up at my cell asking me do
16    I have some pictures of her.  There would be no
17    reason for that.  So when she said they was saying
18    that, I took that to mean the people that came and
19    talked to me previously.
20 Q  Okay.  So she said, "They say you have the pictures,"
21    you said you didn't have them, and then she said she
22    was going to search your cell, you said that she
23    wasn't going to find pictures in your cell.  What did
24    she say then?
25 A  Would she find any porn in my cell.  I told her,

Page 67

1     "You probably will find porn in my cell, but none of
2     you."
3  Q  Okay.  And what did she say next?
4  A  She kind of walked off, said she'll be back.
5  Q  And did you say anything else?
6  A  No.  She walked off, said she'll be back.
7  Q  Okay.  So that was the end of that conversation,
8     correct?
9  A  Correct.
10 Q  All right.  When was your next interaction with
11    Dixon?
12 A  Probably -- I don't know if it was later on that day
13    or the next day, maybe the next day.
14 Q  Okay.  And how did that -- how did that conversation
15    start?
16 A  She told me that she heard that Titus Henderson was
17    supposed to be doing something to me, that somebody
18    was supposed to be stabbing me, and I said, "What
19    inmate is supposed to be doing something to me?"
20    And she mentioned Titus Henderson.  And that was the
21    second communication.
22 Q  Was this at your cell again?
23 A  Yes.
24 Q  Was there anybody around that would have heard it?
25 A  Was't nobody at my cell.  I can't tell you whether

Page 68

1     there was somebody standing outside the door
2     listening, or I don't know.  I was in my cell, so I
3     can't tell you, but wasn't nobody standing at my door
4     with her.
5  Q  So for both of these conversations she was standing
6     outside your cell and you were in your cell; is that
7     right?
8  A  Correct.
9  Q  All right.  And again, do you remember what time of
10    day this was?
11 A  It was during the daytime, regular hours.  It was
12    after breakfast, before dinnertime, sometime like
13    that, maybe before 6, between -- maybe before -- I
14    want to say maybe before 6, 6 p.m., sometime between
15    that time period in the morning time after breakfast
16    and 6 p.m., sometime like that, I guess.  That's just
17    approximately.  Like I don't know.
18 Q  I understand.
19 A  That's approximate.
20 Q  Did you notice if she was wearing a body camera
21    during that second conversation?
22 A  No.
23 Q  All right.  So what did you --
24 A  Me, personally, I don't believe she did.  If she had
25    one on, I don't think she turned it on, because she

Page 69

1     would be recording her own illegal conduct if she
2     turned it on, so I don't believe that she was
3     recording anything that can be even remotely
4     recording her having these conversations.
5         If she did, then I would like to request copies
6     of those records if you have them.  But I doubt it,
7     that she would record herself, especially since she
8     didn't have access to what was being recorded.  Once
9     she pressed -- I'm aware that guards press the button
10    on their little thing, but to my knowledge, the only
11    people who wore body cameras -- I could be wrong --
12    is people who worked in Segregation.  People in
13    General Population didn't wear body cameras.
14 Q  And where were you at this time, in Segregation?
15 A  Say that again.
16 Q  And where were you at this time, in Segregation or in
17    General Population?
18 A  I was in General Population.
19 Q  All right.  So what else did she say?
20 A  The second time?
21 Q  Yeah.
22 A  Like I said, man, it was inquiring about -- the first
23    time, inquiring about the pictures.  The second time,
24    telling me about the threat.  I told her or I asked
25    her the name of the individual who's supposed to have

Page 70

1      been doing the stabbing or doing something to me, and
2      she told me Titus Henderson.  She told me that she
3      was going to notify somebody in Security about it,
4      but I don't think it was genuine, but that's what she
5      indicated.
6   Q  Okay.  So I want to pin down exactly what she said.
7      So do you remember any details of how she worded
8      things, or are you just paraphrasing when she said?
9   A  When she came to my cell, she indicated that she
10     heard that somebody was supposed to be doing
11     something to me.  I asked her who is supposed to be
12     doing something to me.  She told me she heard that an
13     inmate is supposed to be attacking me based off the
14     photos of her, if I wouldn't turn them over or pay
15     for the cost of the photos.  I told her I didn't have
16     the photos and I'm not paying nothing for no photos
17     that I didn't have.
18            She said, "Well, I will notify Security about
19     the threat to your safety."  Like I said, I don't
20     think she was being genuine about it.  She would have
21     no reason, in my mind, to report herself, because if
22     they learned that this whole thing is about pictures
23     of her, I don't think she -- that's why I didn't take
24     it serious.  I didn't take it as a real comment that
25     she would report that somebody is supposed to be

Page 71

1      doing something to me, because I'm thinking if she
2      did, like I said, they would investigate why it was
3      gonna happen, what was it about, and then it would
4      come out it was about some pictures of her naked, so
5      I don't believe that.  I didn't take it serious, her
6      saying she'd report it.
7   Q  Do you remember anything else that she said to you
8      during this conversation?
9   A  Just that she was gonna report it to Security, the
10     security director, and then that was the end of that
11     conversation.  She left.
12  Q  Did she use Titus Henderson's name, or did she just
13     say an inmate?
14  A  She used Titus Henderson.
15  Q  Okay.  Did she say who she would report it to in
16     Security?
17  A  Security director.
18  Q  Did she specifically say she was going to report it
19     to the security director or did you assume that's who
20     she meant?
21  A  She said director director.
22  Q  Okay, all right.  After that second conversation did
23     you have any more interactions with Dixon?
24  A  Yes, I had a third conversation with Dixon where she
25     came back again and gave me -- oh, go ahead.

Page 72

1   Q  When was that?
2   A  Probably a couple days after the last interaction.
3      She came to my cell three times total, so it was
4      three incidents, the first two and then the third
5      time.
6   Q  Okay.  And do you remember the time of day for the
7      third time?
8   A  The same time of day.
9   Q  And again, was there anybody that would have
10     overheard it that you know of?
11  A  I'm not sure.
12  Q  All right.  So describe the third conversation for
13     me.  What did she say?
14  A  She came to my cell.  She handed me a piece of
15     paper that had Candy, a cash app on it, that had,
16     "My cash app," written on it.  It either said
17     Candy Bangs or Candyland as a cash app on it, telling
18     me to wire, have my people or somebody send $2,000 to
19     that cash app if I wanted to avoid the assault.
20  Q  Do you have a cash app account?
21  A  Say it again.  Do I have it?
22  Q  Do you have a cash app account?
23  A  No, I don't.
24  Q  Okay.  So she wanted you to tell somebody on the
25     outside to wire it for you?

Page 73

1   A  Correct.
2   Q  Okay.  And I'm sorry, can you say it again?  How much
3      did she say she wanted?
4   A  $2,000.
5   Q  And this was in exchange for what?
6   A  For either me keeping the pictures that they thought
7      I had or the price of the pictures and to avoid the
8      assault.  Like I said, from the first time she came
9      to my cell, it was about the pictures.  The second
10     time it was about the pictures.
11           Now, all of a sudden it's a threat against me,
12     and now all of a sudden it's if I want to avoid the
13     threat I gotta pay this, and it all derives from the
14     pictures.  But the third time at my door she made it
15     clear that it was to avoid the assault, but the
16     assault derived from the pictures, so it wasn't just
17     an assault.  It was the pictures that triggered all
18     of this.  But, yeah, the third time at my cell was
19     about paying the fee to avoid the assault.
20  Q  So did she specifically say that if you didn't pay
21     you were going to be assaulted?
22  A  Yeah, she said to avoid the assault, and she gave me
23     her cash app, yeah.  And then when I told her I'm
24     not paying nothing, she walked away and said,
25     "Your funeral."

Page 74

1 Q  Did she say who was going to assault you?
2 A  She already told me who was going to assault me.  She
3    told me Titus Henderson.
4 Q  Based on the second conversation, so not during this
5    third conversation; is that right?
6 A  It was the understanding that it was the same person.
7    She had already told me that she got word from
8    somebody.  I don't know how, but I'm assuming she
9    talked to them directly, seeing that she even knew
10   that they talked to me about the pictures of her, so
11   I assumed that they talked to her about it, like I
12   said, for her to even come to my cell.
13       So the second time is when she told me about
14   Titus Henderson and that she would tell Security and
15   all of this that they're supposed to be stabbing me.
16   And then the third time when she said if I wanted to
17   avoid that stabbing, she was referring to what the
18   threat already was that she notified me of.  If I
19   wanted to avoid that assault that she told me on the
20   second interaction, that's what she was referring to.
21 Q  So when she told you that, when she gave you the
22   cash app information and told you to either pay
23   $2,000 or be assaulted, what did you say?
24 A  I said, "I'm not paying shit."  As a matter of
25   fact --

Page 75

1 Q  Did she say anything else after that?
2 A  Yeah, she walked away and said, "Your funeral."
3 Q  Did you say anything else after that?
4 A  No, I didn't.
5 Q  Do you remember any other details about that
6    conversation?
7 A  That was the conversation.
8 Q  Okay.  After that third conversation at your cell did
9    you have any other interactions with Dixon?
10 A  No.
11 Q  Did you exchange any written communications with her?
12 A  No.
13 Q  Did you direct anybody to communicate with her?
14 A  No.
15 Q  Did you exchange any electronic communications with
16   her or direct anybody to?
17 A  No.
18 Q  All right.  So after these three conversations with
19   Dixon did you report those conversations to anybody
20   else?
21 A  What, inmates or just anybody?
22 Q  We'll start with inmates and then move on.  So did
23   you talk about that with any other inmates?
24 A  I may have.  I think I did with a guy named Greg.
25   Yeah, with a guy name Greg, yeah, I did.

Page 76

1 Q  All right.  Who is Greg?  Do you know his last name?
2 A  No, I don't.
3 Q  Do you know his nickname?
4 A  We call him Greg.  That's what we call him, Greg,
5    G-r-e-g.
6 Q  Do you know if that was his real name or his
7    nickname?
8 A  I just said I didn't know.  We call him Greg.
9 Q  Okay.  How do you know Greg?
10 A  He was in the same cell hall with me.  I worked out
11   with him, I exercised with him.
12 Q  Is he still in the same institution with you?
13 A  Say that again.
14 Q  Is he currently at the same institution as you?
15 A  No.  At this institution?  No, he ain't.  He was in
16   Green Bay.  He's not incarcerated in Boscobel.
17 Q  Okay.  So what did you say to Greg about these
18   conversations?
19 A  I just explained to him what happened, the situation
20   with the porn, the situation with Jaleel, the
21   situation with Dixon, the situation with Titus, just
22   explained the whole ordeal about what happened.
23 Q  And what did Greg say to you?
24 A  Just telling me, "That's fucked up."  This was after
25   the assault.  This wasn't prior to.  This was after

Page 77

1    it had already happened.
2 Q  All right.  So between those conversations with Dixon
3    and the assault, did you talk about those
4    conversations with any other inmates?
5 A  Can you repeat that?
6 Q  Yeah.  Between your conversations with Dixon and the
7    assault in March, did you talk about the
8    conversations with anybody, with any other inmates?
9 A  No.
10 Q  All right.  And during that same time period -- so in
11   the next few questions I'm going to be asking you
12   about the time from your last conversation with Dixon
13   to the assault in March.  During that time did you
14   talk about the conversations with Dixon with any
15   other prison staff members?
16 A  No.  And I think the reason I didn't is because,
17   you know, at that time it was a lot of stuff going on
18   in Green Bay.  There was a lot of staff who was
19   engaged in all types of conduct, so I -- no, I
20   didn't.  I didn't feel the need to report it to
21   people who could be as corrupt as her, so no, I
22   didn't report it.
23 Q  So you didn't report it because you thought that
24   other prison staff might be corrupt; is that a fair
25   summary of what you just said?

Page 78

1  A   Correct.
2  Q   Did you discuss your conversations with Dixon with
3      anybody outside of the institution?
4  A   Yes.
5  Q   Who?
6  A   Family.  Well, I won't say outside of the
7      institution.  I had a conversation when they came to
8      visit me, and I told them what happened to me.  So,
9      yeah, I wouldn't classify it as outside the
10     institution, seeing as it was a visit that happened
11     inside the institution, if you get what I mean.
12 Q   I understand.  So when I say outside of the
13     institution, I mean to somebody that's not an inmate
14     or a prison staff member.  So you said that you
15     discussed this with family.  Which family members did
16     you discuss this with?
17 A   Cousins, friends.  It was more about people wondering
18     why I got stabbed.  It was more of a family concern.
19     It wasn't me trying to -- they was just wondering.
20     They heard I got stabbed, so family was concerned,
21     friends was concerned, so it was that nature of a
22     communication.
23 Q   So these communications all happened after the
24     stabbing.  Did you tell anybody before the stabbing
25     about the conversations with Dixon?

Page 79

1  A   No.
2  Q   Okay.  So let's go back to this topic of believing
3      that prison staff were corrupt.  So you testified
4      that you believe staff were corrupt like Dixon.  Why
5      did you think prison staff were corrupt?
6  A   For one, multiple staff had got, I guess, terminated
7      for bringing in drugs to inmates.  Even some of the
8      white shirts were saying that they believed that
9      correctional officers was bringing in drugs for
10     inmates.  So you had supervisors -- white shirts we
11     call them.  Supervisors was outlining that the only
12     way the drugs can be getting in here is through
13     staff, and then you got staff getting walked out
14     because they're bringing drugs.
15         You got staff -- like it was a former officer
16     named Maher, M-a-h-e-r.  He got walked out for
17     bringing in drugs in cell halls to inmates around the
18     same time.  So I've seen, especially in Green Bay,
19     where there was a real drug smuggling campaign where
20     guards were bringing it in.
21         So I didn't believe that I should go and report
22     staff misconduct to another staff who may also be in
23     engaged in staff misconduct.  So when I say that's
24     why I didn't report it, I didn't know who to trust
25     based off of me seeing everybody either getting

Page 80

1      indicted for bringing in drugs, staff is engaging in
2      all types of misconduct, so I didn't feel even
3      comfortable reporting it to anybody.
4  Q   All right.  So you said that some of the white shirts
5      had said that corrections staff were smuggling in
6      contraband.  Why would -- why did you not report
7      these conversations to a white shirt?
8  A   You said why didn't I report these conversations to a
9      white shirt?
10 Q   Yeah.
11 A   Report which conversations to a white shirt?
12 Q   Your conversations with Dixon.
13 A   Why?
14 Q   Yeah.
15 A   I just -- I just told you why.
16 Q   So you felt that the white shirts were corrupt as
17     well as the lower level COs?
18 A   I didn't know who were not corrupt.
19 Q   Did you have any reason to think that the security
20     director was corrupt?
21 A   Do I have any reason to believe it?  Yeah.  Yeah,
22     I have a reason to believe it, yeah.  I done seen
23     him do a lot of stuff that's corrupt, not to the
24     extent of bringing in drugs or anything like that,
25     but I done seen him do other things and basically

Page 81

1      middle finger their own policies that requires them
2      to act in a certain way or even say that the policies
3      don't apply to them, they apply to us.  So, yeah, I
4      done seen them engage in certain conduct that made me
5      not trust in telling them anything.
6  Q   So in other words, you thought it would be futile to
7      even report your conversations with Dixon to the
8      prison administration?
9  A   Did I think it would be futile to do so?
10 Q   Yeah.
11 A   To those in the immediate prison, yeah, I believed it
12     would have been futile to do that, seeing as I didn't
13     know who to trust, because I can report her to
14     somebody and that person can be working with her, and
15     it would be harder on me.  So if I don't know who to
16     trust -- now, it's one thing if an inmate is
17     threatening me.  Then, yeah, I can go to a guard and
18     report it.
19         But if I have a guard that's helping facilitate
20     a threat against me, you know, that probably deterred
21     me from wondering like or it deterred me from
22     wondering who else could be involved in this,
23     especially seeing that I'm aware that other guards
24     engaged in bringing drugs in, bringing weapons in,
25     and sometimes it will be three, four guards who are

*Madison Freelance Reporters, LLC*
*mfr@madisonfreelance.com*
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 22 of 51   Document 36

Page 82

1    doing it together.  So whether or not that can be
2    security directors or supervisors or captains, I
3    don't know.  Like I don't put it past nobody, seeing
4    what happened to me.
5  Q  Okay.  So you didn't have concerns about reporting
6    threats from other inmates, but it was threats by a
7    prison gourd that you were concerned about reporting;
8    is that what you're saying?
9  A  No, that's not what I'm saying.  It was all in one.
10   It wasn't just a separate threat against an inmate.
11   A guard was involved in the threat against me.  So I
12   get what you're trying to do, but you can't separate
13   Dixon from the inmates, because she was pushing their
14   agenda by trying to get me to pay, so it wasn't
15   just -- if I'm reporting them, I'm reporting her.  If
16   I'm reporting her, I'm reporting them.  There was no
17   distinguishment between them and her and her and
18   them.
19  Q  Did anyone ever tell you -- other than
20   Titus Henderson, I suppose, did anybody ever tell
21   you that Dixon had inappropriate relationships with
22   other inmates?
23  A  Yes.
24  Q  Who?
25  A  Jaleel.

