

# Madison Freelance Reporters, LLC

## In the Matter Of:

TERRANCE PRUDE vs CANDACE DIXON

23-CV-1233

## JALEEL SCHULTZ

*June 19, 2024*



6400 Gisholt Drive, Suite 200 • Madison, WI 53713

Phone: (608) 255-8100 • mfr@madisonfreelance.com
www.madisonfreelance.com

1

2

3

4         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WISCONSIN
5
  * * * * * * * * * * * * * * * * * * * * * * * * *
6
TERRANCE PRUDE,

7
     Plaintiff,
8
  -vs-                                  Case No. 23-CV-1233
9
CANDACE DIXON,

10
     Defendant.
11
  * * * * * * * * * * * * * * * * * * * * * * * * *
12

13

14
     VIDEOCONFERENCE DEPOSITION OF JALEEL SCHULTZ
15
           Wednesday, June 19, 2024
16
                 1:09 p.m.
17

18        Reported by:  SANDRA L. McDONALD

19

20

21

22

23

24

25

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 2 of 16   Document 37

Page 2

```
 1       VIDEOCONFERENCE DEPOSITION of JALEEL SCHULTZ,
 2   a witness of lawful age, taken on behalf of the
 3   defendant in the above-entitled cause, under the
 4   Federal Rules of Civil Procedure, pursuant to notice,
 5   before SANDRA L. McDONALD, a Notary Public in and for
 6   the State of Wisconsin, from various remote
 7   locations, on the 19th day of June, 2024, commencing
 8   at 1:09 p.m.
 9               * A P P E A R A N C E S *
10       TERRANCE PRUDE,
             DOC Inmate No. 335878
11           WISCONSIN SECURE PROGRAM FACILITY
             P.O. Box 1000
12           Boscobel, Wisconsin  53805
             appearing by videoconference on his
13           own behalf;
14       JONATHON M. DAVIES and SAMIR S. JABER,
             Assistant Attorneys General
15           WISCONSIN DEPARTMENT OF JUSTICE
             17 West Main Street
16           Madison, Wisconsin  53703
             daviesjm@doj.state.wi.us
17           jaberss@doj.state.wi.us
             appearing by videoconference on
18           behalf of the defendant.
19                   * I N D E X *
20   Examination By:                              Page:
21   Attorney Davies                                  3
22
23       (There were no exhibits marked for identification)
24
25       (Original transcript filed with the DOJ)
```

Page 3

```
 1              JALEEL SCHULTZ,
 2       having been first duly sworn on oath,
 3       was examined and testified as follows:
 4
 5                  EXAMINATION
 6  BY MR. DAVIES:
 7  Q   Mr. Schultz, thank you for being here today.  As I
 8      said, my name is Jonathon Davies.  I am the attorney
 9      representing the defendants in Case No. 23-CV-1233.
10      I'm getting a little bit of distortion.  Can you all
11      hear me okay?
12              MR. PRUDE:  Yeah, I can hear you.
13  Q   Okay.  Mr. Schultz, have you ever been deposed
14      before?
15  A   Excuse me?
16  Q   Have you ever been deposed before?
17  A   I don't have the definition of what you're speaking.
18  Q   Okay.  Well, you're here today for a deposition in
19      this case.  Do you know what a deposition is?
20  A   Yes.
21  Q   Okay.  Have you ever been in a deposition before?
22  A   Yeah.
23  Q   Okay.  How many depositions have you been in?
24  A   I don't know.
25  Q   More than five?
```

Page 4

```
 1  A   Yeah, more than five.
 2  Q   More than 10?
 3  A   Yeah, more than 10.
 4  Q   More than 15?
 5  A   No.
 6  Q   Okay, all right.  So I'm going to start just kind of
 7      by explaining the process here to make sure we're on
 8      the same page.  Now, during this deposition I'm going
 9      to be asking you questions.  You're under oath.  The
10      reporter just put you under oath, and you'll be
11      answering the questions.
12          The reporter that you see on the screen is going
13      to be writing down the answers and the questions, and
14      the responses you give might be used in court later.
15      Do you understand that you have a legal obligation to
16      tell the truth today?
17  A   Yeah.
18  Q   And do you understand that you could be charged with
19      perjury if you don't tell the truth?
20  A   Yeah, but I don't even -- what am I here for?
21  Q   Well, we'll get into that in a minute.  For right now
22      I just want to make sure we're on the same page about
23      how this is going to work.  So if you don't
24      understand a question that I ask you, will you tell
25      me that?
```

Page 5

```
 1  A   Sure.
 2  Q   All right.  And if you answer a question, I'm going
 3      to assume that you understood it, okay?
 4  A   Yeah.  I said yeah.
 5  Q   Okay, all right.  Are you on my medications today
 6      that could interfere with your memory?
 7  A   No.
 8  Q   Is there any reason you wouldn't be able to tell the
 9      truth today?
10  A   No.
11  Q   All right.  And then kind of a last groundskeeping
12      thing, the court reporter is going to be writing down
13      everything, like I said.  She isn't able to write
14      down shakes of the head or shrugs of the shoulders,
15      right?  So please do your best to give verbal
16      responses instead of shaking your head.
17          And at the same time, we're on Zoom, which can
18      make things a little bit more difficult, so sometimes
19      there's a lag or sometimes people talk over each
20      other.  If that happens, I'll just ask you to let me
21      finish my question before you answer, and I will try
22      and do my best for you or the same for you, okay?
23  A   Yeah.
24  Q   All right.  So, Mr. Schultz, I'm just going to ask
25      you a few basic questions about your background, just
```

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 3 of 16    Document 37

Page 6

1   so we get a sense of where we're at.  Can you tell me
2   how old you are?
3 A 25.
4 Q All right.  And before you went to prison what did
5   you do for a living?
6 A I was in the streets.
7 Q And what's your highest level of education?
8 A 11th grade.
9 Q 11th grade, is that what you said?
10 A Yes.
11 Q Okay.  And when did you begin your current period of
12   incarceration?
13 A Seven years ago.  I was 18.
14 Q All right.  And what are you in for?
15 A Second degree reckless homicide.
16 Q Did you go to trial for that or was that on a plea
17   deal, a plea agreement?
18 A It was a plea deal.
19 Q All right.  And when do you expect to be released?
20 A Shit, 2046.
21 Q All right.  Prior to your current period of
22   incarceration were you ever incarcerated before?
23 A Yeah, in Lincoln Hills.
24 Q What was that for?
25 A Felonious assault and shit, breaking and entering,

