IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

Case Name: *Terrance Prude v. Candace Dixon*
Case No. 2023CV01233

    I hereby certify that on August 9, 2024, Paralegal Emelly Miller electronically filed the following with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

- **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
- **DECLARATION OF DENIELLE LARIE**
    - **EXHIBIT 1000 – PRUDE BED ASSIGNMENTS**
    - **EXHIBIT 1001 – HENDERSON BED ASSIGNMENTS**
- **DECLARATION OF JOHN KIND**
    - **EXHIBIT 1002 – PRUDE SPN HISTORY**
    - **EXHIBIT 1003 – GBCI INMATE HANDBOOK**
- **DECLARATION OF CANDACE DIXON**
- **TRANSCRIPT OF DEPOSITION OF TERRANCE PRUDE**
- **TRANSCRIPT OF DEPOSITION OF JALEEL SCHULTZ**
- **DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF FACT (DKT. 28)**

    I further certify that on August 9, 2024, I electronically filed the following with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

- **DEFENDANT'S COMBINED BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. 26)**
- **DEFENDANT'S PROPOSED FINDINGS OF FACT**

    I further certify that I have directed our designated mail Paralegal to mail the above documents by First-Class Mail to the following non-CM/ECF participant on **Monday, August 12, 2024**, due to the filed documents being submitted after mail operating hours:

Terrance D. Prude #335878
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805-1000

<u>s/ Jonathon Davies</u>
JONATHON DAVIES
ASSISTANT ATTORNEY GENERAL