**From:** Cushing, Daniel P - DOC (Daniel.Cushing@wisconsin.gov)
**Sent:** Monday, February 13, 2023 4:31 PM
**To:** VanLanen, Jay A - DOC (Jay.VanLanen@wisconsin.gov)
**Subject:** RE: TP

***Sighhhh*****

From: VanLanen, Jay A - DOC
Sent: Monday, February 13, 2023 10:26 AM
To: Cushing, Daniel P - DOC <Daniel.Cushing@wisconsin.gov>
Subject: RE: TP

SD had him moved. ▮SECURITY CORR INST▮

From: Cushing, Daniel P - DOC
Sent: Monday, February 13, 2023 10:25 AM
To: DOC DL DAI GBCI Security Supervisor <DOCDLDAIGBCISecuritySupervisor@wisconsin.gov>
Subject: TP

Anyone know why Terrance Prude was moved to the SCH?

[Exhibit #200]

Back Side Too! →

**From:** Cole, Michael D - DOC (Michael.Cole@wisconsin.gov)
**Sent:** Wednesday, February 15, 2023 4:20 AM
**To:** Cushing, Daniel P - DOC (Daniel.Cushing@wisconsin.gov)
**Subject:** RE: TP

Through the rumor mill and talking to Lannoye and Cummings that Kind ordered it.

**From:** Cushing, Daniel P - DOC
**Sent:** Monday, February 13, 2023 10:25 AM
**To:** DOC DL DAI GBCI Security Supervisor <DOCDLDAIGBCISecuritySupervisor@wisconsin.gov>
**Subject:** TP

Anyone know why Terrance Prude was moved to the SCH?

[Exhibit #201]

DEPARTMENT OF CORRECTIONS
Office of Records Management
DOC-1160 (Rev. 12/2019)
WISCONSIN
PUBLIC RECORDS REQUEST RESPONSE
REFERENCE # .
DATE OF REQUEST: 3/27/2024
DATE REQUEST WAS RECEIVED: 3/27/2024
REQUESTOR'S NAME:
ADDRESS:
CITY, STATE, ZIP CODE:
REQUESTOR'S TELEPHONE NUMBER:
REQUESTOR'S FAX NUMBER:
REQUESTOR'S E-MAIL:
REQUEST RECEIVED VIA: Web
THE FOLLOWING RECORDS WERE REQUESTED: 1. DOC-1271A Employee Investigation Reports Notice Of Potential Work Rule Violation against former prison employee Candice Dixon surrounding being fired from GBCI 2. DOC-1271E Employee Investigation Reports Summary Of Investigative Findings against former prison employee Candice Dixon surrounding being fired from GBCI 3. DOC-1271D Employee Investigation Reports Investigatory Interview of former prison employee Candice Dixon surrounding being fired from GBCI
RESPONSE:
This is a Complete response to your Public Records Request
County location of records: Brown
SECTION 1: EXISTENCE OF RECORD
SECTION 2: RIGHT OF ACCESS
SECTION 3: ACCESS TO RECORD
Portion of request granted.
Personal addresses, telephone numbers, and e-mail addresses have been redacted pursuant to Wis. Stat. § 19.36(10)(a
SECTION 4: PROHIBITED FROM ACCESS
SECTION 5: FEES
NO FEES
SECTION 6: ADDITIONAL COMMENTS
Megan Aispuro
GBCI
05/10/2024

[Exhibit #202: Page 1 of 7]

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| **TERRANCE PRUDE** | **335878** | **05/18/24 21:15 CDT** | **Black/White** | **_AR1** | **_AR1_111_L** |

On 12/29/2022 the investigations department received information that PIOC Jaleel Schultz may be talking to CO Candance Dixon via phone. The number believed to be Dixons was ___ Investigators listened to the calls and also believed that it was Dixon.

