# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

    Plaintiff,

v.                                                      Case No. 23-cv-1233

CO CANDICE DIXON,

    Defendant.

## RECRUITMENT ORDER

At the court's request, Kimberley Motley of Motley Legal Services has agreed to represent plaintiff Terrance Prude on a volunteer basis. The court will set a scheduling conference to discuss next steps. The court advises Prude that, because it has recruited a lawyer to represent him, if he receives money in this case—either because it is awarded to him by the judge or by a jury or because he settles the case—the court may require Prude to reimburse the court for any expenses and/or costs paid by the court to his recruited attorney. *See* Regulations Governing the Reimbursement of Expenses in Pro Bono Cases from the District Court Fund (available on the Court's website and copy enclosed).

Prude is further advised that, because Ms. Motley has consented to service of filings through the court's electronic case filing system, Prude will no longer receive copies of the filings from the court. Prude is also advised that he must continue to

follow the court's rules and orders and conduct himself in a respectful manner. Failure to do so may result in sanctions, up to and including dismissal of this action.

**IT IS HEREBY ORDERED** that a copy of this order be mailed to Prude, and e-mailed Kimberley Motley at kmotley@motleylegal.com and that Ms. Motley be added to the docket as Prude's lawyer.

Dated at Milwaukee, Wisconsin this 27th day of May, 2025.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge

2

Case 2:23-cv-01233-WED    Filed 05/27/25    Page 2 of 2    Document 59