# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

          Plaintiff,

                                Case No. 23-CV-1233

vs.

C.O. CANDICE DIXON,

          Defendants.

## COURT MINUTES OF TELEPHONIC SCHEDULING CONFERENCE

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: June 24, 2025 at 9:00 A.M.      DEPUTY CLERK: Mary Murawski

TIME COMMENCED: 8:59      TIME CONCLUDED: 9:06

TAPE/COURT REPORTER: Zoom Audio

APPEARANCES:
    Plaintiff: Kimberley Chongyon Motley
    Defendant: Jonathon M. Davies

**DEADLINES:**
**Discovery deadline: October 1, 2025**

**COMMENTS:**
MOTLEY: Mr. Prude would be interested in mediation. But would like to conduct discovery before that.
- Since she is new to the case, she requests time to do conduct discovery.
- Mr. Prude filed a Motion to Compel (Docket No. 18)
- Court did an order (Docket No. 31) that this court will revisit that motion after the ruling on the motion for summary judgment. See a lot he requested, is relevant and certain discovery she wants to request from defendant.

DAVIES:
- Last week Mr. Prude had a deadline in W.D. of Wisconsin to appeal the court's finding in that case that Mr. Prude had done extensive perjury and fraud. That case was dismissed. Judge Crocker indicated that counsel may want to look at his other cases because of this.
- Do intend to file a motion for sanctions in this case based on Mr. Prude's statement at his deposition. Ask schedule include time for the court to rule on the motion he will be filing.

COURT advises the parties of the availability of mediation with one of the other magistrate judges, including recall magistrate judges. If both parties are interested, e-file a letter requesting mediation and the clerk's office will randomly assign it to another magistrate judge for mediation. That magistrate will then get in touch with the parties. Scheduling Order to be entered.