UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

             **Plaintiff,**

   v.

                                                  Case No. 23-CV-1233

**CO CANDICE DIXON,**

             **Defendant.**

## SECOND AMENDED ORDER

On November 7, 2025, the court conducted a telephonic scheduling conference.

**IT IS HEREBY ORDERED,**

1.    **Discovery**. All discovery is to be completed by February 6, 2026. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

      The court notes that typically in prisoner cases, the court has extended the parties' time to respond to discovery requests from 30 to 60 days. However, because here both parties are represented by counsel, the time to respond to discovery requests is 30 days.

      The court advises the parties that, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendant may depose Prude and any other witness confined in a prison upon condition that, at least fourteen days before such a deposition, the defendant serve all parties with the notice required by the rule. Further, pursuant to Rule 30(b)(4), depositions of any person confined in a prison may be taken by remote means.

Dated in Milwaukee, Wisconsin this 7th day of November, 2025.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge