UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

    Plaintiff,

Case No. 23-CV-1233

vs.

C.O. CANDICE DIXON,

    Defendant.

## COURT MINUTES OF TELEPHONIC SCHEDULING CONFERENCE

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: March 5, 2026 at 9:30 A.M.    DEPUTY CLERK: Mary Murawski

TIME COMMENCED: 9:30    TIME CONCLUDED: 9:37

TAPE/COURT REPORTER: Zoom Audio

APPEARANCES:
    Plaintiff: Kimberley Chongyon Motley
    Defendant: Jonathon M. Davies

**DEADLINES:**

**2-Day Jury Trial – June 1, 2026**
**Final Pretrial Conference (via Zoom video) – May 13, 2026 at 10:00 A.M.**
**Final Pretrial Report – April 29, 2026**

**Trial Scheduling Order to be Issued.**