# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TERRANCE PRUDE,**

    **Plaintiff,**

v.                                Case No. 23-cv-1233

**C.O. CANDICE DIXON,**

    **Defendant.**

---

# TRIAL SCHEDULING ORDER

On March 5, 2026, the court conducted a telephonic scheduling conference. Appearing on behalf of the plaintiff was Attorney Kimberley Chongyon Motley and on behalf of the defendant was Attorney Jonathon M. Davies.

**IT IS HEREBY ORDERED,**

1. The court will conduct a final pretrial conference on **May 13, 2026,** at **10:00 A.M.** via Zoom Video Conference. The Zoom link will be sent to the parties one week before the hearing.

    a. Each party shall file a pretrial report in accordance with Civil L.R. 16(c) no later than **April 29, 2026.**

b. Any Motions in Limine shall be filed at the time the pretrial report is filed.

c. A list of exhibits should be prepared using the court's standard exhibit and witness list form that is available from the court's website, [http://www.wied.uscourts.gov](http://www.wied.uscourts.gov), and attached to the pretrial report. Exhibits should be numbered sequentially in accordance with General L.R. 26. If requested by any party, copies of exhibits are to be exchanged.

2. A jury trial will commence on **June 1, 2026,** beginning at **8:30 AM**. It is estimated that the trial will take two days. Counsel must be present at 8:30 a.m. Voir dire with the jury will commence at 9:00 a.m. on **June 1, 2026**. Each day thereafter, trial will commence at 8:30 a.m. with the jury present.

Dated at Milwaukee, Wisconsin this 6th day of March, 2026.

WILLIAM E. DUFFIN
U.S. Magistrate Judge