# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

      Plaintiff,

      v.                        Case No. 2023CV01233

CANDACE DIXON,

      Defendant.

## DEFENDANT'S PRETRIAL REPORT

Defendant Candace Dixon, by and through her attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorneys General Jonathon M. Davies and Frank John Remington, respectfully submits the following Pretrial Report pursuant to Civil L.R. 16(c).

### A. Summary of the Facts, Claims, and Defenses

Plaintiff Terrance Prude alleges that former Correctional Officer Candace Dixon failed to protect him from an assault by another inmate, T.H. He brings a claim against Dixon under 42 U.S.C. § 1983 and the Eighth Amendment. Prude is expected to testify that Dixon approached him in December 2022, told him she knew of a threat to him, and did nothing to prevent it. Prude then had an altercation with T.H. in March 2023.

Dixon, in contrast, will testify that she did not know of any threat against Prude and did not have the conversation Prude alleges in December 2022. Defendant

maintains that she did not act with deliberate indifference or cause Plaintiff any injury.

## B. Statement of the Issues

Plaintiff has been allowed to proceed on an Eighth Amendment failure-to-protect claim against Defendant Dixon based on allegations that Defendant knew of a threat by another inmate against Plaintiff and did not prevent it. The primary issues to be decided at trial are (1) whether Defendant knew of an excessive risk of harm to Plaintiff; (2) whether Defendant acted with deliberate indifference to the risk; and (3) whether Defendant's conduct caused Plaintiff a cognizable injury. Also at issue is the amount of damages, if any.

## C. Names and Addresses of Witnesses Expected to Testify

<u>Names of Witnesses Defendant will call</u>:

1. Candace Dixon

2. Terrance Prude

<u>Names of Witnesses Defendant may call</u>:

3. Daniel Cushing

4. Antonio Rushing (DOC #319416)

5. Titus Henderson (DOC #299317)

6. Denielle Larie

7. Any witness identified on Plaintiff's witness list, regardless of whether Plaintiff actually calls that witness at trial.

Defendant's witnesses may be contacted through undersigned counsel.

2

### D. Background of Expert Witnesses

The Defendant does not intend to call any expert witnesses.

### E. List of Exhibits to be Offered at Trial

Defendant's Exhibit List is being filed separately from this Pretrial Report.

### G. Time Needed to Try the Case

Two to three days.

### H. For a Jury Trial

Defendant's Proposed Voir Dire, Proposed Jury Instructions, and Proposed Verdict Form is being filed separately from this Pretrial Report.

Dated this 29th day of April, 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Jonathon Davies
JONATHON M. DAVIES
Assistant Attorney General
State Bar #1102663

s/ Frank John Remington
FRANK JOHN REMINGTON
Assistant Attorney General
State Bar #1101919

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8125 (Davies)
(608) 267-2780 (Remington
(608) 294-2907 (Fax)
jonathon.davies@wisdoj.gov
frank.remington@wisdoj.gov

Attorneys for Defendant Dixon

3