# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     Wisconsin

Terrance Price

v.

Candace Dixon

## EXHIBIT AND WITNESS LIST

Case Number: 23-cv-001233

| PRESIDING JUDGE<br>William E. Duffin | | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | | | DEFENDANT'S ATTORNEY<br>Jonathon Davies |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>June 1, 2026 | | COURT REPORTER | | | COURTROOM DEPUTY |

| PLF.<br>NO | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Candace Dixon Personl Photographs(16) |
| 2 | | | | | Candace Dixon Notes (8) |
| 3 | | | | | Employee Investigation Report 106 pages (Case 2022-117) |
| 4 | | | | | 22TR5414 unreported police contact |
| 5 | | | | | DAI DJC Investigations |
| 6 | | | | | Adminitration Leave Letter |
| 7 | | | | | Candace Dixon Personnel File |
| 8 | | | | | Candace Dixon Employee Investigation Reports |
| 9 | | | | | 19FA204 case sheet |
| 10 | | | | | Face sheet for Jaleel Schultz |
| 11 | | | | | Dixon Investigation DOC  000096 - 000356 |
| 12 | | | | | IC Solutions |
| 13 | | | | | Declaration of Candace Dixon |
| 14 | | | | | Declaration of John Kind |
| 15 | | | | | Candace Dixon Employee File with the Departtment of Corrections |
| 16 | | | | | Medical records of Terrance Prude Department of Corrections |
| 17 | | | | | Medical records of Terrance Prude St. Vincent Hospital |
| 18 | | | | | Deposition Transcript of Candace Dixon dated January 16, 2026. |
| 19 | | | | | Deposition of Transcfript of John Kind dated January 20,, 2026. |
| 20 | | | | | Deposition of Candace Dixon dated January 16, 2026. |
| 21 | | | | | Deposition Transcript of Tonia Rozmarynoski dated February 66, 2026. |
| 22 | | | | | Deposition of Daniel Cushing dated January 20, 2026 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

New Page

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Wisconsin |
|---|---|---|

Terrance Price

V.

Candace Dixon

## EXHIBIT AND WITNESS LIST

Case Number: 23-cv-001233

| PRESIDING JUDGE<br>William E. Duffin | PLAINTIFF'S ATTORNEY<br>Kimberley Cy. Motley | DEFENDANT'S ATTORNEY<br>Jonathon Davies |
|---|---|---|
| TRIAL DATE (S)<br>June 1, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Sendell Jackson Text Messages |
| 24 | | | | | Terrance Prude Complaint |
| 25 | | | | | Defendant's Response to Plaintiffs 1st Set of Interrogatories |
| 26 | | | | | Defendant's Response to Plaintiffs 2nd Set of Interrogatories |
| 27 | | | | | Defendant's Response to Plaintiffs 3rd Set of Interrogatories |
| 28 | | | | | Defendant's Response to Plaintiffs 1st Request for Admissions |
| 29 | | | | | Defendant's Response to Plaintiffs 2nd Request for Admissions |
| 30 | | | | | DOC 000469 Video |
| 31 | | | | | Terrance Prude Bed Assignment |
| 32 | | | | | Titus Henderson Bed Assignment |
| 33 | | | | | Deandre Austrin Bed Assignment |
| 34 | | | | | Seandell Jackson Bed Assignment |
| 35 | | | | | Jaleel Shultz Bed Assignment |
| 36 | | | | | Eric Judon Bed Assignment |
| 37 | | | | | IDOC Investigation Photographs 00050-000468 |
| 38 | | | | | DOC Incident Reports DOC 470-500 |
| 39 | | | | | DOC Conduct Report Regarding Incident 501-506 |
| 40 | | | | | Dixon Investigation DOC 000096 - 000356 |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages



| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |
|---|---|---|---|---|