Page 83

1  Q  Okay.  Other than Jaleel, did anybody ever tell you
2    that Dixon had inappropriate relationships with other
3    inmates?
4  A  Yes.
5  Q  Who?
6  A  It was a -- it was -- like I don't even think it was
7    a secret that she was selling porn pictures of
8    herself to inmates.  She would give them to certain
9    inmates, to help them gain money for herself.  Like
10   the ones that -- like they would give specific
11   pictures out to certain inmates who they didn't
12   believe would report her, and those pictures would
13   include like pictures of her face.
14       Other pictures would be like from TextBehind
15   where -- well, I'm assuming it's from TextBehind,
16   because I done received TextBehind pictures from
17   family and friends and it was the same paper format,
18   where on the pictures you can that it's just
19   different photographs of different areas of the body.
20   And they would sell those to inmates.
21       Many inmates had photos where the face was
22   cropped out in the picture, and it was different
23   pictures, and people were saying that that was Dixon.
24   And if you compare the pictures of her face with the
25   ones without her face, you can see some of the same

Page 84

1    markings from the ones with her face of the ones when
2    you compare it to the ones without her face.
3        So everybody knew that she was the selling
4    pictures not directly to the inmates, but she was
5    using certain inmates, I guess like running a porn
6    ring, I guess you could say, where she was providing
7    the porn pictures, giving it to inmates, certain
8    inmates, and inmates were selling them to other
9    inmates.  And depending on who you was, you might get
10   a picture that was without her face.  In other
11   situations if you were cool and they trusted you, you
12   could probably get pictures of her with her face.
13       So and then you could have other pictures where
14   there was a masquerade mask, I'm told, where it's
15   just a mask over her, like a Mardi Gras mask that
16   just covered the eyes where I guess was her way
17   of trying to disguise herself that way.  So, yeah, it
18   was -- it was well known.  It wasn't secret.
19       And I think what solidified it for me is when
20   they came to me, when Jaleel came to me about the
21   pictures.  That's where it went from just rumor to
22   actually then a reality, when they brought it to my
23   attention that that's -- I guess Titus Henderson was
24   messing with her, and that was their girl.  She
25   belonged to them, I guess.  She was taking pictures,

Page 85

1    giving them to them, and they was selling them.
2  Q  Have you ever seen a pornographic picture of Dixon?
3  A  No.  I had people describe them in detail to me, but
4    I've never actually physically seen a picture with my
5    own eyes myself.  And if I did, it had to have been a
6    picture with her cropped out.  I've never seen a
7    picture with her face in it, so no.  No, I haven't.
8  Q  Do you recall any specific names of people who told
9    you that they had pornographic pictures of Dixon?
10  A  Jaleel.  Jaleel himself told me that him and Titus
11   had pictures of her and that they sell pictures of
12   her.  That's how I know about the pictures being sold
13   by like -- depending on who they are, like if they
14   don't know you but you're looking for some porn,
15   they'll give you a picture of her with her head
16   cropped out of the picture where it just be her body
17   parts.  If they know you, you can get a picture of
18   her with her face in it.
19  Q  When you said they, do you mean Titus Henderson and
20   Jaleel?
21  A  Correct.  They were the ones that were pushing the
22   pictures.
23  Q  Besides --
24  A  Huh?
25  Q  Besides Jaleel, did anybody ever tell you that they

Page 86

1     had a pornographic picture of Dixon?
2  A  Yes, other inmates talked about they seen them
3     before, they seen pictures of her before.  But like
4     people have over-the-tier conversations.  People -- I
5     heard inmates say, "Hey, man, I done seen the picture
6     too where she had this on," describing certain things
7     she had on and what she was doing.  And I heard
8     inmates over the range talking about it, but I
9     thought it was just a bunch of bullshit.  I didn't
10    know that it was actually true.  I thought inmates
11    were just saying something, but it turned out to be
12    true.
13 Q  Well, but you don't know if it was true, right,
14    because you never saw a picture of Dixon?
15 A  Me, myself?
16 Q  Right.
17 A  No, I never.  I don't know if it's true, but I don't
18    think somebody would come and -- I'm gonna say this.
19    I didn't see the pictures myself, but I believe they
20    existed, seeing what Jaleel said, seeing the message
21    I was getting from Titus about it and what Dixon
22    herself said.  So I believe the pictures existed.
23    They just had the wrong person who they thought had
24    them.  I didn't have them, but 100 percent I believe
25    that they existed.

Page 87

1  Q  All right.  So I'm trying to pin down the specific
2     people that told you about pictures other than
3     Jaleel.  So do you remember the name of anybody else
4     who told you that they had a picture of Dixon?
5  A  No, I don't remember people saying they had a
6     picture.  I remember people saying they seen the
7     pictures.  Like I said, I -- have you ever been in
8     Green Bay Correctional Institution?
9  Q  I have not.
10 A  Well, if you ever get a chance, you would see how
11    inmates talk over ranges.  It's four ranges.  It's
12    like stacked on top of each other.  It's four of
13    them.  So you might be just standing at the door, and
14    you just hear people talking, you hear voices, you
15    hear sounds.  It's a loud environment where you don't
16    know who is who.
17       So when you're asking me to specify certain
18    prisoners who said this and who did this, that's
19    impossible under the circumstances.  Like unless
20    you've actually visited Green Bay, you would
21    understand why I keep telling you I don't know the
22    name of these inmates, I heard this, I heard that.
23    It's because of the way the ranges is set up, you
24    would never know who's saying what unless you know
25    them and you recognize their voice.  Then you can

Page 88

1     probably say, "Oh, that's my guy talking."  But if
2     you don't the individual, you don't know who's
3     talking.
4        So when I say I heard people over the range say,
5     "Hey, man, I seen the picture, I seen those pictures
6     before," that's me just telling you what I've heard
7     other inmates say.  I don't know the identity of the
8     inmate.
9  Q  Did you recognize anybody's voice that said that?
10 A  No.  If I did, I would have just gave you his name.
11    But no, I don't know his name.  I heard the
12    conversation.  I heard the inmate say, "They're not
13    lying about that.  I seen the pictures myself too."
14       So like I said, up to that point, that was when
15    it was just a rumor about whether or not that even
16    existed.  Like I said, it became more real for me
17    when Jaleel and Titus and Dixon herself came to me
18    like confronting me about the pictures.  That's when
19    it became more real to me that these pictures exist
20    and they're of her, so much so that she threatened to
21    search my cell to get them back, thinking I had them.
22 Q  Did she ever search your cell?
23 A  No, she didn't.
24 Q  Did anybody ever tell you that Dixon had smuggled in
25    contraband?

Page 89

1  A  Yes.
2  Q  Who told you that?
3  A  Jaleel.
4  Q  I'm sorry?  Say that again.
5  A  Jaleel.
6  Q  Besides Jaleel, did anybody tell you that she had
7     smuggled in contraband?
8  A  Yes, it was -- like I said, it's a culture of
9     everybody knows a lot regarding correctional officers
10    doing something.  It seemed like that seemed to be
11    one of the hardest things inmates don't know how to
12    keep to themselves.  When it's a guard engaged in
13    bringing in drugs, it's like everyone notifies
14    everybody that they got a special type of smuggling
15    person.
16       You know, it's one thing for inmates to smuggle
17    it in themselves, but when inmates got a guard that's
18    doing it, like that's big news.  So, yeah, it was big
19    news that Dixon was smuggling in drugs, marijuana and
20    porn.  And that she had a sexual relationship with
21    Titus and Jaleel, that was going around too.
22 Q  All right.  So in terms of the contraband you said
23    she was supposedly smuggling in, you said marijuana,
24    porn.  When you say porn, do you mean the pictures of
25    herself?

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 24 of 51    Document 36

Page 90

1   A   Yes.
2   Q   Okay.  Besides the marijuana and the pictures, did
3       anybody say that she was smuggling in anything else?
4   A   Cell phones, her smuggling in a cell phone and was
5       communicating with inmates.  Some people even say
6       that some people had her own personal phone number or
7       her -- either her phone number or her email.  They
8       said that she was emailing inmates and inmates was
9       calling her phone collect.
10          Like I don't know if that's true or not, but
11      they say that inmates was -- that she was sending
12      inmates money, putting money on inmates' or Jaleel's
13      account, sending him money, sending him porn, giving
14      him cell phones, having email accounts set up for
15      them.  Like it was a bunch of rumors.  Like whether
16      or not any of that is true or not, I don't know, but
17      that's what was being said.
18  Q   Okay.  So who all was it said that she was having an
19      affair with, just Titus Henderson or Titus Henderson
20      and Jaleel both?
21  A   Both.
22  Q   Anybody else besides those two?
23  A   Rumors is that those weren't the only inmates.  I
24      heard it's even she got sexual relationships with
25      other inmates in other institutions that she hasn't

Page 91

1       even worked at, I'm told.  So I don't know, but
2       that's the -- like I said, it's just what I heard.
3       That's the rumor, that it wasn't limited to the
4       two inmates in Green Bay, it was more inmates in
5       Green Bay and it was other inmates in other
6       institutions as well.
7   Q   Okay.  And again, these are just rumors that you
8       heard from chatter up and down the cell hall; is that
9       right?
10  A   I heard staff, correctional -- Wolff, PSU worker
11      Wolff.  W-o-l-f-f, I think is how you spell her name.
12      She worked in Green Bay.  She told me when she found
13      out about -- as a matter of fact, that's the person
14      who -- as a matter of fact, let me correct something.
15          I did talk to a staff about Dixon and the threat
16      against me.  I talked to Ms. Wolff, the PSU worker in
17      Green Bay Correctional Institution.  And she's the
18      one that notified me about the other things, about
19      the cell phones and that she had an inappropriate
20      relationship.  And so, yeah, that came out when she
21      was asking me questions about why I got stabbed and I
22      told her about Dixon, so, yes, PSU worker Wolff in
23      Green Bay Correctional Institution.
24          As a matter of fact, she said she even emailed
25      the security director, telling her that -- telling

Page 92

1       him that she believed that my safety was -- this is
2       what she told me.  She said she emailed the security
3       director and told him that -- this was after I got
4       stabbed, and told him that she believed or that she's
5       concerned for my safety, not just against inmates,
6       she's concerned about my safety as it relates to
7       staff, and she was requesting that I be transferred
8       out of the institution.
9           This is after I got stabbed.  This was in March
10      of 2023 after I got stabbed, maybe the 14th, 15th,
11      16th or 17th, sometime in March, when she came to my
12      cell when I was still in Segregation after I came
13      back from the hospital from being stabbed.
14  Q   Okay, all right.  So other than the PSU person,
15      Wolff, the allegations that you heard about Dixon
16      bringing in contraband, that was all from other
17      inmates that you can't remember their names; is that
18      fair to say?
19  A   Correct.  I want to say something real quick.  You
20      remember in the last deposition with the Meli
21      deposition and the lady who popped up out of nowhere
22      on the deposition who wasn't supposed to be there?
23      Do you remember that?
24  Q   Yeah.
25  A   That's Ms. Wolff.

Page 93

1   Q   Okay, all right.  So going back to this issue of
2       extortion, did anybody ever tell you that Dixon had
3       tried to extort money from them?
4   A   No, I never heard of them trying to extort money from
5       anybody else.  I wouldn't deny if it happened, but I
6       haven't heard it myself.  I think it was kind of
7       bold, but yeah, I never heard it myself.
8   Q   All right.  So the only instance that you know of
9       Dixon trying to extort money was the $2,000 that she
10      tried to get you to pay; is that right?
11  A   Correct.
12  Q   All right.  Did anybody ever tell you that Dixon had
13      been fired?
14  A   The PSU worker and Cushing.  The white shirt
15      supervisor in Green Bay named Cushing,
16      Daniel Cushing, he notified me that she got -- that
17      she got walked out, but he didn't tell me why.  He
18      just said -- well, let me rephrase.
19          He told me she was messing with some inmates,
20      that's all he told me.  He didn't go into detail or
21      none of that.  He just told me -- and the only reason
22      she came up is because I was saying, telling him that
23      Dixon knew about it, so they couldn't even
24      investigate what she knew because she wasn't employed
25      at Green Bay no more.

Page 94

1  Q   So this was after the stabbing, fair?
2  A   This was after the stabbing in February, right.
3  Q   You said in February, but I think you mean in March;
4      is that right?
5  A   I mean, yeah, the stabbing happened in March, yeah.
6      It happened -- Cushing telling me this, yeah, it
7      happened after the stabbing in March, correct.
8  Q   Okay.  And he told you that Dixon had walked out, I
9      think is the word you used?
10 A   They use the term when they -- when correctional
11     officers use the term, "Oh, she got walked out," or,
12     "He got walked out," that means they got fired, they
13     got -- I don't think it literally means they got
14     walked out, physically walked out.  I think it's just
15     a term that correctional officers use to describe a
16     staff getting fired.  They just use the term saying,
17     "They got walked out."
18 Q   So you believe that Dixon was fired just based on
19     what Captain Cushing told you?
20 A   That and PSU.  You know, I had an incident with a
21     couple COs or correctional officers that talked
22     about her getting walked out, so I don't -- you know,
23     they would know.  They're co-workers.  They would
24     know if one of their own got fired, so I don't think
25     they would be lying to me about one of their own

Page 95

1      getting fired.
2          So, yes, that's where my information comes from,
3      and inmates.  I heard from guards before I heard from
4      inmates, because when they -- when I got back from
5      the hospital they tried to interview me about it,
6      about my situation, and that's how I learned that
7      Dixon got walked out.
8  Q   All right.  So let's go back to the threats that
9      Henderson was making towards you.  So did you take
10     his threat seriously when he threatened you in the
11     shower?
12 A   Did I take it seriously?  Yeah, I took it seriously.
13 Q   All right.  So did you believe that he was going to
14     attack you?
15 A   I didn't know if it was him or somebody else, but I
16     believed that it was gonna happen.
17 Q   So what precautions did you take?
18 A   Oh, I guess you could say I was more alert of my
19     surroundings, trying to be alert, trying to watch
20     myself, watch for people walking behind me, just be
21     cautious of my surroundings, things like that.
22 Q   Did you tell any friends about it so that they could
23     watch your back?
24 A   No.
25 Q   Why not?

Page 96

1  A   Because I didn't know who was supposed to be a part
2      of the plot.  Like I don't want to go to somebody and
3      I don't even know who all is involved, so that was
4      information I kept to myself.
5  Q   So you didn't have any other inmates at the
6      institution that you were friends with or that you
7      trusted?
8  A   You're talking about before the incident happened
9      that I could have went to?
10 Q   Yeah.
11 A   Could I have --
12 Q   Say it again.
13 A   You're talking about -- repeat the question.
14 Q   Yeah.  Did you not have any friends at the
15     institution that you trusted?
16 A   To do what, to help me in that situation?
17 Q   Yeah.
18 A   To help me what?  The screen froze.  I don't know.
19     Can you hear me?
20         THE REPORTER:  I can hear you, but I
21     think he's frozen.  Just give it a second,
22     there.  Jonathon, yeah, you were frozen, so --
23         MR. DAVIES:  Yeah, I froze.  I think
24     Mr. Prude was just about to start his answer.
25         (Reporter reads back)

Page 97

1  A   So you're saying, you're asking me could I have went
2      to other inmates who could have helped me fight other
3      inmates; is that what you're asking?
4  Q   I'm asking you if you talked to any of your friends
5      in order to get their help with the situation, but is
6      your answer --
7  A   I'm asking you what type of help?  I'm asking are you
8      asking me could I have went to other inmates and got
9      them to help me fight and defend myself against the
10     threat against me?  Is what that you're asking?
11 Q   To help you defend yourself, to help watch your
12     property, to help, you know, provide moral support,
13     to talk through issues, any sort of help.
14 A   Would that be allowed for me to do something like
15     that?  It sounds like you're advocating for me to go
16     and get a whole group of people and start an
17     institution war or something.  It sounds like you're
18     advocating that.
19 Q   I'm not advocating anything.  I'm just asking if you
20     had any friends at the institution that --
21 A   No, no.  I already told you I didn't tell anybody.  I
22     didn't tell friends.  I didn't tell anybody, nobody,
23     until after the incident happened.
24 Q   Did you submit any Special Needs Placement Request or
25     any requests for separation?