Page 7

1   some shit like that.
2 Q Do you have any pending criminal cases right now,
3   cases that haven't been resolved yet?
4 A No, I ain't got no pending cases.
5 Q Okay.
6           MR. PRUDE:  All right.  I would like
7       to object.  His criminal background, his history
8       is irrelevant to these proceedings.
9           MR. DAVIES:  All right, Mr. Prude,
10       thank you.  Your objection is noted.
11 Q Mr. Schultz, have you ever filed any other lawsuits
12   as a plaintiff?
13 A Excuse me?
14 Q Have you ever filed any lawsuits as a plaintiff?
15   Have you ever filed a suit against anybody?
16 A No.
17 Q Have you ever been a defendant in a civil lawsuit,
18   not your criminal case, but civil cases?
19 A No.
20 Q All right.  Have you ever been a witness in another
21   civil lawsuit?
22 A No.
23 Q Okay.  Earlier you said that you had been deposed
24   previously between 10 and 15 times.  Were those in
25   civil cases?

Page 8

1 A You said disposition, meaning like I thought you was
2   talking about like some shit in here or something.
3 Q Okay, so let me clarify.  So a deposition, a
4   deposition is what we're doing right now where an
5   attorney or a party asks you questions under oath but
6   not in trial.  Have you ever been in a deposition
7   before?
8 A Oh, then hell no, no.
9 Q No, all right.  So we already touched on this a
10   little bit, but are you familiar at all with this
11   case, which is Terrance Prude against Candace Dixon?
12 A I'm familiar with it.
13 Q Okay.  What do you know about it?
14 A I mean, shit, I just was aware of what I guess took
15   place or whatever.  I still don't see what I've got
16   to do with this, though.
17 Q All right.
18           MR. PRUDE:  I would like to make an
19       objection.  There was a confusion between Jamil
20       and Jaleel.  There was -- I don't understand why
21       he's here, but Jamil is not Jaleel Schultz.
22       Jamil should be in that seat, not Jaleel
23       Schultz.  I think I corrected that previously,
24       that Jaleel is different from Jamel, just for
25       record purposes.

Page 9

1           MR. DAVIES:  All right.  We appear to
2   have a little bit of a mix-up then.  Mr. Prude,
3   can you spell the name of the inmate that you
4   believe is involved in the case?
5           MR. PRUDE:  I believe I filed it with
6   the Court.  I made a correction on the Court
7   that Jaleel Schultz is not Jamil, J-a-m-i-l, not
8   J-a-l-e-e-l.
9           Yeah, I guess it's a coincidence that
10   under the report that I received that it was a
11   couple people, according to Cushing.  According
12   to Captain Cushing, there was a couple people
13   who was supposedly involved with Candace Dixon,
14   and I didn't even know that this was allegedly
15   the individual.  But Jamil is the person that
16   identified Candace Dixon, and Jaleel is not a
17   relationship.  So Jamil is the one who should be
18   deposed and not Jaleel.
19           MR. DAVIES:  Okay.  So, Mr. Prude,
20   just to be clear, the person that you think
21   should be deposed is spelled J-a-m-i-l?
22           MR. PRUDE:  Yeah.  Jamie is the first
23   name.  Jamie's nickname is Jamil, not Jaleel.
24   But I guess in one of y'all's reports y'all
25   somehow found everybody that's supposed to be

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 4 of 16    Document 37

Page 10

1  having a relationship with her, and I guess
2  y'all just decided to depose him or something.
3  I don't know, but this Jaleel is not Jamil.
4  I don't even know this person. I've never seen
5  him before. I was in Green Bay, but I don't
6  even know him.
7       MR. DAVIES: All right. Let's go off
8  the record for a second.
9       (Discussion off the record)
10      MR. DAVIES: All right. We'll go back
11  on the record.
12 Q Mr. Schultz, what are your understanding -- or what
13  is your understanding of Mr. Prude's allegations in
14  this case?
15 A I was told that I supposedly did something to incite
16  somebody getting stabbed or something like that.
17 Q Who told you that?
18 A Dixon.
19 Q Okay. And when you say Dixon, are you referring to
20  Candace Dixon?
21 A Candace Dixon, yep.
22 Q All right. Do you know Mr. Prude? When did you
23  first meet Mr. Prude?
24 A I don't know this man.
25 Q All right. Have you ever spoken with him before in

Page 11

1  your life?
2 A I've never seen him a day in my life.
3 Q Okay, all right. I'll just tell you the
4  allegations in this also revolve around an individual
5  named Titus Henderson. Do you know a man named
6  Titus Henderson?
7 A No, never heard of him, never met him.
8 Q Okay. And just to be super clear on both of these
9  points, have you ever exchanged any correspondence or
10  any messages with Mr. Prude or Mr. Henderson?
11 A I never heard of any incident at all.
12 Q Okay. Have you ever written to them or received a
13  written letter from either of them?
14 A Never.
15 Q Have you ever communicated to either of them through
16  another inmate or a prison officer?
17 A Never.
18 Q All right. And, Mr. Schultz, are you -- have you
19  ever been in the possession of any pornographic
20  material while you were incarcerated?
21 A Excuse me?
22 Q Have you ever been in possession of any pornographic
23  materials while you were incarcerated?
24 A No.
25 Q Have you ever had nude photographs of any other

Page 12

1  inmate or prison official?
2 A No.
3 Q Are you aware of anybody you know having nude
4  photographs?
5 A No, um-hum.
6 Q Have you ever heard of another inmate having nude
7  photographs of an inmate or a prison official?
8  Mr. Schultz?
9       MR. PRUDE: I don't know what
10  happened. I think I went out or something. I
11  missed it.
12 Q Yeah, me too. Mr. Schultz, can you still hear me?
13 A Yes, I hear you.
14 Q Okay. Have you ever heard of another inmate having
15  nude photographs of a prison official or another
16  inmate?
17 A No.
18 Q All right. Mr. Schultz, in this case Mr. Prude
19  alleges that he was stabbed on March 11, 2023. Do
20  you know anything about that stabbing?
21      MR. PRUDE: Objection. I already made
22  a correction. It was not Jaleel, it was Jamil.
23  So it's irrelevant to say that I said anything
24  in reference to him, because I've already
25  corrected and clarified that Jamil is not