Investigators completed a "reverese lookup" on the phone number in the Enforcer system. This enables me to see who the phone may be registered to. The results came back to "___ ,
Investigators know this name to be the same as a ___ of Dixon. The address is also the address that Dixon had on file with the WI DOC. This was taken to the administration and Dixon was placed on Administrative Leave pending the outcome of the investigation. Dixon resigned from state service on 01/05/2023.

Emails were reviewed for Schultz and an email address of ___ There were approximately
2610 emails send between Schultz and this person. During the interview with Schultz, he admitted that this was Dixon that he was sending emails with. A serach of the TextBehind potral revealed 8 letters that had photos with them. The sender was ___. The photos contained photos of different areas of the persons body, but never the face.

An overall search with that email address was then completed statewide in the corrlinks system. This search revealed 1138 emails send between Dixon and Seandell Jackson #557839. RGCI was made aware of the Jackson portion.

[Exhibit#202: Page 2 of 7]

A search of the phone number ___ revealed approximately 345 calls with Schultz, from 10-30-2022 until 01-05-2023. Another phone number ___, was also found. This phone was registered to ___. This particular address is for a Walgreens Pharmacy.

A search of the Keefe system was also completed. During the search, it was found that ___ sent approximatley $1725.00 to Jackson while he was incarcerated at GBCI.

After Dixon resigned from stagte service, Schultz sent a letter to Dixon using her real name at the address that is listed on all the other evidence in this case.

SERIOUS MISCONDUCT # SERIOUS MISCONDUCT
10-Agency Specific Serious
Misconduct (explain)
1. Fraternization with offenders, inmates, or juvenile offenders including, but not limited to: sharing personal information, providing or receiving goods or services, displaying favoritism, engaging in a personal relationship, failing to report solicitation by an offender, inmate, or juvenile offender. Dixon carried on a relationship with a PIOC.

[Exhibit #202: Page 3 of 7]

EMPLOYEE INVESTIGATION REPORTS
INVESTIGATORY INTERVIEW
INVESTIGATOR INSTRUCTIONS: Document the content of an investigatory meeting with an individual interviewed as part of an employee investigation.
SUBJECT OF INVESTIGATION (Last Name, First Name, M.I.)
Dixon, Candace
INCIDENT DATE(s):
Various
DISTRIBUTION – Original – Investigation File
NAME OF INTERVIEWEE (Last Name, First Name, M.I)
Dixon, Candace
JOB TITLE OR CLASSIFICATION
CO
INTERVIEWEE STATUS
Subject Witness
INTERVIEW
DATE
TIME
REPRESENTATIVE PRESENT (Last Name, First Name) INVESTIGATORS NAMES (Last Name, First Name)
Cushing, Daniel

[Exhibit #202: Page 4 of 7]



[Exhibit # 202: Page 5 of 7]

8:26 ... 5G

Dixon_Redacted ∨   Done

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15807-A (R8/2020)
§ 230.34 & § 111.80, WIS. STATS.

**EMPLOYEE INVESTIGATION REPORTS**
**FIRST REPORT OF POTENTIAL WORK RULE VIOLATION**

This form shall be utilized to document initial allegations of work rule violations and to initiate a formal investigation. The completed form must be submitted to Human Resources.

**THIS SECTION TO BE COMPLETED BY SUPERVISOR OR HUMAN RESOURCES STAFF**

SUBJECT OF INVESTIGATION (Last Name, First Name, M.I.): Dixon, Candace
JOB TITLE OR CLASSIFICATION: CO
AGENCY / DIVISION / WORK UNIT: DOC / DAI / GBCI

INCIDENT DATE(s): Various
INCIDENT TIME(s): Various
EMPLOYEE STATUS: ☒ Permanent ☐ Probationary ☐ LTE

BRIEF DESCRIPTION OF INCIDENT(s) (who, what, where, when, and why, if known) attach related documents.
Information was brought forward that Officer Dixon was fraternizing with Jaleel Schultz 634294, to the point of having a phone number they can talk on.