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 26 of 51    Document 36

Page 98

1  A    No.
2  Q    Why not?
3  A    Again going back to the question, I didn't know who
4       to trust.  A guard is involved in me getting
5       assaulted, and then, you know, a lot of other guards,
6       they questioned or they were suspicious that they
7       believed that other guards was involved because
8       somebody put in an HSU slip in my name and got me
9       over there to HSU coincidentally with Titus
10      Henderson.
11            So like that's rare to happen to where somebody
12      can strategically set somebody else up by putting in
13      an HSU slip in their name and get them to a place
14      where they want them to be.  Like that's almost
15      impossible to happen, so the only way I can see
16      that happening is if like -- but that was after the
17      fact of me ended up being in the same area with
18      Titus Henderson.  But like I said, I just don't -- I
19      just don't trust report.
20            And plus, I guess in 2018 I did put in a
21      keep-separate against another inmate in this
22      institution, and instead of them following through,
23      they put the inmate closer to me, and we had an
24      assault.  It was a fight in this institution.  So
25      it's been many occasions where I've actually reported

Page 99

1       that, "Hey, keep me away from this inmate.  Hey, keep
2       that inmate away from me," and instead of them
3       keeping me away, they actually put the inmate closer
4       to me in order for the assault to even take place.
5       So after me going through multiple situations like
6       that, I don't believe them, especially when the
7       prison officials is aware.
8             And from what I'm learning from the criminal
9       complaint that I submitted in this case, Cushing did
10      know, from what I'm learning.  I don't know what
11      information he shared with -- that Titus shared with
12      Cushing, but there was a threat against me that was
13      made to Cushing about doing something to me or
14      wanting to be kept away from me for violence or
15      something.  So they was aware of something between me
16      and Titus Henderson, because he reported it, he
17      reported something.  That's just important to the
18      criminal complaint that I submitted with this case.
19            But, no, I don't -- I've been through a lot of
20      stuff to where I don't trust reporting my safety to
21      certain prison officials, seeing as when I have done
22      it in the past they put the person closer to me and
23      caused me to get assaulted.  So, yeah, my trust is
24      kind of altered by then.
25  Q    Did you think that the warden was corrupt?

Page 100

1  A    The warden here did it.  I reported it.  When I got
2       assaulted here, I reported it directly to the warden
3       here in this institution, Gary Boughton.  I reported
4       it to him, and he didn't do nothing, so --
5  Q    I'm talking about back at February and March of 2023,
6       did you think that the warden then was corrupt?
7  A    I didn't know that he wasn't.
8  Q    What about the deputy warden?
9  A    I didn't know that he wasn't.
10  Q   So you didn't have any information one way or another
11      as to whether they specifically were corrupt?
12  A   Other than my experience and me reporting it and them
13      doing the opposite, putting somebody closer to me
14      when I'm saying, "Keep him away from me," other than
15      my experience, yeah, like I say, I don't have any
16      specific knowledge that they're corrupt, but I don't
17      know that they wasn't.
18  Q   So is it a fair summary of what you're saying that
19      you thought it would be a waste of time to submit a
20      Special Placement Request?
21  A   If they wasn't -- if I didn't believe -- if I
22      believed that my safety wouldn't be even more put in
23      risk, yeah, I would have.  I did it before, asking to
24      be separated for certain things.  It wasn't futile in
25      those situations.  It only became futile after

Page 101

1       repeatedly me doing this and nobody doing nothing.
2       And instead, they put me closer to the person who's
3       supposed to be doing something to me.
4             That's what happened in this situation.  They
5       moved me from one cell hall closer to the person
6       that Dixon told me was supposed to assault me.  So
7       this is a -- this is a history with them doing this.
8       "Hey, keep me away from this inmate.  I got an issue
9       with him or he got an issue with me.  I'm fearing for
10      my safety," and they put the inmate closer to me or
11      put me closer to the inmate.  This is a history of
12      this.  So, yeah, I don't trust going to a prison and
13      saying, "Keep me separated from somebody," when the
14      opposite always happens.
15  Q   All right.  Let's talk about the actual altercation
16      now.  So have you ever had any fights or had you
17      ever had any fights prior to this incident with
18      Titus Henderson in March of 2023?
19  A   No.
20  Q   You'd never had a fight with another inmate?
21  A   In 2023, no.
22  Q   Let me rephrase the question.  Prior to the fight
23      with Titus Henderson in 2023 had you had any other
24      fights with other inmates?
25  A   Yes.

Page 102

1 Q How many fights would you say you've been in?
2 A You'd have to check my conduct report record. I'm
3 not sure.
4 Q More than five?
5 A Probably. I've been locked up 25 years, so probably.
6 Q More than 10?
7 A You've got to check my record. You can find those
8 records, that discovery, in my institution file.
9 Q All right. Prior to the fight with Titus Henderson
10 what was the last fight you had had?
11 A So what I just described up here in this institution
12 where I requested that the warden keep me separated
13 from somebody and it didn't happen and I got
14 assaulted and I defended myself, so in 2018.
15 Q 2018, okay. So about five years before your fight
16 with Henderson, correct?
17 A Correct.
18 Q Okay, all right. So the incident that you are
19 complaining about in this case, it happened on
20 March 11, 2023; is that right?
21 A I believe so. I believe that's the date.
22 Q All right. And if I said that it happened sometime
23 between 12 and 1 p.m., would that sound right to you?
24 A I'd say between 11 and -- between 11 and 1, because I
25 went over there, counting -- no, yeah, you might be

Page 103

1 right. Yeah, yeah, I would say between 12 and 1,
2 yes.
3 Q Okay. Would you say you have a pretty clear memory
4 of the incident?
5 A Yeah, I have a pretty clear memory of the incident.
6 Q All right. So let's start at the beginning of the
7 day. You were taken out of your cell to go to the
8 Health Services Unit, HSU; is that right?
9 A Correct.
10 Q Had you submitted any Health Service Requests in the
11 preceding weeks?
12 A No. Well --
13 Q Were you having health problems?
14 A Well, I did, but it was for a dental, to have my
15 teeth cleaned, and I think that was in December, I
16 believe, of 2022. I submitted a dental request to
17 have my teeth cleaned, but they'd already told me
18 that might take a year, a year to 18 months, because
19 they didn't have any dentists. So but, yes, I did
20 submit a dental request, handwritten.
21 Q Is the dentist in the HSU, is it in the Health
22 Services Unit, or is that a different area?
23 A A different area from the cell hall?
24 Q A different area from HSU.
25 A No, it is HSU.

Page 104

1 Q So the dentist is in HSU, all right. So besides this
2 issue with your teeth, were you having any health
3 problems?
4 A No.
5 Q So on March 11th were you expecting to go to HSU?
6 A No.
7 Q All right. Who told you to go to HSU?
8 A My door just popped. When my door popped, it was a
9 loudspeaker that said my name, that I had HSU.
10 Q And were you in General Population at this point?
11 A Correct.
12 Q All right. So what is the normal procedure for
13 when -- for how you're told to go to HSU? Is it
14 normally over the loudspeaker?
15 A No.
16 Q How do you normally get told?
17 A They bring a pass to your door.
18 Q Did anybody bring a pass to your door?
19 A No.
20 Q Did you think it was odd that you were being told to
21 go to HSU?
22 A Yes. I said it to myself, that I thought it was odd.
23 Q Did anybody escort you to HSU?
24 A Yes.
25 Q Who?

Page 105

1 A A correctional officer.
2 Q Do you remember which correctional officer?
3 A Yes.
4 Q Who was it?
5 A I don't remember his name. I remember who he was. I
6 just don't remember his name.
7 Q Was there just one correctional officer?
8 A Correct.
9 Q Were there any other inmates going to HSU at the same
10 time?
11 A Correct.
12 Q Who?
13 A Titus Henderson and some other inmate.
14 Q Do you remember who the other inmate was?
15 A No.
16 Q So you never met him before?
17 A No.
18 Q Were you afraid to go to HSU when you were called to
19 go?
20 A I wouldn't say afraid. I was more puzzled, confused.
21 People get passes. Sometimes you get passes,
22 unexpected passes. The pass itself didn't scare me,
23 but I just thought it was unusual that they didn't
24 bring me an HSU pass. Instead, they just announced
25 it over the intercom. I thought that was unusual.

Page 106

1  Q  Have you ever been told to go to HSU before without a
2     pass?
3  A  No.
4  Q  How far is it from your cell to HSU?
5  A  I'm not sure. You want like feet?
6  Q  If you have to guess in feet, that's fine. If you
7     want to tell me how long it takes to walk, that's
8     fine too.
9  A  It would probably take about five minutes to walk, at
10    most.
11 Q  Is it on the same level or up or down stairs?
12 A  No, you gotta go out of one building, you gotta walk
13    outside, then you gotta walk into another building,
14    then you gotta go up a flight of stairs. That's the
15    HSU room. The HSU building and the treatment center,
16    it's the same building.
17 Q  So did it take you about five minutes this time?
18 A  Yes.
19 Q  All right. So where did you meet the correctional
20    officer?
21 A  At the cell hall door.
22 Q  And in relation to your cell and HSU, where is that?
23    Is it like halfway, a quarter of the way,
24    three-quarters of the way?
25 A  Probably in the middle of the cell hall.

Page 107

1  Q  So from your cell to HSU, it's about in the middle of
2     that distance, would you say?
3  A  Oh, no, no, no. I thought you was saying where is my
4     cell from the time where the officer was at to the
5     front of the cell hall. You're asking me where is my
6     cell at in comparison to the distance of HSU?
7  Q  Yeah, let me rephrase, because I was unclear, you're
8     right. So I'm interested in where along the route
9     from your cell to HSU did you meet the officer?
10 A  At the front of the cell hall door. There's a door
11    to the cell hall that exits the cell hall. That's
12    where the guard was standing at.
13 Q  So how long does it take to walk from your cell to
14    where the guard was?
15 A  Probably two minutes.
16 Q  And then about three minutes with the guard to HSU;
17    is that right?
18 A  No, about -- yeah, I guess you could say that, no
19    longer than five minutes walking from the cell hall
20    to the treatment center.
21 Q  Okay. Did you tell the guard that you didn't have a
22    pass?
23 A  No. No, I didn't.
24 Q  Did you tell the guard anything about the unusual
25    situation?

Page 108

1  A  No.
2  Q  Why not?
3  A  Because any time you're getting transported, I'm
4     aware of this. I'm aware that any time you're
5     getting transported, that means there was no pass
6     provided to you. That's normal. Where you get
7     transported and inmates come down who don't have a
8     pass, they don't ask guards, "Hey, why I ain't got
9     a pass?"
10       When you have a pass, there is no escort.
11    When you don't have a pass, there is an escort. You
12    cannot move throughout the institution without having
13    a pass, and if you don't have a pass, you must have
14    an escort. So by me not having a pass, it made sense
15    that I had an escort.
16 Q  Did you talk with the guard at all during the
17    movement?
18 A  Yes.
19 Q  What did you say?
20 A  I told him I didn't know why I was coming over here
21    to HSU, "I didn't put in any HSU slip. I don't
22    understand why I'm coming over here to HSU."
23 Q  What did he say?
24 A  He said he don't know, he was just told to come get
25    me.

Page 109

1  Q  Did either of you say anything else?
2  A  I think I was complaining to him about my canteen.
3     There was a discrepancy about my canteen earlier that
4     day, and I was telling him about it. But other than
5     that, no.
6  Q  Did you speak to either of the inmates that you were
7     walking with?
8  A  No.
9  Q  Did they talk to each other at all?
10 A  I think so.
11 Q  Did you hear what they said?
12 A  I think the other one was saying that he wasn't aware
13    why he was going to HSU either, the other guy who I
14    don't know.
15 Q  Did you remember anything else of what anybody said
16    during the walk?
17 A  No, it was -- like it wasn't no issues. Like wasn't
18    nobody saying nothing that would make my raise my
19    alerts or make me worry. Like there was nothing
20    said, no conversations about nothing hostile.
21       I was talking about me not having a pass, and I
22    was talking about canteen. The other inmate was
23    talking about why he don't know -- that he don't know
24    why he was being brought to HSU. That was the
25    conversation. It wasn't like -- it was just a

*Madison Freelance Reporters, LLC*
*mfr@madisonfreelance.com*
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 29 of 51   Document 36

Page 110

1    regular conversation.

2  Q  So it was the other two inmates, yourself and the

3    guard.  Was there anybody else in the -- like walking

4    with you or walking in the hallway?

5  A  No, just us.

6  Q  What happened when you reached HSU?

7  A  I walked in and asked them do they know why I'm here,

8    do they know why I'm being brung here, what do the

9    pass say, what is this for?  They said they don't

10    know but to just have a seat in the waiting room.

11  Q  And when you say they, who do you mean?

12  A  Correctional officers that was there, because you've

13    gotta walk through a metal detector when you go in

14    there, and they be standing right there.  There's a

15    sergeants cage right there.  There's a little work

16    station right there where the regular correctional

17    officers be sitting at, and I asked them those

18    questions.

19  Q  All right.  So did you take a seat?

20  A  No.

21  Q  You continued to stand?

22  A  It ain't that I took a seat.  I was on my way to go

23    have a seat.  They told me to just have a seat in the

24    waiting room.  The waiting room -- I'm pretty sure

25    you seen the video that you furnished to the

Page 111

1    institution, as far as me coming out of the whole

2    scene, so that's how the scene looked.

3  Q  All right.  Did you have any other words exchanged

4    with Titus Henderson in the HSU?

5  A  No.  There was no exchange of words, no.

6  Q  Well, did anybody say anything?  Did he say anything

7    to you?

8  A  Yeah, while I'm being stabbed, he said, "This is for

9    not paying that fee."  That's what was said.

10  Q  All right.  So were you holding anything while you

11    were in HSU?

12  A  No.

13  Q  All right.  You said Henderson stabbed you.  And it

14    later turned out that he stabbed you with a pen; is

15    that fair to say?

16  A  I don't know what it was.  The investigator said

17    that.  I didn't know what it was.

18  Q  Okay.  So you don't you know one way or another what

19    it was?

20  A  When I got to the -- when I got to the hospital they

21    told me.  They showed me a picture of it.  It was

22    protruding out of my neck, and they said that it

23    looked like an insert of an ink pen.  That's what

24    they said, but I don't know like specifically myself.

25    But, yeah, everybody said an ink pen, the case of an

Page 112

1    ink pen, I guess.

2  Q  Did Titus Henderson say anything else to you other

3    than, "This is for not paying"?

4  A  "This is for not paying Dixon," that's what was said.

5  Q  All right.  But nothing else?

6  A  Or, "For Candy."  He called her Candy.  Everybody

7    called her Candy.  "This is for not paying Candy."

8  Q  All right.  How did that fight end?

9  A  What you mean?  I got stabbed.  I went to HSU.

10  Q  Let's back up.  After he stabbed you with something,

11    did you fight back?

12  A  Yes.

13  Q  How long did that fight last?

14  A  I'm not sure.  According to the video that you

15    submitted to the institution, it looked like it was

16    about 17, 20 seconds, something like that.  It didn't

17    last long.

18  Q  All right.  Who do you think won the fight?

19  A  I don't know.  Who you think won?

20  Q  All right.  So how did the fight end?  In the end,

21    how did it come to a resolution?

22  A  Was that a joke when you asked me who do I think?

23    Was that a joke to joke about me being stabbed?

24  Q  No, I'm asking you who do you think won the fight?

25  A  I'm saying you're looking at a person getting

Page 113

1    stabbed, my blood everywhere.  I went to the

2    hospital.  Like what do you think?

3  Q  Okay.  So how did the fight end?

4  A  You seen the video.  It ended like you seen it ended.

5  Q  All right.  So just whatever the video shows, that's

6    what your account of the fight is, you don't have

7    anything to add?

8  A  As far as how did it end?  I'm saying the police

9    broke it up, put me in handcuffs.  I took my shirt

10    off because I had stuff in my eye.  They handcuffed

11    me.  I went to HSU.  That's how the fight ended.

12    Does it matter?  Never mind, go ahead.

13  Q  Would you say that the officers did a good job of

14    breaking up the fight?

15  A  I can't tell you what I think they did about the

16    fight.  I don't know.  Do I think they did a good

17    job?  That's not -- that's not an opinion of mine to

18    have.  I had pepper spray in my eyes, so I ain't seen

19    much.  I don't know what they did.

20  Q  Okay.  What happened when you were taken for

21    treatment?

22  A  I had surgery.

23  Q  All right, let's back up.  So were you treated first

24    in the HSU?