Page 13

1  Jaleel.
2       MR. DAVIES: I understand, and I'm
3  just simply asking if this Mr. Schultz knows
4  anything about it. If he doesn't, that's fine.
5 Q So, Mr. Schultz, do you know anything about whether
6  Mr. Prude was stabbed on March 11, 2023?
7 A I was in Seg, so no.
8 Q All right. Have you ever discussed this case with
9  any other inmate?
10      MR. PRUDE: Hey, hang on. Let me ask
11  the police to come in here and cut loose of this
12  cuff. This cuff tightened up on me.
13      MR. DAVIES: Let's go off the record
14  for a minute.
15      (Discussion off the record)
16      MR. DAVIES: Okay. We'll go back on
17  the record, all right.
18 Q Mr. Schulz, did you discuss your deposition today
19  with anybody ahead of time?
20 A No. You said in here?
21 Q With anybody, so did you discuss that you were going
22  to have a deposition today with anybody?
23 A Yeah.
24 Q With who?
25 A Candace Dixon.

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 5 of 16    Document 37

Page 14

1  Q    Okay.  And when did you discuss this with her?
2  A    Oh, whenever I got something in the mail.  I don't
3       know what day it was.
4  Q    Okay.  And what did you tell her?
5  A    I just told her that they ordered me to come to this
6       whatever this is right here and that basically if I
7       didn't show up I would be in contempt and could be
8       charged with contempt and something, obstruction.
9       That's all I really said.
10               MR. PRUDE:  Hold on.  He's saying that
11          wasn't the Notice of Deposition?  He's saying
12          that's what Candace told him directly?
13               MR. DAVIES:  Mr. Prude, I believe
14          that's what he told Ms. Dixon.
15               MR. PRUDE:  Oh, not the deposition
16          notice that you sent me, right?
17               THE WITNESS:  No, it was from the
18          courts.  It was just basically -- I think it was
19          that paper that he's got basically telling me
20          that I had to come to court and if not I could
21          be charged with contempt of court and shit like
22          that.  I don't know.
23               MR. PRUDE:  So it wasn't Candace Dixon
24          that notified you?
25               THE WITNESS:  No.  I notified her that

Page 15

1       I got piece of paper stating that I had to show
2       up on her behalf -- or I mean on this whatever.
3               MR. PRUDE:  Oh, okay.
4               MR. DAVIES:  All right.  Mr. Prude,
5          you'll get a chance to ask your questions at the
6          end, but for now, let me just get through mine,
7          and then it will be your turn.
8               MR. PRUDE:  Okay.
9  Q    All right.  Mr. Schultz, are you familiar with an
10      organization called the Gangster Disciples?
11 A    Yes, I am.
12 Q    What do you know about them?
13 A    I mean, what is there not to know?  I mean, it's a
14      gang out of Chicago.  That's pretty much it.
15 Q    Have you ever been a member of the Gangster
16      Disciples?
17 A    Involved?  No.
18 Q    All right.  Have you ever been involved with an
19      organization called Brothers of the Struggle?
20 A    No.  What the fuck is that?
21 Q    Okay.  Well, it sounds like you've answered my next
22      question.  Do you know what that group is?
23 A    No.
24 Q    Okay.  Do you know if Mr. Prude was a member of the
25      Gangster Disciples?

Page 16

1  A    I don't know Mr. Prude.
2  Q    All right.  Have you ever had any altercations or
3       disagreements with a member of the Gangster
4       Disciples?
5  A    Not necessarily, no.
6  Q    What do you mean by not necessarily?
7  A    In prison?
8  Q    In prison or before prison.
9  A    Prison, just period, since my incarceration I never
10      had a problem with the Gangster Disciplines.
11 Q    Okay.  Before your incarceration did you have an
12      altercation?
13 A    Before prison?
14 Q    Yeah.
15 A    No.  I mean, it depends like on what you mean.  I
16      mean, as a child, being a child, I mean, I had fights
17      with people that was what you would call, I guess, a
18      Gangster Disciple, but I wouldn't determine that it
19      was because of them being a Gangster Disciple, no.
20               MR. DAVIES:  All right.  Let's take a
21          two-minute break, and we'll come back if there's
22          anything else.  Otherwise, we'll hand it over to
23          you, Mr. Prude.  We'll take a break for two
24          minutes.
25               MR. PRUDE:  All right.

Page 17

1               (A recess is taken)
2               (1:30 p.m. to 1:33 p.m.)
3               MR. DAVIES:  All right.  Mr. Schultz,
4          thank you for your time today.  I don't have any
5          more questions for you right now.  Mr. Prude,
6          did you have any questions you want to ask?
7               MR. PRUDE:  Yeah, I did.
8                          EXAMINATION
9  BY MR. PRUDE:
10 Q    Were you ever interviewed by prison -- were you ever
11      interviewed by any prison officials related to this
12      alleged relationship with Candace Dixon?
13 A    My -- on my relationship with Candace Dixon, yes, I
14      was interviewed.
15 Q    Who were you interviewed by?
16 A    Cushing.
17 Q    All right.  It was only Cushing interviewing you, or
18      was there another staff?
19 A    Captain Cushing.
20 Q    All right.  Do you remember admitting in the report
21      to Cushing that you and Candace have a relationship?
22      Did you ever admit that?
23 A    Not verbally, no.
24 Q    Would it surprise you if there was a report written
25      by Cushing saying that you admitted to having a

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 6 of 16    Document 37

Page 18

1  relationship with Candace Dixon?
2  A  Yeah, I believe that he was listening to my phone
3     calls and heard me admit it to her on the phone.
4  Q  I'm reading a report written by Cushing which says,
5     "During an interview with Schultz he admitted that
6     Ms. Dixon had been sending emails to him."  Do you
7     recall that?
8           MR. DAVIES:  Mr. Prude --
9  A  I do recall that.  I do recall that being in the
10    report, but that's inaccurate.  Like I said, it's
11    possible that he heard me talking to her on the
12    phone, but as far as a me and him verbal
13    back-and-forth conversation, it led nowhere.
14          MR. DAVIES:  Mr. Prude, could you
15       please tell us what document you're looking at
16       for the reader's benefit?
17          MR. PRUDE:  We'll talk -- we'll talk
18       about it later.  Let me continue with my
19       deposition.
20 Q  Are you familiar with PREA, the Prison Rape
21    Elimination Act?
22          MR. DAVIES:  Objection, relevance.
23 A  Yes, I am.
24 Q  Are you aware that an inmate cannot consent to having
25    a relationship with a guard?