The phone number did appear in the PIOC phone system. Numerous calls were placed to it from Schultz. It is believed to be officer Dixon on the other end. The reverse look-up for the phone comes back to the address Officer Dixon has on file with payroll.

WITNESSES AND/OR POTENTIAL WITNESSES

NAME OF PERSON REPORTING ALLEGATION: Daniel Cushing
CLASSIFICATION: SOII
DATE OF REPORT: 12/30/2022

ADDITIONAL INFORMATION AND/OR EVIDENCE

**THIS SECTION TO BE COMPLETED BY HUMAN RESOURCES STAFF**

SPECIAL CONSIDERATIONS / ACTIONS IF NECESSARY: ☐ TEMPORARY REASSIGNMENT  ☐ ADMINISTRATIVE LEAVE WITH PAY  ☐ ADMINISTRATIVE LEAVE WITHOUT PAY  ☐ NO CHANGE  ☐ OTHER:

☐ CONDUCT INVOLVES POSSIBLE CRIMINAL VIOLATION(S)

☐ OTHER:

EMPL ID: ☐ EXEMPT ☐ NON-EXEMPT  SENIORITY DATE:  CASE NUMBER (if applicable): 2022-117

NAME(S) OF ASSIGNED INVESTIGATORS:

Spell Check

DISTRIBUTION – Original – Investigation File

---

STATE OF WISCONSIN
DEPARTMENT OF ADMINISTRATION
DIVISION OF PERSONNEL MANAGEMENT
DOA-15807-C (R8/2020)
§ 230.34 & § 111.80, WIS. STATS.

CASE NUMBER (if applicable): 2022-117

**EMPLOYEE INVESTIGATION REPORTS**
**INVESTIGATORY INTERVIEW**

INVESTIGATOR INSTRUCTIONS: Document the content of an investigatory meeting with an individual interviewed as part of an employee investigation.

SUBJECT OF INVESTIGATION (Last Name, First Name, M.I.): Dixon, Candace
INCIDENT DATE(s): Various

NAME OF INTERVIEWEE (Last Name, First Name, M.I.): Dixon, Candace
JOB TITLE OR CLASSIFICATION: CO
INTERVIEWEE STATUS: ☒ Subject ☐ Witness
INTERVIEW DATE:
TIME:

REPRESENTATIVE PRESENT (Last Name, First Name):
INVESTIGATORS NAMES (Last Name, First Name): Cushing, Daniel

[Exhibit #202: Page 6 of 7]

> 8:26 .il 5G
>
> **Dixon_Redacted**
>
> approximately $1725.00 to Jackson while he was incarcerated at GBCI.
>
> After Dixon resigned from state service, Schultz sent a letter to Dixon using her real name at the address that is listed on all the other evidence in this case.
>
> **POTENTIAL WORK RULE(S) VIOLATED**
>
> | WORK RULE # | WORK RULE AND SUPPORTING SPECIFIC FACTUAL INFORMATION/DOCUMENTATION |
> |---|---|
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
>
> **POTENTIAL SERIOUS MISCONDUCT**
>
> DISTRIBUTION – Original – Investigation File
>
> | SERIOUS MISCONDUCT # | SERIOUS MISCONDUCT |
> |---|---|
> | 10-Agency Specific Serious Misconduct (explain) | 1. Fraternization with offenders, inmates, or juvenile offenders including, but not limited to: sharing personal information, providing or receiving goods or services, displaying favoritism, engaging in a personal relationship, failing to report solicitation by an offender, inmate, or juvenile offender. Dixon carried on a relationship with a PIOC. |
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
> | Choose an item | |
>
> **POTENTIAL POLICY(IES) VIOLATED**
>
> | POLICY # | POLICY |
> |---|---|
> | | |
> | | |
> | | |
> | | |
>
> COMMENTS

[Exhibit #202: Page 7 of 7]