25  A  No.

Page 114

1 Q Were you taken straight to the hospital?
2 A Yes.
3 Q Was there an ambulance?
4 A Yes.
5 Q Have you reviewed your health records in this case?
6 A Have I -- have I reviewed my health records?
7 Q Yeah.
8 A Yes, I have.
9 Q Do you agree with what's contained in the health
10   records?
11 A As far as what, just everything?
12 Q Yeah, do you think there were any inaccuracies in the
13   health records that you want to note?
14 A That I want to note? If you think there's some, go
15   ahead and tell me.
16 Q No, I'm asking you. You know, I don't want to keep
17   you longer than necessary, Mr. Prude, so if you think
18   that the health records accurately state the
19   treatment you got, we don't need to go through it
20   blow by blow.
21 A All right.
22 Q So do you think the health records are accurate?
23 A Oh, yeah, I think they're accurate.
24 Q Did prison security staff ask you about the stabbing
25   afterwards?

Page 115

1 A Yes.
2 Q Who first asked you about the stabbing?
3 A Cushing. Well, I believe it was Cushing.
4 Q Did Security Director Kind talk to you at all?
5 A After the fact. I seen him in the hallway.
6 Q Yeah, all my questions from this point on are
7   going to be about after the stabbing. So after the
8   stabbing did Security Director Kind ask you for a
9   statement?
10 A No.
11 Q He never asked you for a statement?
12 A No.
13 Q All right. So the first person that asked you for a
14   statement was Captain Cushing; is that right?
15 A Correct.
16 Q When was that?
17 A I believe the day of the stabbing. He came to the
18   actual hospital.
19 Q Okay. And let's describe that conversation. What
20   did he say to you?
21 A He asked me a bunch of questions about what happened.
22 Q And did you answer his questions?
23 A No.
24 Q Why not?
25 A For the reasons I previously gave about trusting the

Page 116

1   system, trusting certain correctional officers,
2   that's why.
3 Q Do you remember any of the specific questions he
4   asked you?
5 A No, not specifically, but paraphrasing, he was just
6   asking me about the situation, what happened, why
7   this, why that, and I told him, "I don't trust you.
8   I ain't telling you nothing." I think that was the
9   gist of it.
10 Q And again, you didn't trust him because you thought
11   that prison staff in general might be corrupt?
12 A Yes.
13 Q Did you have any specific information that Captain
14   Cushing was corrupt?
15 A Yeah, I done seen him do a lot of stuff. That wasn't
16   my first interaction with Cushing. I was in Waupun
17   prison with Cushing before he got transferred to
18   Green Bay, so he ain't too -- he ain't too straight
19   himself.
20 Q What specific incidents in the past made you think
21   that he was corrupt?
22 A Different things, lying, making stuff up,
23   disregarding rules that they're supposed to follow.
24   It's a lot.
25 Q All right. So you refused to answer Captain

Page 117

1   Cushing's questions. Did anybody else from the
2   prison ask you questions?
3 A Wolff. Me and Wolff had conversations.
4 Q More than one or just the one you described earlier?
5 A A few of them. We had quite a few conversations
6   about it.
7 Q All right. When was the first conversation?
8 A Probably March 13th.
9 Q And what did she say to you?
10 A Just asking me questions about what happened, why it
11   happened. She was concerned. A lot of other staff
12   was concerned, things like that.
13 Q And what did you say to her?
14 A I appreciate her being concerned, just talking about
15   it. It was a psych. She was my psychiatrist, so we
16   had those type of communications, about the impact of
17   me going through something like that. Those were the
18   communications I had with her
19 Q When was your next conversation with Wolff?
20 A I don't even know. The only reason I know that
21   specific date is because I got stabbed on a Saturday
22   and I came back on a Monday -- I mean on a Sunday,
23   and she didn't see me until the first weekday, which
24   was the Monday, which was the 13th, so that's how I
25   even remember that date specific, because she's the

*Madison Freelance Reporters, LLC*
*mfr@madisonfreelance.com*
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 31 of 51   Document 36

Page 118

1    first person who pulled me out of my cell when I got
2    back from the hospital.
3        So during that week, on and off, like even right
4    up to the time when I left there, when I came here
5    and got transferred, like she always came and talked
6    to me about the whole situation, so, yeah, it's not a
7    specific set time.  We've had multiple conversations.
8    She probably interviewed me for PSU mental health
9    reasons several times.  Like they do their random
10   rounds.  They check probably once or twice a week,
11   check in with inmates, make sure everybody is all
12   right, and every time she'd have a conversation with
13   me about how I'm doing.
14 Q  So she was treating you while you were at GBCI.  When
15   did you transfer?
16 A  I transferred from GBCI December 20th of 2023.
17 Q  And have you discussed this stabbing incident with
18   any psychological or psychiatric or medical people at
19   the current institution?
20 A  Correct.
21 Q  Who?
22 A  Bird, PSU worker Bird, Program Facilitator Miller,
23   yeah, those two, Miller and Bird.
24 Q  Okay.  But you don't remember besides those two?
25 A  I only have one PSU worker.  Are you talking about

Page 119

1    staff for psychological reasons or --
2 Q  Yeah, anybody in the Psychological or Health Services
3    Unit.
4 A  Oh, yeah, I don't know their names, but medical
5    staff, they've treated me since I've been here and
6    had conversations with me about it.
7 Q  All right.  So apart from Captain Cushing, Wolff and
8    then the PSU and HSU folks, have you talked about the
9    stabbing with any other prison officials or staff?
10 A  Yes, the inmate complaint department in Green Bay.  I
11   think his name is Degroot, I think.  He's the one
12   that told me that they couldn't investigate what part
13   she played in it because she was no longer employed.
14 Q  Okay, so you went through the inmate complaint
15   process.  Any conversations with prison staff outside
16   the inmate complaint process?
17 A  I'm pretty sure I have.  Like me being stabbed was a
18   big thing, so you might have guards that just seen me
19   like, "Prude, you all right," and like just have
20   conversations.  So, yeah, I done had a litany of
21   conversations with staff about my situation, so yeah.
22 Q  Do you recall anybody's name that you had a
23   conversation with?
24 A  Staff, man, just staff.  Like it be some staff that I
25   don't even know their name that know me like that

Page 120

1    just asked me questions about how I'm doing.
2 Q  So you don't know anybody's name specifically?
3 A  Red Beard.  I don't know his real name.  He's a guard
4    in Green Bay.  Everybody called him Red Beard because
5    he's got a red beard, but I don't know his real name.
6    It's a lot of other staff who seen me and would just
7    speak to me and greeted me.  I don't know.
8        No, I don't particularly try to remember certain
9    guards' names.  I'm not -- I'm not a social butterfly
10   to remember everybody's name like that.
11 Q  Did law enforcement ever contact you about the
12   stabbing?
13 A  They tried to, yeah, they have.
14 Q  Who tried to contact you?
15 A  First, a detective.  I think a Brown County sheriff
16   tried to come talk to me when I was in Green Bay
17   about the situation.
18 Q  And did you speak to him?
19 A  No.
20 Q  Why not?
21 A  Because I chose not to.
22 Q  All right.  And why did you choose not to?
23 A  Because it was nothing they can do.  It already
24   happened.  It seemed like everybody wanted to give
25   attention to it after it happened, but don't

Page 121

1    nobody -- like even according to the reports that's
2    in the file where he tried to told them something
3    about wanting to stay away from me, it's now like
4    everybody wants to come talk to me about something
5    that me giving statements or having communications
6    ain't gonna change what happened to me, so I didn't
7    feel the need to have a conversation about it.
8 Q  Are you aware that Mr. Henderson was criminally
9    charged for this stabbing?
10 A  Yes.
11 Q  Did you provide any evidence in the criminal
12   proceedings?
13 A  No.
14 Q  Why not?
15 A  That's not my job, to provide evidence.
16 Q  Do you expect to testify at Mr. Henderson's criminal
17   trial?
18 A  Do I expect to testify?
19 Q  Yeah.
20 A  Not to my knowledge.  I can't force somebody to -- I
21   don't know what they plan on doing.  I don't know
22   what's going on with his situation.  Ain't nobody
23   contacted me about nothing, so whether or not I'm
24   expected to or not, I don't know what somebody else's
25   expectations is.  I don't know what's going on with

Page 122

1    his situation.
2  Q   Would you testify at his trial if you were given the
3      opportunity?
4  A   Would I testify at his trial if given the
5      opportunity?
6  Q   Yeah.
7  A   You said if given the opportunity?
8  Q   Yeah, if you were called to testify at his trial,
9      would you do it?
10 A   No.
11 Q   Why not?
12 A   Because it's the same system that put me in my
13     situation and now y'all want to use me to prosecute
14     somebody else.  Like I got stabbed because a guard
15     did this.  Now they want to come get me and want me
16     to help them?
17         It's not my job to put somebody in prison or get
18     something.  Like that ain't my job.  Whatever
19     evidence y'all got -- when I say y'all, I'm talking
20     about you and the prosecution that you probably
21     communicate with.  Whatever is going on with that,
22     that ain't have nothing to do with me.
23 Q   So you think that the judicial system is subject to
24     the same problems as the correctional system?
25 A   I'm saying you tell me.  You're working for -- you're

Page 123

1      defending a correctional guard who was smuggling in
2      drugs.  You work for the Department of Justice,
3      emphasis on justice, and you're defending a guard who
4      you know got walked out.  There's a reason why I
5      believe you don't want to submit me certain discovery
6      requests, because you know what's in them.
7          So I believe it's kind of -- you know, it's kind
8      of almost contradictory to work for the Department of
9      Justice but be defending a guard that you know
10     engaged in illegal conduct or misconduct.  So, yeah,
11     I believe when the government feels something
12     benefits them or don't benefit them, they will
13     advocate it.  If it don't benefit them, they'll turn
14     a blind eye.
15         So in this situation, I got assaulted with the
16     assistance of a guard.  You're defending them, and
17     now y'all want me to help y'all prosecute him.  It's
18     not gonna happen.  So, no, I'm not testifying.  That
19     ain't my job.  Whatever y'all got against him, that's
20     y'all's.
21 Q   So do you think the judicial system is corrupt like
22     the corrections system?
23 A   Not everybody.  I don't think everybody's corrupt.  I
24     don't think -- I think you've got rotten apples
25     everywhere.  Even some guards will tell you you've

Page 124

1      got rotten apples everywhere as far as their own
2      co-workers, just like the Department of Justice.  I
3      believe there's some rotten apples in that agency,
4      but not all of them.
5          I don't think all of y'all are bad.  I think
6      some of y'all just got -- you know, I done seen some
7      of the cases that y'all litigate and some of the
8      arguments y'all be making, and it be like if you can
9      finesse a detail, you will; if you can withhold a
10     detail, you will.  So I done seen manipulation go
11     around, so yes, I'm kind of skeptical of trusting
12     certain individuals who have shown themselves to be
13     manipulative.
14 Q   All right.  Do you have any hope one way or another
15     about whether Mr. Henderson is found guilty or not?
16 A   Do I have any what?
17 Q   Do you hope one way or another that he's found guilty
18     or not?
19 A   That's not my job, to give you an opinion about his
20     situation.  I don't -- I don't care.  It's not my
21     situation.  I don't have an opinion about what y'all
22     plan on doing to him.  That's not my business.
23 Q   So you don't care one way or another whether he's
24     found guilty of stabbing you?
25 A   I litigated -- I filed this case because Dixon was

Page 125

1      involved in something against me.  That's what my
2      concern is.  I didn't initiate a proceeding against
3      him.  I initiated a proceeding against Dixon, so
4      whatever y'all decide to do with him in y'all's
5      prosecution of cases or hearings, it has nothing to
6      do with me.  I don't have an opinion on it.  I don't
7      care one way or another.
8  Q   Let's talk about written documentation from after the
9      stabbing.  So have you written any letters or emails
10     to anybody about the stabbing since it happened?
11 A   Probably.
12 Q   Who did you write to?
13 A   Probably friends, just notifying people why I was
14     stabbed.
15 Q   Which friends?
16 A   You're talking about over what, almost a year and a
17     half ago now, man.  I got a bunch of friends, family,
18     lawyers I've talked to about this, guards.  It's a
19     list.
20 Q   Do you have any copies of the letters that you sent?
21 A   No, I don't keep copies of letters.  When I -- when I
22     write letters, those are the originals.  The only
23     time I keep copies of anything is when I litigate and
24     need to retain a copy, but communications to family,
25     I don't retain copies of letters.  I just send the

Page 126

```
 1      letter out.
 2   Q  All right.  What about emails, did you personally
 3      write any emails about this incident?
 4   A  Probably.
 5   Q  What's your email address?
 6   A  I don't have an email address.
 7   Q  So how did you write an email?
 8   A  Through the prison.  The prison gives us -- we don't
 9      have a -- like it ain't a Yahoo or a Gmail or like
10      that.  The prison system has a system that allows
11      inmates to email family, friends, lawyers, things
12      like that.
13   Q  Okay, so it's really through the prison
14      correspondence system.  Who do you think you sent an
15      email to?
16   A  Probably my mama, friends, relatives, people who just
17      wanted to know why, when did it happen, what happened
18      at the hospital, what did the doctors say, things
19      like that, notifying them of my condition.
20   Q  Did you direct anybody to send correspondence on your
21      behalf regarding this incident?
22   A  Send correspondence to who?
23   Q  Just send any correspondence.
24   A  To who?  That's a broad -- that's kind of broad.
25   Q  Well, we can get into who you sent it to if you did,
```

Page 127

```
 1      but did you ask anybody to send correspondence on
 2      your behalf about this?
 3   A  No, I didn't -- well, probably.  Correspondence could
 4      be a communication, "Hey, tell such and such I'm
 5      doing all right.  Get a message to my auntie and tell
 6      her I'm doing okay."  Yeah, I done did that quite a
 7      few times.
 8   Q  I want to go back to this issue of corruption one
 9      more time.  Do you believe that the secretary of the
10      Department of Corrections is corrupt?
11   A  No.
12   Q  Do you believe that the corrections complaint
13      examiner is corrupt?
14   A  Not to my knowledge.
15   Q  Do you believe that the Brown County Sheriff's
16      Department is corrupt?
17   A  Not to my knowledge.  I think you're confusing why I
18      didn't want to talk to correctional officers versus
19      why I didn't want to talk to Brown County Sheriff's
20      Department.  I think you're intertwining the two
21      reasons.
22          I never said Brown County Sheriff's was
23      corrupt.  I talked about why I didn't notify
24      correctional officers before I got stabbed, and I
25      gave an explanation why I thought they were corrupt.
```

Page 128

```
 1      You're taking my corrupt term and applying it to
 2      Brown County and Kevin Carr and everybody else.
 3          MR. DAVIES:  Understood.  Thank you
 4      for clarifying that.  All right, last few
 5      questions.  Why did you not -- actually, you
 6      know what?  I'm going to end there, Mr. Prude.
 7      I think we have been here quite long enough for
 8      the day, and I think we can go off the record.
 9      (Discussion off the record)
10          MR. PRUDE:  I'm requesting a discovery
11      request to you, Jonathon Davies, of the
12      documents in this case, the transcript, the
13      deposition transcript.  I would like a copy of
14      that as my discovery request.
15          I don't want to wait until summary
16      judgment to have evidence to use.  I want to be
17      able to prepare.  I think I'm entitled to the
18      deposition.  This here is evidence.  This
19      document is evidence.  You're saying you're not
20      going to give it to me?
21          MR. DAVIES:  Well, Mr. Prude, I'm not
22      sure this is the right place to have that
23      conversation.  You're free to send a discovery
24      request.  I don't guarantee that we'll send you
25      a copy of the deposition.  For one thing, I
```

Page 129

```
 1   believe discovery is shortly going to close in
 2   this case; and for another thing, I don't
 3   believe that the Department of Justice or the
 4   defendant have an obligation to buy you copies
 5   of the deposition transcript.  You'll get those
 6   in the course of the litigation if they're used.
 7          If are you done, Mr. Prude, I think we'll
 8   go back off the record
 9          MR. PRUDE:  All right, man.  I wasn't
10   asking you to buy me documents, man.  I was
11   requesting discovery requests.  That's what I
12   was requesting.  I'm not asking you to go into
13   your pocket and provide me anything.
14          I'm just seeking discovery requests.
15   If it requires you to go into your pocket,
16   that's something that you've got to take up, but
17   I'm just inquiring -- but never mind, I'll file
18   a motion for discovery.  I'll quote some of the
19   language you used today as to that you won't
20   give it to me before I even request the
21   discovery, but okay.  Thank you.
22          MR. DAVIES:  All right.  We'll go back
23   off the record again.
24          (Adjourned at 4:36 p.m.)
25
```