Page 19

1  A  Yes.
2  Q  Are you aware that in this report Cushing identified
3     Candace as mailing you photographs of her?  In this
4     report, are you familiar with that allegation?
5  A  Yes.
6  Q  Are you familiar with the fact that under PREA you
7     would be classified as a victim?
8           MR. DAVIES:  Objection, relevance.
9  Q  You can answer.  Are you aware that under PREA saying
10    that you can't consent to having a relationship with
11    a guard that you would be classified as a victim?
12          MR. DAVIES:  Objection, relevance.
13 A  Yes.
14 Q  When Cushing interviewed you did he identify you as
15    being a PREA victim?
16 A  No.
17 Q  Did anybody ever notify you that you were a PREA
18    victim?
19 A  No.
20          MR. DAVIES:  Objection, relevance.
21 Q  Prison officials didn't punish you behind the
22    allegations regarding Dixon, did they?
23 A  Yes.
24 Q  What did they do?
25          MR. DAVIES:  Objection, relevance.

Page 20

1  A  120 days disposition.
2  Q  But they did not classify you as a victim?
3  A  No.
4           MR. DAVIES:  Objection, relevance.
5  Q  Do you know the difference between a civil lawsuit
6     and a criminal prosecution?
7  A  Yes.
8  Q  Do you know which one this is?
9  A  Yes.
10 Q  What is it?
11 A  Well, it can be a combination of both really, because
12    it can -- it can lead to a criminal lawsuit rather
13    than it being a civil lawsuit, I guess.
14 Q  Yeah, that's probably true, but I'm asking do you
15    know what this is, what this current action is.  Is
16    this a criminal case or a civil case?
17 A  I believe it to be a civil case.
18 Q  Okay.  Are you familiar with Seandell Jackson?
19          MR. DAVIES:  Objection, relevance.
20 A  I've heard the name before.
21 Q  Are you familiar with a Jamil, real name Jamie,
22    nickname Jamil?
23 A  No.
24 Q  Would it surprise you that Dixon had a relationship
25    with multiple inmates?

Page 21

1  A  No.
2  Q  Are you aware of any Facebook posts made by
3     Candace Dixon where she admitted to having a
4     relationship with inmates in prison since being
5     fired?
6           MR. DAVIES:  Objection as to form and
7        relevance.
8  Q  You can answer the question.
9  A  I suppose it's me.
10 Q  Are you aware --
11          THE REPORTER:  Wait.  I'm sorry, sir.
12       Repeat your last answer.
13          THE WITNESS:  Me?
14          THE REPORTER:  Yes.
15 A  I suppose it's me, just me that I'm aware of.
16 Q  Are you aware of any other inmates that she made
17    Facebook posts about in relation to her having a
18    relationship with them?
19          MR. DAVIES:  Objection, assumes facts
20       not in evidence and relevance.
21 Q  You can answer.
22 A  No.
23 Q  Okay.  Now, Candace, since she stopped working at
24    GBCI, has she ever tried to contact you since, I
25    guess, leaving the institution?

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 7 of 16   Document 37

Page 22

1  A   Yes.
2          MR. DAVIES:  Objection, relevance.
3  Q   You said yes?
4  A   Yes.
5  Q   Has she notified you about anything relevant to this
6      case?
7  A   I mean, she filled me in with her understanding of
8      everything that took place.
9  Q   And what did she say it was?
10 A   Supposedly that she told --
11         MR. DAVIES:  Objection, relevance.
12 A   That she told you that you were going to be stabbed
13     or something like that, and supposedly that I
14     supposedly put the hit in because of something about
15     you weren't supposed to be talking to her or
16     something like that.  And, I mean, that pretty much
17     sums it up.
18 Q   That's what she told you?
19 A   Yeah.
20 Q   That was while this case was pending, right?
21 A   I'm not sure.  I don't -- I don't know how long this
22     case has been pending, honestly.
23 Q   Well, how long ago did she tell you this?
24 A   Like October, November, possibly December.
25 Q   Your name only came up recently in the last, I

Page 23

1      believe, couple months, so she notified you before
2      your name popped up in this case?
3  A   Yeah, she notified me before.
4  Q   Do you know why she would notify you before your name
5      ever popped up in this case?
6          MR. DAVIES:  Objection, calls for
7       speculation.
8  A   She tells me a lot of shit.  I'm not sure.
9  Q   Well, I guess I'm just curious since your name only
10     popped up in this case probably like a month or two
11     ago, but you're saying she notified you in April or
12     October -- I mean October, November or December of
13     last year.  I was just curious about that, but all
14     right.
15 A   Yeah, she just recently notified me that my name was
16     brought up I think in the last couple of months.
17 Q   All right, okay.  How tall are you?
18         MR. DAVIES:  Objection, relevance.
19 A   6'2".
20         MR. PRUDE:  Facts not in evidence
21      about how tall he is?
22 A   6'2".
23 Q   All right.  During your interview with Cushing did he
24     notify you that Jamil notified him of your
25     relationship with Candace Dixon?