Page 130

```
 1   STATE OF WISCONSIN    )
                           )
 2   COUNTY OF DANE        )

 3              I, SANDRA L. McDONALD, Shorthand Reporter

 4       and Notary Public in and for the State of Wisconsin,

 5       do hereby certify that the foregoing is a true

 6       record of the videoconference deposition of

 7       TERRANCE PRUDE, who was first duly sworn by me;

 8       having been taken on the 13th day of May, 2024,

 9       from the Wisconsin Secure Program Facility,

10       1101 Morrison Drive, in the City of Boscobel, County

11       of Grant and State of Wisconsin, in my presence, and

12       reduced to writing in accordance with my stenographic

13       notes made at said time and place.

14              I further certify that I am not a relative

15       or employee or attorney or counsel for any of the

16       parties, or a relative or employee of such attorney

17       or counsel, or financially interested in said action.

18              In witness whereof, I have hereunto set my

19       hand and affixed my seal of office this 3rd day of

20       June, 2024.

21
                           Sandra L. McDonald
22
         _____    _____
         SANDRA L MCDONALD       Notary Public, State of Wisconsin
         Notary Public
23       State of Wisconsin       My Commission Expires 10/18/26

24

25
```

| **$** |
| --- |

**$2,000** 72:18 73:4 74:23 93:9

| **1** |
| --- |

**1** 102:23,24 103:1

**10** 4:2,4,6,8,9,13,16 17:19,22,23 20:17 38:15,16,17,21,22,23 50:6 53:22 61:8 102:6

**100** 86:24

**11** 102:20,24

**11th** 15:22,23 104:5

**12** 102:23 103:1

**13th** 117:8,24

**14th** 92:10

**15** 20:19 38:23

**15th** 92:10

**16th** 92:11

**17** 112:16

**17th** 92:11

**18** 26:1 103:18

**19** 27:2

**1997** 18:22

**1999** 15:25

**1st** 64:13

| **2** |
| --- |

**20** 16:12,18 20:21 112:16

**20-year** 17:7

**2009** 22:2,4,8,12,17

**2011** 24:23

**2012** 21:25 22:4

**2015** 21:23

**2018** 21:15,16,22 25:21,25 26:3,8,23 98:20 102:14,15

**2019** 26:8 27:6 29:11

**2020** 59:5,22 61:18

**2021** 26:8,23 27:2,6 29:11 61:17

**2022** 12:22 30:1,2,4,5,6 31:4,5 34:7 37:7 39:4,11 46:24 62:7,8,13,16 63:3, 5,11,15,19 103:16

**2023** 12:22 13:13 46:13,20 47:1,4 49:2,9,14,21 50:8 53:15,16 92:10 100:5 101:18,21,23 102:20 118:16

**2023-08179** 3:8

**20th** 118:16

**22** 31:6

**23-C-1233** 3:14,16

**23-CV-08179** 3:12

**25** 102:5

**2:39** 61:10

**2:49** 61:10

| **3** |
| --- |

**30** 48:16 50:22 51:25

| **4** |
| --- |

**40** 48:16

**42** 15:6

**4:36** 129:24

| **6** |
| --- |

**6** 68:13,14,16

**60** 16:23 17:9

**60-year** 16:19

| **8** |
| --- |

**80-year** 16:12,17 17:7

| **9** |
| --- |

**97** 18:20

| **A** |
| --- |

**A-L-D-R-I-C-H** 15:14

**ability** 6:3

**AC** 26:14,16

**access** 69:8

**account** 72:20,22 90:13 113:6

**accounts** 90:14

**accurate** 41:1 114:22,23

**accurately** 5:23 114:18

**accused** 60:11

**achieve** 15:21

**act** 42:15 81:2

**acting** 38:3 50:2

**activities** 57:12 58:7,9

**activity** 58:10,13,14

**actual** 49:5 101:15 115:18

**add** 113:7

**address** 126:5,6

**adjourned** 129:24

**administration** 81:8

**administrative** 13:6,9 26:6,10,16,20 29:2,4,5

**admissible** 18:2

**advice** 11:6 12:14

**advocate** 123:13

**advocating** 97:15,18,19

**affair** 90:19

**affiliated** 59:20

**affiliation** 58:13

**affiliations** 36:24 59:8

**afraid** 105:18,20

**afternoon** 3:7

**agency** 124:3

**agenda** 82:14

**agree** 114:9

**agreement** 16:4,5

**ahead** 8:18 14:24 15:1 24:8 30:25 31:1 34:13 38:20 45:9 46:12 48:10,11 49:25 52:16 59:19 71:25 113:12 114:15

**Aldrich** 15:9,12

**alert** 95:18,19

**alerts** 109:19

**allegations** 66:13 92:15

**allowed** 97:14

**altercation** 101:15

**altered** 99:24

**alternative** 42:23

**ambulance** 114:3

**Anderson** 45:6

**announced** 105:24

**answering** 4:10 5:3

**answers** 5:15

**anybody's** 88:9 119:22 120:2

**app** 72:15,16,17,19,20,22 73:23 74:22

**apples** 123:24 124:1,3

**apply** 81:3

**applying** 128:1

**approach** 43:1

**approximate** 68:19

**approximately** 26:7 50:6 53:21 68:17

**area** 98:17 103:22,23,24

**areas** 83:19

**arguments** 124:8

**armed** 16:2,6,8,10

**assault** 46:13 49:5,13 52:17 72:19 73:8,15,16,17,19,22 74:1,2,19 76:25 77:3,7,13 98:24 99:4 101:6

**assaulted** 57:15,16,17 73:21 74:23 98:5 99:23 100:2 102:14 123:15

**assistance** 24:5 123:16

**assume** 5:8 71:19

**assumed** 74:11

**assuming** 74:8 83:15

**attack** 40:10 60:17,20 95:14

**attacking** 70:13

**attempt** 42:13,15 43:3

**attention** 84:23 120:25

**attorneys** 12:17

**auntie** 127:5

**auto** 18:18,19,23

**avoid** 72:19 73:7,12,15,19,22 74:17, 19

**aware** 28:10 34:1,12 54:18,21,22 58:21,24 63:6 69:9 81:23 99:7,15 108:4 109:12 121:8

---

**B**

**back** 14:2 25:10,23 26:14,15,16 34:9, 13,14,16,17,19 35:15 37:5,8,12,16 38:9,10 42:2,5,22,24 43:4,7,14,23 44:1 45:13,20 48:4 49:19 52:5,19 55:6 61:8,13 64:18,22 67:4,6 71:25 79:2 88:21 92:13 93:1 95:4,8,23 96:25 98:3 100:5 112:10,11 113:23 117:22 118:2 127:8 129:8,22

**background** 15:3

**backing** 62:14

**bad** 29:12,13,15,22 124:5

**ballpark** 4:11

**Bangs** 72:17

**based** 70:13 74:4 79:25 94:18

**basic** 15:3

**basically** 48:6 80:25

**bat** 21:3

**battle** 16:15

**Bay** 25:19,20,22 26:2,3,5 63:21 76:16 77:18 79:18 87:8,20 91:4,5,12,17,23 93:15,25 116:18 119:10 120:4,16

**beard** 120:3,4,5

**beat** 40:6

**begin** 15:23 59:6

**beginning** 35:6 103:6

**behalf** 38:4 50:2 53:8,18 54:2 126:21 127:2

**belief** 31:18,19

**believed** 30:10,21 35:2,8 79:8 81:11 92:1,4 95:16 98:7 100:22

**believing** 79:2

**belonged** 30:18 33:18 84:25

**belongs** 54:19

**benefit** 123:12,13

**benefits** 123:12

**big** 48:16 89:18 119:18

**Bird** 11:15,22 118:22,23

**black** 62:1

**blind** 123:14

**blood** 29:15,22 113:1

**blow** 114:20

**body** 32:22,23 33:8,9 65:9,11 68:20 69:11,13 83:19 85:16

**bold** 93:7

**Boscobel** 22:13,14,15,18 23:15,17 24:16,19,20,21,22,25 25:3,16 76:16

**Boughton** 100:3

**break** 5:18,20 61:8

**breakfast** 65:2,3,4 68:12,15

**breaking** 64:21 113:14

**bring** 104:17,18 105:24

**bringing** 79:7,9,14,17,20 80:1,24 81:24 89:13 92:16

**broad** 57:6 126:24

**broke** 62:25 113:9

**brothers** 40:14 41:11,14

**brought** 84:22 109:24

**Brown** 120:15 127:15,19,22 128:2

**brung** 110:8

**building** 106:12,13,15,16

**bullshit** 86:9

**bunch** 30:16 49:17 59:13 86:9 90:15 115:21 125:17

**business** 124:22

**butterfly** 120:9

**button** 69:9

**buy** 129:4,10

## C

**cage** 110:15

**call** 30:12 32:7 35:6 76:4,8 79:11

**called** 30:12 51:23 105:18 112:6,7
120:4 122:8

**calling** 90:9

**calls** 29:7

**camera** 65:9,11 68:20

**cameras** 69:11,13

**campaign** 79:19

**Candy** 72:15,17 112:6,7

**Candyland** 72:17

**canteen** 109:2,3,22

**Captain** 94:19 115:14 116:13,25
119:7

**captains** 82:2

**care** 124:20,23 125:7

**Carr** 128:2

**carried** 57:13 58:22

**carries** 58:23

**carry** 58:8,25

**case** 3:8,11 4:17 7:17,18,24 8:3 9:10
12:22,24 13:7,11,12,16 14:3 15:4
18:15 21:3 59:9 61:15 99:9,18 102:19
111:25 114:5 124:25 128:12 129:2

**cases** 19:5,13 124:7 125:5

**cash** 72:15,16,17,19,20,22 73:23
74:22

**casual** 23:10,11

**Catholics** 58:17

**caused** 99:23

**cautious** 95:21

**cell** 27:8,10,19 37:11 43:11 63:16,21,
22 64:1 65:7,13,22,23 66:12,15,22,23,
25 67:1,22,25 68:2,6 70:9 72:3,14
73:9,18 74:12 75:8 76:10 79:17 88:21,
22 90:4,14 91:8,19 92:12 101:5 103:7,
23 106:4,21,22,25 107:1,4,5,6,9,10,
11,13,19 118:1

**center** 106:15 107:20

**certiorari** 13:16

**chance** 87:10

**change** 30:1,5 121:6

**changed** 30:7

**characterize** 57:5

**charged** 4:24 121:9

**charges** 19:10,14

**chatter** 91:8

**check** 102:2,7 118:10,11

**Chemical** 15:9,12

**child** 20:4,6

**child's** 20:6

**choose** 120:22

**chose** 120:21

**Christians** 58:17

**Christmas** 64:8,15

**circumstances** 87:19

**civil** 19:17,23 20:5,6,10,12

**claims** 21:2

**clarifying** 17:10 18:15 128:4

**classify** 78:9

**cleaned** 103:15,17

**clear** 21:20 40:20 46:8,22 49:7 52:14
66:5 73:15 103:3,5

**close** 51:10 129:1

**closer** 31:10 98:23 99:3,22 100:13
101:2,5,10,11

**closest** 48:18

**co-workers** 94:23 124:2

**coincidentally** 98:9

**collect** 90:9

**comfortable** 80:3

**comment** 70:24

**commit** 58:16,17,19

**communicate** 12:17 75:13 122:21

**communicated** 14:6,12 49:10,11

**communicating** 90:5

**communication** 10:2,5 13:3 24:14
27:21,22 28:16 46:2,3,4 49:16 51:18
52:22 62:23 67:21 78:22 127:4

**communications** 12:6 14:11,19,21
22:20,21 24:17 27:15 39:2 50:4 52:13
75:11,15 78:23 117:16,18 121:5
125:24

**company** 15:9,10,12

**compare** 83:24 84:2

**comparison** 107:6

**compel** 8:8

**complaining** 102:19 109:2

**complaint** 21:4 54:11,12 99:9,18
119:10,14,16 127:12

**complaints** 13:2,8 23:7

**comrades** 41:16

**concern** 78:18 125:2

**concerned** 78:20,21 82:7 92:5,6
117:11,12,14

**concerns** 82:5

**condition** 126:19

**conduct** 19:3 60:15 69:1 77:19 81:4
102:2 123:10

**Confinement** 26:6,10,17,20 29:2,4,6

**confronted** 46:20

**confronting** 88:18

**confused** 105:20

**confusing** 127:17

**contact** 120:11,14

**contacted** 121:23

**contained** 114:9

**context** 61:20

**continued** 110:21

**contraband** 80:6 88:25 89:7,22
92:16

**contradictory** 123:8

**conversation** 22:22 23:1,5 24:2,3,4
27:24 28:5,7,17,22 36:18 39:12,14
43:4 45:17,25 46:23,25 47:3,16,19
48:7 49:1,2,9,12,20 50:7,16,17,24
52:8,21,23,25 53:1,3,6,14 55:10 56:7
58:2 62:5,12,14 63:10,13,16 65:6,14

66:14 67:7,14 68:21 71:8,11,22,24
72:12 74:4,5 75:6,7,8 77:12 78:7
88:12 109:25 110:1 115:19 117:7,19
118:12 119:23 121:7 128:23

**conversations** 9:14 10:1 22:20 23:3,
4,10,11 27:12 28:14,24 37:13 38:8,25
39:6 43:22 45:25 46:5,7,9 49:13,22
50:1,6,10 52:10,18,20 53:4,7,17,20,
22,23 54:1 61:14 66:9 68:5 69:4
75:18,19 76:18 77:2,4,6,8,14 78:2,25
80:7,8,11,12 81:7 86:4 109:20 117:3,5
118:7 119:6,15,20,21

**convicted** 17:22 18:19,23 19:2

**convictions** 17:18

**cool** 84:11

**coordinator** 60:15

**copies** 13:18 14:9,15,16,18 69:5
125:20,21,23,25 129:4

**copy** 125:24 128:13,25

**correct** 3:15 7:20 8:14 14:17,21,22
21:7 24:18 26:25 37:19,20 39:13 44:8,
13 45:16 47:2 49:14 50:9,23 52:2,18
53:24,25 54:4 63:14 67:8,9 68:8 73:1
78:1 85:21 91:14 92:19 93:11 94:7
102:16,17 103:9 104:11 105:8,11
115:15 118:20

**correctional** 43:11,13 47:12 61:21
62:2 79:9 87:8 89:9 91:10,17,23
94:10,15,21 105:1,2,7 106:19 110:12,
16 116:1 122:24 123:1 127:18,24

**corrections** 80:5 123:22 127:10,12

**correspond** 11:25

**correspondence** 12:20,25 13:10,22
14:10 62:15 126:14,20,22,23 127:1,3

**correspondences** 62:20

**corroborating** 48:6

**corrupt** 77:21,24 79:3,4,5 80:16,18,
20,23 99:25 100:6,11,16 116:11,14,21
123:21,23 127:10,13,16,23,25 128:1

**corruption** 127:8

**COS** 80:17 94:21

**cost** 70:15

**counsel** 12:24

**count** 16:6 20:4

**counting** 102:25

**County** 120:15 127:15,19,22 128:2

**couple** 10:13 11:18 27:8 30:13,14
37:10,16 50:10 72:2 94:21

**court** 5:11 6:15,18,25 7:3,19,21
13:12,15 14:4 15:13 17:25

**courtroom** 6:11,12,21

**Cousins** 78:17

**covered** 33:5,6 84:16

**crime** 17:22

**crimes** 58:16,17,19,20,21,23,25

**criminal** 13:16 17:16 19:5,13 54:11
58:9,10,13,14 99:8,18 121:11,16

**criminally** 121:8

**cropped** 83:22 85:6,16

**cuffing** 34:5

**culture** 89:8

**current** 15:24 118:19

**Cushing** 93:14,15,16 94:6,19 99:9,
12,13 115:3,14 116:14,16,17 119:7

**Cushing's** 117:1

**cut** 14:25

---

## D

**damn** 44:21

**dangerous** 41:20

**Daniel** 93:16

**date** 64:12 102:21 117:21,25

**Davies** 3:6 17:24 57:18 59:10 61:7,12
96:23 128:3,11,21 129:22

**day** 64:3,18,22 67:12,13 68:10 72:6,8
103:7 109:4 115:17 128:8

**days** 72:2

**daytime** 64:5,25 68:11

**debt** 42:16

**December** 63:11,15 64:7,8,10,11,12,
14,17 103:15 118:16

**decide** 125:4

**declarations** 8:1,2

**defend** 97:9,11

**defendant** 19:16,18,21,23 20:7 61:14
129:4

**defended** 102:14

**defending** 123:1,3,9,16

**definite** 4:6

**definitive** 63:25

**degree** 19:4

**Degroot** 119:11

**dental** 103:14,16,20

**dentist** 103:21 104:1

**dentists** 103:19

**deny** 93:5

**department** 20:24 119:10 123:2,8
124:2 127:10,16,20 129:3

**depending** 84:9 85:13

**depends** 57:3,11 61:2,3

**deposed** 3:10,17,19

**deposition** 3:8 6:15 7:14 8:16,23,24
9:4 10:11,19,20,22,23,25 11:1,7,9,12,
14,19 12:2,8,15,18 17:25 45:7 59:13
92:20,21,22 128:13,18,25 129:5