Page 24

1  A   No.
2          MR. DAVIES:  Objection, hearsay.
3  Q   Did Candace notify you that Jamil -- or that Cushing
4      notified her that Jamil informed him of y'all's
5      relationship?
6  A   No.
7  Q   So you said it was not true or was it true that -- I
8      guess in the report Cushing indicated that Candace
9      sent you some nude photos of her.  Did you confirm to
10     him that that was true, or was that just his
11     position?
12 A   I mean, that was -- I never received any nude photos.
13     I know that nudity consists of naked pictures.  If
14     I'm -- if I'm being completely correct with myself,
15     I mean, nudity is without clothing.  I never received
16     any pictures without clothing.
17 Q   Okay.  Did ever receive or did you ever admit to
18     receiving photos -- did you admit to receiving photos
19     of Candace of any sort to Cushing?
20 A   I never admitted to anything with Cushing.
21 Q   So if Cushing created a report saying you did, that
22     would be a false report?
23 A   From my exact knowledge, yes, it's a false report.
24 Q   Okay.
25 A   As I said, the allegations of me admitting to it, I

Page 25

1      never admitted to him.  I did have a conversation
2      with Candace on a jail call that we -- that I was
3      going to come out that we was in a relationship
4      because I did not want to keep it a secret any
5      longer, and she agreed to it.  So, therefore, we just
6      exposed it on the phone.
7  Q   All right.  So how long have y'all had a
8      relationship?
9  A   About like two years or something, a little over two,
10     something like that.
11 Q   Would you think she cheated on you if she was messing
12     with another inmate?
13         MR. DAVIES:  Objection, relevance.
14 A   No.
15 Q   So it's safe to say y'all had an open relationship?
16 A   I just want to say it's safe to say that I never was
17     aware of her talking to any other individual until
18     Cushing pulled out some pictures that I know that she
19     didn't send to me, some cards that I know she didn't
20     send to me.  That's when I was aware that she was
21     talking to another individual that I suspected to be
22     Seandell Jackson.
23 Q   Okay.  But you're not aware of who Jamil is?
24 A   I never heard of that name.
25         MR. PRUDE:  I have no further

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 8 of 16   Document 37

Page 26

1 questions.
2 RE-EXAMINATION
3 BY MR. DAVIES:
4 Q All right. Mr. Schultz, I'll be very brief, just a
5   couple follow-up questions. When you discussed this
6   case with Ms. Dixon, you told Mr. Prude just now that
7   she had described the allegations against her. Did
8   she ever indicate to you that they were true?
9 A Indicate what?
10 Q That the allegations against her in this case were
11   true?
12 A Never.
13 Q Okay. So I just want to clarify your testimony.
14   When you said that Ms. Dixon told you that Mr. Prude
15   alleged that she had, you know, told him that he was
16   going to be stabbed, was that just her telling you
17   the allegations or was that her admitting that they
18   were true?
19 A That was her telling me the allegations.
20     MR. DAVIES: Thank you. I have no
21   other questions for you, Mr. Schultz. While
22   we're still on the record, Mr. Prude, would you
23   please tell us what document you were reading
24   off of during your questions?
25     MR. PRUDE: I would like to redirect

Page 27

1   real quick and ask a follow-up question.
2     RE-EXAMINATION
3 BY MR. PRUDE:
4 Q When Dixon notified you of this case, what did you
5   surmise from her informing you of this case? Did you
6   think that she wanted you to help her, or what was
7   your perspective as to why she was telling you about
8   the details of this case?
9     MR. DAVIES: Objection, calls for
10   speculation.
11 A I just simply took it as her expressing her situation
12   that she was going through at the moment.
13 Q Would you consider yourself to be her significant
14   other?
15     MR. DAVIES: Objection, relevance.
16 A Excuse me?
17 Q I said would you consider yourself to be her
18   significant other?
19 A Kind of, I guess.
20     MR. DAVIES: Objection, beyond the
21   scope of this deposition and this case.
22 Q So would it be fair to say that she told you that she
23   believed that maybe you would help her out?
24 A No.
25     MR. PRUDE: Okay. No further

Page 28

1 questions.
2     MR. DAVIES: Mr. Prude, can you please
3   tell me what document you were reading off of
4   during your questioning?
5     MR. PRUDE: You can do a discovery
6   request, kind of like you told me to do with the
7   deposition when I tried to get it. Just ask me
8   for -- do a discovery request, and we can figure
9   it out that way.
10     MR. DAVIES: Well, Mr. Prude, I think
11   that both Mr. Schultz and myself have a right to
12   know what document you're reading of off, but if
13   that's your position, we can take that up with
14   the Court, if needed.
15     MR. PRUDE: This deposition is not for
16   me. I don't -- I'm telling you you can do a
17   discovery request and ask me for documents and I
18   will furnish them.
19     MR. DAVIES: Understood, Mr. Prude.
20   And then again just so the record is clear, I
21   want to be ultra clear about the spellings of
22   the names. This Mr. Schultz is Jaleel,
23   J-a-l-e-e-l, and you're saying that the relevant
24   witness should have been Jamil, J-a-m-i-l; is
25   that correct?

Page 29

1     MR. PRUDE: Are you talking to Sandy
2   or me?
3     MR. DAVIES: To you, Mr. Prude.
4     MR. PRUDE: Oh. Can you repeat that?
5     MR. DAVIES: Yeah. I just want to
6   make sure that the record is clear and that we
7   all understand the names here. So the
8   Mr. Schultz that we're deposing right now is
9   spelled J-a-l-e-e-l and the witness that you say
10   is relevant should have been J-a-m-i-l; is that
11   right.
12     MR. PRUDE: Correct. I don't know if
13   that's the real name or the nickname, but
14   correct.
15     MR. DAVIES: Okay. But the same last
16   name, S-c-h-u-l-t-z?
17     MR. PRUDE: No, I don't know if it's
18   the same. I'm not sure. All I know is it's
19   Jamil, not Jaleel. I think I got the last name
20   from y'all, from y'all when you sent me the
21   order. I believe I received some documents, and
22   I assumed that Jamil was Jaleel. Looking at
23   him, Jaleel is not Jamil.
24     MR. DAVIES: Okay, all right. I think
25   we are done here. Thank you, Mr. Schulz, for

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 9 of 16   Document 37

Page 30

1  your time, and Mr. Prude as well.  And we will
2  go off the record.
3          THE REPORTER:  I just have one
4  question.  Could the witness please spell your
5  first and last name for me?  Mr. Schultz, could
6  you please spell your first and last name for
7  me?
8          THE WITNESS:  It's J-a-l-e-e-l, first
9  name, Schultz, S-c-h-u-l-t-z.
10         THE REPORTER:  Thank you.
11         THE WITNESS:  And also, my first name
12 is not Jaleel, it's pronounced Jaleel.
13         THE REPORTER:  Thank you.
14         MR. DAVIES:  All right.  Thank you,
15 everybody.  Have a good day.
16         (Adjourned at 1:54 p.m.)