**depositions** 6:10

**deputy** 100:8

**derived** 73:16

**derives** 73:13

**describe** 22:14 29:10 50:24 72:12
85:3 94:15 115:19

**describing** 43:15 44:10 86:6

**description** 43:18,20

**descriptions** 44:9

**designate** 57:9

**detail** 85:3 93:20 124:9,10

**detailed** 4:18

**details** 28:24 29:1 40:8 41:4 45:14,21
70:7 75:5

**detective** 120:15

**detector** 110:13

**determine** 57:6

**determined** 18:3 60:14

**deterred** 81:20,21

**development** 57:3

**dinner** 65:3,4

**dinnertime** 68:12

**direct** 22:21 27:21 28:16 32:1 46:9 62:23 75:13,16 126:20

**directly** 27:21 28:3 31:20 37:18 46:11,14,17 49:10 50:5 74:9 84:4 100:2

**director** 71:10,17,19,21 80:20 91:25 92:3 115:4,8

**directors** 82:2

**Disciple** 58:11

**Disciples** 56:18,22 57:2 58:8,16,19, 22,24 59:2,21,24 60:4,17,19,23

**disciplinary** 60:11,16

**discovery** 8:7,8 11:2 18:1 102:8 123:5 128:10,14,23 129:1,11,14,18,21

**discrepancy** 109:3

**discuss** 11:9 54:24 55:12 61:4 78:2, 16

**discussed** 9:11 43:9 55:1 78:15 118:17

**discussion** 128:9

**discussions** 56:2

**disguise** 84:17

**disorderly** 19:3

**disparities** 29:8

**disregarding** 116:23

**distance** 51:11,12 107:2,6

**distinguishment** 82:17

**District** 3:8

**Dixon** 32:16 33:14,22,24 34:1 37:10, 13 43:8 44:7,11 45:15 46:21 47:11,12 49:16,20 55:2,4,11,18 56:9 57:16 61:15,16 62:6,17 67:11 71:23,24 75:9, 19 76:21 77:2,6,12,14 78:2,25 79:4 80:12 81:7 82:13,21 83:2,23 85:2,9 86:1,14,21 87:4 88:17,24 89:19 91:15, 22 92:15 93:2,9,12,23 94:8,18 95:7 101:6 112:4 124:25 125:3

**doctors** 126:18

**document** 128:19

**documentation** 125:8

**documents** 7:2,13,17,18,24 8:5,6,7 60:10 128:12 129:10

**door** 68:1,3 73:14 87:13 104:8,17,18 106:21 107:10

**doors** 10:6

**double** 43:23

**double-check** 44:1

**doubt** 69:6

**drug** 79:19

**drugs** 59:1 79:7,9,12,14,17 80:1,24 81:24 89:13,19 123:2

**drying** 52:6,7

**DS** 26:14,15

**dude** 35:21,22

**duly** 3:2

**dynamics** 10:17

---

### E

**earlier** 109:3 117:4

**early** 31:6 50:14,19 64:8

**easier** 37:14

**Eastern** 3:8

**easy** 44:18

**education** 15:16,18

**electronic** 75:15

**else's** 121:24

**email** 90:7,14 126:5,6,7,11,15

**emailed** 91:24 92:2

**emailing** 90:8

**emails** 125:9 126:2,3

**emphasis** 123:3

**employed** 93:24 119:13

**end** 16:19 45:17,23 51:3,4 52:4 67:7 71:10 112:8,20 113:3,8 128:6

**ended** 59:5 98:17 113:4,11

**enemies** 29:14

**enforcement** 120:11

**engage** 58:9 81:4

**engaged** 58:10,12 77:19 79:23 81:24 89:12 123:10

**engaging** 23:1 28:7 80:1

**entire** 24:15 26:10,17,18 27:1

**entitled** 18:1 128:17

**environment** 87:15

**escort** 104:23 108:10,11,14,15

**everybody's** 7:7 33:17 120:10 123:23

**evidence** 7:22,23,24 8:3 121:11,15 122:19 128:16,18,19

**exact** 25:8 40:2,22 64:12

**EXAMINATION** 3:5 61:11

**examined** 3:3

**examiner** 127:13

**exchange** 27:15 62:15,22 73:5 75:11, 15 111:5

**exchanged** 12:20,25 111:3

**exclusive** 58:15,24

**excuse** 30:4

**exercised** 76:11

**exist** 88:19

**existed** 86:20,22,25 88:16

**exits** 107:11

**expect** 16:14 121:16,18

**expectations** 121:25

**expected** 121:24

**expecting** 104:5

**experience** 28:19 42:8 100:12,15

**experienced** 10:24

**explained** 11:2 47:17 76:19,22

**explaining** 36:6

**explanation** 127:25

**extended** 16:18,24

**extent** 80:24

**extort** 93:3,4,9

**extortion** 42:13,15 43:3 93:2

**extra** 46:8

**eye** 113:10 123:14

**eyes** 33:5,7 84:16 85:5 113:18

---

**F**

**fabricated** 7:2

**face** 32:22,25 33:3,6,9 36:10 83:13, 21,24,25 84:1,2,10,12 85:7,18

**face-to-face** 10:2,5 32:1

**faces** 10:16

**facilitate** 81:19

**Facilitator** 118:22

**fact** 43:7 74:25 91:13,14,24 98:17 115:5

**factor** 41:4

**facts** 44:1

**fades** 7:8

**fair** 13:4,7 24:16 28:23 40:22 41:1 52:1 77:24 92:18 94:1 100:18 111:15

**fall** 31:6 39:11

**falling** 29:14

**familiar** 56:17,21

**family** 11:19 78:6,15,18,20 83:17 125:17,24 126:11

**fearing** 101:9

**February** 46:19,20 47:1,4 49:1,9,12, 21 50:8,13,14,15,16 53:15 94:2,3 100:5

**fee** 73:19 111:9

**feel** 77:20 80:2 121:7

**feels** 123:11

**feet** 106:5,6

**felt** 80:16

**feuds** 60:23

**fight** 54:15 97:2,9 98:24 101:20,22 102:9,10,15 112:8,11,13,18,20,24 113:3,6,11,14,16

**fights** 101:16,17,24 102:1

**figure** 20:23,25 43:19

**file** 102:8 121:2 129:17

**filed** 12:22 23:8 124:25

**filings** 7:19,21

**find** 60:9 65:22,23 66:23,25 67:1 102:7

**fine** 106:6,8

**finesse** 124:9

**finger** 81:1

**finish** 5:19 14:25 15:19 52:6

**finished** 15:1

**fired** 93:13 94:12,16,18,24 95:1

**flight** 106:14

**focusing** 49:18

**folks** 119:8

**follow** 116:23

**force** 121:20

**forgot** 20:8

**formal** 17:25 23:9

**format** 83:17

**forms** 13:6,9

**forward** 26:2 29:25 30:4

**found** 91:12 124:15,17,24

**fourth** 27:23

**free** 15:17 128:23

**freedom** 16:16

**Friday** 11:16

**friends** 41:17,20 78:17,21 83:17 95:22 96:6,14 97:4,20,22 125:13,15, 17 126:11,16

**front** 6:17,18 107:5,10

**froze** 96:18,23

**frozen** 96:21,22

**Fuck** 54:6,9

**fucked** 76:24

**funeral** 73:25 75:2

**furnished** 110:25

**futile** 81:6,9,12 100:24,25

---

**G**

**G-R-E-G** 76:5

**gain** 83:9

**game** 59:18

**gang** 36:24 54:19 57:5,6,9 59:8 61:4

**gangs** 60:24 61:1

**Gangster** 56:18,22 57:2 58:7,10,16, 19,22,24 59:2,21,23 60:4,17,19,23

**Gary** 100:3

**gave** 10:9 17:6,7 30:10,18 35:8,9,11, 14,16,20,21 36:6,9,10,16,21 42:2,9, 14,16,17,21 44:19 47:15 52:11 56:13 71:25 73:22 74:21 88:10 115:25 127:25

**GBCI** 118:14,16

**GDS** 57:16

**GED** 15:19

**general** 4:20 7:6 9:2,25 10:1,24 13:3 58:25 69:13,17,18 104:10 116:11

**generally** 11:11 27:5 57:1,13 58:8

**genuine** 70:4,20

**girl** 84:24

**gist** 47:16 48:2 116:9

**give** 4:6,18,19 5:14 9:22 11:6 12:14 28:12 30:20 34:8,9,13,14,16,17,18 35:3,9,11,12,22 36:1,4,7 39:16 42:5, 11,21,22,24 43:3 83:8,10 85:15 96:21 120:24 124:19 128:20 129:20

**giving** 84:7 85:1 90:13 121:5

**Gmail** 126:9

**good** 3:7 29:12,13,22 113:13,16

**gotcha** 52:13

**gotta** 18:9,13 57:23 73:13 106:12,13, 14 110:13

**gourd** 82:7

**government** 123:11

**grade** 15:23

**Gras** 32:20 33:6 84:15

**Green** 25:19,20,22 26:2,3,5 63:21 76:16 77:18 79:18 87:8,20 91:4,5,12,

---

17,23 93:15,25 116:18 119:10 120:4, 16

**greeted** 120:7

**Greg** 75:24,25 76:1,4,8,9,17,23

**grounds** 9:20

**group** 23:3,9 28:5,17,24 36:24 54:19 57:9,10 97:16

**groups** 57:7

**Growth** 57:3

**guarantee** 128:24

**guard** 43:13 81:17,19 82:11 89:12,17 98:4 107:12,14,16,21,24 108:16 110:3 120:3 122:14 123:1,3,9,16

**guards** 69:9 79:20 81:23,25 95:3 98:5,7 108:8 119:18 123:25 125:18

**guards'** 120:9

**guess** 4:15 7:7 8:7 20:4 25:9,12,13,15 26:8 27:9 29:21 30:8,9,18 31:24 33:15 34:5,20 35:17 41:2 43:18,21 57:4,11 62:14 68:16 79:6 84:5,6,16,23,25 95:18 98:20 106:6 107:18 112:1

**guilty** 16:6,8,10 124:15,17,24

**guy** 38:5,6 75:24,25 88:1 109:13

---

### H

**half** 12:10 125:17

**halfway** 106:23

**hall** 64:1 76:10 91:8 101:5 103:23 106:21,25 107:5,10,11,19

**halls** 63:21,23 79:17

**hallway** 110:4 115:5

**handcuffed** 113:10

**handcuffing** 34:5

**handcuffs** 113:9

**handed** 72:14

**handwritten** 103:20

**happen** 23:4 26:24 31:3 39:17 42:8 58:14,15 71:3 95:16 98:11,15 102:13 123:18 126:17

**happened** 17:18 28:10,20 47:5 51:8 53:11 59:8 63:16 76:19,22 77:1 78:8, 10,23 82:4 93:5 94:5,6,7 96:8 97:23

101:4 102:19,22 110:6 113:20 115:21 116:6 117:10,11 120:24,25 121:6 125:10 126:17

**happening** 28:11 32:15 98:16

**harder** 81:15

**hardest** 89:11

**harm** 41:24

**head** 5:13 40:17 48:24 51:6,8 52:3 62:11 85:15

**health** 6:2 103:8,10,13,21 104:2 114:5,6,9,13,18,22 118:8 119:2

**hear** 17:4 87:14,15 96:19,20 109:11

**heard** 35:21 52:1 65:5 67:16,24 70:10,12 78:20 86:5,7 87:22 88:4,6, 11,12 90:24 91:2,8,10 92:15 93:4,6,7 95:3

**hearing** 8:21,22 11:12 18:1

**hearings** 29:4 60:12,16 125:5

**helped** 97:2

**helping** 23:22,25 81:19

**Henderson** 21:6,9 23:15,22 24:16,24 25:5,7,14,17,24 26:4,19 27:7 31:20 33:17 37:15,17,18,22 38:4 46:10,14, 16,25 49:3,9,13,19 50:5,8,11,18 52:9, 13 53:3,7,15,23 54:2,6,9,16,18 55:8,9, 16,17 59:23 60:3 61:5 63:9 67:16,20 70:2 71:14 74:3,14 82:20 84:23 85:19 90:19 95:9 98:10,18 99:16 101:18,23 102:9,16 105:13 111:4,13 112:2 121:8 124:15

**Henderson's** 50:2 53:17 54:23 71:12 121:16

**hey** 35:21 41:10 42:9,20 43:24 44:18 62:10 86:5 88:5 99:1 101:8 108:8 127:4

**high** 15:19

**highest** 15:15,21

**history** 17:16 61:14 101:7,11

**hit** 40:17

**hits** 41:3

**Hmm** 14:23

**holding** 111:10

**honest** 65:17,18

**hope** 124:14,17

**hospital** 92:13 95:5 111:20 113:2 114:1 115:18 118:2 126:18

**hostile** 109:20

**hours** 68:11

**housed** 63:18

**HSU** 98:8,9,13 103:8,21,24,25 104:1, 5,7,9,13,21,23 105:9,18,24 106:1,4, 15,22 107:1,6,9,16 108:21,22 109:13, 24 110:6 111:4,11 112:9 113:11,24 119:8

**hurt** 42:3

---

### I

**idea** 23:6 31:7 64:9

**identity** 88:7

**illegal** 69:1 123:10

**impact** 117:16

**implied** 42:1

**imply** 54:15,17

**important** 66:7 99:17

**impossible** 87:19 98:15

**impression** 35:2 57:25

**in-person** 11:4

**inaccuracies** 114:12

**inappropriate** 82:21 83:2 91:19

**incarcerated** 17:12 18:17 76:16

**incarceration** 15:24 16:1,14,20,24 17:11

**incident** 31:2 37:21 38:10 53:10 94:20 96:8 97:23 101:17 102:18 103:4,5 118:17 126:3,21

**incidents** 49:15 52:11,12 72:4 116:20

**include** 83:13

**including** 7:20

**indicted** 80:1

**indirect** 62:23

**indirectly** 50:5

**individual** 23:2 24:6,9 31:23 32:2 36:20 69:25 88:2

**individuals** 124:12

**information** 6:25 33:10 74:22 95:2
96:4 99:11 100:10 116:13

**initial** 38:10 39:6

**initials** 21:5

**initiate** 125:2

**initiated** 20:6 125:3

**injury** 19:4

**ink** 111:23,25 112:1

**inmate** 13:2,4,8 21:4,5 30:13 60:18,
20 67:19 70:13 71:13 78:13 81:16
82:10 88:8,12 98:21,23 99:1,2,3
101:8,10,11,20 105:13,14 109:22
119:10,14,16

**inmates** 8:25 9:1,2,6,7,9,16,25 10:3,
5,8,13,14,18 11:6,9 27:9 30:14 34:2
42:9 51:25 54:25 61:22 75:21,22,23
77:4,8 79:7,10,17 82:6,13,22 83:3,8,9,
11,20,21 84:4,5,7,8,9 86:2,5,8,10
87:11,22 88:7 89:11,16,17 90:5,8,11,
12,23,25 91:4,5 92:5,17 93:19 95:3,4
96:5 97:2,3,8 101:24 105:9 108:7
109:6 110:2 118:11 126:11

**inmates'** 9:13 10:9 90:12

**input** 28:12

**inquiring** 69:22,23 129:17

**insert** 111:23

**inside** 6:18 78:11

**instance** 93:8

**institution** 10:3,17 12:1 13:6,19
25:18 28:9 41:8,20 45:4,12 55:13
60:15 76:12,14,15 78:3,7,10,11,13
87:8 91:17,23 92:8 96:6,15 97:17,20
98:22,24 100:3 102:8,11 108:12 111:1
112:15 118:19

**institution's** 29:3

**institutions** 21:11 29:6,9 62:3 90:25
91:6

**instructions** 4:19

**interacted** 25:17

**interaction** 23:16 31:13 37:22 52:4
63:4 67:10 72:2 74:20 116:16

**interactions** 22:18 23:14 25:24 26:1,
23 27:18 49:3,18 71:23 75:9

**intercom** 105:25

**interested** 107:8

**interfere** 6:3,5

**interrogatory** 11:3

**intertwined** 38:1

**intertwining** 127:20

**interview** 95:5

**interviewed** 118:8

**investigate** 71:2 93:24 119:12

**investigating** 33:23

**investigator** 111:16

**involved** 23:5 27:24 28:3 33:22 81:22
82:11 96:3 98:4,7 125:1

**irrelevant** 9:9

**issue** 31:21 34:3,6 36:4 55:8 93:1
101:8,9 104:2 127:8

**issued** 40:1,3 41:7 46:1,3

**issues** 6:2,5 7:12 32:14 97:13 109:17

**J**

**J-A-L-E-E-L** 32:5

**Jaleel** 32:5,7,8,11,12 33:10,22 34:4
35:7,9 36:5,19,23 37:17,25 38:1,3,8,
11,13 39:1,3,12,15 43:5 45:17 46:8,23
47:9,10,21,25 48:3,6 49:11,22 50:7
51:19 52:14,19,22,25 53:4,22 55:9,17
56:8 57:17 63:13 66:3,11 76:20 82:25
83:1 84:20 85:10,20,25 86:20 87:3
88:17 89:3,5,6,21 90:20