Page 31

1  STATE OF WISCONSIN   )
                        )
2  COUNTY OF DANE       )
3
4          I, SANDRA L. McDONALD, Shorthand Reporter
5  and Notary Public in and for the State of Wisconsin,
6  do hereby certify that the foregoing is a true
7  record of the videoconference deposition of
8  JALEEL SCHULTZ, who was first duly sworn by me;
9  having been taken on the 19th day of June, 2024, from
10 various remote locations, in my presence, and reduced
11 to writing in accordance with my stenographic notes
12 made at said time and place.
13         I further certify that I am not a relative
14 or employee or attorney or counsel for any of the
15 parties, or a relative or employee of such attorney
16 or counsel, or financially interested in said action.
17         In witness whereof, I have hereunto set my
18 hand and affixed my seal of office this 18th day of
19 July, 2024.
20                  *Sandra L. McDonald*
21         _____
            Notary Public, State of Wisconsin
22         My Commission Expires 10/18/26

            SANDRA L MCDONALD
            Notary Public
            State of Wisconsin

### 1

**10**  4:2,3  7:24
**11**  12:19  13:6
**11th**  6:8,9
**120**  20:1
**15**  4:4  7:24
**18**  6:13
**1:30**  17:2
**1:33**  17:2
**1:54**  30:16

### 2

**2023**  12:19  13:6
**2046**  6:20
**23-CV-1233**  3:9
**25**  6:3

### 6

**6'2"**  23:19,22

### A

**Act**  18:21
**action**  20:15
**adjourned**  30:16
**admit**  17:22  18:3  24:17,18
**admitted**  17:25  18:5  21:3  24:20  25:1
**admitting**  17:20  24:25  26:17
**agreed**  25:5
**agreement**  6:17
**ahead**  13:19
**allegation**  19:4
**allegations**  10:13  11:4  19:22  24:25  26:7,10,17,19
**alleged**  17:12  26:15
**allegedly**  9:14

**alleges**  12:19
**altercation**  16:12
**altercations**  16:2
**answering**  4:11
**answers**  4:13
**April**  23:11
**asks**  8:5
**assault**  6:25
**assume**  5:3
**assumed**  29:22
**assumes**  21:19
**attorney**  3:8  8:5
**aware**  8:14  12:3  18:24  19:2,9  21:2,10, 15,16  25:17,20,23

### B

**back**  10:10  13:16  16:21
**back-and-forth**  18:13
**background**  5:25  7:7
**basic**  5:25
**basically**  14:6,18,19
**Bay**  10:5
**begin**  6:11
**behalf**  15:2
**believed**  27:23
**benefit**  18:16
**bit**  3:10  5:18  8:10  9:2
**break**  16:21,23
**breaking**  6:25
**Brothers**  15:19
**brought**  23:16

### C

**call**  16:17  25:2
**called**  15:10,19
**calls**  18:3  23:6  27:9
**Candace**  8:11  9:13,16  10:20,21  13:25

14:12,23  17:12,13,21  18:1  19:3  21:3, 23  23:25  24:3,8,19  25:2
**Captain**  9:12  17:19
**cards**  25:19
**case**  3:9,19  7:18  8:11  9:4  10:14  12:18  13:8  20:16,17  22:6,20,22  23:2,5,10  26:6,10  27:4,5,8,21
**cases**  7:2,3,4,18,25
**chance**  15:5
**charged**  4:18  14:8,21
**cheated**  25:11
**Chicago**  15:14
**child**  16:16
**civil**  7:17,18,21,25  20:5,13,16,17
**clarified**  12:25
**clarify**  8:3  26:13
**classified**  19:7,11
**classify**  20:2
**clear**  9:20  11:8  28:20,21  29:6
**clothing**  24:15,16
**coincidence**  9:9
**combination**  20:11
**communicated**  11:15
**completely**  24:14
**confirm**  24:9
**confusion**  8:19
**consent**  18:24  19:10
**consists**  24:13
**contact**  21:24
**contempt**  14:7,8,21
**continue**  18:18
**conversation**  18:13  25:1
**correct**  24:14  28:25  29:12,14
**corrected**  8:23  12:25
**correction**  9:6  12:22
**correspondence**  11:9
**couple**  9:11,12  23:1,16  26:5
**court**  4:14  5:12  9:6  14:20,21  28:14

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 11 of 16    Document 37

courts  14:18
created  24:21
criminal  7:2,7,18 20:6,12,16
cuff  13:12
curious  23:9,13
current  6:11,21 20:15
Cushing  9:11,12 17:16,17,19,21,25 18:4 19:2,14 23:23 24:3,8,19,20,21 25:18
cut  13:11

**D**

Davies  3:6,8 7:9 9:1,19 10:7,10 13:2,13,16 14:13 15:4 16:20 17:3 18:8,14,22 19:8,12,20,25 20:4,19 21:6,19 22:2,11 23:6,18 24:2 25:13 26:3,20 27:9,15,20 28:2,10,19 29:3,5,15,24 30:14
day  11:2 14:3 30:15
days  20:1
deal  6:17,18
December  22:24 23:12
decided  10:2
defendant  7:17
defendants  3:9
definition  3:17
degree  6:15
depends  16:15
depose  10:2
deposed  3:13,16 7:23 9:18,21
deposing  29:8
deposition  3:18,19,21 4:8 8:3,4,6 13:18,22 14:11,15 18:19 27:21 28:7,15
depositions  3:23
details  27:8
determine  16:18
difference  20:5
difficult  5:18
directly  14:12

disagreements  16:3
Disciple  16:18,19
Disciples  15:10,16,25 16:4
Disciplines  16:10
discovery  28:5,8,17
discuss  13:18,21 14:1
discussed  13:8 26:5
discussion  10:9 13:15
disposition  8:1 20:1
distortion  3:10
Dixon  8:11 9:13,16 10:18,19,20,21 13:25 14:14,23 17:12,13 18:1,6 19:22 20:24 21:3 23:25 26:6,14 27:4
document  18:15 26:23 28:3,12
documents  28:17 29:21
duly  3:2