**Jaleel's** 90:12

**January** 46:18 64:13

**job** 15:9 113:13,17 121:15 122:17,18
123:19 124:19

**joke** 112:22,23

**Jonathon** 3:14 96:22 128:11

**judge** 6:17,18,20

**judgment** 128:16

**judicial** 122:23 123:21

**justice** 20:24 123:2,3,9 124:2 129:3

**justification** 42:12

**juvenile** 18:18

**K**

**keep-separate** 98:21

**keeping** 73:6 99:3

**Kevin** 128:2

**kind** 7:8 30:3 31:10 33:5 44:17,21
67:4 93:6 99:24 115:4,8 123:7 124:11
126:24

**knew** 10:8 26:21 31:23 32:11 41:23
44:25 51:21 55:17,22 56:13,15 66:13
74:9 84:3 93:23,24

**knowledge** 19:15 20:2 29:16 36:25
41:22 49:23 69:10 100:16 121:20
127:14,17

**L**

**lady** 92:21

**language** 129:19

**late** 53:15 64:8

**launch** 59:13

**law** 120:11

**lawsuit** 12:21 13:23 19:24 20:10
23:23,25 59:16

**lawsuits** 19:17 20:12

**lawyer** 18:11

**lawyers** 125:18 126:11

**leadership** 60:8,13

**leading** 46:5,13

**learned** 33:10,13 70:22 95:6

**learning** 32:18 99:8,10

**leave** 24:19,20,21,22,24

**left** 25:3 71:11 118:4

**legal** 4:21 7:17,18 9:14 10:14 22:20
23:7,9,21,22 24:10,11,14

**letter** 53:9,10 126:1

**letters** 13:10,18 14:15,16 125:9,20,
21,22,25

**level** 15:15,18,21 80:17 106:11

**lied** 6:24

**life** 17:19

**light** 64:6

**limit** 53:13

**limited** 27:18 91:3

**limits** 29:5

**list** 125:19

**listening** 68:2

**litany** 119:20

**literally** 94:13

**litigate** 124:7 125:23

**litigated** 124:25

**litigating** 13:15

**litigation** 129:6

**living** 15:8

**lock** 31:8 40:17

**locked** 102:5

**long** 21:9 37:5,8 106:7 107:13 112:13, 17 128:7

**longer** 107:19 114:17 119:13

**looked** 43:24 111:2,23 112:15

**lost** 59:18

**lot** 14:5 16:20 22:21,24 23:3,4 27:25 28:14 32:10,14 35:10 44:3 49:15 77:17,18 80:23 89:9 98:5 99:19 116:15,24 117:11 120:6

**loud** 87:15

**loudly** 51:23

**loudspeaker** 104:9,14

**lower** 80:17

**lunch** 64:20,24

**lying** 88:13 94:25 116:22

---

**M**

**M-A-H-E-R** 79:16

**made** 35:14 43:5 45:19 73:14 81:4 99:13 108:14 116:20

**Maher** 79:16

**make** 9:24 21:20 31:14 33:16 37:14 46:22 54:5,8 109:18,19 118:11

**making** 55:16 95:9 116:22 124:8

**mama** 126:16

**man** 18:8 41:2,11 43:9 64:5 69:22 86:5 88:5 119:24 125:17 129:9,10

**manipulation** 124:10

**manipulative** 124:13

**March** 46:13 49:5,14 50:19 53:16 77:7,13 92:9,11 94:3,5,7 100:5 101:18 102:20 104:5 117:8

**Mardi** 32:20 33:6 84:15

**marijuana** 89:19,23 90:2

**markings** 84:1

**mask** 32:19,20 33:6 84:14,15

**masquerade** 84:14

**matched** 43:20 44:2

**matter** 24:11,13 74:24 91:13,14,24 113:12

**matters** 23:22 24:10

**means** 57:23 58:4 94:12,13 108:5

**meant** 41:14 66:4 71:20

**medical** 118:18 119:4

**medications** 5:25

**meet** 21:13 22:12 25:5,6 26:4 61:15, 20 106:19 107:9

**Meli** 92:20

**member** 11:21 59:2,23 60:4,7 78:14

**members** 11:13,22 77:15 78:15

**membership** 61:4

**memory** 6:6 7:5,8,9,11 22:9 53:5 103:3,5

**mental** 118:8

**mentioned** 67:20

**mentioning** 36:19

**message** 37:25 86:20 127:5

**messages** 31:25 32:2 37:23,24 62:22

**messing** 84:24 93:19

**met** 21:16,21 22:17 25:13 36:17 105:16

**metal** 110:13

**mid** 31:8 50:15,16

**middle** 35:13 36:15,18 37:7 81:1 106:25 107:1

**middleman** 36:13

**might've** 28:8

**Miller** 118:22,23

**mind** 70:21 113:12 129:17

**mine** 113:17

**minute** 19:23 37:12

**minutes** 61:8 106:9,17 107:15,16,19

**misconduct** 79:22,23 80:2 123:10

**misdelivered** 35:25

**misheard** 17:10

**misleading** 6:24

**mistake** 35:14

**misunderstood** 44:5

**mixed** 36:12

**moment** 14:14

**Monday** 117:22,24

**money** 42:19 45:1 51:20 83:9 90:12, 13 93:3,4,9

**month** 39:7 63:12

**months** 39:8 103:18

**moral** 97:12

**morning** 68:15

**mother** 12:3,4,5,9,14 20:6

**motion** 8:8 129:18

**move** 15:2 21:2 75:22 108:12

**moved** 63:23 101:5

**movement** 108:17

**multiple** 46:5 79:6 99:5 118:7

**Muslim** 32:8,10 37:1,2

**Muslims** 32:10 58:16

**must've** 35:19

**mutual** 29:19

## N

**naked** 32:17 33:3,22,23 71:4

**named** 32:11 75:24 79:16 93:15

**names** 9:13,16 10:9 30:15,17 45:7 48:17,23 85:8 92:17 119:4 120:9

**nature** 9:12 40:5 78:21

**neck** 111:22

**negative** 57:8

**neutral** 29:12,17,20

**news** 89:18,19

**nickname** 32:4 76:3,7

**nineties** 59:22

**nod** 62:11

**nods** 5:13 62:11

**normal** 44:15 104:12 108:6

**North** 63:20,25 64:1

**note** 5:12 114:13,14

**noted** 9:17 57:18

**notes** 7:22 8:10,12,13

**notice** 3:14 68:20

**notified** 12:12 55:4 74:18 91:18 93:16

**notifies** 89:13

**notify** 70:3,18 127:23

**notifying** 12:7 13:14,17 125:13 126:19

**November** 39:9,12

**number** 90:6,7

## O

**oath** 3:2

**object** 9:19 17:15 18:8,10,12 57:22 58:3,4

**objected** 18:7

**objection** 9:8,17 57:14,18 59:11

**obligation** 4:21 129:4

**occasions** 50:11,12 98:25

**October** 39:9,11

**October/november** 46:24

**odd** 104:20,22

**officer** 43:11 47:12 61:21 62:2 79:15 105:1,2,7 106:20 107:4,9

**officers** 79:9 89:9 94:11,15,21 110:12,17 113:13 116:1 127:18,24

**official** 45:3

**officials** 60:10,14 99:7,21 119:9

**one-on-one** 23:14 24:17

**open** 19:10,12,14

**opinion** 113:17 124:19,21 125:6

**opportunity** 122:3,5,7

**opposing** 12:24

**opposite** 51:3,4 100:13 101:14

**ordeal** 76:22

**order** 97:5 99:4

**organization** 56:17,22,23,24 57:12 58:7 60:6

**organizations** 57:1,8

**organized** 60:17,20

**originally** 34:22

**originals** 125:22

**other's** 9:15 10:16

**outlining** 79:11

**over-the-tier** 86:4

**overheard** 48:7 72:10

**owe** 42:10,21

## P

**p.m.** 61:10 68:14,16 102:23 129:24

**Pamela** 45:6

**paper** 72:15 83:17

**paraphrasing** 39:20 70:8 116:5

**part** 23:10 96:1 119:12

**parties** 31:22 56:2

**parts** 32:22,23 33:8 85:17

**pass** 104:17,18 105:22,24 106:2

107:22 108:5,8,9,10,11,13,14 109:21 110:9

**passage** 7:7,10

**passes** 105:21,22

**passing** 27:11 61:22,24 62:11

**past** 27:8,10 61:23 82:3 99:22 116:20

**pay** 42:4,5,18,25 47:22 51:5,7,12,14, 17,19,20 70:14 73:13,20 74:22 82:14 93:10

**paying** 70:16 73:19,24 74:24 111:9 112:3,4,7

**pen** 111:14,23,25 112:1

**pending** 19:5,7,9

**people** 8:20 13:14,17,19 14:12 23:4 31:23 35:10 40:9 41:9 42:18 48:12,15 50:22 55:17 56:1,6,15 57:9 58:9,12, 19,25 59:1 66:9,18 69:11,12 72:18 77:21 78:17 83:23 85:3,8 86:4 87:2,5, 6,14 88:4 90:5,6 95:20 97:16 105:21 118:18 125:13 126:16

**pepper** 113:18

**percent** 86:24

**period** 15:24 27:1,2,6 29:11 68:15 77:10

**perjury** 4:25

**person** 12:12 22:24 24:2,3,4 27:23 28:1 35:10,13,14,15,16,18,24 36:7,8, 9,11,18 42:10 43:8 55:1,10 74:6 81:14 86:23 89:15 91:13 92:14 99:2 101:2, 5 112:25 115:13 118:1

**person's** 36:16

**personal** 90:6

**personally** 68:24 126:2

**perspective** 29:23

**phone** 29:6 90:4,6,7,9

**phones** 90:4,14 91:19

**photographs** 32:16 83:19

**photos** 70:14,15,16 83:21

**physical** 40:12

**physically** 6:14,18 85:4 94:14

**picture** 43:24,25 83:22 84:10 85:2,4, 6,7,15,16,17 86:1,5,14 87:4,6 88:5 111:21

**pictures** 32:21,24 33:1,3,7,11,13,14,
18,22,24 34:2,5,8,9,13,19,21,24 35:1,
4,9,19,20,22,25 36:1,5,17,21,22 37:6,
9,11,17,21 38:1,2 39:16 40:4 42:2
43:8,15,21 55:5,6,7 62:7 65:17,18,22,
24 66:1,2,8,10,16,20,23 69:23 70:22
71:4 73:6,7,9,10,14,16,17 74:10 83:7,
11,12,13,14,16,18,23,24 84:4,7,12,13,
21,25 85:9,11,12,22 86:3,19,22 87:2,7
88:5,13,18,19 89:24 90:2

**piece** 72:14

**pin** 70:6 87:1

**place** 28:13 98:13 99:4 128:22

**Placement** 97:24 100:20

**plaintiff** 19:20,22 20:9,12

**plan** 48:3 121:21 124:22

**planning** 59:19

**play** 40:2

**played** 119:13

**playing** 59:18

**plea** 16:4,5

**pled** 16:6,8,9

**plot** 96:2

**pocket** 129:13,15

**point** 88:14 104:10 115:6

**police** 113:8

**policies** 29:3 81:1,2

**policy** 28:10,13,19

**politics** 30:8

**pop** 66:15

**popped** 92:21 104:8

**Population** 69:13,17,18 104:10

**porn** 30:10,20 32:15 42:21,24 43:9,
10,13,15,17,18 44:6,10,11,15,16,18,
21,23 45:3,5,7,15,21 46:21 47:8,10,
11,12 48:4 66:25 67:1 76:20 83:7
84:5,7 85:14 89:20,24 90:13

**pornographic** 85:2,9 86:1

**pornography** 30:11,18 31:3,18 32:13
46:21

**poses** 43:21

**position** 33:17,21 60:8,13

**positions** 60:11

**possession** 44:7

**potential** 16:24

**precautions** 95:17

**preceding** 103:11

**predominantly** 62:3

**prefer** 25:11

**prepare** 128:17

**present** 17:11 65:5,8

**press** 69:9

**pressed** 69:9

**pretty** 20:23,25 29:17 51:23 66:5
103:3,5 110:24 119:17

**prevent** 5:22

**previous** 6:10

**previously** 24:1 44:3 66:19 115:25

**price** 73:7

**prior** 17:11 21:15,16,22,23,25 22:2
25:25 26:1 45:25 49:8 51:17,18 52:15,
17 53:21 54:2 62:8,16 66:8 76:25
101:17,22 102:9

**prison** 11:10 15:7 16:12 22:13 30:8
40:9 44:15 45:3 60:10,14 77:15,24
78:14 79:3,5 81:8,11 82:7 99:7,21
101:12 114:24 116:11,17 117:2 119:9,
15 122:17 126:8,10,13

**prisoners** 28:4 87:18

**private** 12:6

**probation** 16:12

**problems** 7:5,9 103:13 104:3 122:24

**procedure** 104:12

**proceeding** 6:25 20:7 125:2,3

**proceedings** 121:12

**process** 18:14 20:5 119:15,16

**Program** 118:22

**property** 29:5 97:12

**proportional** 9:10

**prosecute** 122:13 123:17

**prosecution** 122:20 125:5

**protruding** 111:22

**provide** 97:12 121:11,15 129:13

**provided** 6:24 108:6

**providing** 84:6

**Prude** 3:1,7,9,16 9:8 15:2 17:15,24
18:6 21:3 57:14,21 59:7,12 61:13
96:24 114:17 119:19 128:6,10,21
129:7,9

**PSU** 11:15 91:10,16,22 92:14 93:14
94:20 118:8,22,25 119:8

**psych** 117:15

**psychiatric** 118:18

**psychiatrist** 117:15

**psychological** 118:18 119:1,2

**pulled** 118:1

**purpose** 57:1,2,4

**pushing** 82:13 85:21

**put** 82:3 98:8,20,23 99:3,22 100:22
101:2,10,11 108:21 113:9 122:12,17

**putting** 90:12 98:12 100:13

**puzzled** 105:20

**Q**

**qualified** 4:15,16

**quarter** 106:23

**question** 4:11 5:4,8,20 9:21,22 16:22
18:4,16,25 55:19 57:19,24 58:5,6
96:13 98:3 101:22

**questioned** 55:5 98:6

**questions** 5:2 9:19 10:14,15,22,25
11:3,5 15:3 17:17,21 23:21 59:14
77:11 91:21 110:18 115:6,21,22 116:3
117:1,2,10 120:1 128:5

**quick** 92:19

**quicker** 20:24

**quote** 54:6,9,10 129:18

**quoting** 54:10,11,14

*Madison Freelance Reporters, LLC*
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 06/09/24    Page 46 of 51    Document 36