**E**

Earlier  7:23
education  6:7
Elimination  18:21
emails  18:6
end  15:6
entering  6:25
evidence  21:20 23:20
exact  24:23
EXAMINATION  3:5 17:8
examined  3:3
exchanged  11:9
Excuse  3:15 7:13 11:21 27:16
expect  6:19
explaining  4:7
exposed  25:6
expressing  27:11

**F**

Facebook  21:2,17

fact  19:6
facts  21:19 23:20
fair  27:22
false  24:22,23
familiar  8:10,12 15:9 18:20 19:4,6 20:18,21
Felonious  6:25
fights  16:16
figure  28:8
filed  7:11,14,15 9:5
filled  22:7
fine  13:4
finish  5:21
fired  21:5
follow-up  26:5 27:1
form  21:6
found  9:25
fuck  15:20
furnish  28:18

**G**

gang  15:14
Gangster  15:10,15,25 16:3,10,18,19
GBCI  21:24
give  4:14 5:15
good  30:15
grade  6:8,9
Green  10:5
groundskeeping  5:11
group  15:22
guard  18:25 19:11
guess  8:14 9:9,24 10:1 16:17 20:13 21:25 23:9 24:8 27:19

**H**

hand  16:22
hang  13:10

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED    Filed 08/09/24    Page 12 of 16    Document 37

**happened**  12:10

**head**  5:14,16

**hear**  3:11,12  12:12,13

**heard**  11:7,11  12:6,14  18:3,11  20:20  25:24

**hearsay**  24:2

**hell**  8:8

**Henderson**  11:5,6,10

**Hey**  13:10

**highest**  6:7

**Hills**  6:23

**history**  7:7

**hit**  22:14

**Hold**  14:10

**homicide**  6:15

**honestly**  22:22

## I

**identified**  9:16  19:2

**identify**  19:14

**inaccurate**  18:10

**incarcerated**  6:22  11:20,23

**incarceration**  6:12,22  16:9,11

**incident**  11:11

**incite**  10:15

**individual**  9:15  11:4  25:17,21

**informed**  24:4

**informing**  27:5

**inmate**  9:3  11:16  12:1,6,7,14,16  13:9  18:24  25:12

**inmates**  20:25  21:4,16

**institution**  21:25

**interfere**  5:6

**interview**  18:5  23:23

**interviewed**  17:10,11,14,15  19:14

**interviewing**  17:17

**involved**  9:4,13  15:17,18

**irrelevant**  7:8  12:23

## J

**J-A-L-E-E-L**  9:8  28:23  29:9  30:8

**J-A-M-I-L**  9:7,21  28:24  29:10

**Jackson**  20:18  25:22

**jail**  25:2

**Jaleel**  3:1  8:20,21,22,24  9:7,16,18,23  10:3  12:22  13:1  28:22  29:19,22,23  30:12

**Jamel**  8:24

**Jamie**  9:22  20:21

**Jamie's**  9:23

**Jamil**  8:19,21,22  9:7,15,17,23  10:3  12:22,25  20:21,22  23:24  24:3,4  25:23  28:24  29:19,22,23

**Jonathon**  3:8

## K

**kind**  4:6  5:11  27:19  28:6

**knowledge**  24:23

## L

**lag**  5:19

**lawsuit**  7:17,21  20:5,12,13

**lawsuits**  7:11,14

**lead**  20:12

**leaving**  21:25

**led**  18:13

**legal**  4:15

**letter**  11:13

**level**  6:7

**life**  11:1,2

**Lincoln**  6:23

**listening**  18:2

**living**  6:5

**long**  22:21,23  25:7

**longer**  25:5

**loose**  13:11

**lot**  23:8

## M

**made**  9:6  12:21  21:2,16

**mail**  14:2

**mailing**  19:3

**make**  4:7,22  5:18  8:18  29:6

**man**  10:24  11:5

**March**  12:19  13:6

**material**  11:20

**materials**  11:23

**meaning**  8:1

**medications**  5:5

**meet**  10:23

**member**  15:15,24  16:3

**memory**  5:6

**messages**  11:10

**messing**  25:11

**met**  11:7

**mine**  15:6

**minute**  4:21  13:14

**minutes**  16:24

**missed**  12:11

**mix-up**  9:2

**moment**  27:12

**month**  23:10

**months**  23:1,16

**multiple**  20:25

## N

**naked**  24:13

**named**  11:5

**names**  28:22  29:7

**necessarily**  16:5,6

**needed**  28:14

Madison Freelance Reporters, LLC  
mfr@madisonfreelance.com  
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 13 of 16   Document 37

**nickname**  9:23 20:22 29:13

**noted**  7:10

**notice**  14:11,16

**notified**  14:24,25 22:5 23:1,3,11,15, 24 24:4 27:4

**notify**  19:17 23:4,24 24:3

**November**  22:24 23:12

**nude**  11:25 12:3,6,15 24:9,12

**nudity**  24:13,15

### O

**oath**  3:2 4:9,10 8:5

**object**  7:7

**objection**  7:10 8:19 12:21 18:22 19:8,12,20,25 20:4,19 21:6,19 22:2,11 23:6,18 24:2 25:13 27:9,15,20

**obligation**  4:15

**obstruction**  14:8

**October**  22:24 23:12

**officer**  11:16

**official**  12:1,7,15

**officials**  17:11 19:21

**open**  25:15

**order**  29:21

**ordered**  14:5

**organization**  15:10,19

### P

**p.m.**  17:2 30:16

**paper**  14:19 15:1

**party**  8:5

**pending**  7:2,4 22:20,22

**people**  5:19 9:11,12 16:17

**period**  6:11,21 16:9

**perjury**  4:19

**person**  9:15,20 10:4

**perspective**  27:7

**phone**  18:2,3,12 25:6

**photographs**  11:25 12:4,7,15 19:3

**photos**  24:9,12,18

**pictures**  24:13,16 25:18

**piece**  15:1

**place**  8:15 22:8

**plaintiff**  7:12,14

**plea**  6:16,17,18

**points**  11:9

**police**  13:11

**popped**  23:2,5,10

**pornographic**  11:19,22

**position**  24:11 28:13

**possession**  11:19,22

**possibly**  22:24

**posts**  21:2,17

**PREA**  18:20 19:6,9,15,17

**pretty**  15:14 22:16

**previously**  7:24 8:23

**Prior**  6:21

**prison**  6:4 11:16 12:1,7,15 16:7,8,9, 13 17:10,11 18:20 19:21 21:4

**problem**  16:10

**proceedings**  7:8

**process**  4:7

**pronounced**  30:12

**prosecution**  20:6

**Prude**  3:12 7:6,9 8:11,18 9:2,5,19,22 10:22,23 11:10 12:9,18,21 13:6,10 14:10,13,15,23 15:3,4,8,24 16:1,23,25 17:5,7,9 18:8,14,17 23:20 25:25 26:6, 14,22,25 27:3,25 28:2,5,10,15,19 29:1,3,4,12,17 30:1