## R

raise 109:18

random 118:9

range 23:13 27:3,5 28:5 86:8 88:4

ranges 87:11,23

rare 62:2 98:11

reached 110:6

read-ins 16:9

reading 3:15

reads 96:25

real 32:4,9 62:13 70:24 76:6 79:19 88:16,19 92:19 120:3,5

real-life 45:5

reality 84:22

reason 34:14 42:7 56:13 66:6,7,15,17 70:21 77:16 80:19,21,22 93:21 117:20 123:4

reasons 115:25 118:9 119:1 127:21

recall 27:12 85:8 119:22

received 83:16

recess 61:9

reckless 19:4

recognize 87:25 88:9

record 9:17 58:3 60:10 69:7 102:2,7 128:8,9 129:8,23

recorded 69:8

recording 69:1,3,4

records 20:23 69:6 102:8 114:5,6,10, 13,18,22

red 120:3,4,5

refer 21:5

referring 74:17,20

refers 21:4

refused 116:25

refusing 9:20 18:5,10,13 57:20 58:1

regular 68:11 110:1,16

reiterating 47:25

related 8:8

relates 29:3 92:6

relation 106:22

relationship 21:8 22:14 29:10,18,19 30:2,5 89:20 91:20

relationships 82:21 83:2 90:24

relatives 126:16

released 16:14

relevance 57:14

relevancy 9:19,20

relevant 12:7 57:15 59:14

remains 18:3

remember 7:11 9:23 11:13,23 12:11, 12 13:13,22 14:2,5,9,19,20 19:3 22:18 23:14,16,19 24:12 25:8,23 26:1 28:21, 23 29:1 31:4 32:6 36:14,15 38:7 39:22,24,25 40:2,8,13,22,24,25 47:18 48:1,2,17,20,22 62:5 63:5,19,20,22 64:7,11,15,19,23 65:1 68:9 70:7 71:7 72:6 75:5 87:3,5,6 92:17,20,23 105:2, 5,6,14 109:15 116:3 117:25 118:24 120:8,10

remembered 43:12

remotely 6:20 69:3

repeat 23:12 63:1 77:5 96:13

repeatedly 101:1

rephrase 53:2 93:18 101:22 107:7

report 70:21,25 71:6,9,15,18 75:19 77:20,22,23 79:21,24 80:6,8,11 81:7, 13,18 83:12 98:19 102:2

reported 98:25 99:16,17 100:1,2,3

reporter 3:13 5:11 15:13 96:20,25

reporting 80:3 82:5,7,15,16 99:20 100:12

reports 60:15 121:1

representative 20:25

request 69:5 97:24 100:20 103:16,20 128:11,14,24 129:20

requested 102:12

requesting 92:7 128:10 129:11,12

requests 8:7 13:2,4 97:25 103:10 123:6 129:11,14

required 9:18 12:11 18:4

requires 17:20 81:1 129:15

resolution 112:21

resolved 31:16,17

respond 10:18 41:12 48:4

respondent 20:8

response 17:4

result 16:4

RESUMED 61:11

retain 125:24,25

review 7:13,15,16,21,23 8:4,11

reviewed 8:2,10 114:5,6

rhymed 30:15 35:5

ring 84:6

risk 100:23

robbery 16:2,6,9,10

rode 10:4

rodeo 4:18

role 60:6

room 48:16 51:4,22 106:15 110:10,24

rotating 41:17

rotten 123:24 124:1,3

roughly 46:23

rounds 118:10

route 107:8

rules 18:7 116:23

rumor 84:21 88:15 91:3

rumors 34:1 90:15,23 91:7

running 84:5

ruse 42:18

## S

safety 40:11 70:19 92:1,5,6 99:20 100:22 101:10

sandals 52:7

Saturday 117:21

scare 105:22

scene 111:2

school 15:19

Scoop 30:15

screen 96:18

search 65:21,23 66:22 88:21,22

seat 110:10,19,22,23

seconds 112:16

secret 83:7 84:18

secretary 127:9

security 36:23 54:19 70:3,18 71:9,10, 16,17,19 74:14 80:19 82:2 91:25 92:2 114:24 115:4,8

seeking 129:14

Segregation 26:18,21,24 69:12,14, 16 92:12

sell 59:1 83:20 85:11

selling 34:2 83:7 84:3,8 85:1

send 14:15,16 31:24 32:2 72:18 125:25 126:20,22,23 127:1 128:23,24

sending 90:11,13

sense 108:14

sentence 16:11,12,13,17 17:7,8

sentenced 16:23

separate 82:10,12

separated 100:24 101:13 102:12

separation 97:25

September 39:9

sergeants 110:15

Service 103:10

Services 103:8,22 119:2

set 33:7 87:23 90:14 98:12 118:7

sexual 89:20 90:24

shakes 5:13

shared 99:11

shares 23:6

she'd 71:6 118:12

she'll 67:4,6

sheriff 120:15

Sheriff's 127:15,19,22

shirt 80:7,9,11 93:14 113:9

shirts 79:8,10 80:4,16

shit 42:25 74:24

shook 51:6,8 52:3

shortly 129:1

show 32:22,24 33:3

showed 32:22 111:21

shower 46:18 47:4,16 48:12,16,20,22 49:20 50:8,10,20 51:4 52:6,11,12,21, 23,25 53:1,2,6,23 95:11

showers 61:23

shown 124:12

shows 113:5

shrugs 5:13

single 12:12

sitting 110:17

situation 30:9 31:16,25 32:1 42:6 76:19,20,21 95:6 96:16 97:5 101:4 107:25 116:6 118:6 119:21 120:17 121:22 122:1,13 123:15 124:20,21

situations 84:11 99:5 100:25

skeptical 124:11

skip 26:2 29:25 30:4

skipped 30:3 49:15,16

skipping 46:12

slip 98:8,13 108:21

smuggle 89:16

smuggled 88:24 89:7

smuggling 79:19 80:5 89:14,19,23 90:3,4 123:1

Snoop 30:15

soap 42:10,11

social 57:7,10 120:9

sock 40:17

sold 85:12

solidified 84:19

sort 62:22 97:13

sound 102:23

sounds 4:17 16:20 45:12 87:15 97:15,17

South 63:20,24

span 17:19

speak 11:25 31:20 46:16 58:11 109:6 120:7,18

speaking 29:23

special 89:14 97:24 100:20

specific 4:12 7:9 10:9 23:23,25 25:23 27:12 40:18,25 44:17 45:12 47:23,24 48:1,2 51:16 61:2 83:10 85:8 87:1 100:16 116:3,13,20 117:21,25 118:7

specifically 8:6 15:4 17:20 28:21 38:3 41:9,23 64:7 65:25 71:18 73:20 100:11 111:24 116:5 120:2

specifics 40:15 41:25

spell 15:13 91:11

spoke 11:13 37:18 38:13 46:14 55:24

spoken 6:8 62:8

Spook 30:12,13,15 35:6,20

spot 11:5

spray 113:18

stab 40:7,16

stabbed 78:18,20 91:21 92:4,9,10,13 111:8,13,14 112:9,10,23 113:1 117:21 119:17 122:14 125:14 127:24

stabbing 53:10,12,13,16,21 54:3 63:7 67:18 70:1 74:15,17 78:24 94:1,2,5,7 114:24 115:2,7,8,17 118:17 119:9 120:12 121:9 124:24 125:9,10

stacked 87:12

staff 11:10,13,21,22 77:15,18,24 78:14 79:3,4,5,6,13,15,22,23 80:1,5 91:10,15 92:7 94:16 114:24 116:11 117:11 119:1,5,9,15,21,24 120:6

stairs 106:11,14

stall 52:6

stand 110:21

standing 48:17 68:1,3,5 87:13 107:12 110:14

stands 47:21 48:5

star 45:7

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 06/09/24    Page 48 of 51    Document 36

**stars** 45:5

**start** 15:4 67:15 75:22 96:24 97:16 103:6

**started** 32:15 34:7 37:6 50:25 65:13

**state** 59:10 114:18

**stated** 23:20

**statement** 54:5,8 115:9,11,14

**statements** 121:5

**station** 110:16

**status** 26:22

**statuses** 29:8

**statute** 17:17,20

**stay** 121:3

**stayed** 16:12 17:8 25:1

**stereotype** 57:8

**stick** 37:14

**stood** 62:4

**straight** 114:1 116:18

**strategically** 98:12

**strategies** 9:11

**strategy** 7:22 8:12,13

**stuff** 13:3 19:10 21:12 32:23 35:11 59:1 77:17 80:23 99:20 113:10 116:15,22

**subject** 24:12 122:23

**submit** 97:24 100:19 103:20 123:5

**submitted** 7:2,25 8:3 13:5 54:12 99:9,18 103:10,16 112:15

**substance** 12:8 33:12

**sudden** 73:11,12

**sued** 19:25

**sum** 53:20

**summary** 13:7 53:24 77:25 100:18 128:15

**summer** 31:6,11 37:7 39:6

**Sunday** 117:22

**super** 4:18

**supervision** 16:19,25

**supervisor** 93:15

**supervisors** 79:10,11 82:2

**supplies** 61:23

**support** 20:4,6 97:12

**suppose** 82:20

**supposed** 32:15,16,18,21,24 33:4,7, 14 35:18 36:16,20 44:19 63:7 67:17, 18,19 69:25 70:10,11,13,25 74:15 92:22 96:1 101:3,6 116:23

**supposedly** 89:23

**surgery** 113:22

**surroundings** 95:19,21

**suspicious** 98:6

**sworn** 3:2

**system** 116:1 122:12,23,24 123:21, 22 126:10,14

---

**T**

**T.H.** 21:5

**tailored** 58:18

**takes** 106:7

**taking** 5:11 84:25 128:1

**talk** 8:15,20 9:14 10:6,15 21:8 31:24 37:13 45:7 47:3 48:3 61:13 63:3 75:23 77:3,7,14 87:11 91:15 97:13 101:15 108:16 109:9 115:4 120:16 121:4 125:8 127:18,19

**talked** 39:3 47:9 53:9 55:25 56:1,8,9 66:19 74:9,10,11 86:2 91:16 94:21 97:4 118:5 119:8 125:18 127:23

**talking** 6:14 10:7 11:11,17 15:4 22:23,24,25 24:5,9 27:5 28:1,2 29:1 36:5 47:9 51:21 53:11 63:9 86:8 87:14 88:1,3 96:8,13 100:5 109:21,22,23 117:14 118:25 122:19 125:16

**teeth** 103:15,17 104:2

**telling** 16:15 30:22 33:24 36:8 50:13 69:24 72:17 76:24 81:5 87:21 88:6 91:25 93:22 94:6 109:4 116:8

**tells** 41:5

**term** 16:19 17:11 20:8 57:6,11 94:10, 11,15,16 128:1

**terminated** 79:6

**terms** 29:12 50:4 55:15 89:22

**TERRANCE** 3:1

**testified** 3:3 14:14 79:3

**testify** 56:9 121:16,18 122:2,4,8

**testifying** 5:22 123:18

**testimony** 6:11,12,19 55:18,20

**Textbehind** 32:21 83:14,15,16

**theft** 18:18,19,23 19:4

**thing** 25:10 34:7 36:17 44:15 59:16 69:10 70:22 81:16 89:16 119:18 128:25 129:2

**things** 5:15 7:8,22,25 8:1,8 9:11 11:1, 19 14:1,5,8 18:2 29:7 37:14 62:11 70:8 80:25 86:6 89:11 91:18 95:21 100:24 116:22 117:12 126:11,18

**thinking** 35:7 71:1 88:21

**third-party** 37:24

**thought** 14:2 30:17,21 31:3 33:12,21 34:4,15,18 36:8,25 37:1 44:17 54:13 66:10 73:6 77:23 81:6 86:9,10,23 100:19 104:22 105:23,25 107:3 116:10 127:25

**threat** 36:24 40:1,3,5,11,18 41:3,6,13 43:5,6 45:24 46:1,3,5 47:20,21,25 54:19 55:1,10 69:24 70:19 73:11,13 74:18 81:20 82:10,11 91:15 95:10 97:10 99:12

**threatened** 88:20 95:10

**threatening** 40:21,24 45:20 81:17

**threats** 31:14 41:7 46:6 54:23,24 55:15 56:14 82:6 95:8

**three-quarters** 106:24

**Thursday** 11:16

**tier** 23:11,13 28:1

**time** 4:20 5:18 7:7,10 17:6 22:7,9,19 24:15,24 25:10 26:11,17,18 27:2,4,9, 13,16,22 30:1 31:14,15 36:15 37:10 39:3 41:19 43:19 48:21 63:18 64:3,18, 22 68:9,15 69:14,16,20,23 72:5,6,7,8 73:8,10,14,18 74:13,16 77:10,12,13, 17 79:18 100:19 105:10 106:17 107:4 108:3,4 118:4,7,12 125:23 127:9

**timeline** 46:22 49:8

**times** 3:19 4:4 6:19,22 22:21,24 27:8
35:10 37:10,16 38:13,16,17 43:25
46:13 72:3 118:9 127:7

**title** 57:7 60:8,13,14

**Titus** 21:6,9 23:15,22 24:16,24 25:5,
14 26:4 34:4 35:8 46:10 53:1,3,7 55:8,
9,15 56:8 57:16 59:23 60:3 61:4 63:9
66:3,11 67:16,20 70:2 71:12,14 74:3,
14 76:21 82:20 84:23 85:10,19 86:21
88:17 89:21 90:19 98:9,18 99:11,16
101:18,23 102:9 105:13 111:4 112:2

**today** 4:22,25 5:23,25 6:2,5 7:14 8:16,
19,21,24 9:4 10:12 11:7 129:19

**told** 9:25 11:18,19 13:21,24 14:6 17:6
35:5,17,19,22 40:14 43:9 44:2,3 45:14
47:6,8,10 48:5 51:13 55:5 56:10 57:22
63:6,8 65:17,18,22 66:8,25 67:16
69:24 70:2,12,15 73:23 74:2,3,7,13,
19,21,22 78:8 80:15 84:14 85:8,10
87:2,4 89:2 91:1,12,22 92:2,3,4 93:19,
20,21 94:8,19 97:21 101:6 103:17
104:7,13,16,20 106:1 108:20,24
110:23 111:21 116:7 119:12 121:2

**tool** 11:2

**top** 48:24 87:12

**topic** 29:9 79:2

**total** 72:3

**towel** 47:7

**transcript** 128:12,13 129:5

**transfer** 25:3,20 118:15

**transferred** 26:3 28:9 92:7 116:17
118:5,16

**transported** 108:3,5,7

**transporting** 35:19 61:22

**treated** 113:23 119:5

**treating** 118:14

**treatment** 29:8 106:15 107:20 113:21
114:19

**trial** 16:3 121:17 122:2,4,8

**trick** 42:18 44:24

**triggered** 31:19 73:17

**true** 46:12,15 86:10,12,13,17 90:10,16

**trust** 79:24 81:5,13,16 98:4,19 99:20,
23 101:12 116:7,10

**trusted** 84:11 96:7,15

**trusting** 115:25 116:1 124:11

**truth** 4:22,25 6:3

**truthfully** 5:23

**turn** 40:4 41:11 47:7,20,22 55:7 70:14
123:13

**turned** 52:5 68:25 69:2 86:11 111:14

**type** 6:15 30:16 32:1 43:15 59:1 89:14
97:7 117:16

**types** 32:25 58:25 77:19 80:2

---

**U**

**uh-huh** 5:16

**ultimately** 18:2

**unclear** 107:7

**undergrad** 15:19

**understand** 4:21,24 5:4,7 18:7,8,14
29:25 34:20 40:19 45:19 49:18 56:12
68:18 78:12 87:21 108:22

**understanding** 33:16 74:6

**understood** 5:8 10:16 17:3 40:21
47:24 128:3

**unexpected** 105:22

**Unit** 103:8,22 119:3

**unsure** 4:7

**unusual** 105:23,25 107:24

**upside** 40:17

---

**V**

**vent** 10:14

**vents** 10:7,15

**verbal** 5:15

**Verbatim** 39:23

**versus** 57:7,9 127:18

**vicinity** 30:17

**video** 110:25 112:14 113:4,5

**view** 45:1

**violence** 40:12 99:14

**visit** 78:8,10

**visited** 10:4 87:20

**visits** 11:19

**voice** 87:25 88:9

**voices** 87:14

---

**W**

**W-O-L-F-F** 91:11

**wait** 128:15

**waiting** 110:10,24

**walk** 27:10 45:22 106:7,9,12,13
107:13 109:16 110:13

**walked** 27:8,19 47:6 51:8 52:5 67:4,6
73:24 75:2 79:13,16 93:17 94:8,11,12,
14,17,22 95:7 110:7 123:4

**walking** 51:11 61:23 95:20 107:19
109:7 110:3,4

**wanted** 30:21 34:9,15,18,25 42:4
45:11 72:19,24 73:3 74:16,19 120:24
126:17

**wanting** 99:14 121:3

**war** 16:15 97:17

**warden** 99:25 100:1,2,6,8 102:12

**warm** 31:10

**Was't** 67:25

**waste** 100:19

**watch** 95:19,20,23 97:11

**Waupun** 25:4,5,7,14,16,23,24 116:16

**waved** 51:3,5

**weapons** 81:24

**wear** 69:13

**wearing** 65:9,11 68:20

**week** 11:18 12:10 118:3,10

**weekday** 117:23

**weeks** 103:11

**white** 62:3 79:8,10 80:4,7,9,11,16
93:14

**winter** 31:6

**wire** 72:18,25

**withhold** 124:9

**Wolff** 91:10,11,16,22 92:15,25 117:3,
19 119:7

**won** 112:18,19,24

**wondering** 78:17,19 81:21,22

**word** 39:18,19 40:2 74:7 94:9

**worded** 70:7

**words** 40:22,25 48:1,2 81:6 111:3,5

**wore** 69:11

**work** 5:21 110:15 123:2,8

**worked** 69:12 76:10 91:1,12

**worker** 11:16 91:10,16,22 93:14
118:22,25

**working** 81:14 122:25

**worry** 109:19

**would've** 43:12

**writ** 13:16

**write** 13:18 125:12,22 126:3,7

**written** 12:20,25 14:10,11,19 27:15
62:15,21 72:16 75:11 125:8,9

**wrong** 3:16 31:9 35:14,16 42:6 69:11
86:23

---

## Y

**y'all** 20:22 28:2 36:9 47:9,13,14,15
122:13,19 123:17,19 124:5,6,7,8,21
125:4

**y'all's** 123:20 125:4

**Yahoo** 126:9

**year** 14:4 25:8 103:18 125:16

**Year's** 64:13

**years** 16:12,18,23 17:9,19,22,23
21:11 25:10 102:5,15