**Prude's**  10:13

**pulled**  25:18

**punish**  19:21

**purposes**  8:25

**put**  4:10 22:14

### Q

**question**  4:24 5:2,21 15:22 21:8 27:1 30:4

**questioning**  28:4

**questions**  4:9,11,13 5:25 8:5 15:5 17:5,6 26:1,5,21,24 28:1

**quick**  27:1

### R

**Rape**  18:20

**RE-EXAMINATION**  26:2 27:2

**reader's**  18:16

**reading**  18:4 26:23 28:3,12

**real**  20:21 27:1 29:13

**reason**  5:8

**recall**  18:7,9

**receive**  24:17

**received**  9:10 11:12 24:12,15 29:21

**receiving**  24:18

**recently**  22:25 23:15

**recess**  17:1

**reckless**  6:15

**record**  8:25 10:8,9,11 13:13,15,17 26:22 28:20 29:6 30:2

**redirect**  26:25

**reference**  12:24

**referring**  10:19

**related**  17:11

**relation**  21:17

**relationship**  9:17 10:1 17:12,13,21 18:1,25 19:10 20:24 21:4,18 23:25 24:5 25:3,8,15

**released**  6:19

**relevance**  18:22 19:8,12,20,25 20:4, 19 21:7,20 22:2,11 23:18 25:13 27:15

**relevant**  22:5 28:23 29:10

**remember**  17:20

TERRANCE PRUDE vs CANDACE DIXON
SCHULTZ, JALEEL on 06/19/2024                                                            Index: repeat..working

**repeat** 21:12 29:4

**report** 9:10 17:20,24 18:4,10 19:2,4 24:8,21,22,23

**reporter** 4:10,12 5:12 21:11,14 30:3, 10,13

**reports** 9:24

**representing** 3:9

**request** 28:6,8,17

**resolved** 7:3

**responses** 4:14 5:16

**revolve** 11:4

---

**S**

---

**S-C-H-U-L-T-Z** 29:16 30:9

**safe** 25:15,16

**Sandy** 29:1

**Schultz** 3:1,7,13 5:24 7:11 8:21,23 9:7 10:12 11:18 12:8,12,18 13:3,5 15:9 17:3 18:5 26:4,21 28:11,22 29:8 30:5,9

**Schulz** 13:18 29:25

**scope** 27:21

**screen** 4:12

**Seandell** 20:18 25:22

**seat** 8:22

**secret** 25:4

**Seg** 13:7

**send** 25:19,20

**sending** 18:6

**sense** 6:1

**shakes** 5:14

**shaking** 5:16

**shit** 6:20,25 7:1 8:2,14 14:21 23:8

**shoulders** 5:14

**show** 14:7 15:1

**shrugs** 5:14

**significant** 27:13,18

**simply** 13:3 27:11

**sir** 21:11

**situation** 27:11

**sort** 24:19

**sounds** 15:21

**speaking** 3:17

**speculation** 23:7 27:10

**spell** 9:3 30:4,6

**spelled** 9:21 29:9

**spellings** 28:21

**spoken** 10:25

**stabbed** 10:16 12:19 13:6 22:12 26:16

**stabbing** 12:20

**staff** 17:18

**start** 4:6

**stating** 15:1

**stopped** 21:23

**streets** 6:6

**Struggle** 15:19

**suit** 7:15

**sums** 22:17

**super** 11:8

**suppose** 21:9,15

**supposed** 9:25 22:15

**supposedly** 9:13 10:15 22:10,13,14

**surmise** 27:5

**surprise** 17:24 20:24

**suspected** 25:21

**sworn** 3:2

---

**T**

---

**talk** 5:19 18:17

**talking** 8:2 18:11 22:15 25:17,21 29:1

**tall** 23:17,21

**telling** 14:19 26:16,19 27:7 28:16

**tells** 23:8

**Terrance** 8:11

**testified** 3:3

**testimony** 26:13

**thing** 5:12

**things** 5:18

**thought** 8:1

**tightened** 13:12

**time** 5:17 13:19 17:4 30:1

**times** 7:24

**Titus** 11:5,6

**today** 3:7,18 4:16 5:5,9 13:18,22 17:4

**told** 10:15,17 14:5,12,14 22:10,12,18 26:6,14,15 27:22 28:6

**touched** 8:9

**trial** 6:16 8:6

**true** 20:14 24:7,10 26:8,11,18

**truth** 4:16,19 5:9

**turn** 15:7

**two-minute** 16:21

---

**U**

---

**ultra** 28:21

**um-hum** 12:5

**understand** 4:15,18,24 8:20 13:2 29:7

**understanding** 10:12,13 22:7

**understood** 5:3 28:19

---

**V**

---

**verbal** 5:15 18:12

**verbally** 17:23

**victim** 19:7,11,15,18 20:2

---

**W**

---

**Wait** 21:11

**wanted** 27:6

**work** 4:23

**working** 21:23

Madison Freelance Reporters, LLC
mfr@madisonfreelance.com
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 15 of 16   Document 37

**write** 5:13

**writing** 4:13 5:12

**written** 11:12,13 17:24 18:4

---
### Y
---

**y'all** 9:24 10:2 25:7,15 29:20

**y'all's** 9:24 24:4

**year** 23:13

**years** 6:13 25:9

---
### Z
---

**Zoom** 5:17

*Madison Freelance Reporters, LLC*
*mfr@madisonfreelance.com*
Case 2:23-cv-01233-WED   Filed 08/09/24   Page 16 of 16   Document 37